UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER,<br>2404 Gretter Place<br>Alexandria, VA 22311<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES H. BILLINGTON,<br>in his official capacity as Librarian of Congress,<br>Library of Congress<br>101 Independence Ave., S.E.<br>Washington, D.C. 20540-2120<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1090 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Julia K. Douds as counsel for Defendant in the above-captioned case.

             ____/s/_____
             JULIA K. DOUDS
             Special Assistant United States Attorney
             Civil Division
             555 Fourth Street, N.W.
             Washington, D.C.  20530
             (202) 514-5134
             Julia.Douds@usdoj.gov