UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE J. SCHROER,

               Plaintiff,

    v.                                 No. 05-cv-1090 (JR)

JAMES H. BILLINGTON,
  in his official capacity as Librarian of Congress,

               Defendant.

## DECLARATION OF SERVICE OF PROCESS

I, Jessica Langley, hereby depose and state:

1. I am over 18 years of age and am not a party to the above captioned action.

2. I made service of process upon the United States in the above-captioned action as follows:

    (a) Upon the Attorney General of the United States, by hand-delivering a copy to his agent, Mr. David Burroughs, Contractor of the Mailroom at the United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C., on June 2, 2005.

    (b) Upon the United States Attorney for the District of Columbia, by hand-delivering a copy to his agent, Ms. Brenda Jones, Civil Litigation Specialist at 501 3rd Street, N.W., Washington, D.C., on June 2, 2005.

    (c) Upon the Library of Congress, by hand-delivering a copy to Mr. Jesse James Jr., Associate General Counsel of the Library of Congress at 101 Independence Ave, SE, Washington, D.C., on June 2, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of June.

_____
Jessica Langley