IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES H. BILLINGTON,<br>in his official capacity as Librarian of Congress,<br><br>    Defendant. | C.A. No. 05-cv-1090(JR) |

### DECLARATION OF SHARON M. McGOWAN

Pursuant to Local Rule 83.2(d), I, Sharon M. McGowan, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1.    My full name is Sharon M. McGowan.

2.    I am a Staff Attorney with the Lesbian & Gay Rights Project of the American Civil Liberties Union. My office is located at 125 Broad Street, 17th Floor, New York, NY 10004. My office telephone number is 212-549-2593.

3.    I was admitted in 2001 to the bar of the Commonwealth of Massachusetts, and in 2002 to the bars of the State of New York and the District of Columbia, and remain a member in good standing in each of these jurisdictions. I am a member of the bar of the United States Supreme Court, the United States Court of Appeals for the First, Ninth and Tenth Circuits, and the United States District Court for the Eastern and Southern Districts of New York, and the District of Massachusetts. I have been admitted *pro hac vice* in numerous federal district courts.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 26th day of May, 2005.

_____
SHARON M. MCGOWAN