IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-cv-1090 (JR) |
| JAMES H. BILLINGTON, in his official capacity as Librarian of Congress, | ) |
| Defendant. | ) |

**DECLARATION OF KENNETH Y. CHOE**

Pursuant to Local Rule 83.2(d), I, Kenneth Y. Choe, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Kenneth Y. Choe.

2. I am a Senior Staff Attorney with the Lesbian & Gay Rights Project of the American Civil Liberties Union. My office is located at 125 Broad Street, 17th Floor, New York, NY 10004. My office telephone number is 212-549-2553.

3. I was admitted to the bar of the State of California in 1995 and remain a member in good standing. I have been admitted in the United States Supreme Court and the United States Court of Appeals for the Sixth Circuit. I have been admitted *pro hac vice* in numerous federal district courts and in state courts in several states.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 26th day of May, 2005.

_____
KENNETH Y. CHOE