UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER         )<br>                          )<br>     Plaintiff        )<br>                          )<br>v.                        )<br>                          )<br>JAMES H. BILLINGTON,      )<br>Librarian, Library of Congress  )<br>                          )<br>     Defendant       )<br>_____) | Civil Action No: 05-1090 (JR)<br>(ECF) |

ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the record herein, it is this ____ day of _____, 2005,

ORDERED, that Plaintiff's complaint be, and hereby is, DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT COURT JUDGE