IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-cv-1090 (JR) |
| JAMES H. BILLINGTON,<br>Librarian of Congress, | ) |
| Defendant. | ) |

### PLAINTIFF'S NOTICE OF SUPPEMENTAL AUTHORITY

Plaintiff files this notice of supplemental authority to call to the Court's attention two decisions that are relevant to Defendant's Motion to Dismiss (Docket No. 7), which is pending before this Court:

1. Since the completion of briefing, the U.S. Supreme Court denied certiorari in Barnes v. City of Cincinnati, 401 F.3d 729 (6th Cir. 2005), a case relied upon by Plaintiff in opposing Defendant's motion to dismiss. See City of Cincinnati v. Barnes, 126 S. Ct. 624 (2005) (Exhibit A).

2. Since the completion of briefing, a federal district court from the Western District of Pennsylvania ruled that discrimination against transgender individuals due to their gender

non-conformity is a cognizable form of sex discrimination under Title VII.  See Mitchell v. Axcan Scandipharm, Inc., No. Civ. A. 05-243, 2006 WL 456173 (W.D. Pa.) (Feb. 17, 2006).

        Respectfully submitted,

/s/ Sharon M. McGowan
Sharon M. McGowan   (D.C. Bar No. 476417)
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(212) 549-2627

Arthur B. Spitzer  (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

ATTORNEYS FOR PLAINTIFF

Date:  March 6, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DIANE J. SCHROER,         )<br>                                            )<br>       Plaintiff,               )<br>                                            )<br>v.                                       )<br>                                            )<br>JAMES H. BILLINGTON,   )<br>    Librarian of Congress,   )<br>                                            )<br>       Defendant.            )<br>                                            ) | No. 05-cv-1090 (JR) |

**ORDER**

Upon consideration of Plaintiff's Motion for Oral Argument Regarding Defendant's Motion to Dismiss, and finding good cause therefor, it is hereby

ORDERED that oral argument shall be heard on Defendant's Motion to Dismiss (Docket No. 7) on _____ at _____ a.m./p.m.

This \_\_\_\_\_ day of _____, 200\_\_          _____
                                                                                James Robertson
                                                                                United States District Judge