Schroer v. Billington, No. 05-cv-1090 (JR)                    Notice of Supplemental Authority Exh. A



126 S.Ct. 624                                                                              Page 1
126 S.Ct. 624, 74 USLW 3285, 74 USLW 3131, 74 USLW 3288, 163 L.Ed.2d 506
**(Cite as: 126 S.Ct. 624)**


**H**
Briefs and Other Related Documents

Supreme Court of the United States
CITY OF CINCINNATI, OHIO, petitioner,
v.
Philecia BARNES.
**No. 05-292.**


Nov. 7, 2005.

Case below, 401 F.3d 729.


Petition for writ of certiorari to the United States
Court of Appeals for the Sixth Circuit denied.

U.S.,2005
City of Cincinnati, Ohio v. Barnes
126 S.Ct. 624, 74 USLW 3285, 74 USLW 3131, 74
USLW 3288, 163 L.Ed.2d 506

Briefs and Other Related Documents (Back to top)

• 05-292 (Docket) (Sep. 06, 2005)
• 2005 WL 2148316 (Appellate Petition, Motion and
Filing) Petition for a Writ of Certiorari (Sep. 01,
2005)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.