UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DIANE J. SCHROER,            )<br>                              )<br>     Plaintiff              )<br>                              )  Civil Action No. 05-1090 (JR)<br>v.                            )<br>                              )<br>JAMES H. BILLINGTON,          )<br>  Librarian of Congress,      )<br>                              )<br>     DEFENDANT.               )<br>_____) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please <u>enter the appearance</u> of Beverly M. Russell, Assistant U.S. Attorney, as counsel of record for the defendant James H. Billington, Librarian of Congress, in the above-captioned case.

                              Respectfully submitted,


                              /s/ Beverly M. Russell
                              _____
                              BEVERLY M. RUSSELL, D.C. Bar #454257
                              U.S. Attorney's Office for the
                                District of Columbia, Civil Division
                              555 Fourth St., N.W., Rm. E-4915
                              Washington, D.C.  20530
                              Ph:  (202) 307-0492
                              Fax: (202) 514-8780
                              E-mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing <u>Notice of Appearance</u> was made by the Court's Electronic Case Filing System this <u>14th</u> day of April, 2006 to:

Arthur B. Spitzer
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W., #119
Washington, D.C.  20036
Artspitzer@aol.com

Sharon M. McGowan/
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004
<u>Smcgowan@aclu.org</u>

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney