UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DIANE J. SCHROER,             )<br>                               )<br>     Plaintiff                )<br>                               )  Civil Action No. 05-1090 (JR)<br> v.                            )<br>                               )<br> JAMES H. BILLINGTON,          )<br>   Librarian of Congress,      )<br>                               )<br>     DEFENDANT.                )<br>_____) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE THE
MAY 17, 2006 STATUS CONFERENCE**

Defendant, James H. Billington, through his undersigned counsel, respectfully moves to continue the May 17, 2006 status conference scheduled in the above-noted matter to a date during the latter part of June.  Pursuant to Local Rule 7(m), defendant's counsel contacted plaintiff's attorneys and was informed that plaintiff does not oppose the relief requested herein.  Defendant's counsel was also informed that one of plaintiff's attorneys is unavailable from June 21-27, and thus, defendant requests that the status conference be rescheduled on June 28, 29, or 30 if convenient for the Court.  Defendant requests the continuance because it is unlikely that a determination will be made on whether to move for certification pursuant to 28 U.S.C. § 1292 by the date of the currently scheduled status conference.  Given that defendant does not anticipate being able to provide any additional information on the certification issue beyond that provided at the previous

status conference, defendant respectfully requests the continuance discussed herein.  A proposed Order consistent with this requested relief accompanies this Motion.

Date: May 11, 2006          Respectfully Submitted,

/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
  District of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing <u>Defendant's Unopposed Motion to Continue the May 17, 2006 Status Conference</u> was made by the Court's Electronic Case Filing System this <u>11th</u> day of May, 2006 to:

Arthur B. Spitzer
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W., #119
Washington, D.C.  20036
Artspitzer@aol.com

Sharon M. McGowan/
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004
Smcgowan@aclu.org

                                            /s/ Beverly M. Russell
                                            _____
                                            BEVERLY M. RUSSELL
                                            Assistant United States Attorney