```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
                                      )
DIANE J. SCHROER,                     )
                                      )
      Plaintiff                       )
                                      )  Civil Action No. 05-1090 (JR)
v.                                    )
                                      )
JAMES H. BILLINGTON,                  )
   Librarian of Congress,             )
                                      )
      DEFENDANT.                      )
_____)
```

**ORDER**

UPON CONSIDERATION of *Defendant's Unopposed Motion to Continue the May 17, 2006 Status Conference,* and for good cause shown, it is by the Court,

ORDERED that defendant's motion should be and is hereby granted, and thus, the May 17, 2006 status conference is canceled, and it is further

ORDERED that the status conference will be rescheduled for a later date.

SO ORDERED.

_____    _____
DATE                      UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Arthur B. Spitzer
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W., #119
Washington, D.C.  20036

Sharon M. McGowan/
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004

Beverly M. Russell
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530