**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DIANE J. SCHROER, | : |
| | : |
|     Plaintiff, | : |
| | : |
|   v. | : Civil Action No. 05-1090 (JR) |
| | : |
| JAMES H. BILLNGTON, Librarian of Congress, | : |
| | : |
|     Defendant. | : |

### ORDER

Plaintiff's motion to set deadline for defendant to seek certification and to set discovery schedule [17] is **granted**. Discovery may begin immediately (that is, written discovery may be served, returnable on or after June 19; depositions may be noticed, for dates on or after June 19). If the government moves before June 19 for certification of an interlocutory appeal, such a motion will operate without more to stay its discovery obligations. It is **SO ORDERED**.

                                            JAMES ROBERTSON
                              United States District Judge