UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER, | ) |
|     Plaintiff | ) |
| v. | )    Civil Action No. 05-1090 (JR) |
| JAMES BILLINGTON, Librarian of Congress, | ) |
|     Defendant. | ) |

ORDER

UPON CONSIDERATION of ***Defendant's Opposed Motion for Certification Pursuant to 28 U.S.C. § 1292(b) and for a Stay***, and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, this Court will issue an Order certifying the question whether "sex identity" or gender dysphoria is covered by Title VII for appeal to the United States Court of Appeals for the District of Columbia Circuit; and it is further

ORDERED that discovery is stayed until the certified question is resolved by the District of Columbia Circuit;

SO ORDERED.

_____       _____
DATE                                            UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Arthur B. Spitzer
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W., #119
Washington, D.C.  20036

Sharon M. McGowan/
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004

Beverly M. Russell
Julia K. Douds
United States Attorney's Office
  for the District of Columbia, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530