## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
DIANE J. SCHROER,                    :
                                     :
        Plaintiff,                   :
                                     :
    v.                               :  Civil Action No. 05-1090 (JR)
                                     :
JAMES H. BILLNGTON, Librarian of :
Congress,                            :
                                     :
        Defendant.                   :
```

### ORDER

Defendant's motion for a 28 U.S.C. § 1292(b) certification and for a stay of discovery [10] is **denied**, because, although the issue defendant seeks to raise on appeal may involve a controlling question of law as to which there is substantial ground for difference of opinion, a factual record will be needed to clarify that question, and because the issue defendant seeks to raise on appeal may in any event not be dispositive of the entire case. The parties are directed to meet and confer and, within 30 days of the date of this order, file a proposed schedule for discovery, motions, and trial. The status conference previously scheduled for June 29, 2006, is cancelled.

JAMES ROBERTSON
United States District Judge