UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DIANE J. SCHROER, | ) |
|         Plaintiff, | ) |
|     v. | ) No. 05-cv-1090 (JR) |
| JAMES H. BILLINGTON,<br>   Librarian of Congress, | ) |
|         Defendant. | ) |

**ORDER**

Upon consideration of the parties' Report Pursuant to Local Civil Rule 16.3(d), and finding good cause therefor, it is hereby

ORDERED that the following deadlines shall govern this litigation:

(1) Any report(s) by plaintiff's expert(s) will be due by September 15, 2006, and any report(s) by defendant's expert(s) will be due 30 days after service of plaintiff's expert report(s). If a report by defendant's expert covers subjects or topics not covered in plaintiff's report(s), plaintiff may serve a rebuttal report within 30 days after service of defendant's expert report. Depositions of expert witnesses may occur any time between the filing of report(s) by plaintiff's expert(s) and the close of discovery.

(2) Discovery shall be completed by December 15, 2006. The parties agree to follow the federal rules regarding the number of interrogatories and depositions, absent mutual agreement or good cause shown for additional discovery.

(3) Any motion(s) for summary judgment or partial summary judgment will be filed

2

with the Court within 60 days of the close of discovery, *i.e.*, by February 13, 2007, with oppositions due 30 days after service of such a motion.

  (4) No pretrial conference shall be scheduled at this time, but the parties shall inform the Court by January 26, 2007, whether they will be filing summary judgment motions and, if neither party plans to file such a motion, the pretrial conference shall be scheduled at that time.

  (5) The Court shall set a trial date at the pretrial conference.

  SO ORDERED this _____ day of _____, 2006.

_____
James Robertson
United States District Judge