UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE J. SCHROER,                    :
                                     :
        Plaintiff,                   :
                                     :
     v.                              :  Civil Action No. 05-1090 (JR)
                                     :
JAMES H. BILLNGTON, Librarian of     :
Congress,                            :
                                     :
        Defendant.                   :

### SCHEDULING ORDER

The parties' joint report under Local Rule 16.3 is **approved** and the deadlines set forth therein for the exchange of initial disclosures and expert reports, the completion of discovery, and the filing of any motion(s) for summary judgment or partial summary judgment are **so ordered**.  It is

**FURTHER ORDERED** that the parties shall inform the Court by January 26, 2007, whether they will be filing summary judgment motions and, if neither party plans to file such a motion, a pretrial conference shall be scheduled at that time.

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.  It is

**FURTHER ORDERED** that extensions of time to file dispositive motions or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).

Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

                                        JAMES ROBERTSON
                            United States District Judge