UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1090 (JR) |
| ) | |
| JAMES BILLINGTON, ) | |
| Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR A PROTECTIVE ORDER
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

In this case against defendant James Billington, Librarian of Congress, Plaintiff seeks certain information and documents, the release of which would infringe upon the privacy interests of third parties or might otherwise compromise confidentiality. In order to permit the parties to use information relevant to this case without compromising the privacy interests of third parties, Defendant respectfully moves this Court to enter the attached Order protecting the use of certain materials sought by Plaintiff through discovery. Counsel for Plaintiff has reviewed the proposed Order and consents to this Motion.

        Respectfully submitted,

        /s/ Kenneth L. Wainstein /dvh
        _____
        KENNETH L. WAINSTEIN, D.C. BAR # 451058
        United States Attorney


        /s/ Rudolph Contreras /dvh
        _____
        RUDOLPH CONTRERAS, D.C. Bar #434122
        Assistant United States Attorney


        /s/ Beverly M. Russell
        _____
        BEVERLY M. RUSSELL, D.C. Bar #454257
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia,
        Civil Division
        555 4th Street, N.W., Rm. E-4915
        Washington, D.C.  20530
        Ph:  (202) 307-0492
        Fax: (202) 514-8780
        E-mail: beverly.russell@usdoj.gov


        /s/ Julia K. Douds /bmr
        _____
        JULIA K. DOUDS
        Special Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia,
        Civil Division
        555 4th Street, N.W.
        Washington, D.C.  20530
        Ph:  (202) 514-5134
        Fax: (202) 514-8780
        E-mail: julia.douds@usdoj.gov


OF COUNSEL:
EVELIO RUBIELLA
Assistant General Counsel
Library of Congress

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Consent Motion for a Protective Order and Memorandum of Points and Authorities in Support Thereof* was made by the Court's Electronic Case Filing System this 8th day of August, 2006 to:

Arthur B. Spitzer
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W., #119
Washington, D.C.  20036
Artspitzer@aol.com

Sharon M. McGowan/
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004
Smcgowan@aclu.org

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney