UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05-cv-1090 (JR) |
| v. ) | |
| ) | |
| JAMES H. BILLINGTON, ) | |
|    Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the parties' Joint Motion to Bifurcate and finding good cause therefor, it is hereby

ORDERED that the Scheduling Order dated July 23, 2006 (Rec. Doc. 23), is hereby MODIFIED to reflect that the litigation shall be bifurcated into a liability phase and a relief phase, and it is further

ORDERED that within thirty days of the completion of this Court's ruling as to liability, the parties shall submit a proposed order (or orders) to govern further proceedings in the case.

_____, 2006          _____
                                                                                    James Robertson
                                                                                    United States District Judge