UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-cv-1090 (JR) |
| JAMES H. BILLINGTON,<br>  Librarian of Congress, | ) |
| Defendant. | ) |

**CONSENT MOTION FOR PROTECTIVE ORDER**

In this case, Defendant seeks certain information and documents from Plaintiff involving personal and sensitive matters, including matters that implicate national security, and information that implicates the privacy interests of third parties. In order to permit the parties to use information relevant to this case without compromising the privacy interests of Plaintiff and third parties, Plaintiff respectfully moves this Court to enter the attached Order protecting the use of certain materials sought by Defendant in discovery. Counsel for Defendant has reviewed the proposed Order and consents to this Motion.

Respectfully submitted,

/s/ Sharon M. McGowan

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

Sharon M. McGowan (D.C. Bar No. 476417)
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(212) 549-2627

*Counsel for Plaintiff*

September 25, 2006