UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DIANE J. SCHROER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1090 (JR) |
| ) | |
| JAMES H. BILLINGTON, ) | |
| Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |

ORDER

UPON CONSIDERATION of *Defendant's Unopposed Motion for Leave to File an Amended Answer and Memorandum in Support*, and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus,

Defendant's First Amended Answer shall be lodged on the Court's docket in the above-referenced matter.

SO ORDERED.

_____          _____
DATE                                            UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Arthur B. Spitzer
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W., #119
Washington, D.C.  20036

Sharon M. McGowan/
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004

Beverly M. Russell
Julia K. Douds
United States Attorney's Office
  for the District of Columbia, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530