
1            UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - x

4    DIANE J. SCHROER,              :

5        Plaintiff,                 :

6            v.            : CA No. 06-763

7    JAMES H. BILLINGTON,           :

8      Defendant.                   :

9    - - - - - - - - - - - - - x

10

11

12                Baltimore, Maryland

13            Wednesday February 21, 2007

14

15            Deposition of CHESTER SCHMIDT, M.D., a
     witness herein, called for examination by counsel
16   for Defendant in the above-entitled matter,
     pursuant to notice, the witness being duly sworn
17   by BRACHA GOLDBERGER, a Notary Public in and for
     the State of Maryland, taken at the offices of
18   the United States Attorney for the District of
     Maryland, 36 South Charles Street, 4th Floor,
19   Baltimore, Maryland, 21201, at 9:29 a.m.,
     Wednesday, February 21, 2007, and the proceedings
20   being taken down by Stenotype by BRACHA
     GOLDBERGER and transcribed under her direction.

21

22

Chester Schmidt, M.D.                                                    February 21, 2007
                              Baltimore, MD

| Page 6 | Page 8 |
|---|---|
| 1  down. Okay? | 1    A  Yes. |
| 2    A  Yes. | 2    Q  Part of what we are going to be talking |
| 3    Q  Okay. It's important for you to answer | 3  about, today, is what is meant by transsexuality |
| 4  out loud, since the court reporter cannot record | 4  or individuals who are transgender. |
| 5  a nod of the head or other gestures. Okay? | 5       What do you understand the term |
| 6    A  Yes. | 6  transsexual to mean? |
| 7    Q  If you do not understand a question, | 7    A  Transsexuals are individuals who wish |
| 8  will you ask me to repeat it or rephrase it? | 8  to live in the cross gender role. |
| 9    A  Yes. | 9    Q  Okay. Anything else? |
| 10   Q  And if you do answer a question, I will | 10   A  Well, there's a lot. But I don't know |
| 11 assume that you understood the question. Okay? | 11 what you mean by is there anything else. |
| 12   A  Yes. | 12   Q  Okay. With respect to the term |
| 13   Q  And I will take breaks throughout the | 13 transgender, do you understand that to mean |
| 14 day. But if you need a break, you should just | 14 something different than a transsexual? |
| 15 let me know. And I'll try to find a place where | 15   A  Transgender is a lay term. Transsexual |
| 16 we can take a break in the questioning, for us to | 16 was the official diagnostic term until it was |
| 17 take a pause. | 17 changed, I think, in DSM-IIIR, to Gender Identity |
| 18      Okay? | 18 Disorder. But transsexual is also, I believe, |
| 19   A  Thank you. Yes. | 19 the official term of the ICD-9 or ICD-10. |
| 20   Q  Are you feeling well today? | 20      So, transgender is a lay term that |
| 21   A  Yes. | 21 could mean a lot to a lot of different people. |
| 22   Q  Are you taking any medications today, | 22 Transsexual was the original diagnostic term. |

| Page 7 | Page 9 |
|---|---|
| 1  that would prevent you from being able to give | 1    Q  Okay. That's helpful. And I will, for |
| 2  complete and accurate testimony this morning? | 2  the most part, attempt to use the proper clinical |
| 3    A  No. | 3  term, transsexual. If I slip into transgender, |
| 4    Q  Okay. Is there any other reason why | 4  or I have created any confusion, by using one |
| 5  you would not be able to give complete and | 5  term versus the other, please, let me know. |
| 6  accurate testimony today? | 6  Because I want to make sure that my questions are |
| 7    A  No. | 7  clear, so that we can have a clear dialogue. |
| 8    Q  Okay. Before we begin, I just want to | 8      Okay? |
| 9  layout a few terms that I will be using, to make | 9    A  Yes. |
| 10 sure that we are on the same page. And, | 10   Q  Okay. When did you first learn about |
| 11 throughout the deposition, I'm likely to refer to | 11 this case? |
| 12 a document known as the DSM. | 12   A  I'm not sure. Maybe something like six |
| 13      Are you familiar with the DSM? | 13 months ago. |
| 14   A  Yes. I am. | 14   Q  Okay. And how did you learn about it? |
| 15   Q  What is it? | 15   A  I got a call from Ms. Douds. |
| 16   A  It is the diagnostic and statistical | 16   Q  And did Ms. Douds seek to retain you, |
| 17 manual of the American Psychiatric Association. | 17 as an expert, in this case? |
| 18   Q  Okay. And I will be referring, to the | 18   A  Well, eventually. But I don't believe |
| 19 extent that we are referring to, to the most | 19 the decision was made right away. |
| 20 recent edition, which is the fourth edition, | 20   Q  Okay. And did you have discussions, |
| 21 revised, which was published in 2000. | 21 with Ms. Douds, about your ability to serve as an |
| 22      Okay? | 22 expert, potentially, in this case? |

Alderson Reporting Company
1-800-FOR-DEPO

**Page 14**

1  you -- is the list of questions that were posed
2  to me, by Ms. Douds and Ms. Russell. And it was
3  just a review, going one by one, through those
4  questions. And reviewing with them what my
5  response to those questions was going to be, when
6  I got around to doing the final report.
7      Q  And when was that conversation,
8  roughly?
9      A  I don't remember.
10     Q  Was it prior to your completing your
11  report?
12     A  Yes.
13     Q  Okay.
14     A  Yes.
15     Q  And with respect to the second
16  conversation, can you describe to me, roughly,
17  when that conversation was?
18     A  Yes. I think I told you it was the
19  16th.
20     Q  Okay.
21     A  Right.
22     Q  And, please, tell me about that

**Page 15**

1  conversation and --
2      MS. RUSSELL:  I'm going to object on
3  relevance grounds. But you can still answer.
4      BY MS. McGOWAN:
5      A  That conversation dealt, principally,
6  with preparing me for today, just telling me
7  about you and what to expect. What was likely to
8  be covered, what the time frame was going to be,
9  where we were going to meet.
10      And, once again, going back over the
11  list, and making sure they understood what my
12  terms were, the terminology was, and making sure
13  that they understood the full extent of my answer
14  to those questions, and as expressed, mainly, in
15  the report itself.
16     Q  And with respect to what was likely to
17  be covered today, what did you discuss?
18     A  They said that you would be extremely
19  detailed, and that we would use probably the
20  entire six hours, and that you would ask the same
21  questions over and over again, many times.
22     Q  Anything else?

**Page 16**

1      A  No. That you were a nice person.
2      Q  Well, that's nice to hear. And with
3  respect to anything else that you discussed in
4  that conversation, with Ms. Russell, what can you
5  tell me?
6      A  As I said, I think if my remembrance
7  is -- it was pretty much a review, once again, of
8  the questions that they had posed to me.
9      Q  Okay.
10     A  And to see if I had any modifications
11  or significant changes, or -- which I didn't.
12     Q  Okay. And with respect to the first
13  conversation, just so that I don't -- we don't
14  have to group back to it -- was there anything
15  else, about that first conversation with Ms.
16  Russell, that you discussed that we haven't --
17     A  Not that I remember.
18     Q  -- covered?
19     A  No. Not that I can remember.
20     Q  Okay. So, rather than beat about the
21  bush, I would like to just dive in to your
22  report.

**Page 17**

1      MS. McGOWAN:  I realized, Beverly,
2  that I was slightly off in our numbering from the
3  exhibits for yesterday. So, I will start with
4  the number thirty-four, which leaves two phases
5  for the two documents that we have today, and
6  then we'll keep us going.
7      So, mark this number.
8      (Ms. McGowan hands copies of exhibit 34
9  to all counsel.)
10         (Exhibit Number 34
11            was marked for
12            identification.)
13     BY MS. McGOWAN:
14     Q  And I'm showing you a document that we
15  have marked as exhibit number thirty-four. And
16  it is a printout of an e-mail attachment, that
17  was sent to me by Ms. Russell back in November
18  22nd, as a copy of your expert report in this
19  case.
20      Do you recognize this document?
21     A  Yes.
22     Q  Okay. And is this your report?

Chester Schmidt, M.D.

February 21, 2007

Baltimore, MD

Page 22

1    A  Excuse me.  The dictionary, my
2  knowledge of the field of sexology, in that just
3  years of usage of the term, it refers to the
4  biologic status of maleness and femaleness, of
5  being male or being female.
6        I think it's a term that is used by my
7  colleagues in medicine.  And, in my opinion, I
8  believe that most physicians, that would be asked
9  that term, would give an answer very similar to
10  mine.
11    Q  Okay.  Are you aware of any colleagues,
12  who use the term sex to mean something different
13  than how you use it?
14    A  I don't know that they use the term
15  sex -- use the term sex, itself, differently.
16  What they -- I think what has evolved, since the
17  sixties, is that a number of associated terms
18  have been developed, that deal with social
19  constructs, associated with the biologic reality
20  of male and female as expressed by the
21  chromosomes of the genes.
22        But those are social constructs not

Page 23

1  biologic constructs.
2    Q  Other than what you have laid out as
3  the dictionary, your knowledge of the field of
4  sexology, and your years of usage of the term, is
5  there any other basis for your opinion about the
6  meaning of the term sex?
7    A  I don't think so.
8    Q  Okay.  Do you rely -- in your report,
9  you actually -- it appears as though you cite a
10  1972 work by John Money.
11        Do you rely on Dr. Money's work as part
12  of your opinion, regarding the meaning of sex?
13    A  I don't think -- I think I rely on
14  Money more with regard to these other social
15  constructs, such as gender identity, sexual
16  identity, gender role --
17    Q  And --
18    A  -- as differentiated from the -- from
19  biologic sex.
20    Q  And so, on page three of your report,
21  where, under the statement my answers are as
22  follows, and then there is number one, at the end

Page 24

1  of the sentence there, that says sex and then, in
2  parenthesis, gonadal assignment at birth, refers
3  to the biologic status of a fetus or newborn with
4  regard to their chromosomal configuration of XX
5  genes, in parenthesis female, and XY genes, in
6  parenthesis male.
7        At the end of that sentence, there is a
8  number one in parenthesis, at the end.  What does
9  that number one in parenthesis signify?
10    A  I'm sorry, where are you?
11    Q  Sure.  On page three, answer number
12  one.
13    A  Page three.  Okay.
14    Q  Right there.
15    A  Good.
16    Q  And at the end of that sentence, there
17  is a number one in parenthesis.  At the end.
18    A  Um-hum.
19    Q  What does that one in parenthesis, at
20  the end of that sentence, signify?
21    A  That I took from -- that I did take
22  from John's work.

Page 25

1    Q  Okay.
2    A  From his 1972 book.
3    Q  And by John, you are referring to John
4  Money?
5    A  To John Money.  Right.  Yes.
6    Q  Okay.  And so, other than your
7  reference there to John Money, and the
8  dictionary, your knowledge of the field of
9  sexology, and your familiarity with the usage of
10  the term, are there any other bases for your
11  answer number one?
12    A  None other than I have already stated.
13    Q  Okay.  Are you familiar with the
14  supplemental report of Dr. Walter Bockting in
15  this case?
16    A  Yes.  I am.
17    Q  And did you review it?
18    A  Yes.
19    Q  Okay.  Dr. Bockting, in that report --
20  and if you have a copy of the report -- actually,
21  I'll just pull one out and we can mark it as an
22  exhibit.

7 (Pages 22 to 25)

Chester Schmidt, M.D.                                                February 21, 2007

Baltimore, MD

Page 30

1  environment, which, in the case of the male
2  fetus, is -- includes testosterone. That is not
3  the case with females.
4       And that is all -- that is all driven
5  by the -- essentially by the Y chromosome, which
6  is responsible for the genes -- which is
7  responsible for the change in the genital ridge,
8  which eventually produces the testosterone, which
9  eventually produces the male brain.
10      Q  With respect to that last sentence,
11 just so that I'm clear, is it your view that the
12 male brain produces testosterone, or that
13 testosterone produces a male brain, or neither?
14 Please, tell me, just so that I can understand
15 what you meant.
16      A  Well, you know, we are oversimplifying
17 things here. And so, it would be the later. The
18 testosterone environment, in fetal life, is what
19 will produce the male brain.
20      Q  Are you aware of others in the field,
21 who share Dr. Bockting's and Dr. Money's view,
22 that all of the factors listed in Dr. Bockting's

Page 31

1  report, including sex of assignment and rearing
2  and gender identity and role, are part of a
3  person's sex?
4       MS. RUSSELL:  I'm going to object to
5  the extent that it misrepresents Dr. Money's
6  research and conclusions. But you can go ahead
7  and answer.
8       BY MS. McGOWAN:
9       A  It's difficult to answer that question,
10 because you are making an assumption. Or it
11 sounds like you are making the assumption that
12 the others don't do what I do. And that is
13 differentiate the term sex, in a narrowly defined
14 way, as a biologic issue. But very much related,
15 to that biologic issue, are these other social
16 constructs.
17      And I don't know that the, quote,
18 others, if pressed, would not parse it out that
19 way. I certainly know there are lots of experts,
20 including myself, who have -- who understand the
21 significance of these other concepts, such as
22 gender identity and gender role.

