UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER, | ) |
|     Plaintiff, | ) |
| v. | )    Civil Action No. 05-1090 (JR) |
| JAMES BILLINGTON, <br>  Librarian of Congress, | ) |
|     Defendant. | ) |

**NOTICE OF ERRATA**

On April 26, 2007, defendant filed his *Motion to Dismiss and in the Alternative for Judgment on the Pleadings* attaching as a supporting the expert report of Martha L. Harris dated September 15, 2006.  See R. 30, Ex. 6.  The unredacted report is subject to the Protective Order entered by the Court on August 18, 2006, and thus, was inadvertently filed on the Court's docket.  This report has since been placed under seal, and attached is a redacted version of the report for filing on the public docket.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Notice of Errata* was made by electronic and first class mail on the 9th day of May, 2007 to:

Arthur B. Spitzer
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W., #119
Washington, D.C.  20036
Artspitzer@aol.com

Sharon M. McGowan/
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004
Smcgowan@aclu.org

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney