UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1090 (JR) |
| JAMES BILLINGTON, Librarian of Congress, | ) |
| Defendant. | ) |

**NOTICE OF FILING**

Pursuant to the Court's August 18, 2006 Protective Order, defendant is filing Exhibit 6 supporting his *Motion to Dismiss and in the Alternative for Judgment on the Pleadings* under seal. A redacted version of this document appears on the Docket at R. 31.

Date: May 29, 2007

Respectfully Submitted,

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Notice of Filing* was made by electronic and first class mail on the 29th day of May, 2007 to:

Arthur B. Spitzer
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W., #119
Washington, D.C.  20036
Artspitzer@aol.com

Sharon M. McGowan/
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004
Smcgowan@aclu.org

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney