IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05-cv-1090 (JR) |
| v. ) | |
| ) | |
| JAMES H. BILLINGTON, ) | |
| Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint, the memorandum and exhibits filed in support thereof, and all other relevant documents and sources of authority, it is hereby

ORDERED that Plaintiff's motion for Leave to Amend Complaint is GRANTED; and it is further

ORDERED that the Clerk of Court shall file Plaintiff's Amended Complaint.

SO ORDERED this _____ day of _____, 2007.

_____
James Robertson
United States District Judge