IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE J. SCHROER,

        Plaintiff,

v.

JAMES H. BILLINGTON,
   Librarian of Congress,

        Defendant.

No. 05-cv-1090 (JR)

## DECLARATION OF SHARON M. McGOWAN

Pursuant to 28 U.S.C. § 1746, I, Sharon M. McGowan, declare as follows:

    1.    I am a Staff Attorney at the ACLU's Lesbian Gay Bisexual Transgender Rights Project, and I am counsel for Plaintiff in this case.

    2.    Affixed as Attachment A to this declaration is a true and correct copy of the expert report of Dr. Walter Bockting, dated September 15, 2006, and the exhibits that were attached thereto.

    3.    Affixed as Attachment B to this declaration is a true and correct copy of excerpts from the deposition of Dr. Walter Bockting, taken in this action on February 22, 2007.

    4.    Affixed as Attachment C to this declaration is a true and correct copy of excerpts from the deposition of Dr. Chester Schmidt, taken in this action on February 21, 2007, and completed on March 13, 2007.

5. Affixed as Attachment D to this declaration is a true and correct copy of an excerpt from the Oxford English Dictionary (1989).

6. Affixed as Attachment E to this declaration is a true and correct copy of an excerpt from the Merriam-Webster Collegiate Dictionary (2003).

7. Affixed as Attachment F to this declaration is a true and correct copy of an excerpt from Taber's Cyclopedic Medical Dictionary (2005).

8. Affixed as Attachment G to this declaration is a true and correct copy of the decision in Rentos v. Oce-Office Systems, Inc., No. 95 Civ. 7908 LAP, 1996 WL 737215 (S.D.N.Y. Dec. 24, 1996).

9. Affixed as Attachment H to this declaration is a true and correct copy of the decision in Millett v. Lutco, Inc., 98 B.E.M. 3695, 2001 WL 1602800 (Mass. Comm'n Against Discrim. Oct. 21, 2001).

10. Affixed as Attachment I to this declaration is a true and correct copy of the decision in Doe v. U. S. Postal Service, Civ. A. No. 84-3296, 1985 WL 9446 (D.D.C. June 12, 1985).

11. Affixed as Attachment J to this declaration is a true and correct copy of the decision in Whitmore v. Board of Education, No. 90-C-20143, 57 Fair. Empl. Prac. Cas. (BNA) 1740, 1991 U.S. Dist. LEXIS 19166 (N.D. Ill. May 20, 1991).

12. Affixed as Attachment K to this declaration is a true and correct copy of the decision in Andrews v. U.S. Department of Health & Human Services, Civ. Action No. 04-0307 (JR), 2005 U.S. Dist. LEXIS 5710 (D.D.C. Mar. 31, 2005).

13. Affixed as Attachment L to this declaration is a true and correct copy of the decision in <u>Krzyzewski v. Metropolitan Government of Nashville</u>, Civ. Action No. 75-415-NA-CV, 1976 WL 735 (M.D. Tenn. Oct. 20, 1976).

14. Affixed as Attachment M to this declaration is a true and correct copy of the decision in <u>Afshari v. Leavitt</u>, Civ. Action No. 1:05-CV-127, 2006 WL 3030323 (N.D. W. Va. 2006).

15. Affixed as Attachment N to this declaration is a true and correct copy of the decision of the European Court of Justice in <u>P v. S</u>, Case C-13/94, 1996 E.C.R. I-2143 (Apr. 30, 1996).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2007

Sharon M. McGowan