Page 32

1       But to say that they are an intrinsic
2  part of the diag -- intrinsic part of the
3  definition of sex, per se, I don't know that the
4  others, if pressed, would not make the same
5  parsing that I am making.
6       Q  Okay. And I'm trying to be precise for
7  that exact reason, and ask you whether or not you
8  know of anyone, who does use the term sex to
9  include the concepts of sex of assignment and
10 rearing or gender identity and role?
11      A  Well, I think Dr. Bockting does. And
12 my assumption is that the philosophic and
13 scientific positions, that he and his colleagues
14 take, on the -- you know, who are part of what
15 was previously the Benjamin Society -- the
16 Benjamin Association -- would probably ascribe to
17 a less focused -- a less focused definition of
18 the term sex.
19      Q  Okay. And with respect to these
20 concepts, that you are excluding from your
21 meaning of sex, I just want to go through each
22 one of them.

Page 33

1       Why do you think that --
2       MS. RUSSELL:  I'm going to object to
3  the form of the question. But you can go ahead.
4       MS. McGOWAN:  I'll see if I can start
5  again.
6       BY MS. McGOWAN:
7       Q  So, there were four items I had
8  originally described in those two items. But you
9  broke them out properly as four items on the
10 list, laid out in Dr. Bockting's report, as items
11 that you would exclude from the term sex. And I
12 just want to go through each one, and ask you why
13 that is.
14      And so, with respect to sex of
15 assignment, why do you think sex of assignment is
16 not part of sex?
17      A  Because it is not a biologic -- it is
18 not a biologic -- it's not part of the biology.
19 The assignment is a human function that is
20 imposed on that child, at the point of birth or
21 sometime after the point of birth, by individuals
22 surrounding the person. It's not a biologic

9  (Pages 30 to 33)

Page 38

1  aware of any such condition.
2      Q   And similarly, with respect to the
3  other elements -- the other biological elements
4  of fetal hormonal sex, internal morphologic sex,
5  or external morphologic sex, or hypothalamic sex,
6  are you familiar with any cases in which any of
7  those biologic factors have one sex, whereas the
8  chromosomes would indicate a different sex?
9      A   Oh, yes.  There are definitely intersex
10  conditions, in which there are -- where, for
11  example, you have incomplete or incomplete non
12  tissue response to testosterone.  So that, you
13  can have an XY male producing -- a fetus
14  producing testosterone.  All right?
15      And because the end process, in the
16  tissues, there is a blockage of the acceptance of
17  the testosterone, in the end organs, you end up
18  with female genitalia and XY -- with an XY
19  configuration.
20      So -- and there are all kinds of
21  variations on that theme.  So that, there are
22  genetic errors that take place, that result in --

Page 39

1  in which there certainly -- there can be external
2  and internal morphologic differences than what
3  should be -- than what should happen as a result
4  of the actual chromosomal configuration.
5      So, the genes don't get properly
6  expressed.
7      Q   Okay.  And how does that play out with
8  respect to hypothalamic sex?  Can you have a
9  female brain but XY chromosomes?
10      A   I'm not aware of a specific condition.
11  But, theoretically, you could.  That is, if the
12  receptive sites in the brain, that would normally
13  respond to the presence of testosterone in utero,
14  or as a fetus, then you could end up,
15  theoretically, with a female brain having been
16  exposed to a normal testosterone environment as a
17  fetus in utero.
18      Q   In his report, in paragraph three, Dr.
19  Bockting talks about the sex of assignment.  And,
20  specifically, he says that:
21      Sex is typically assigned at birth on
22  the basis of the appearance of the external

Page 40

1  genitalia, rather than on chromosomal
2  configuration.
3      Do you agree with that statement?
4      A   Sure.
5      Q   And then he goes on to say:
6      Only in cases of children born with
7  ambiguous genitalia, additional aspects of sex,
8  eg: internal genitalia, chromosomal sex, hormonal
9  sex, are assessed and considered in the
10  decision -- I'm sorry -- are considered in the
11  decision as to what the best sex of assignment
12  is.
13      Do you agree with that statement?
14      A   Yes.  I do.
15      Q   And then Dr. Bockting says, going on in
16  that paragraph:
17      In making the decision about the best
18  sex of assignment, the most important factor is
19  the question of what gender identity a child is
20  most likely to develop.
21      Do you agree with that statement?
22      A   I don't -- you just said it differently

Page 41

1  than is here.
2      Q   Sure.
3      A   In this decision, the most likely
4  outcome of the child's gender identity
5  development is the most important factor.
6      Q   Right.
7      A   The goal is for the sex decided at
8  birth to be congruent with future gender identity
9  of the child.
10      Q   And do you agree with that statement?
11      A   It's a complicated statement.  I agree
12  with the goal is for the sex assigned at birth to
13  be congruent with the future identity of the
14  child.  I certainly agree with that.
15      I don't know what the first part is.  I
16  don't know what it means.  In this decision, the
17  most likely outcome of the child's gender
18  identity development is the most important
19  factor.  I don't get the relation -- I don't get
20  the -- I don't get the logical connection,
21  between the previous statements and the last
22  statement.

Page 46

1  subjective sense?
2      A  It's internal to the individual. It's
3  what I know about myself.
4      Q  Anything else with respect to your use
5  of subjective sense?
6      A  No.
7      Q  Okay.
8      A  I think that's pretty much it.
9      Q  And in addition to the experts that you
10  identified, as far as those upon whose work you
11  rely or with whom you agree, with respect to your
12  opinion about what is sexual identity, are there
13  any other bases for your opinion?
14      A  No. I think it's expert -- it's pretty
15  much expert testimony, if you will -- not expert
16  testimony. It's expert opinion that that has
17  come to be the definition of the term gender
18  identity or sexual identity.
19      Q  And I will pull, at this point, the
20  original report of Dr. Bockting, so that you will
21  have all of that --
22      A  Okay.

Page 47

1      Q  -- those materials in front of you as
2  well.
3          MS. McGOWAN:  Which we will mark as
4  number thirty-six.
5              (Exhibit Number 36
6              was marked for
7              identification.)
8          BY MS. McGOWAN:
9      Q  And included, in exhibit thirty-six, is
10  the expert report of Walter Bockting dated
11  September 15th, as well as the three exhibits
12  that he attached to his report. Exhibit one
13  being his CV. Exhibit two being a provision,
14  from the DSM IV, regarding Gender Identity
15  Disorder. And then, the third is the Harry
16  Benjamin International Gender Dysphoria
17  Association's standards of care.
18      A  Right.
19      Q  So, that is all included in this
20  document.
21      A  Is that the 2001 standards?
22      Q  Yes. They are.

Page 48

1      A  Okay.
2      Q  So, certainly, feel free to refer to
3  that report, if that's helpful, in the course of
4  these questions. In his report, both his opening
5  report and his supplemental report, Dr. Bockting
6  uses the term sexual identity to include gender
7  identity and other factors.
8          Do you have any disagreement with how
9  Dr. Bockting talks about sexual identity?
10      A  Could we --
11      Q  Sure.
12      A  Could you point me to the --
13      Q  Yes.
14      A  -- page?
15      Q  Certainly. Well, actually, I can point
16  you -- the supplemental report probably has it in
17  a place that is easier to -- on the second page
18  of Dr. Bockting's supplemental report.
19      A  Yes.
20      Q  Paragraph four, he talks about how he
21  is using the term sexual identity in the course
22  of his report. And I wanted to see if there was

Page 49

1  any disagreement, between you and he, about his
2  use of the term.
3      A  So, if I am understanding your
4  question, you are referring to his -- this
5  statement; in my definition, sexual identity has
6  at least four components; sex assigned at birth,
7  gender identity, social sex role, and sexual
8  orientation.
9      Q  Right.
10      A  That is what you are referring to?
11      Q  Right.
12      A  Okay.
13      Q  And so, just so that I'm clear, how
14  does your use of the term sexual identity differ
15  from Dr. Bockting's use of sexual identity as he
16  has laid it out here?
17      A  I would not include sex assigned at
18  birth, social sexual role, and certainly not
19  sexual orientation as a component of sexual
20  identity, which, as I pointed out, is synonymous
21  with gender identity for my purposes in today's
22  deposition.

13  (Pages 46 to 49)

Chester Schmidt, M.D.                                              February 21, 2007
Baltimore, MD

| Page 54 | Page 56 |
|---|---|

**Page 54**

1  answering the question whether the term sex is
2  synonymous with sexual identity.
3      Were you opining about whether or not
4  those terms are synonymous in fields other than
5  medicine and psychiatry?
6    A  I wasn't thinking specifically of that.
7  But if you are asking the questions, I think
8  that, if you want to include psychology, I would
9  include psychology, and say I don't believe -- I
10  would believe that psychologists, who are
11  interested in this particular aspect of human
12  behavior and the human existence, would make the
13  same differentiation I'm making. And that sex is
14  one thing, is a biologic reality. And sexual
15  identity, slash, gender identity is a social
16  construct.
17    Q  And do you have -- well, actually,
18  before I move on, other than the fields of
19  medicine, psychiatry, and to the extent you are
20  opining, as well, about whether or not these
21  terms are synonymous or not, in the field of
22  psychology, do you have expertise with respect to

**Page 55**

1  whether or not these terms are synonymous in
2  other any other field, for purposes of your
3  report?
4      MS. RUSSELL:  I'll object to the form
5  of the question. But you can answer.
6      BY MS. McGOWAN:
7    A  We have social workers. We have mental
8  health counselors. We have nurses. And my
9  experience over the years, with these other
10  fields as well, these are the professions who are
11  involved in the care of the patients, about which
12  we are talking, would also make the same -- also
13  make the same definition or discriminations.
14    Q  Okay. Outside of the field of mental
15  health, are you opining, in your report or here
16  today, about whether or not the term sex and
17  sexual identity are synonymous?
18    A  Are not synonymous? I would say in
19  medicine, in general, that those terms would be
20  differentiated by -- you know, by those
21  physicians who do any thinking about this.
22    Q  Do you have an opinion about whether

**Page 56**

1  the term gender role is synonymous with the term
2  sex, with respect to medicine in general?
3    A  It would be the same. Pretty much the
4  same answer for those physicians who do any
5  thinking about this, and have taken the time to
6  make these differentiations between sex, gender
7  identity, gender role. I believe that they also
8  would make the same discrimination.
9    Q  Okay. At page six of your report --
10      (Discussion off the record.)
11      BY MS. McGOWAN:
12    Q  We are on page six of your report. And
13  you have a statement there. It's sort of the
14  last paragraph on that page. You comment that:
15      Judge Robertson, quote, appears to
16  equate sex with sexual identity.
17      And then, in the next sentence, you
18  state that, in your view, that is erroneous.
19      Do you have any expertise with respect
20  to whether the term sex includes or encompasses
21  the idea of sexual identity as a legal matter?
22    A  No.

**Page 57**

1    Q  And if I told you that the Supreme
2  Court has ruled that, as a legal matter, the term
3  sex includes gender role, would that change your
4  view about whether the term sex includes sexual
5  identity or gender identity as a legal matter?
6      MS. RUSSELL:  I'm going to object to
7  the form of the question.
8      BY MS. McGOWAN:
9    A  Is that a hypothetical?
10    Q  Well, I will represent to you that the
11  Supreme Court -- and you could argue about
12  this -- but that the Supreme Court has ruled that
13  sex includes gender role as part of its meaning.
14      And so, I'm asking whether or not that
15  changes your view about whether or not Judge
16  Robertson is incorrect to equate sex with sexual
17  identity?
18    A  If that's the case, then I think, from
19  a legal -- you know, not being a lawyer -- but
20  from a legal perspective, that might support
21  Judge Robertson's position. But in terms of as a
22  psychiatrist, scientist, clinician, it would not

15  (Pages 54 to 57)

Page 62

1  it demonstrates is that sometimes it works and
2  sometimes it doesn't. I think that's the
3  message that I take home in terms of, I think,
4  what we are trying to work on today.
5      Q   Okay. And how does this study support
6  your conclusions in your report, if at all?
7      A   I think it's not so much a conclusion
8  as an observation, from the literature, what we
9  can observe is that sometimes -- sometimes this
10 reassignment works and sometimes it doesn't.
11     What it does do is it opens up a very
12 important and interesting set of research
13 questions.
14     Q   And how, if at all, does Dr. Reiner's
15 study support the conclusion that sex does not
16 equal, or is not the same as sexual or gender
17 identity?
18     A   Well, in that realm, what it
19 demonstrates is that the -- is that there can be
20 this remarkable disassociation between the
21 biologic sex. In this instance, it's the males,
22 XY males born with this non closure of the

Page 63

1  midline, so that their bladder is open. Normal
2  male brain.
3      And, in fifty percent of them, there
4  is, you know, about fifty percent of the cases,
5  they are successfully raised as females because
6  of the social process, that is a decision at the
7  point of birth or shortly thereafter, that is
8  complete disassociation between the gender that
9  is assigned and what they are raised in, as
10 compared to what their biologic sex is.
11     So, it's an experiment in nature, if
12 you will, that demonstrates that you can take
13 a -- you can, you know, under certain
14 circumstances, you can take an XY male and raise
15 them as a female successfully, whatever that --
16 you know, whatever successful means within the
17 context of the paper.
18     Now, that has also been demonstrated by
19 Claude Mignon, one of John Money's associates.
20 He's actually the guy that John got started with.
21 And Mignon published an even larger series that
22 demonstrates the same thing. That you can take

Page 64

1  XY intersex boys, who have a variety of intersex
2  conditions, reassign them at birth, give them
3  hormones, do the surgeries. And a significant
4  portion of them in his group, which is fifty -- I
5  think, almost fifty cases over twenty years --
6  and, again, you can override the biology.
7      And through the process of gender
8  identification, which is a social construct, and
9  a social process, come out at the end with a
10 group of women. You know, you have somebody
11 functioning as a female.
12     Now, there has been no change in the
13 biology. What you have changed -- what you have
14 changed is the gender identification, which is
15 directly related to the social process of how the
16 child was raised. And what people around the
17 child have told the child; you are a girl, you
18 are a girl, you are a girl, you are a girl.
19     So, we have two studies. You know,
20 both around the same time; 2000, 2003, something
21 like that, that provide these observations.
22     Q   And what is the significance, in your

Page 65

1  view, of the fact that roughly half of the
2  subjects, in Dr. Reiner's study, had a female
3  gender identity not withstanding their male
4  chromosomes?
5      A   Well, you can't make that statement;
6  not withstanding their chromosomes.
7      Q   Okay.
8      A   The chromosomes are what they are.
9      Q   Right.
10     A   In this instance, in Reiner's study,
11 that is what we are referencing?
12     Q   Right.
13     A   They are XY.
14     Q   Right. And so that, XY is
15 traditionally the male --
16     A   That's correct.
17     Q   -- chromosome marker. Right?
18     A   Yes.
19     Q   And my understanding -- and, please,
20 correct me if I'm wrong -- is that children with
21 XY chromosomes were raised as girls?
22     A   Correct.

17 (Pages 62 to 65)

Chester Schmidt, M.D.                                    February 21, 2007
                          Baltimore, MD

Page 70

1   of their biologic sex?
2       A   No.
3       Q   Okay. I'm going to say that my own
4   question was vague, because I'm not exactly sure,
5   sort of, if I understand your answer. So, in
6   your view, are an individual's hormones part of
7   their biologic sex?
8       A   Sure.
9       Q   Is an individual's internal genitalia
10  part of their biologic sex?
11      A   Yes.
12      Q   Is an individual's external genitalia
13  part of their biologic sex?
14      A   Yes.
15      Q   And so, when you say biologic sex, are
16  you talking about -- well, actually, let me take
17  that back. When you talk about an individual
18  being unable to change their biologic sex --
19      A   Right.
20      Q   -- in that context, do you mean
21  biologic sex only to mean chromosomes?
22      A   Of course. I mean these other things

Page 71

1   are not going to happen unless you have these
2   chromosomal configurations. That is the basis of
3   it all. So, you can change the exterior, but you
4   are still an XX or an XY. That doesn't change.
5       Q   Okay.
6       A   And that's the -- in my opinion, that
7   is -- as we have gone over it many times so far,
8   that is the core part of the definition of what
9   sex is.
10      Q   But it is possible for transgender
11  individuals to undergo treatment that would
12  change their hormonal sex. Isn't that right?
13      MS. RUSSELL:   Objection to the form of
14  the question.
15      BY MS. McGOWAN:
16      A   Well, sure. Yeah. If you take cross
17  gender hormones, you change the balances of
18  estrogen, testosterone, FSH, LH, you know, all of
19  the things. All of the related hormones. Right.
20      Q   And, similarly, an individual, who
21  undergoes sex reassignment, can change the aspect
22  of their biologic sex that is encompassing their

Page 72

1   internal genitalia. Correct?
2       A   They can change the external and
3   internal. They can change the internal and
4   external genitalia. Yes. That are the
5   consequences of their biologic sex.
6       Q   And so, the -- am I correct, the only
7   aspect of an individual's biologic sex, that
8   cannot be changed through gender reassignment
9   surgeries and treatments, is chromosomes.
10          Correct?
11      A   And the brain.
12      Q   Okay. What is the sex of an individual
13  who has female hormones, female internal
14  genitalia, female external genitalia, but XY
15  chromosomes? What is that individual's sex in
16  your view?
17      MS. RUSSELL:   Objection. Vague.
18      BY MS. McGOWAN:
19      A   Run that by me again.
20      Q   Sure. An individual, who has XY
21  chromosomes, but has female hormones, internal
22  genitalia, and external genitalia, what is that

Page 73

1   person's sex in your view?
2       MS. RUSSELL:   Same objection.
3       BY MS. McGOWAN:
4       A   In my opinion, they would be biologic
5   males.
6       Q   And that view is because, for purposes
7   of biologic, you are talking about chromosomes
8   exclusively. Correct?
9       A   The chromosomes and the genes. And I
10  think you are talking about the androgen
11  insensitivity syndrome, in which the receptors
12  don't respond to the presence of the
13  testosterone.
14      Q   Okay. Are there other scholars, in the
15  field of gender identity, who also believe that
16  biologic sex means chromosomes, but not hormones
17  and genitalia?
18      A   Yes. I think we have gone over that.
19      Q   Okay. And who are they? Who are the
20  individual that share your view, that biologic
21  sex is chromosomes but not hormones and
22  genitalia?

                                    19 (Pages 70 to 73)

Chester Schmidt, M.D.                                                    February 21, 2007
Baltimore, MD

Page 78

1  used?
2      A  Yes.
3      Q  Tell me, what do you mean by that?
4      A  There is no phase of this field, with
5  regard to gender identity, that has any
6  scientific basis.  There is no known etiology of
7  the disorder.  There has never been -- there have
8  never been any kind of studies that provide any
9  controls, with regards to the use of any of the
10  treatments.
11      There certainly have been no -- it's
12  very difficult to conceive of the golden
13  standard's study that has been a randomized
14  clinical trial, that's in anyway blinded.  So
15  that, there is just almost no signs.  All there
16  is is expert opinion and a bunch of follow-up
17  studies.  And that's about it.
18      And in terms of the grading of
19  scientific evidence, that kind of evidence is all
20  the way at the bottom as compared to the gold
21  standards which are well controlled, double
22  blinded studies.  There is none of that.  Zero.

Page 79

1  So, as far as I --
2      Q  That is actually my next question.  Are
3  you familiar with any controlled studies in this
4  field?
5      A  No.
6      Q  Do you have a view as to why there are
7  not controlled studies, that are able to be
8  conducted in this field?
9      A  Yes.  I think Steve Levine, who is --
10  you know, has a pretty good reputation in the
11  field -- has laid it out pretty well.  He calls
12  it an orphan diagnosis.  What he means by that is
13  that there are only a relatively few of us that
14  are interested in taking care of these patients.
15      In general, the field of medicine runs
16  away from this diagnostic group.  Because the
17  patients are very difficult.  They are extremely
18  demanding.  They are hard to manage.  And there
19  is so little science.  So, most physicians don't
20  want much to do with this.  Even psychiatrists.
21      There are relatively few psychiatrists,
22  who have any experience and who have any

Page 80

1  willingness to be involved in these patients.
2  There is no money -- almost no money for
3  research.  And the lack of research dollars has a
4  profound impact on the field with regard to
5  research.  Because if there is no money, then the
6  research doesn't get done.
7      So, the -- and then, that's one side of
8  it.  The other side of it is that it's -- you
9  know, it's a fascinating phenomenon.  So, it has
10  drawn the interest of some people who are
11  involved.  And they -- you know, on the one side
12  of the extreme, are the -- I think are the folks
13  like -- what do they call themselves?  WPATH --
14  the World Association for the something of
15  Transgender or Transsexual's, Inc.  Formally, the
16  Harry Benjamin Society or Association.
17      Who, in a very compassionate way, want
18  to do everything they can to take care of these
19  patients.  And, you know, the science doesn't
20  mean a whole lot because these people have a
21  condition.  The condition needs to be taken care
22  of.  And you do -- they believe that everything

Page 81

1  they do for the patients is in the patients' best
2  interests.
3      On the other side -- on the other side
4  of the spectrum, individuals like Paul McHugh and
5  other people, who believe it's absolutely
6  medically unethical to destroy normal tissue.
7  That it's unethical to alter normal hormonal --
8  and that these treatments are medically
9  unethical.
10      So, between that schism and the fact
11  that there is no research money, and it is an
12  orphan diagnosis, in which relatively few people
13  are interested in it, it has led to where we are
14  today, to a situation where there is a condition
15  being treated with no scientific basis.
16      A condition for which there are
17  treatments for which there are no scientific
18  basis.
19      Q  And based on your sort of knowledge of
20  the range of views and sort of the quantity of
21  views that are out there, would you say that --
22  is Dr. McCue's view a majority view?  A minority

21 (Pages 78 to 81)

Page 86

1  know, I think that's worthy of reconsidering. I
2  don't know. I think, at this point, I could go
3  either way.
4      Q  And with respect to adults, do you feel
5  as though there are ever cases where sex
6  reassignment surgery is the appropriate course of
7  action, for adults with Gender Identity Disorder?
8      A  As an individual decision, yeah. I
9  believe there are instances when, you know, it's,
10  from a medical perspective -- from my medical
11  perspective, that it's okay.
12      Q  And have you managed the care of any
13  patients, with Gender Identity Disorder, where
14  the patient underwent sexual reassignment surgery
15  under your care?
16      A  Yes. Back in the seventies, when I was
17  more involved in doing some direct care. Yes.
18      Q  And at what point did you stop becoming
19  involved in the direct care of patients?
20      A  Well, I didn't stop taking in the
21  direct care. My role, really since the eighties,
22  has been confined to the work I do in the sexual

Page 87

1  behavior consultation unit at Hopkins, which I
2  founded in 1972. Something like that. With two
3  other people. And from which I have gotten most
4  of my -- almost all of my clinical experience.
5      And my role has been confined to
6  that -- in that -- as an evaluator of new cases.
7  So that, around the teaching model that we have
8  created for the interns and the residents -- for
9  the residents and the medical students, we act as
10  the, sort of, the beginning point, if you will,
11  for patients who have GID.
12      And my particular role is as doing
13  those initial evaluations. Because we get people
14  from all over the country, out of our, you know,
15  catchment area. We will do the initial
16  evaluation and then refer them back, to where
17  they come from, for their psychotherapy and their
18  management. Those that are local -- we have on
19  our staff and people in practice, who have
20  association with us, we make referrals to those
21  people for the continuing care of the patients.
22      So, if they are close by, either

Page 88

1  someone on our faculty will pick them up, or we
2  make a private referral. If they are outside, we
3  will refer back to a network of people that we
4  have knowledge of, on a national basis. People
5  we think have experience.
6      Q  Prior to becoming primarily an
7  evaluator of cases with GID, what did your
8  clinical practice involve before then, with
9  respect to the care of patients with GID?
10      A  Well, you know, on a continuous basis
11  for a period of maybe -- maybe through a period
12  of those seven or eight years, I always had in
13  treatment of one, two, or three patients, who had
14  come through the evaluation process, and which I
15  assigned to myself for the counseling slash
16  psychotherapy. That's the beginning of the
17  process.
18      Q  In the course of your time directly
19  treating patients, and as well as being an
20  evaluator of new patients, did you ever encounter
21  patients who had a gender identity -- by which I
22  mean an internal sense of gender -- that was

Page 89

1  inconsistent with the sex role in which they had
2  been reared?
3      So someone who was, for example, raised
4  as a girl but they thought they were a boy on the
5  inside?
6      A  That's intrinsic to the disorder. I
7  mean, what you are describing is most of the
8  patients.
9      Q  Okay. And so just so that -- again, so
10  that's -- I'm just wanting to make sure that I
11  sort of understand, with respect to gender
12  identity as being something that has -- that has
13  developed not only as a result of sort of how an
14  individual is reared, but there is actually an
15  internal sense that may, in fact, not have been
16  influenced by how they are reared, because it's
17  something that they feel different about on the
18  inside.
19      Am I understanding that correctly?
20      A  No. You completely lost me.
21      Q  Okay. With respect to an individual's
22  gender identity --

Chester Schmidt, M.D.                                          February 21, 2007

Baltimore, MD

Page 94

1  had contact with her, it's very clear that the
2  counselor was pushing the patient in the
3  direction of identifying herself as someone with
4  a Gender Identity Disorder, then rapidly going on
5  the hormones.
6      I mean, malpractice. Just absolutely
7  malpractice. And that's an extreme example of
8  the kind of advocacy we do run into, and exists
9  out there in the field.
10     Q  And was this counselor, as far as you
11  know, a member of the Harry Benjamin Association?
12     A  I'm not sure. I don't know.
13     Q  Do you know whether or not this
14  counselor was purporting to apply the Harry
15  Benjamin standards of care in the treatment of
16  this patient?
17     A  That I'm not sure of either.
18     Q  In your view, do you believe that the
19  Harry Benjamin Association encourages -- actively
20  encourages people to undergo gender transition,
21  as an affirmatively good thing as opposed to a
22  neutral recommendation?

Page 95

1      A  Yes. I don't think that -- I think
2  they -- my sense of it is that the folks,
3  associated with the Benjamin group, believe --
4  sincerely believe -- that that is the best
5  treatment. That hormones and cross gender or
6  surgical reassignment is the appropriate
7  treatment for the disorder.
8      Q  And do you believe that the Harry
9  Benjamin Association is too loose in their
10  diagnosis of Gender Identity Disorder?
11     MS. RUSSELL: I'm going to object to
12  the form. But you can answer if you understand
13  the question.
14     BY MS. McGOWAN:
15     A  No. I wouldn't say that.
16     Q  And so, for example, you mentioned that
17  Dr. Coleman would come to your clinic and there
18  would be lively debate. And I guess I'm curious
19  sort of, with respect to your views, how do you
20  think your views differ from the views of the
21  Harry Benjamin Association?
22     A  I think it's -- I think we are going to

Page 96

1  be more rigorous in placing the decision making
2  on the individual or the patient. And probably I
3  believe more vigorous in responding to the
4  other -- to other psychiatric comorbidities. I
5  mean, this patient population has a high
6  incidence of psychiatric comorbidity.
7      And those comorbidities -- they
8  represent a clinical challenge. And the
9  challenge is trying to understand the influence
10  of those comorbidities on the decision making,
11  and the processes which the gender identity
12  patients expose themselves to by approaching or,
13  in fact, attempting to live and function in the
14  cross gender role.
15     Now, you know, we are talking in
16  generalities here. But this is an
17  extraordinarily heterogenous group of patients.
18  You know I have gotten to the point that, if you
19  have seen one, you have seen one.
20     I think, in the years past, we used to
21  try and pigeonhole them into stigmatized
22  homosexuals, into asexuals, schizoid individuals,

Page 97

1  the truly transsexual, the autogynephillic or
2  paraphilic transsexual, the Asian transvestite.
3  And that all starts to -- the more you see, the
4  more that breaks down.
5      They have different life stories. They
6  have different personalities. They have
7  different comorbidities. Their motivations and
8  their gender are sometimes quite different. The
9  only thing they share -- the only thing they
10  share is the desire to live and function in the
11  cross gender role. And that isn't in even
12  constant. That waxes and wanes. You know, some
13  years.
14     You get involved with these folks, you
15  are talking about years of relationship. You
16  know, for a couple of years, they are absolutely
17  determined. Life situation changes. They stop
18  the hormones. They start reliving in the role --
19  you know, their biologic sex role. It goes back
20  and forth.
21     I mean, it is incredibly heterogenous.
22  So, it's very difficult. It's very difficult for

25 (Pages 94 to 97)

Page 102

1  profoundly depressed that you should be -- you
2  should have the depression treated first before
3  you make this decision. Or that your life is in
4  such chaos that maybe you ought to get your life
5  in order before you start the hormones.
6      You know, I could spin it and spin it
7  and spin it. But that is not a discouragement.
8  I mean it's perceived, by the patient, as
9  discouragement. And it's perceived, by the
10 outside, as discouragement. But it's not. It's
11 trying to put -- it's trying to put the patient
12 in the best position possible to make a very,
13 very important decision.
14    Q  Okay.
15    A  The surgeries are -- some of them can
16 be reversed. Most of them can't. Even the
17 hormones, there are some aspects of the hormones
18 that are not reversible.
19    Q  Okay.
20    A  I mean these are not trivial decisions.
21    Q  And, in your discussion with patients,
22 do you also provide them information with

Page 103

1  possible upsides of undergoing the various steps
2  of gender transition?
3      MS. RUSSELL:  Objection to the form.
4  But you can answer if you understand it.
5      BY MS. McGOWAN:
6    A  You mean benefits?
7    Q  Yes.
8    A  I'm trying to think of how that
9  clinically would play out. Yeah. We, for
10 example, if we tell them -- you know, of course
11 most patients -- most patients are pretty well
12 versed. The internet today provides everybody
13 with almost everything they want to know about
14 anything.
15     So, most of the patients are well read.
16 They have done a lot of research. They have been
17 involved with transgender groups. They have
18 friends, who have either been in the process,
19 started, stopped, or some -- you know,
20 occasionally they will have a relationship of
21 some kind, a friendship with someone who has
22 completed a transition.

Page 104

1  So, they come loaded with a lot of
2  information. But even so, for example, with
3  regard to the hormones, we review with them the
4  effect of the hormones and what they can expect.
5  You know, for males, they are going to get some
6  breast development. There will be less muscle.
7  There will be some increase in fat, but the fat
8  distribution will be more female. They will get
9  a more female hairline. That they may experience
10 a change in the pitch of their voice.
11     So, you know, and similarly with a
12 female to males, the testosterone is even more
13 dramatic. It has an incredibly masculinizing
14 effect. And you go over that with them, to let
15 them know. Because they should and will want
16 to -- would want to know what that is about.
17     So, and then, similarly with some of
18 the surgeries, since we are seeing -- we are
19 seeing them way down the road, way before they
20 are getting into -- you know, they are
21 approaching the surgeries.
22     But, you know, we certainly work with

Page 105

1  them when they are -- with those patients, who
2  are closer to surgery, in reviewing for them what
3  it is. You know, what they might expect. We
4  bring in -- from time to time, we'll have -- it's
5  very difficult to follow these patients.
6      So, those ones who get taken care of,
7  go through the process, they just want to
8  disappear into the population. Most difficult to
9  get follow-up on female to male. Because they so
10 successfully disappear into the population, that
11 they don't ever want -- they don't ever want to
12 do anything to jeopardize the fact that they have
13 made this transition.
14     The males, there are enough of the
15 males who are incredibly interesting characters,
16 that they love to show off. So, we do get access
17 to them. And we occasionally bring them in, and
18 let them tell us, teach us about what it's like
19 to be -- you know, what the transition has been,
20 what it's done for them.
21     And then, for those of them who are
22 accessible to this, you know, with certain

27 (Pages 102 to 105)

Chester Schmidt, M.D.                                                   February 21, 2007

Baltimore, MD

| Page 110 |
| --- |

1   unethical. Paul takes the position it's
2   medically unethical.
3        I think if a plastic surgeon wants to
4   do the plastic surgery on these patients, I don't
5   think that it's malpractice or medically
6   unethical. Paul and other people on that end, I
7   think, would take that position.
8        Q   Okay. Any other ways in which you
9   perceive your view as being different from Paul
10  McHugh and that end of the spectrum?
11       A   I think that's the guts of it. I mean
12  that's the core issue.
13       Q   Other than this question, of whether or
14  not it is ethical for medical providers to
15  actually provide care to individuals with Gender
16  Identity Disorder, how would you perceive your
17  view as being different from those in the Paul
18  McHugh camp, with respect to the benefits of
19  gender transition as a course of treatment for
20  those with Gender Identity Disorder?
21       A   I'm thinking how Paul or others like
22  him would deal with the issue of the follow-up

| Page 111 |
| --- |

1   studies, in which there are reported satisfaction
2   results as compared -- you know, I think he would
3   just brush them aside. Or they would just brush
4   them aside as being non scientific. It says they
5   would be anecdotal with a huge sampling bias.
6        Q   And what is your view on those studies?
7        A   Well, I think they are basically
8   anecdotal. They are not the highest level of
9   scientific -- as we talked about before, if you
10  stratify scientific evidence, from class A down
11  to class D or E, those kind of studies are way
12  down here (gesturing).
13       But they are the only evidence that we
14  have got. So, we are kind of stuck with the fact
15  that it's far less than perfect, or far less than
16  very scientific.
17       Q   So, would you say that you share Dr.
18  McCue's dissatisfaction, you know, with the
19  science that's out there?
20       A   No. As I said very earlier, my opinion
21  is that the science is weak.
22       Q   Okay. So, in --

| Page 112 |
| --- |

1        A   I'm not going to foist that off on to
2   Dr. McHugh. You know, I'll take responsibility
3   for that view.
4        Q   Okay. So, in your view, is there any
5   credible science out there, one way or the other,
6   about what produces an individual's gender
7   identity?
8        A   No.
9        Q   And so, how have you arrived at your
10  view of what gender identity is?
11       A   Principally, through my clinical
12  experience. And, of course, you know, thirty-six
13  years of reading. A process like this really
14  forces one to sharpen one's views, when you are
15  under oath, and, you know, you have to be careful
16  of what words you say and what the words mean.
17  This has a remarkable ability to focus the
18  concentration.
19       So that, you know, it's an accumulation
20  of thirty-six years experience. Experience,
21  reading, talking to colleagues, going to
22  meetings. You know, this comes at the tail end

| Page 113 |
| --- |

1   of that thirty-six years. But it's cumulative.
2   And -- it's cumulative.
3        Q   And, in your view, is there credible
4   science, one way or the other, regarding the
5   question of whether or not an individual can have
6   a female hypothalamic sex, but male chromosomes?
7        A   Well, I think you are talking, again,
8   about the androgen insensitivity syndrome. And
9   you know, fortunately, it's a pretty rare
10  occurrence. So, in those cases, there is -- I
11  can't -- I'm not familiar with any autopsy
12  studies, per se, looking at the -- some of the
13  specific morphologic changes, that can be
14  identified in the brain, associated with the
15  masculinization of the brain.
16       They may exist. But I don't know -- I
17  have not read them. But certainly, in that
18  instance, you have an XY configuration. And
19  because the testosterone is blocked from the
20  receptor sites within the brain, the brain
21  doesn't get masculinized.
22       Q   Any other science on this topic that

29 (Pages 110 to 113)

Chester Schmidt, M.D.                                        February 21, 2007

Baltimore, MD

| Page 118 | Page 120 |
|---|---|

**Page 118**

1  the sex of the brain can result in what is
2  reported to be a satisfied normally functioning
3  person in the cross gender role.
4       So, I'm at a complete loss, given the
5  reasonable rigor of the rest of his report, for
6  him to make that statement. It's a total error
7  in so far as I'm concerned.
8       Q  And so, by sex of the brain, you, if
9  I'm right, are talking about biologically as
10  opposed to sort of psychologically, what the
11  brain is telling the body that the sex is?
12       A  Well, yeah. I mean, let me -- let's
13  look at the rest of that statement. That
14  paragraph. Once established cannot be changed.
15  All right?
16       Q  Right.
17       A  All right? So, once the brain is
18  masculinized or not masculinized, it's fixed.
19  So, you know, it seems to me he is -- you know,
20  in terms of the logic -- the scientific logic --
21  he is mis stepping all along here. I don't --
22  you know, unless he has a totally different

**Page 119**

1  notion of what masculinizes or doesn't
2  masculinize the brain, that is the difference --
3  you know, what is a female brain, what's a male
4  brain.
5       And if that's the case, then there may
6  be consistency here. But without knowing what he
7  means, you know, from my position, those are --
8  he is just flat out wrong and inconsistent.
9       Q  And just so that I'm clear, you agree
10  that the sex of the brain cannot be changed once
11  it has biologically been masculinized?
12       A  Yes. The biologic fixing is -- I would
13  agree with him, once it's fixed, it's fixed. It
14  cannot be changed.
15       Q  And it's --
16       A  At least from what we know today, you
17  know. Who knows to the future? But there is no
18  scientific evidence that says that, you know,
19  after the fact, that you can re masculinize --
20  that you can change the masculinization process
21  and revert to female, or take a female brain and
22  post -- post birth, post that critical period in

**Page 120**

1  utero, when exposure or non exposure takes place,
2  that you can change the morphology of the brain.
3       Q  Okay. So that I'm clear, to the extent
4  that -- if Dr. Bockting is using sex of the brain
5  to mean the biologic morphology of the brain --
6       A  Yes.
7       Q  -- then you disagree with him to the
8  extent that gender identity is the same as the
9  biological sex of the brain.
10       A  Correct.
11       Q  Okay. Do you think that there is such
12  a concept as a psychological sex of the brain?
13       A  Well, I think -- I mean that's a -- in
14  terms of relativism -- again, I'll go through my
15  patient experience.
16       When patients are making this decision,
17  they will, on an individual basis, based on their
18  perception of what the cross gender role should
19  be, they will create for themselves a set of
20  characteristics, attitudes, and behaviors, that
21  become consistent, internally, with what they
22  believe should be those personalities, attitudes,

**Page 121**

1  and behaviors for their function in the cross
2  gender role.
3       Not all of them do it. I mean, I've
4  had a patient recently say I don't care. I don't
5  care how I look. I don't care what people
6  perceive me as. I'm not going to change my
7  voice. I'm just going to -- I just want to live
8  in the cross gender role. I don't care. I'm not
9  going to try to do any of those things.
10       Most patients want to be perceived, by
11  other people, as the cross gender -- in the cross
12  gender role in an appropriate -- socially
13  appropriate -- fashion. So, they will tailor
14  make, for themselves, how they should act, how
15  they should be, when they are functioning in that
16  role.
17       To that extent, they are creating a
18  psychological construct in their mind, and to the
19  degree that part of that construct is what they
20  think the female -- what they think the female
21  psychologies will be if it's male to female.
22  They will do that.

Alderson Reporting Company
1-800-FOR-DEPO

Chester Schmidt, M.D.                                                    February 21, 2007

Baltimore, MD

Page 126

1   identity is something that can be changed, at
2   which point you used the word consolidated.
3       But the question originally was whether
4   or not an individual's gender identity could be
5   changed through therapy or other mental health
6   treatment.
7     A   Yeah. I think it could be consolidated
8   in either direction, depending upon where the
9   patient is. Many of the patients, that I have
10  seen over the years, are ambivalent about their
11  decisions. It's not like they are a hundred
12  percent sure that they want to live as a male or
13  as a female.
14      And a really good example of that are
15  the aging transvestites. These are guys who have
16  been transvestitic most of their lives. It's
17  been a paraphilia that they have lived with, for
18  many of them, quite successfully for — you know,
19  beginning in -- some prepubescent, some
20  adolescent, and then carry it on into their adult
21  life.
22      Tom Wise wrote a wonderful paper, a

Page 127

1   number of years ago, looking at a bunch of these
2   men and following them. And what he discovered
3   was that their interest in changing their gender
4   identity, living in the cross gender role, was
5   directly related to the presence of a comorbid
6   condition. Namely, depression.
7       When these guys get depressed — when a
8   certain segment of these transvestitic men,
9   usually in their forties and above, they get
10  depressed. It's absolutely the new appearance.
11  There is no prior interest, at all, in having
12  been female. The only thing they have done is
13  they have cross dressed for the purpose of sexual
14  gratification. It's a paraphilia. I am assuming
15  you know what transvestism is.
16      So, this group -- within the total
17  group of transvestites, there is this sub group.
18  But when they get depressed, they suddenly become
19  interested in being surgically reassigned.
20  Hormonally and surgically reassigned. You treat
21  the depression and their desire for — their
22  desire for changing their gender goes away.

Page 128

1       They have another exacerbation of their
2   depression and all of a sudden they want to
3   change genders again. You treat the depression,
4   it goes away.
5     Q   Okay.
6     A   So, there is an example of a treatment
7   process -- of a treatment that addresses a
8   condition - not directly the GID -- but impacts
9   the GID very, very definitely.
10    Q   And am I right that transvest -- I'm
11  going to say this wrong -- transvestitic
12  fetishism --
13    A   Yes.
14    Q   -- is a different diagnosis than Gender
15  Identity Disorder?
16    A   That's correct.
17    Q   Okay. And just so that I'm clear --
18    A   They are not mutually exclusive,
19  though.
20    Q   Okay.
21    A   You can have both.
22    Q   Okay. With Gender Identity Disorder --

Page 129

1   does a diagnosis of Gender Identity Disorder
2   always indicate the presence of co-morbidities?
3   Or are there cases where individuals can have
4   Gender Identity Disorder without the presence of
5   any other co-morbidities?
6     A   Yeah. There can be. Sure.
7     Q   Okay. In his report, Dr. Bockting
8   cites a 1999 study of Cohen-Kettenis and Gooren,
9   called transsexualism, a review of etiology,
10  diagnosis, and treatment.
11      Are you familiar with this study?
12    A   Yes. I think I have read it. Because
13  it's buried, in part, in her book --
14    Q   Um-hum.
15    A   Where is she from? Holland? Belgium?
16  Somewhere. And I've read the book and some of
17  that work is in the book. She focuses mostly on
18  adolescents.
19    Q   So, you are familiar with the study in
20  the context of it being cited in a book?
21    A   Here is the guy, Zhou. That's Zhou,
22  Z-H-O-U.

33  (Pages 126 to 129)

Page 134

1  matter of whether I agree or disagree. He is
2  summarizing his view of what those articles are
3  saying.
4       So, are you asking me if I disagree
5  with his summary?
6       Q  Well, yeah. I am asking, do you agree
7  that treatment attempts aimed at changing gender
8  identity, to become congruent with sex assigned
9  at birth, have or have not resulted in long-term
10 change?
11      Do you think that's an accurate
12 statement, as far as the state of knowledge in
13 your field?
14      A  I think we have already discussed that.
15 Where I said I think my assumption is that there
16 are -- that there are -- there have been
17 anecdotal studies, or case reports, in which
18 changes have taken place. And these authors
19 believe that it does not happen.
20      So, you know, you can find case studies
21 to go either way.
22      Q  Okay.

Page 135

1       A  Let me see what --
2       (The deponent is reading the
3  documents.)
4       BY MS. McGOWAN:
5       Q  And then, let me just ask you about the
6  two authorities that are listed in the
7  parentheses after that statement. The first one
8  is a 1984 publication of Cohen-Kettenis and
9  Kuiper, K-U-I-P-E-R?
10      A  Sure.
11      Q  Are you familiar with that article,
12 either in its original Dutch, apparently, or in
13 translation?
14      A  No.
15      Q  Okay. And then, he also makes a
16 citation to a --
17      (Ms. Russell returns to the conference
18 room at 12:24 p.m..)
19      BY MS. McGOWAN:
20      Q  -- 1965 article by Dr. Pauly. Are you
21 familiar with that article?
22      A  Yeah. I mean I read that years and

Page 136

1  years and years ago.
2       Q  Okay. And, in your view, does Dr.
3  Pauly's research, as encapsulated in that
4  publication, support the view that treatment
5  attempts to change gender identity do not result
6  in long term change?
7       A  Well, from this -- yeah. I think I do
8  in terms of his sense of what he did in this
9  review. Yes.
10      Q  And with respect to, you know, what Dr.
11 Pauly's sense of his review was, since I'm not
12 familiar with the article, what do you mean?
13      A  Well, I think he proved to himself that
14 he thought that it is not a long-term view. But
15 those were his cases. And he has a particular
16 point of view.
17      Q  Are you familiar with any scholarship
18 responding to Dr. Pauly's findings in that study?
19      A  No.
20      Q  Are you familiar with the individual
21 Kuiper, K-U-I-P-E-R, who is the author of the
22 1984 article?

Page 137

1       A  No.
2       Q  And I think we have established that --
3  are you familiar with Dr. Pauly?
4       A  Yes.
5       Q  Okay. Other than what we have
6  discussed, do you have any basis for discounting
7  Dr. Pauly's findings?
8       A  No. No.
9       Q  Okay. So, just to wrap up, with
10 respect to answer three in your report, you, at
11 the end of that first paragraph, say that:
12      This field of study is by no means
13 settled.
14      So, is it your view that there is --
15 that it's still unsettled whether or not biology
16 or biological factors has anything to do with
17 gender identity?
18      A  In my mind, no. I can't conceive, at
19 the moment -- I cannot conceive, at the moment,
20 visualizing how we are going to relate the
21 biology to a social process. The gender
22 identity, in which -- you know, I guess I have to

Chester Schmidt, M.D.                                                February 21, 2007

Baltimore, MD

Page 142

1  with a way of doing that. The other thing to
2  remember, these are terms that are made up. We
3  made these terms up. Pulled them right out of
4  the air, as a way of trying to parse out some of
5  the issues associated with all of this. It's not
6  like there is any historical background.
7       You know, we are talking about 1960's,
8  maybe the fifties. You know, so these are made
9  up. You know, human constructed terms that
10 have -- that don't -- are not derived from
11 science, per se.
12     Q  And with respect to this question of
13 evolving state of knowledge, I wanted to share
14 with you an article that I found on the internet.
15     A  Oh, good.
16     Q  Not surprisingly.
17     A  Not surprisingly, which we can mark
18 exhibit thirty-seven.
19     MS. McGOWAN:  We can mark this as
20 exhibit thirty-seven.
21          (Exhibit Number 37
22          was marked for

Page 143

1          identification.)
2     BY MS. McGOWAN:
3     A  May I take a look?
4     Q  Absolutely.
5       (The deponent is reading the article
6  marked as exhibit number thirty-seven.)
7     BY MS. McGOWAN:
8     Q  This is an article. This is a nine
9  page printout of an article, that appears to have
10 been published in the Hopkins Medical News in
11 winter of 1999, called "Sexual Healing", by Jim
12 Duffy.
13     And I want to just ask you, turning to
14 the last page -- and I apologize, it looks as
15 though some of the punctuation in the article
16 comes up as question marks as opposed to either
17 commas or quotation marks.
18     A  Well, I'm not going to do it without
19 'stigating the whole thing.
20     Q  Sure.
21     A  All right?
22     (The deponent is reading exhibit number

Page 144

1  thirty-seven.)
2     BY MS. McGOWAN:
3     A  Okay. All right.
4     Q  Okay. On the last page, there in the
5  last paragraph, there is a comment attributed to
6  you, that I want to first, you know, establish is
7  something that was appropriately attributed to
8  you, or otherwise reflects your views.
9       I'm going to start reading from the
10 line that says:
11     The field has changed enormously since
12 the unit began, Schmidt says. And it's going to
13 change still more. As the scientific base of
14 human sexuality becomes enriched, and the brain
15 chemistry and the genetics are better understood,
16 that it's becoming more like the other fields in
17 medicine. That is very much to the good, in my
18 opinion. The more interventions you have in your
19 bag of tricks, the more patients you can help.
20     Is that a statement correctly
21 attributed to you?
22     A  I hope so.

Page 145

1     Q  Do you recall making a statement to
2  that effect or --
3     A  You know, I don't remember the
4  interview.
5     Q  Okay.
6     A  But this is what it is.
7     Q  Okay. Does that statement -- is that
8  statement an accurate reflection of your views?
9     A  Sure. Yeah. I think I would say the
10 same thing today.
11     Q  How, in your -- how, in your view, has
12 the scientific base of human sexuality become
13 more enriched?
14     MS. RUSSELL:  I'm going to object.
15 Lacks foundation. I don't know how -- you
16 haven't quite established how this relates to the
17 issue before the court. But you can go ahead.
18 It's just an objection.
19     BY MS. McGOWAN:
20     A  Okay. State the question again.
21     Q  Sure. You know, in this quotation,
22 which we have established reflects your views,

37 (Pages 142 to 145)

Page 150

1    The use of low dose serotonin uptake
2 inhibitors, for premature ejaculation, really
3 works for some. I mean none of that existed.
4 There was nothing.
5    Q And, with respect to knowledge about
6 gender identity, what, in your view, are the most
7 important scientific developments, if there have
8 been any, that have informed your view about the
9 relationship of gender identity and sex?
10    A From my perspective, it's mostly in the
11 clinical realm. And, based upon my experience,
12 this notions that the -- the heterogeneity of the
13 patients -- when we started with gender identity,
14 we tended to -- you know, transsexualism; you had
15 it or you didn't.
16    And we made very little discrimination,
17 with regard to the individuation of the
18 individual circumstances of the patient's life.
19 You know, you either had it, you didn't. And
20 then, you went ahead and tried to work with it as
21 best you could.
22    But I think the cumulative years of

Page 151

1 clinical experience certainly demonstrated, to
2 me -- and I hope it's demonstrating to the field
3 out there, that these patients are very
4 heterogenous. And there is no one size fits all.
5 And that they have to be worked with -- you know,
6 you have got to create -- you have to evaluate
7 them.
8    You have got to create a formulation of
9 the base, make a diagnosis. And then, you design
10 the treatment plan. And that treatment plan has
11 to be trailer made, individual for the
12 individual. That is a change from where we
13 started.
14    With regard to the science,
15 unfortunately, there has not been a lot of
16 science. We are not much further ahead, in
17 understanding the etiology of this disorder,
18 whether it's biologic, whether it's a social
19 phenomenon -- the psychology. I mean it just
20 isn't there.
21    We have not done a good job of pressing
22 ourselves, scientifically. And, as I discussed

Page 152

1 before, part of -- a substantial part of the
2 reason is there just isn't any money. There is
3 no section in NIH or NIMH, that devotes any
4 attention to this. And the private foundations,
5 you know --
6    There is a lot of money now available,
7 because there is a lot of medications coming up,
8 principally for females, to help them. So, the
9 drug companies have a lot of money out there.
10 But there is nothing from the traditional sources
11 of funding for science, for this work. So, it's
12 really lagged behind.
13    So, I don't believe -- I don't believe
14 that we are much further ahead than we were
15 sixteen years ago, when I made that statement,
16 when it comes to GID.
17    Q Okay. And just to wrap this up, and
18 then I think maybe we will take a lunch break, in
19 your view, is there any credible science with
20 respect to the relationship of gender identity
21 and sex, that has moved the ball forward, in your
22 view?

Page 153

1    A No.
2    Q Okay.
3    MS. McGOWAN: So, let's take a break
4 here. If I can suggest we come back at 1:30.
5 It's a little bit shorter than our normal lunch
6 break.
7    MS. RUSSELL: Sure. That's fine.
8    MS. McGOWAN: Just so that we can keep
9 it moving. Thank you.
10    (Luncheon recess -- 12:47 a.m.)
11    (Afternoon session -- 1:31 p.m.)
12    BY MS. McGOWAN:
13    Q So, we are now back on the record. I
14 wanted to ask you, Dr. Schmidt, we have been
15 trying to talk about your opinion about what is
16 sex, in the context of your report and,
17 obviously, your expert opinion, generally. And
18 there have been different elements that we have
19 discussed as part of that discussion.
20    In your report, you talk about sex as
21 being a biologic reality. Or biological reality.
22 There is also a discussion of sex in paragraph

39 (Pages 150 to 153)

Chester Schmidt, M.D.

February 21, 2007

Baltimore, MD

Page 158

1  has one genotypic sex, and a different phenotypic
2  sex —
3      A  Yeah.
4      Q  — what sex is that?
5      A  To me, I'll say it for the fourteenth
6  time, they are biologic males. They are biologic
7  males.
8      Q  So, in your view, sex is chromosomes?
9      A  I think I have said it, you know,
10  fourteen, fifteen times now. Yes. That's
11  correct.
12      Q  Wrapping up something from this
13  morning, before we go on, I wanted to just ask
14  you, we were talking about sort of the range of
15  views about the topics we are discussing. And we
16  talked about HBIGDA, the Harry Benjamin
17  Association being at one end of the spectrum.
18      And am I correct that you described the
19  Harry Benjamin view as being a minority view?
20      A  Yes.
21      Q  Okay. And at the other end of the
22  spectrum, you talked about the view of Dr. McHugh

Page 159

1  and those who share his views, also, as a
2  minority view. Is that correct?
3      A  That's correct.
4      Q  Okay. Is there a majority view?
5      A  In so far as the field is so small, I
6  would say -- you know, I would say there is a
7  middle ground. Whether you want to characterize
8  that as majority or not, you know, if we --
9  majority means numbers to me. Probably not.
10      Maybe instead of a spectrum, you know,
11  it might be better to draw it as a triangle
12  rather than linear, with -- you know, like I
13  said, I believe I'm somewhere in the middle. You
14  know, how far to the middle, whether dead center
15  or slightly to the left, or slightly to the
16  right, you know, you can decide.
17      But, you know, the model I'm drawing is
18  a linear model with poles at each end. Now
19  maybe, you know, you could just as well
20  characterize it triangularly with those two poles
21  and then another group up here, and say it's more
22  triangular rather than linear.

Page 160

1      Q  Is there a view that has the largest
2  number of subscribers to it?
3      A  I would find that hard to answer.
4  Because I don't know anybody that has done a nose
5  count or a head count, and actually, you know,
6  said okay, if we somewhat artificially posit that
7  there are three separate groups, how many are in
8  this group, how many are in that group, and how
9  many professionals in this group.
10      I don't know where I would look to find
11  out the actual numbers.
12      Q  Would you say that your view is held by
13  the largest of the minorities that hold varying
14  views?
15      A  No. I don't think so. I think, within
16  the field of those of us who work with
17  these patients, I don't think that I would
18  characterize it that way. However -- excuse me.
19  I'm just coming off some sort of viral event. I
20  would bet that, if we took medicine in general,
21  and we could expose all of American physicians to
22  these issues, I would bet that the stance that I

Page 161

1  take would be a majority stance with regard to
2  today's community standard, with the approach to
3  the care of these patients.
4      In that -- most physician's -- you
5  know, physicians, our dictum is do no harm. You
6  know, that's how we are trained. You know, do no
7  harm. And the ethical problem for physicians is
8  in doing harm. The harm that's done to normal
9  tissue. I mean, the -- but I think if we could
10  educate them -- if we could educate them, I think
11  that we could get them past that.
12      And where they would end up is saying
13  that the standard of care, in the service of
14  doing no harm, that the best that you could do,
15  under those circumstances, is leave the decision
16  in the hand of the patients, and not advocate for
17  the treatments themselves. You know, these are
18  available.
19      If you -- if you are psychologically,
20  physically okay, and that you decide to do it,
21  it's not a whole lot different than deciding you
22  want breast augmentation, or you want to do a

41 (Pages 158 to 161)

Page 166

1 than you, I just wanted to pin down whether or
2 not there was any disagreement between the two of
3 you, regarding the criteria for diagnosing Gender
4 Identity Disorder?
5     A  No.  He has abstracted — all he has
6 mentioned here, criteria A and B, I think I go
7 beyond that a little bit.  But it's just -- no.
8 The answer to your question is no, rather than
9 belabor the point.
10    Q  Okay.  In question five of your report,
11 you ask how, if at all, is GID, by which we are
12 referring to Gender Identity Disorder, related to
13 one sex.  Similar to the question I had for you
14 this morning, about the use of the term
15 synonymous, I am just wondering, with respect to
16 your use of the term related, what were you
17 opining about with respect to how GID is related
18 to sex?
19    A  This is not my question.  This is
20 direct response to the questions that were given
21 to me.
22    Q  Okay.

Page 167

1     A  All right?
2     Q  Okay.  So, is it -- in your report, is
3 it fair to say that you were talking about how
4 sex — how GID is related, if at all, to sex as a
5 medical and scientific matter?
6     A  All right.  The question is how, if at
7 all, is GID related to one's sex.  Okay?
8         And my answer, you know, is probably
9 maybe too concrete for you, but that's my answer.
10 The relationship is that GID as a diagnosis --
11 the guts of the diagnosis is that; I have GID
12 because I'm a male and I prefer to live as a
13 female.
14    Q  Okay.
15    A  And I want to live as a female.  And I
16 intend to live as a female.
17    Q  Okay.  And other than your citation to
18 the DSM, is there anything else that you are
19 relying upon in your answer to question five?
20    A  No.  This is my opinion with regard to
21 the question.
22    Q  Okay.  This morning we were discussing,

Page 168

1 briefly, the standards of care of the Harry
2 Benjamin National Gender Dysphoria Association.
3 And those standards of care are actually
4 included, as exhibit three, to Dr. Bockting's
5 report.
6     A  I just pulled a copy off the other day
7 for myself.
8     Q  Okay.
9     A  I thought they had changed.  But the
10 website -- I mean, I thought there would be some
11 changes in the timing issues.  But that's what's
12 on the website.  So, that's what I assume is
13 current.
14    Q  Okay.  And I think you mentioned, this
15 morning, that you are familiar with this document
16 with the standards of care?
17    A  I am.
18    Q  Okay.  Dr. Bockting describes these
19 standards of care as guidelines that are, quote:
20        Widely accepted and respected and
21 reflect the professional consensus about the
22 psychiatric, psychological, medical, and surgical

Page 169

1 management of Gender Identity Disorders.
2        Do you disagree with anything in that
3 statement?
4     A  Yes.  Widely within the field which is
5 very small.  And I would not say that they are
6 accepted.  And I don't think that they would, if
7 tested out in the community of physicians, that
8 they would represent a standard of care.
9     Q  Okay.  Are there other standards of
10 care, or protocols of treatment, for individuals
11 with Gender Identity Disorder, other than the
12 Harry Benjamin standards of care, that are --
13    A  That are published?
14    Q  That are published and are more widely
15 accepted by professionals in your field?
16    A  I can't answer the more widely.  But
17 I'm not aware of any that are published.
18    Q  Okay.  And why, in your view, do the
19 standards of care -- the Harry Benjamin standards
20 of care -- not qualify as standards of care as
21 you use the term?
22    A  Well, because I think most physicians

43 (Pages 166 to 169)

Chester Schmidt, M.D.                                                                    February 21, 2007
Baltimore, MD

Page 174

1   if you give me the standards, let me just
2   briefly --
3        Q   Here.
4        A   Okay. I'll see if there is anything I
5   really have a problem with.
6            (The deponent is reading the document.)
7        BY MS. McGOWAN:
8        A   Well, I would disagree that
9   psychotherapy is not an absolute requirement, but
10  triadic therapy. I believe that -- you know,
11  call it counseling or psychotherapy -- is --
12  should be a requirement. It used to be a
13  requirement --
14       Q   Okay.
15       A   -- I think, in the previous guidelines
16  or standards. So, that's one thing.
17       Q   Okay.
18           (The deponent is reading the document.)
19       BY MS. McGOWAN:
20       A   I think that's the major disagreement I
21  have.
22       Q   And I believe you said that you are not

Page 175

1   aware of any other published guidelines, for the
2   treatment of Gender Identity Disorder, other than
3   the Harry Benjamin standards of care.
4            Is that right?
5        A   That's correct.
6        Q   Okay. And so, are there any other
7   standards that are not published, that health
8   care providers treating patients with Gender
9   Identity Disorder rely upon --
10       A   Well, how --
11       Q   -- to treat --
12       A   How could they access them if they are
13  not published?
14       Q   Okay. So, is it fair to say that the
15  Harry Benjamin standards are, you know, the
16  standards that are out there to which people can
17  look to for guidance, for treatment of Gender
18  Identity Disorder?
19       A   It is — yes. It is a set of
20  guidelines that, so far as I know, are the only
21  ones that are published. Now, I think people
22  have modified them. They have incorporated some

Page 176

1   of them in their own publications. But I think
2   that's the source document.
3        Q   And are you aware of any criticism of
4   the guidelines, as such? And, again, I'm not
5   talking about how people apply the guidelines.
6   But I'm wondering, are you familiar with any
7   publications criticizing the guidelines laid out
8   in the standards of care?
9        A   Specifically, the -- I mean, the
10  most -- the most vocal attack is not specific to
11  the guidelines, but it's on the whole issue of
12  using hormones and surgery, by people like
13  McHugh. So, to the degree that these guidelines
14  involve the use of those procedures, it is a
15  direct attack on the methodology of the
16  treatment, you know.
17           I don't know of any -- I can't think of
18  anybody that has specifically said that the
19  guidelines are -- themselves are -- there is --
20  you know, there is something wrong with the
21  guidelines, other than maybe others, like myself,
22  who think that psychotherapy should be a

Page 177

1   requisite part of the process.
2            But to the degree that the guidelines
3   layout the way that you approach using the
4   hormones and the surgery, then if you think
5   that's unethical, you are obviously saying
6   that -- by implication, you are saying that the
7   guidelines are not appropriate because they lead
8   to something that is medically unethical.
9        Q   And is the view that prescribing
10  hormones, to individuals with Gender Identity
11  Disorder, is unethical -- is that -- would you
12  describe it as a minority view?
13       A   Again, I don't know what the head count
14  would be. It depends upon what you are -- what's
15  the pool from which you are drawing?
16       Q   The pool would be practitioners in the
17  field of gender identity.
18       A   Within the field of gender identity, I
19  would say that there probably are more people
20  that want to give the hormones than there are
21  those that would not.
22       Q   Okay. In paragraph five of your

Alderson Reporting Company
1-800-FOR-DEPO

Chester Schmidt, M.D.                                                February 21, 2007

Baltimore, MD

Page 182

1  quite content in passing successfully without
2  hormones or surgeries. I draw to your attention
3  female impersonators. Some of them are
4  absolutely gorgeous. Many of them -- some of
5  them take hormones. A fair number of them don't.
6  Most of them are not operated upon. Maybe some
7  of them get breast augmentations.
8       So, it's quite variable. But, you
9  know, you can't generalize, as I said before.
10  It's because there are so many variations on the
11  theme. But for those who take hormones, it
12  does -- you know, there is a need to do that both
13  for the morphologic changes and for the
14  psychologic -- there is a psychologic value to
15  it, too.
16       The psychology being, well, you know,
17  now being on female hormones means, to me, that
18  I'm more female. You know, it's a very
19  subjective thing. I'm more female because I'm
20  taking female hormones. And because I can tell
21  myself that my hormonal status is consistent with
22  the way I want to be, and, now, with my

Page 183

1  developing morphology.
2       And if you can -- you then can extend
3  all of that to the surgery, itself. That much of
4  the service -- I mean, there are a fair number of
5  people, who get artificial -- who get vaginas
6  when they never use them. But the very fact that
7  they have a vagina creates that internal sense of
8  consistency, that is very important in
9  maintaining a balance, on a day to day basis, and
10  not having to bounce back and forth between, you
11  know, am I a male, or am I a female, or what, you
12  know.
13    Q  Okay.
14    A  That's a tough position to be in if you
15  can't resolve that. So, once you make that
16  decision, everything that you do, that can
17  reinforce the basic position, and support the
18  basic position that you are now taking, is
19  helpful.
20       Is very helpful in resolving the --
21  what has to -- the psychological work that has to
22  be done internally, by that person, to carry the

Page 184

1  whole thing off.
2    Q  So, in your view, does taking hormones
3  have any impact on the person's sex?
4    A  No. Not as I define sex. No.
5    Q  And is that because your definition of
6  sex means only chromosomes?
7    A  Yes.
8    Q  Okay.
9    A  It certainly has impact on gender
10  identity and gender role. Or sexual identity,
11  sexual roles.
12    Q  And --
13    A  Well, let me say it can. Not always,
14  but it can. Often, it does.
15    Q  And we can probably run through these
16  quickly. But just so that I'm clear, would you
17  agree that patients, with GID, often have various
18  other surgical procedures, prior to general
19  surgery, such as breast or chest surgery, and
20  that this is a step outlined in the standards of
21  care?
22    A  Well, they address breast augmentation

Page 185

1  in the standards. Yeah. Sure.
2    Q  Okay. And --
3    A  You know, we are talking about -- we
4  are talking, for male to female, it's breast
5  augmentation. For females, it's breast
6  reduction.
7    Q  Okay. And, in your view, neither
8  breast augmentation or breast reduction has any
9  impact on a individual's biological -- or on an
10  individual's sex?
11    A  No. Because you cannot change the
12  chromosomes.
13    Q  Okay.
14    A  And I narrowly -- I define sex as being
15  the chromosomal configuration, either male or
16  female.
17    Q  Okay.
18    A  Let me point out to you that, in the
19  DSM, under the section -- some of the content in
20  schizophrenia, that there is a sentence or two
21  that speaks to this issue of where you are going.
22       When pressed, people who have Gender

47 (Pages 182 to 185)

Chester Schmidt, M.D.

February 21, 2007

Baltimore, MD

Page 190

1    For the moment, operationally, you
2    know, as a practical matter, I accept the
3    diagnosis. But I certainly -- I certainly --
4    this work, and some other things that I'm doing,
5    is forcing me to take another look, personally
6    and professionally, at the legitimacy of that
7    diagnosis.
8    Q    Okay. And what causes you to be
9    concerned about the legitimacy of GID as a
10   diagnosis?
11   A    Well, there are two aspects of it. One
12   is the heterogeneity of the patient population.
13   It's so heterogenous it's hard for me -- first of
14   all, I can't even envision a scientific -- a
15   biologic basis for something that is so
16   heterogenous. All right. So --
17       All right. Well, there are plenty of
18   diagnoses, in the DSM, that have no scientific
19   etiology at the moment. But they have certain
20   heuristic value because they have been around for
21   a long time. And this has been around since
22   1940, 1950. Not officially until 1960 something.

Page 191

1    That's one aspect of it.
2        And the other is I'm really concerned
3    about the patient population, itself. You know,
4    I lived through the decision to take
5    homosexuality out of the DSM. And, you know,
6    there were lots of good reasons for doing that.
7    And I have the same concerns here.
8        I think, in the absence of there
9    being -- in the absence of there being any kind
10   of scientific support, vis a vis the presence of
11   the diagnosis, other than the fact that people
12   have been aggregated under the diagnosis, upon
13   the basis of self report, it's stigmatizing. You
14   know, you come -- you know, I come in. I see
15   you. I've got a -- I am a GID. I have got a
16   mental illness.
17       And with no basis for etiology for the
18   mental illness, and the stigma that's associated
19   with mental diagnoses, I'm not sure it should be
20   there. I'm not so -- you know, I'm thinking we
21   ought to give real hard thought of taking out,
22   for the same reasons we took homosexuality out.

Page 192

1    And, in fact, you know -- and from a
2    political point of view, there is a merging, now,
3    of the agendas of the transgender with the gay
4    and lesbian agenda, from a political basis. When
5    this all started, years ago, the GID patients
6    wanted absolutely nothing to do with a
7    relationship with the gay and lesbian community.
8    Because they did not -- they did not want to be
9    associated.
10       Because they believed they had a very
11   different -- they had a very different issue,
12   different set of issues. And it appears, to me,
13   that those issues are sort of merging. And the
14   issue of stigma, I think, is going to become an
15   increasingly important problem. I don't know
16   what advantage there is.
17       I mean, there is -- so far as I can
18   see, there is no advantage for there being a
19   diagnosis for the population of patients.
20   Because they could access -- there is no
21   restriction to access of care, with the exception
22   of poor. Poor people, who have to access

Page 193

1    Medicaid or Medicare.
2        There are some restrictions, I think,
3    also, in commercial insurances for the
4    treatments. But, you know, I'm not sure that
5    would justify the -- or override the issue of the
6    stigma. I mean, I -- you know, it's something I
7    think we all need to think about.
8    Q    And so, is it your view that there is
9    no scientific evidence, one way or the other, to
10   establish any biological cause for Gender
11   Identity Disorder?
12   A    There is absolutely none at this
13   moment.
14   Q    Okay.
15   A    It would be very helpful if there was.
16   Q    Is there scientific evidence sufficient
17   to disprove any biological basis for Gender
18   Identity Disorder?
19   A    No.
20   Q    So, this is still an open question?
21   A    Absolutely.
22   Q    Okay. With respect to the etiology of

49 (Pages 190 to 193)

Chester Schmidt, M.D.                                    February 21, 2007
                              Baltimore, MD

Page 198

1    Q  Do you think it will be possible to
2  identify an etiology, for what is currently
3  identified as Gender Identity Disorder, in the
4  DSM?
5    A  As a general category, no.
6    Q  Okay.
7    A  I think it's going — the work will be
8  done by identifying, more or less, homogenous
9  groups of patients and banging away at trying to
10  understand the etiology for that homogenous
11  group.  I don't think we are even at the point
12  where there is agreement, as to what the
13  homogenous groups are.
14      Everybody has there own little sub
15  classification system.
16    Q  With respect to the -- when you talked
17  about researchers split into camps, in your
18  statement in paragraph six, you state others,
19  referring to what I think is another camp of
20  researchers, believing that there are multiple
21  psychologic factors, child rearing practices, and
22  or sexually motivating factors that may be at

Page 199

1  play in the development of Gender Identity
2  Disorder.
3      Is it fair to categorize that category
4  of researchers as individuals who adhere to the
5  psychoanalytic school of thinking?
6    A  No.
7    Q  Okay.  How would you distinguish sort
8  of their view from what the psychoanalytic school
9  would say about Gender Identity Disorder?
10    A  I'm not an analyst.  I wouldn't presume
11  to -- I wouldn't presume to attempt to answer
12  that question from an analytic point of view.
13  Analytic point of view.
14    Q  Okay.  Are you familiar with the
15  psychoanalytic theory of mental health care?
16    A  That's an incredible question.  What do
17  you mean the theory of mental health care?
18    Q  Would you say that you are an adherent
19  of the psychoanalytic framework?
20    A  No.
21    Q  Okay.  And why -- or how do your views
22  diverge from the psychoanalytic school?

Page 200

1    A  I couldn't tell you what the current
2  psychoanalytic thinking is, with regard to GID.
3  I couldn't do that.  Because I'm not interested
4  in that.  Because it's just too confining.  Too
5  confining a framework with which to approach
6  patients.  I'm much more eclectic, if you will.
7  I don't ascribe to the psychoanalytic theory.
8    Q  Okay.
9    A  I mean not that it doesn't have some
10  utility, or hasn't had some utility.  But I think
11  we are way past that.
12    Q  Okay.  I want to just run through a few
13  of the studies that Dr. Bockting mentions in his
14  report.  Just to get your view if you are
15  familiar with them.  And, actually, let me make
16  sure I can point you to the right report.  Yeah.
17      In his report, at page fifteen in
18  paragraph thirty-four, Dr. Bockting notes:
19      That in recent years prenatal exposure
20  of the brain to androgens has increasingly been
21  put forward as a critical factor in gender
22  identity, citing the 1997 study of Diamond and

Page 201

1  Sigmundson, called; "Sex Reassignment at Birth,
2  Long-term Review and Clinical Implications".
3      Are you familiar with this study?
4    A  I don't think I have -- I don't think I
5  have -- no.  I have not read that particular
6  study.
7    Q  Okay.
8    A  But it's -- no.  Never mind.  It's --
9  no.
10    Q  Okay.  In his supplemental report, Dr.
11  Bockting, at paragraph four, discusses recent
12  research on the etiology of transsexualism as
13  pointing toward the role of sexual
14  differentiation in the brain -- or sexual
15  differentiation of the brain, as a factor in
16  gender identity development.
17      And in support of that statement, he
18  cites a 2000 study of Dr. Kruijver,
19  K-R-U-I-J-V-E-R, called "Male to Female
20  Transsexuals have Female Neuron Numbers in a
21  Limbic Nucleus".
22      Are you familiar with this study?

51 (Pages 198 to 201)

Chester Schmidt, M.D.                                    February 21, 2007
                            Baltimore, MD

| Page 206 |
|---|
| 1    A   No. |
| 2    Q   You state here that, you know, plastic |
| 3   surgeries are procedures that alter the |
| 4   morphology of an individual's body. Would you |
| 5   agree that there are surgical procedures, that |
| 6   are part of gender transition, that are not |
| 7   plastic surgery procedures? |
| 8    A   Yes. I think the removal of the |
| 9   ovaries and the uterus are gynecologic -- I put |
| 10  them in gynecologic. But I think that's -- okay. |
| 11  Yes. I would say they are gynecologic. |
| 12   Q   Okay. And so, am I correct that, in |
| 13  your view, not withstanding any of the surgical |
| 14  procedures that an individual may undergo as part |
| 15  of a gender transition, your view is that one |
| 16  never changes their biological sex? |
| 17   A   Correct. |
| 18   Q   Okay. Because none of those surgeries |
| 19  change an individual's chromosomes. Correct? |
| 20   A   Correct. |
| 21   Q   Okay. |
| 22   A   Nor could they. |

| Page 207 |
|---|
| 1    Q   Okay. Do you think that a person, who |
| 2   has undergone sexual reassignment surgery, should |
| 3   be allowed to change the sex designation on their |
| 4   birth certificate? |
| 5       MS. RUSSELL:  Objection. Relevance. |
| 6   But you can answer. |
| 7       BY MS. McGOWAN: |
| 8    A   That's a legal issue defined by each |
| 9   state. And, you know, I can't -- I wouldn't |
| 10  disagree with a state deciding that that could be |
| 11  done. |
| 12   Q   And is there a point at which you |
| 13  believe individuals should be allowed to change |
| 14  their sex on government documents? |
| 15      MS. RUSSELL:  Same objection. |
| 16      BY MS. McGOWAN: |
| 17   A   No. I think that -- you know, that |
| 18  should be defined by the regulations, or |
| 19  whatever, of the State that pertain to that |
| 20  change. |
| 21   Q   With respect to questions eleven and |
| 22  twelve, which pertain to your opinions about |

| Page 208 |
|---|
| 1   intersex conditions -- |
| 2    A   Yes. |
| 3    Q   -- is there anything else, with respect |
| 4   to your opinion, about those questions that you |
| 5   intend to offer in this case? |
| 6    A   No. I don't think so. |
| 7    Q   Okay. |
| 8    A   Let me just make sure and read the |
| 9   questions themselves. Make sure that those were |
| 10  decent answers. |
| 11      (The deponent is reading the document.) |
| 12      BY MS. McGOWAN: |
| 13   A   I'm getting there. No. I don't think |
| 14  I have more to say about that. |
| 15   Q   Okay. Are all intersex conditions the |
| 16  result of genetic abnormalities? |
| 17   A   The only other category could be |
| 18  congenital. I don't think I know of any -- I |
| 19  don't think I -- I don't know of any congenital, |
| 20  non genetic syndromes, or situations that cause |
| 21  intersex. Not that there -- you know, that there |
| 22  couldn't be, theoretically. But I don't know of |

| Page 209 |
|---|
| 1   any. |
| 2    Q   Okay. And just so I'm clear, are you |
| 3   aware of any cases where a child has ambiguous |
| 4   genitalia, but clear normal either XX or XY |
| 5   chromosomes? |
| 6    A   Say that again. |
| 7    Q   Sure. Are there any cases in which an |
| 8   intersex individual, or an intersex child, has |
| 9   ambiguous genitalia, but does not have abnormal |
| 10  chromosomal structures? They are either |
| 11  definitively XX or XY? |
| 12   A   Oh, oh, no. No. Sure. There are |
| 13  the -- the Klinefelters XXY, XXXY. I think there |
| 14  are XY's with partial or incomplete Y's. I mean |
| 15  there are all kinds of translocations. Not |
| 16  .ranslocations, but variations on the X -- the |
| 17  direct X and Y. |
| 18      So, I think there are a fair number -- |
| 19  there are a number of chromosomal conditions that |
| 20  are aberrant, in that it's not just XY or XX. |
| 21  They are -- I forget the term. As I said, |
| 22  something like Klinefelter Syndrome, which is |

Alderson Reporting Company
1-800-FOR-DEPO

Page 214

1    Q  Do you recall having any
2  conversations -- before you do that -- with the
3  government about any of your -- any particular
4  answer that you provided to the questions that
5  they posed to you?
6    A  I think the -- no.  I don't recall any
7  specific conversation.  No.
8    Q  Did you have or did you produce any --
9  other than the document that you are looking at
10  right now, exhibit thirty-nine, did you produce
11  any other drafts of your answers to the questions
12  posed by the government?
13    A  No.
14    Q  Okay.  Did the government, during any
15  of your conversations with them, suggest certain
16  statements that -- or issues that they needed you
17  to address in your report, other than what's
18  reflected in these e-mails?
19    A  The only thing, in addition to these
20  questions, was they asked me about if I would
21  address Judge Robertson's position as expressed
22  by this section in my report.  They asked me to

Page 215

1  think about that and what my thoughts were about
2  it.
3    Q  Okay.
4    A  And then, you have my thoughts about it
5  as part of the -- as part of the report, which
6  stands -- you know, which is not direct -- it's
7  not in this question list.
8    Q  Okay.  And did counsel for the
9  government provide you with any documents about
10  this case?
11    A  Yes.  Yeah.  They did.  I got them
12  here.  You have already -- they are -- as part of
13  the packages, they had Dr. Bockting's original
14  report and, later on, the supplement.  And then,
15  they also supplied me with the complaint.
16    Q  Um-hum?
17    A  Okay?  And what else do we have here?
18    (The deponent is looking through a box
19  of documents.)
20    BY MS. McGOWAN:
21    A  An expert report by Martha Harris,
22  LCSW.

Page 216

1    Q  Okay.
2    A  And Dr. Bockting.
3    (The deponent is looking through
4  documents.)
5    BY MS. McGOWAN:
6    A  I'm not sure what you call this.  Oh,
7  here we go.  Yeah.  It's called a memorandum of
8  order.
9    Q  Okay.
10    A  Okay?
11    Q  And the witness is referring to a copy
12  of the decision of Judge Robertson on the motion
13  to dismiss in this case?
14    A  Yeah.  I think those were the
15  documents.
16    Q  Okay.  Did you review any other
17  documents in preparing your report?
18    A  Could you be more precise about review?
19  I mean, I certainly spent a fair amount of time
20  on the DSM IV.
21    Q  Okay.
22    A  And the TR.  Because I had to quote

Page 217

1  directly from that.
2    Q  Okay.
3    A  You know.  And as well as you think you
4  know something like that, you have to read it and
5  reread it.
6    Q  Okay.
7    A  I did some general reading from Ken
8  Zucker and Sue Bradley's book on some of their
9  introductory chapters just to refresh my memory.
10  And some of the chapters they have on -- on
11  notions of etiology.  I like their book because I
12  have had some contact with Dr. Zucker.  And I
13  think well of him.
14    Q  Okay.  And if I'm right, that's the
15  1995 book by Zucker?
16    A  And Bradley.
17    Q  And Bradley, that you cite in your
18  report?
19    A  Correct.
20    Q  Did you review any research, published
21  after 1995, in your preparation of this report?
22    A  Well, about four years ago, I thought I

Chester Schmidt, M.D.                                    February 21, 2007
                        Baltimore, MD

Page 222

1  an expert on either Gender Identity Disorder or
2  transsexuality?
3      A  No. No.
4      Q  Okay.
5      A  You can see the bulk of them. I can
6  tell you what they are. I'll give you the short
7  version. I have been doing forensic work. I'm
8  not a forensic psychiatrist. But, many years
9  ago, I started working with the public defender,
10 on the indefinite commitment law to the Patuxent
11 here.
12         And some work had shown that that
13 particular program, the recidivism rate was no
14 better than just the general prison population.
15 And these guys were put into prison without any
16 definite sentencing, with the hope that the
17 programs there would make them different than
18 other prisoners or criminals, and they would have
19 a lower recidivism rate.
20         The public defender even took that on.
21 And I got my feet wet in doing this kind of work,
22 working with the public defender. Because of

Page 223

1  that, I started getting cases with -- you know,
2  it's all networking. And I started getting
3  cases. And it has just built to the point where
4  I get anywhere from ten to twelve cases a year.
5         Most of them mature to depositions.
6  Only one or two of them go to trial in a year.
7  Most of them are settled. The overwhelming
8  majority of them are malpractice. The
9  overwhelming majority -- ninety percent of the
10 cases, I'm on the defense side in malpractice.
11        Most of the cases have to do with
12 suicide. There are some that have to do with
13 other kinds of treatment issues. A couple of
14 criminal cases. A couple cases both on you guys'
15 side against you guys.
16     Q  By you guys, the witness is pointing
17 to --
18     A  The attorney general. The attorney
19 general.
20     Q  -- the government whereas --
21     A  With the issue of fraudulent billing
22 because I have some expertise in CPT coding and

Page 224

1  documentation. So, you know, if you say I've
2  been doing this for thirty years, at the rate of
3  maybe ten, twelve cases a year, even though I'm
4  not a forensic psychiatrist, I've logged a lot of
5  experience. But most of it has been in the area
6  of malpractice.
7      Q  Okay. And with respect to the Koselik
8  case in Massachusetts, what was the opinion that
9  you were offering?
10     A  I can't talk to you about it.
11     Q  Okay. That's covered by the gag order
12 in the case?
13     A  Yes.
14     Q  Okay. And with respect to the IRS case
15 that you mentioned, are you at liberty to discuss
16 the opinion you offered in that case?
17     A  I haven't offered any opinion yet. I
18 am in the process of doing that right now.
19     Q  Okay. And what questions were you
20 asked to opine on?
21     A  If I understand, there is a technical
22 issue -- there is a technical issue in the

Page 225

1  regulations with regard to being able to take
2  deductions for medical surgical procedures. And
3  the issue there -- again, you know, I probably
4  got it all wrong.
5         But the issue, from a legal point of
6  view, is whether the -- it boils down to whether
7  the surgery is medically necessary or elective,
8  as that discrimination applies to the technical
9  aspects, or the technical components, and what
10 was the congressional intent in writing those
11 rates.
12     Q  Okay. And have you formulated your
13 opinion about whether or not sex reassignment
14 surgery is a medically necessary procedure?
15     A  Yes. I think I have given you that
16 answer today in many different ways. In my
17 opinion, it's elective surgery.
18     Q  Okay. And did you bring any other
19 documents with you today, other than the
20 documents that you have identified?
21     A  I did bring — you said, you know, to
22 try and comply. I did bring my written drafts.

57 (Pages 222 to 225)

Chester Schmidt, M.D.                                                    February 21, 2007

Baltimore, MD

Page 230

1          ACKNOWLEDGMENT OF DEPONENT
2      I, CHESTER SCMIDT, M.D., do hereby
3  acknowledge that I have read and examined the
4  foregoing testimony, and the same is a true,
5  correct and complete transcription of the
6  testimony given by me and any corrections appear
7  on the attached Errata sheet signed by me.
8
9
10     _____
11          (SIGNATURE)
12
13
14     _____
15          (DATE)
16
17
18
19
20
21
22

Page 231

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2      I, Bracha Goldberger, the officer before whom
3  the foregoing proceedings were taken, do hereby
4  certify that the foregoing transcript is a true
5  and correct record of the proceedings; that said
6  proceedings were taken by me stenographically and
7  thereafter reduced to typewriting under my
8  supervision; and that I am neither counsel for,
9  related to, nor employed by any of the parties to
10  this case and have no interest, financial or
11  otherwise, in its outcome.
12      IN WITNESS WHEREOF, I have hereunto set my
13  hand and affixed my notarial seal this 21st day
14  of February 2007.
15  My commission expires:
16  August 1, 2009
17
18  _____
19  NOTARY PUBLIC IN AND FOR
20  THE STATE OF MARYLAND
21
22

Alderson Reporting Company
1-800-FOR-DEPO