# Attachment A

(cont'd)

**Exhibit 1.**

**Curriculum Vitae**

Walter O. Bockting, Ph.D.

# CURRICULUM VITA

## PERSONAL DATA

| | |
|---|---|
| Name | Walter O. Bockting, Ph.D. |
| Citizenship | The Netherlands |
| Residence | Permanent Resident, United States of America |

## ADDRESS

Program in Human Sexuality
Department of Family Medicine and Community Health
University of Minnesota Medical School
1300 South 2nd Street, Suite 180
Minneapolis, MN 55454

| | |
|---|---|
| Telephone: | 612-625-1500 |
| Voicemail: | 612-624-7869 |
| Fax Number: | 612-626-8311 |
| E-mail: | bockt001@umn.edu |
| or | wbocktng@umphysicians.umn.edu |

## EDUCATION

**Degrees**

| | |
|---|---|
| 1998 | Doctorate (Ph.D.), Vrije Universiteit, Amsterdam, The Netherlands, Clinical Psychology |
| 1988 | Doctorandus Degree (Drs.), Vrije Universiteit, Amsterdam, The Netherlands, Clinical Psychology, Sexology |
| 1985 | Kandidaats degree, Vrije Universiteit, Amsterdam, The Netherlands, Psychology |

**Internship**

| | |
|---|---|
| 1987-1988 | Multimodal Psychotherapy, RIAGG Zuid/Nieuw West, Amsterdam, The Netherlands, Internship |

**Other**

| | |
|---|---|
| 1988 | Treatment of Paraphilias, Rijksuniversiteit Utrecht, The Netherlands, Department of Clinical Psychology and Health |
| 1986-1987 | Psychosocial Aspects of Sexuality and Sex Therapy, Rijksuniversiteit Utrecht, The Netherlands, Department of Clinical Psychology and Health |

1

Walter O. Bockting, Ph.D.

| 1986-1987 | Intervention Methodology, Vrije Universeit, Amsterdam, The Netherlands, Department of Social Psychology |
|---|---|
| 1986-1987 | Assessment and Treatment of Gender Dysphoria, Private Practice, A.M. Verschoor, Ph.D., Amsterdam, The Netherlands |

## POSTDOCTORAL TRAINING

**Fellowships**

| 1988-1990 | Post-Doctoral Clinical/Research Fellowship, University of Minnesota, Medical School, Department of Family Practice and Community Health, Program in Human Sexuality |
|---|---|

**Other**

| 2006 | Psychopathologie bij kinderen van 0 tot 7 jaar. Docent: G.L.G. Couturier. RINO Noord Holland, May-July. |
|---|---|
| 2005 | Werken met gedragsvragenlijsten (de CBCL). Docent: drs. R. Heinrich. RINO Noord-Holland, December 8 & 15. |
| 2000 | Coding and Documentation of Mental Health Services. Provider Training, Three Rivers Medical Consulting, Program in Human Sexuality, University of Minnesota |
| 2000 | Responsible Conduct of Research II, University of Minnesota, Academic Health Center |
| 1998 | Treating Your Customers Like Gold, Hennepin Technical College, Minneapolis, MN |
| 1996 | Writing Research Grants (PubH 5384), University of Minnesota, School of Public Health |
| 1996 | Responsible Conduct of Research I, University of Minnesota, Academic Health Center |
| 1996 | Focus Group Workshop, University of Minnesota, Minnesota Extension Programs Service, Evaluation Unit |
| 1991 | Clinical Hypnosis Seminar, University of Minnesota, Medical School, Department of/ Family Practice and Community Health |

## ACADEMIC APPOINTMENTS

| 2004-present | **Associate Professor with tenure**, Department of Family Medicine and Community Health, Medical School, University of Minnesota |
|---|---|

2

Walter O. Bockting, Ph.D.

| | |
|---|---|
| 2000-2004 | Assistant Professor on tenure track, Department of Family Practice and Community Health, Medical School, University of Minnesota |
| 1999-2000 | Assistant Professor/Psychologist, Department of Family Practice and Community Health, Medical School, University of Minnesota |
| 2005-present | Affiliated Faculty, Center for CAH and Intersexuality, Department of Pediatrics, Medical School, University of Minnesota |
| 2002-present | Affiliated Faculty, Internet Research Center, University of Minnesota |
| 1995-present | Affiliate Member/Advising of the graduate faculty, Feminist Studies, University of Minnesota |
| 1993-2001 | Graduate Faculty, Department of Family Practice and Community Health, Medical School, University of Minnesota |
| 1992-1998 | Counselor/Instructor, Department of Family Practice and Community health, Medical School, University of Minnesota |
| 1990-1992 | Pre-doctoral Assistant, Department of Family Practice and Community Health, Medical School, University of Minnesota |
| 1991 | Adjunct Associate Professor, Counseling and Psychological Services, Saint Mary's College of Minnesota |
| 1988 | Researcher, Department of Clinical Psychology and Health, Rijksuniversiteit Utrecht, The Netherlands |
| 1988 | Teaching Assistant, Department of Clinical Psychology and Health, Rijksuniversiteit Utrecht, The Netherlands |
| 1987 | Conference organizer, Interdepartmental Workgroup for Gay and Lesbian Studies, Rijksuniversiteit Utrecht, The Netherlands |
| 1987 | Researcher, Jhr. Mr. J.A. Schorer Foundation, Amsterdam, The Netherlands |

## CLINICAL/HOSPITAL APPOINTMENTS

**Medical Staff Affiliations**

| | |
|---|---|
| 2005-present | Additional Privilege for Ambulatory Core within the Clinical Service of Psychiatry, Fairview University Medical Center, Minneapolis, MN |
| 2004-present | Center for CAH and Intersexuality, Division of Pediatric Endocrinology, Department of Pediatrics, University of Minnesota Medical School |

3

Walter O. Bockting, Ph.D.

| 1997-present | Independent Professional Allied Health Staff, Fairview-University Medical Center, Minneapolis, MN |
|---|---|
| 1996 | Active Psychology Staff, Specified Professional Personnel, University of Minnesota Hospital and Clinic, Minneapolis, MN |

**Other**

| 1988-1990 | Psychotherapist, Department of Social Sciences, Rijksuniversiteit Utrecht, The Netherlands |
|---|---|

## CONSULTING POSITIONS

### A. Training (selected)

1.    Consultant and trainer, Transgender HIV prevention and care, AIDS Task Force of Greater Cleveland, Cleveland, Ohio, 2005.

2.    Consultant and trainer, Transgender mental health symposium and Trans Care Project, Department of Psychiatry, VGH/Vancouver Community Mental Health Services and Transgender Health Program, Vancouver Coastal Health, Vancouver, Canada, 2004-2005.

3.    Consultant, OutFront Minnesota, Minneapolis, MN, 2004.

4.    Consultant and trainer, Transgender HIV prevention and program development, Counseling Outreach Prevention Education (COPE), Westcare Florida Substance Abuse Treatment and HIV/AIDS Services, St. Petersburg, FL, 2003-2008.  Funded by the Center for Substance Abuse Treatment of the Substance Abuse and Mental Health Services Administration, U.S. Department of Health and Human Services.

5.    Advisor to Behavior Health Policy Committee on treatment of Gender Identity Disorders, Blue Cross Blue Shield of Minnesota, Minneapolis, MN, 2003.

6.    Consultant and Trainer, Transgender Issues and Special Needs. Optum Employee Assistance, Golden Valley, MN, 2002.

7.    Consultant and Trainer. Transgender coming out in the workplace. United States Department of Agriculture, Melrose, MN, 2001.

8.    Trainer, Psychotherapy with transgender individuals. Neighborhood Involvement Program, Minneapolis, MN, May 21, 2001.

9.    Consultant, transgender legal issues, Minnesota Attorney General's Office, Minneapolis, MN, 2001.

Walter O. Bockting, Ph.D.

10.        Temporary Advisory and trainer, HIV Counseling in the context of sexual health. Department of Public Health Aruba, in cooperation with the UNAIDS Theme Group, co-sponsored by the Pan American Health Organization, Oranjestad, Aruba, September 25-29, 2000.

11.        Trainer, Adolescent gender issues. Anoka County, Department of Corrections, Anoka, MN, April 20, 2000.

12.        Consultant, North American Task Force on Intersex, 2000.

13.        Consultant and Trainer. Transgender sensitivity. New Spirit School, St. Paul, MN, 1999-2000.

14.        Consultant and Trainer. Transgender coming out in the workplace. American Medical Systems, Minnetonka, MN, 1999.

15.        In-service Trainer and Consultant on treatment of Gender Identity Disorders. HealthPartners, Minneapolis, MN, January 20, 1998 & December 10, 2001.

16.        Presenter. Transgender identity and sexuality. Crisis Connection volunteer training, Minneapolis, MN, December 11, 1997.

17.        Trainer in transgender identity and spirituality, Board of Directors, Presbyterians for Lesbian and Gay Concerns and the More Light Churches of the Presbyterian Church, Wilder Forest, MN, September 27, 1997.

18.        Trainer. The gender spectrum. Crisis Connection volunteer training, Minneapolis, MN, September 20, 1994.

19.        Trainer, pre-conference institute on Transgender Services, National Gay/Lesbian Presbyterian Conference, University of Minnesota Program in Human Sexuality, Minneapolis, MN, May 6, 1993.

**B. Forensic Evaluations and Expert Witness Testimonies (selected)**

1.        Expert witness trial testimony, Tracy Magnuson versus Robbie Magnuson, Spokane, Washington, March 28, 2006.

2.        Expert opinion regarding the psychosocial impact of a female custodial placement for a female-to-male transsexual defendant into a female federal custodial facility. October 21, 2005.

3.        Expert opinion regarding the impact of a circumcision accident on the future psychosocial and sexual development of a male plaintiff, St. Paul,

Walter O. Bockting, Ph.D.

Minnesota, September 26, 2005.

4.        Expert witness deposition, Richard Kyle Michael Moore versus State of
          Minnesota, Commissioner of the Minnesota Department of Human
          Services and Hennepin County Welfare Board, Minneapolis. Minnesota,
          March 7, 2003.

5.        Expert witness trial testimony, Michael Kantaras versus Linda Kantaras,
          Tampa, FL, January 22, 2002.

6.        Expert opinion, American Civil Liberties Union, LA, July 21, 2001.

7.        Expert witness trial testimony, U.S. District Court, St. Paul, MN, June 3,
          1999.

8.        Expert opinion, Human Rights Commission, San Francisco, CA, April
          3, 1997.

8.        Expert witness deposition, Southern District of Iowa, October 3, 1994.


## SCIENTIFIC ACTIVITIES

### A. Editorial Boards

**Editor**

1999-present     Editor, International Journal of Transgenderism

2003             Special issue of the International Journal of Transgenderism on Needs
                 assessments in transgender HIV prevention

2002             Special issue of the Journal of Psychology & Human Sexuality on
                 Masturbation as a means of achieving sexual health

1998             Special issue of the International Journal of Transgenderism on
                 Transgender and HIV: Risks, prevention, and care

1992             Special issue of the Journal of Psychology and Human Sexuality and
                 Gender dysphoria: Interdisciplinary approaches in clinical management

**Member**

2001-present     Journal of Homosexuality

1997-present     Electronic Journal of Human Sexuality

1997-1999        International Journal of Transgenderism

Walter O. Bockting, Ph.D.

| | |
|---|---|
| 1990-present | Board of Consulting Editors, Journal of Psychology and Human Sexuality |

## B. Member of Peer Grant Review Panel

| | |
|---|---|
| 2006, March | Center for Scientific Review, Behavioral and Social Science Approaches to Preventing HIV/AIDS Study Section (BSPH), National Institutes of Health |
| 2006, January | Social Sciences and Humanities, Research Council of Canada |
| 2005, November | Center for Scientific Review Special Emphasis Panel, ZRG1 AARR-G (03), National Institutes of Health |
| 2004 | Center for Scientific Review Special Emphasis Panel, ZRG1 AARR-G (02), National Institutes of Health |
| 2000, 2001 | Student Research Grants, Foundation for the Scientific Study of Sexuality |
| 1994, 1996 | U.S. Department of Health and Human Services, Health Resources and Services Administration, Bureau of Primary Health Care, Ryan White Title III(b): Outpatient HIV early intervention primary care services |

## C. Manuscript Reviewer for Publications

| | |
|---|---|
| 2006 | Culture, Health, and Sexuality |
| 2004 | AIDS and Behavior |
| 2004 | Hyde, J., Delamater, J., Understanding Human Sexuality |
| 2003-present | American Journal of Public Health |
| 2002-present | Journal of Homosexuality |
| 2002 | Social Service Review |
| 2001-present | Health Education Research; Theory and Practice |
| 1998-2001 | Journal of Sex Education and Therapy |
| 1998-present | AIDS Care |
| 1997-present | Electronic Journal of Human Sexuality |

7

Walter O. Bockting, Ph.D.

| 1997-present | International Journal of Transgenderism |
| 1997-present | Journal of Sex Research |
| 1990-present | Journal of Psychology and Human Sexuality |

## D. Manuscript Reviewer for Presentations

| 2001 | Member, Scientific Review Committee, Association of Internet Researchers 2001 Conference, Minneapolis, MN |
| 2001, 2003 | Member, Program Committee, Harry Benjamin International Gender Dysphoria Association's biennial symposium |
| 1999-2002 | Member, International Scientific Review Committee, International AIDS Conference |
| 1990, 1991, 1993, 1995, 1997, 1998, 1999, 2000, 2003 | Member, Scientific and Program Committee, Annual Meeting, Society for the Scientific Study of Sexuality/American Association of Sex Educators, Counselors and Therapists |
| 1995, 1999 | Chair, Scientific Review Committee, Midcontinent Region Annual Conference, Society for the Scientific Study of Sexuality |
| 1994 | Member, Scientific and Program Committee, Midcontinent Region Annual Conference |

## E. Research Development (selected)

1.    Participant, Structural interventions in AIDS prevention research: Internet and media. National Institute of Mental Health, National Institutes of Health, U.S. Department of Health and Human Services, Bethesda, Maryland, November 14-15, 2002, March 1-2 and November 11-12, 2004.

2.    Planning Committee, Transgender Consultation, Centers for Disease Control and Prevention, Atlanta, Georgia, June – December, 2004

3.    Presenter and participant, Workshop on the influence of gender on HIV risk. National Institute of Child Health and Development, National Institute of Health, U.S. Department of Health and Human Services, Bethesda, Maryland, March 14, 2003.

4.    Participant, National Needs Assessment and Technical Assistance Audit on lesbian, gay, bisexual, and transgender aging services and advocacy, Senior Action in a Gay Environment, December 6, 2002.

Walter O. Bockting, Ph.D.

5.      Facilitator, Internet-based HIV prevention for rural MSM workgroup, Consultation on HIV Prevention for Rural Men who have Sex with Men, Centers for Disease Control and Prevention, Atlanta, Georgia, April 29-May 1, 2002.

6.      Instrument Development. Hennepin County Community Health Department, helped to construct survey of health for adults, the population and the environment (SHAPE), Minneapolis, MN, Fall, 1997.

7.      Faculty, HIV Prevention Research Development Meeting, in conjunction with the 17th National Lesbian and Gay Health Conference/13[th] Annual AIDS/HIV Forum, sponsored by the Centers for Disease Control and Prevention, Minneapolis, MN, June 18-19, 1995.

8.      Researcher, Minnesota Department of Health, 1994, conducted two focus groups with representatives of Minnesota's transgender community as part of the Commisioner's Task Force on HIV/STD Prevention Planning state-wide needs assessment.

## GRANT SUPPORT

### A. Project Director or Principal Investigator on Grants and Contracts

2001-2005    Role: Principal Investigator and grant writer
Title of Project: Gender Identity and HIV Risk, 1R01DA015269
Funded or Pending: Funded
Funding Agency/Source: National Institute on Drug Abuse
Total Amount Funded: $1,013,936
Time Commitment: 40-45%

1999-2002    Role: Principal Investigator and grant writer
Title of Project: Transgender and Women who have sex with Women and Men Health Seminars, H12-16948
Funded or Pending: Funded
Funding Agency/Source: Minnesota Department of Health
Total Amount Funded: $166,673 for 99-00 and $166,673 for 01-02
Time Commitment: 30%

1998         Role: Principal Investigator and grant writer
Title of Project: All Gender Health: Seminars for Minnesota's transgender community, #RQ-H12-1769
Funded or Pending: Funded
Funding Agency/Source: Minnesota Department of Health
Total Amount Funded: $44,791
Time Commitment: 15%

Walter O. Bockting, Ph.D.

1995-1998    Role: Co-Principal Investigator and grant writer
Title of Project: Women's Initiative for Sexual Health, #12500-15565-01
Funded or Pending: Funded
Funding Agency/Source: Minnesota Department of Health
Total Amount Funded: $51,209 for 1995/96, $50,707 for 1996/97, and $76,061 for 1997/98
Time Commitment: 5%

1995    Role: Principal Provider and grant writer
Title of Project: Mental Health Services for the Transgendered, #455000
Funded or Pending: Funded
Funding Agency/Source: Mercy Ventures Fund
Total Amount Awarded: $5,000
Time Commitment: 5%

1992-1993    Role: Project Director, co-investigator and grant writer
Title of Project: A HIV Risk Prevention Program for Transvestites and Transsexuals, #100108-12-EG
Funded or Pending: Funded
Funding Agency/Source: American Foundation for AIDS Research
Total Amount Funded or Requested: $69,976
Time Commitment: 20%

**B. Investigator, Major Contributing Author or Co-Author on Grants**

2005-2006    Role: Co-investigator
Title of Project: ADAPT, Competitive Supplement, U65/CCU523908-02
Funded or Pending: Funded
Funding Agency/Source: Centers for Disease Control and Prevention
Total amount: $886,396
Time Commitment: 7%

2004-2009    Role: Co-investigator
Title of Project: Internet HIV prevention targeting Internet-using MSM, R01-MH63688-02
Funded or Pending: Funded
Funding Agency/Source: National Institute of Mental Health
Total Amount: $3,545,705
Time Commitment: 5%

2004-2008    Role: Co-investigator/consultant
Title of Project: HIV/STD infection in an urban high risk population, 1R01DA018080-01A1
Funded or Pending: Funded
Funding Agency/Source: National Institute of Drug Abuse
Total Amount: $3,055,958
Time Commitment: 10 days per year

Walter O. Bockting, Ph.D.

2002-2005    Role: Co-Investigator and Project Director of All Gender Health
Title of Project: Community HIV health education and risk reduction
programs, A43969
Funded or Pending: Funded
Funding Agency/Source: Minnesota Department of Health
Total Amount: $277,497
Time Commitment: 5%

2001-2004    Role: Co-Investigator
Title of Project: Internet HIV prevention targeting Internet-using Latino
MSM, R01-MH63688-01
Funded or Pending: Funded
Funding Agency/Source: National Institute of Mental Health
Total Amount: $881,403
Time Commitment: 5%

2000-2003    Role: Participating faculty
Title of Project: Schochet Center for Gay, Lesbian, Bisexual, and
Transgender (GLBT) Studies CUFS# 1003-876-5959
Funded or Pending: Funded
Funding Agency/Source: University of Minnesota
Total Amount: $100,000
Time Commitment: in kind

1999-2002    Role: Co-investigator
Title of Project: Evaluation of the Effectiveness of Sexual Health
Seminars with Four Populations, MDH/A23777.
Funded or Pending: Funded
Funding Agency/Source: Minnesota Department of Health
Total Amount: $40,000 for 99-00 and $40,000 for 01-02
Time Commitment: 2.5%

1993-2002    Role: Co-investigator
Title of Project: Man-to-Man: Sexual Health Seminars, #1742-634-
9012/9013
Funded or Pending: Funded
Funding Agency/Source: Minnesota Department of Health
Total Amount Funded: $39,008 for 1993, $39,008 for 1994, $44,948 for
1995, $22,474 for the first half of 1996, $48,021 for 1996-97, $132,294
for 1997-98, $168,180 for 1999-2000, and $168,180 for 2001-2002
Time Commitment: 5-10%

1996-1999    Role: Co-investigator
Title of Project: Evaluation of Man-to-Man Sexual Health Seminars,
#U62/CCU513272-01
Funded or Pending: Funded

11

Walter O. Bockting, Ph.D.

Funding Agency/Source: U.S. Department of Health and Human
Services, Centers for Disease Control and Prevention
Total Amount Funded: $525,000
Time Commitment: 10%

1996-1999    Role: Co-investigator and grant writer
Title of Project: Evaluation of WISH Sexual Health Seminars,
#U62/CCU513219-01
Funded or Pending: Funded
Funding Agency/Source: U.S. Department of Health and Human
Services, Centers for Disease Control and Prevention
Total Amount Funded: $524,985 plus an additional $50,000 for
1999/2000
Time Commitment: 20-15%

## CERTIFICATION AND LICENSURE

2002    Psycholoog NIP

2001-present    Gezondheidspsycholoog, Nationaal Instituut for Psychologie, The
Netherlands, BIG-inschrijfnummer 19055138425

1991-present    State of Minnesota Board of Psychology, LP #2505, Licensed
Psychologist

1994-present    Nederlandse Vereniging Voor Seksuologie, Seksuoloog NVVS,
registers Seksuologische Hulpverlening en Seksuologische
Voorlichting, Preventie, en Onderwijs

## HONORS AND AWARDS

2006    Fellow, Society for the Scientific Study of Sexuality

1996    Helping Professional of the Year, City of Lakes Crossgender
Community, by membership election

## MEMBERSHIPS AND OFFICES IN PROFESSIONAL SOCIETIES

2005-present    **American Association of Sex Educators, Counselors, and Therapists**
Member

2002-present    **North American Federation of Sexuality Organizations**
Vice-President and founding member

2000-present    **International Association for the Treatment of Sexual Offenders**
Member

12

Walter O. Bockting, Ph.D.

**International Academy of Sex Research**
2003-present          Member
2000-2003            Associate Member

**American Psychological Association**
2005                 Task Force on Gender Identity, Gender Variance, and Intersex
                     Conditions
2004                 Committee on Gender Identity, Division 44
2001-present          Member, Division 44, Society on Gay, Lesbian, and Bisexual issues
1997-present          Member

**American Educational Gender Information Service**
1995-1997            Member

**International Foundation for Gender Education**
1995-present          Member

**Sexuality Education and Information Council of the United States**
1994-1997            Member

**International Council of Psychologists**
1991-1999            Member

**Society for Cross Cultural Research**
1990-1992            Member

**Harry Benjamin International Gender Dysphoria Association**
2002-present          Member, Research and Transgender Medicine Committee
2001-present          Chair, HIV/STD and Blood Borne Diseases Committee
2001-present          Member, Membership Committee
1999-present          Member, Board of Directors
1999-2001            Member, Standards of Care Committee
1997-2001            Chair, Membership Committee
1995-2001            Member, Task Force on HIV/AIDS
1989-present          Member

**Society for the Scientific Study of Sexuality**
2005-2006            Past President and Chair, Nominating Committee
2004-2005            President
2003                 President-Elect
2003                 Member, Long-Range Planning Committee
2003-present          SSSS Representative, Foundation for the Scientific Study of Sexuality
2003                 Member, Awards Committee, Midcontinent Region
2002                 CASSHE/NAFSO representative
2002                 Member, Nominations Committee, Midcontinent Region
2001-present          Chair, Task Force on Finances
2000-2001            Treasurer

13

Walter O. Bockting, Ph.D.

| | |
|---|---|
| 2000-2001 | Chair, Elections Committee, Midcontinent Region |
| 1999-2000 | Secretary |
| 1999 | Delegate to the World Association of Sexology |
| 1999 | Scientific Program Chair, Midcontinent Region Annual Conference |
| 1997-2001 | Member, Board of Directors |
| 1998-2000 | Chair, Nominations Committee, Midcontinent Region |
| 1997-1999 | President, Midcontinent Region |
| 1996-present | Member, Admissions Committee |
| 1994-present | Member, Midcontinent Region Council |
| 1997 | Member, Nominations Committee, Midcontinent Region |
| 1994, 1996, 1997, 2002 | Member, Student Awards Committee, Midcontinent Region |
| 1995-1996 | Secretary, Midcontinent Region |
| 1995 | Conference and Program Chair, Midcontinent Region Annual Conference |
| 1990-1991 | Member, Special Events Committee |
| 1990 | Host International Participants Chairman |
| 1987-present | Member |

**Nederlandse Vereniging Voor Seksuologie**

| | |
|---|---|
| 1987-present | Member |

**Nederlands Insituut voor Psychologie**

| | |
|---|---|
| 2002-present | Member |
| 1986-1988 | Student Member |

## TEACHING AND MENTORING ACTIVITIES

### A. Courses Taught (at parent institution and elsewhere)

| | |
|---|---|
| 1998-present | Course Director, Sexual Counseling for Residents, FPCH 5555, Department of Family Medicine and Community Health, Medical School, University of Minnesota |
| 2005 | Invited guest speaker, Trans Issues course, GLBT minor, Department of Women's Studies, University of Minnesota |
| 2004-2005 | Invited pannelist on ethics and intersexed patients, Physician and Society course, Medical School, University of Minnesota |
| 1997-2002 | Course Co-Director, Human Sexuality, InMd 6233, Medical School, University of Minnesota |
| 1988-1997 | Instructor/Assistant Professor, Assessment and treatment of gender dysphoria, FPCH 5555, Department of Family Practice and Community Health, Medical School, University of Minnesota |
| 2002 | Invited guest speaker, Gender diversity and the helping professions, |

14

Walter O. Bockting, Ph.D.

Laura Abrams, Course Director, School of Social Work, July 25.

| | |
|---|---|
| 2001 | Invited guest speaker, freshman seminar on AIDS, Susan Craddock, Course Director, Departments of Women and Global Studies, October 23, 2001. |
| 2001 | Invited guest-speaker. Gender, identity, and the body. In ENGL 3880, RHET 3270: Reinventing the Body: Technology, physicality, and the self, University of Minnesota, April 12, 2001. |
| 1991 | Course Director, Human Sexuality, Counseling and Psychological Services, Saint Mary's College of Minnesota, taught ten week course to graduate students in Counseling Psychology |
| 1988-1992 | Guest Speaker, Human Sexuality, Counseling and Psychological Services, Saint Mary's College of Minnesota, taught classes to graduate students in Counseling Psychology and Anaesthiology |
| 1988 | Instructor, Psychosocial Aspects of Sexuality, Department of Clinical Psychology and Health Rijksuniversiteit Utrecht, The Netherlands |

**B. Workshops Taught (at parent institution and elsewhere) (selected)**

1.  Presenter and facilitator. Challenges to sexual health. All Gender Health workshop, Program in Human Sexuality, Minneapolis, MN, November 15, 2001

2.  Presenter and facilitator. Coming out at work. All Gender Health workshop, Program in Human Sexuality, Minneapolis, MN, October 18, 2001.

3.  Facilitator. Sex and gender. A community Forum Conference: Promoting Sexual Health: The Challenges of the present and the Future, Minneapolis, MN, November 18, 1995.

4.  Facilitator and Presenter. Beyond the homosexual identity: Toward identity integration. University Gay Community, Minneapolis, MN, October 7, 1992.

5.  Presenter. Homosexual identity development. University Gay Community, Minneapolis, MN, 1989.

**C. Lectures/Seminars (selected)**

1.  Autogynephilia: Identiteit of seksualiteit? Seminar at gender team of the Vrije Universiteit Medical Center, Amsterdam, The Netherlands, July 27, 2006.

2.  Facilitator, Sexual Attitude Reassessment Seminar, University of Minnesota Medical School, Minneapolis, MN, May 24-25, 2004

Walter O. Bockting, Ph.D.

3.          Grand Rounds discussant, Controversies Regarding the Management of
            Ambiguous Genitalia. Pediatric Endocrinology, Department of
            Pediatrics, University of Minnesota Medical School, Minneapolis, MN,
            December 4, 2003.

4.          Grand Rounds presenter, Gender Identity and Transgender Health,
            Department of Obstetrics, Gynecology and Women's Health, University
            of Minnesota Medical School, Minneapolis, MN, October 27, 2003.

5.          Seminar guest speaker, Rhet 8550: Rhetoric, Privacy, and Persuasion in
            Cyberspace, University of Minnesota, St. Paul, MN, April 25, 2002.

6.          Seminar presenter and group facilitator. Sexual Attitude Reassessment
            Seminar, Mayo Clinic Medical School, Rochester, MN, August 6-7,
            2001.

7.          Seminar leader. Our Sexual Health: HIV/STD prevention for the gay,
            lesbian, bisexual, and transgender community. Program in Human
            Sexuality, Department of Family Practice and Community Health,
            Medical School, University of Minnesota, February 4, 2001.

8.          Seminar presenter. Understanding Gender. HIV Prevention Training
            Men who have Sex with Men in Minnesota. Funded by the Minnesota
            Department of Health. Program in Human Sexuality, Department of
            Family Practice and Community Health, Medical School, University of
            Minnesota, January 31, 2001.

9.          Panel presenter. Psychiatric care of the transsexual patient. Psychiatry
            Grand Rounds, VA Medical Center, Minneapolis, MN, February 11,
            2000.

10.         Small group facilitator, Cara a Cara, De Hombre a Hombre seminar;
            training in sexual health for Spanish-speaking HIV prevention workers,
            San Diego, CA, October 1-3, 1999.

11.         Seminar presenter. Research in human sexuality; Brownbag Seminar,
            Family Social Science, College of Human Ecology, University of
            Minnesota, February 10, 1999.

12.         Lecturer. Transgender coming out: Transformatie van gender identiteit
            en hulpverlening; Vrije Universiteit, Afdeling Medische Psychologie,
            Amsterdam, The Netherlands, April, 1998.

13.         Co-facilitator. Man-to-Man Sexual Health Seminars Staff Training
            Weekend; Wilder Forest, Minneapolis, MN, March 13-15, 1998.

14.         Lecturer, Transgender health; Homophobia as a Health Hazard Lecture

Walter O. Bockting, Ph.D.

Series, University of Minnesota Lesbian, Gay, Bisexual, and
Transgender Medical Students, Minneapolis, MN, March 10, 1997.

15.  Seminar Leader, Man-to-man: The sexual health of gay and bisexual
men; Pre-conference institute at the 17th National Lesbian and Gay
Health Conference/13[th] Annual AIDS/HIV Forum, Minneapolis, MN,
June 17, 1995.

16.  Lecturer, Transgender coming out: Implications for the clinical
management of gender dysphoria; Psykhalsan (PH) center, Stockholm,
Sweden, May 18, 1994.

17.  Seminar Leader, A sexual health education and HIV/AIDS prevention
program for homosexually active men; Stockholm, Sweden, May 19-20,
1994.

18.  Lecturer, Tran(s)sexuality: Perspectives on the (de)medicalization of
gender; Differently Gendered Lives: A Week of Programs About
Transgender and Transsexual Experiences, University of Minnesota,
Minneapolis, MN, February 3, 1995.

19.  Seminar Leader, Man-to-Man: Sexual Health Seminars; Minneapolis,
MN, 1993-present.

20.  Seminar Leader, Sexual Attitude Reassessment seminars; Minneapolis,
MN, 1988-present.

## D. Clinical Teaching

**Post-Doctoral Clinical/Research Fellows**
1990-present  Post-Doctoral Clinical/Research Fellowship, Program in Human
Sexuality, supervise fellows Monday-Friday

**Family Practice Outpatient Precepting (Residents)**
1988-present  FPCH 5952 Practicum Sexual Counseling, supervise residents Monday-
Thursday

**Family Practice Medical Student Precepting**
1988-present  FPCH 5952 Practicum Sexual Counseling, train medical students
Monday-Friday

## E. Advising (Graduate Students, Professional Students and Fellows)

**Medical Students**
Katherine Nelson, 2005, research advisor, FMCH 7516, Research in Human Sexuality
Tobias Kohler (Urology), 2000-2001, research advisor

Walter O. Bockting, Ph.D.

**Fellows**
Nancy Strapko, Ph.D. (Human Sexuality), 1991, research and clinical advisor
Simon Rosser, Ph.D. (Human Sexuality), 1991, clinical advisor
Jan Koznar, Ph.D. (Human Sexuality), 1992-1994, clinical advisor
Jason Lassner, Ph.D. (Human Sexuality), 1994, clinical advisor
Susan Peters, Psy.D. (Human Sexuality), 1994, clinical advisor
Sara Mize, Ph.D. (Human Sexuality), 1996-1999, research and clinical advisor
Dan Yanisch, Psy.D. (Human Sexuality), 1996-1998, clinical advisor
John Gobby, Psy.D. (Human Sexuality), 1997-1999, clinical advisor
Meg Striepe, Ph.D. (Human Sexuality), 1997-1999, clinical advisor
Keith Abrams, Ph.D. (Human Sexuality), 1997-1999, clinical advisor
Rose Munns, Psy.D. (Human Sexuality), 1998-2000, clinical advisor
Chris Kraft, Ph.D. (Human Sexuality), 1999-2001, clinical advisor
Dan Montaldi, Ph.D. (Human Sexuality), 1999-2001 clinical advisor
Michael Lavin, Ph.D. (Human Sexuality), 1999-2000, clinical advisor
Dianne Berg, Ph.D. (Human Sexuality), 1999-2001, clinical advisor
Murray McAllister, Psy.D. (Human Sexuality), 2000-2001, clinical advisor
Angela Marshall, Psy.D. (Human Sexuality), 2001-2002, clinical advisor
Amy Timm, Psy.D. (Human Sexuality), 2001-2003, clinical advisor
Will Damon, Ph.D. (Human Sexuality), 2001-2003, clinical advisor
Carita Anderson, Ph.D. (Human Sexuality), 2001-2004, clinical advisor
Omar Minwalla, PsyD. (Human Sexuality), 2002-2004, clinical advisor
Amanda Powers, PhD (Human Sexuality), 2002-2004, clinical advisor
Brian Zamboni, PhD (Human Sexuality), 2002-2004, clinical advisor
John Taborn, PhD (Human Sexuality), 2003-2005, research and clinical advisor
Deanna Carpenter, PhD (Human Sexuality), 2003-2005, clinical advisor
Randall Ehrbar, PsyD (Human Sexuality), 2004-2006, research and clinical advisor
Shana Hamilton, PhD (Human Sexuality), 2006-present, clinical advisor
Margaret Lowe, PsyD (Human Sexuality, 2006-present, clinical advisor

**Doctoral Thesis Committee Member or Reader (University of Minnesota)**
Linda Wayne (Women's Studies), 2004-2005, Co-Advisor
Sharon E. Preves (Sociology), 1995-1999, Committee member and substantial advisor

**Doctoral Thesis Committee Member or Reader (Elsewhere)**
Jutta Humpfer (Psychological Medicine), Wellington School of Medicine & Health
Sciences, University of Otago, Dunedin, New Zealand, 2006, Examiner.

**Master's Thesis**
Lori Stark, MSW (Social Work, Augsburg College), 1993-1994, Substantial advisor

**Other**
2005            Psychological counseling and support for CAH/intersex patients and
                their families, CAH and Intersex Center, Department of Pediatrics,
                University of Minnesota Medical School

2001-present    Autumn Benner, HSD, Research advisor

18

Walter O. Bockting, Ph.D.

2002            Kirsten Gourtney (Women's Studies), Research Internship advisor

1998-present    International Medical Education and Research Program, faculty advisor

1998-1999       Jakub Jedynak (Human Sexuality), Saint John's University,
                Collegeville, MN, Practicum supervisor

1994-1995       Karol Jensen (Psychology), Research Internship supervisor


**F. Regional/National/International CME Presentations (selected)**
1.              Transcending gender; Identity and empowerment. Sexuality Education
                in the context of theological education, Center for Sexuality and
                Religion, Minneapolis, MN, October 25, 1997.

**G. Curriculum Development Work**
1.              Developer, Our Sexual Health: HIV/STD prevention for the gay,
                lesbian, bisexual, and transgender community, Program in Human
                Sexuality, Department of Family Practice and Community Health,
                Medical School, University of Minnesota, 2001.

2.              Developer, HIV Counseling in the Context of Sexual Health curriculum,
                Department of Public Health Aruba, co-sponsored by the Pan American
                Health Organization, Oranjestad, Aruba, 2000.

3.              Developer, SPICE VII: Spouses and Partners International conference
                for Education, Tri-Ess, 1999.

4.              Developer, Beyond sexual health seminar curriculum, Program in
                Human Sexuality, Department of Family Practice and Community
                Health, Medical School, University of Minnesota 1999-2000.

5.              Developer, Sexual Enrichment for Transgenders, Program in Human
                Sexuality, Department of Family Practice and Community Health,
                Medical School, University of Minnesota, 1999.

6.              Developer, All Gender Health seminar curriculum, Program in Human
                Sexuality, Department of Family Practice and Community Health,
                Medical School, University of Minnesota, 1998-2005.

7.              Co-developer, Women's Initiative for Sexual Health seminar
                curriculum, Program in Human Sexuality, Department of Family
                Practice and Community Health, Medical School, University of
                Minnesota, 1993-1998.

8.              Co-developer, Man-to-Man Sexual Health Seminar curriculum,
                Program in Human Sexuality, Department of Family Practice and

19

Walter O. Bockting, Ph.D.

Community Health, Medical School, University of Minnesota, 1993.

9.   Coordinator, Transgender HIV Prevention Workshop curriculum development, Program in Human Sexuality, Department of Family Practice and Community Health, Medical School, University of Minnesota, 1992-1993, 1996.

10.   Developer, Human Sexuality curriculum, Counseling and Psychological Services, Saint Mary's College of Minnesota, 1991.

11.   Co-developer, Sexual Attitude Reassessment seminar curriculum, Program in Human Sexuality, Department of Family Practice and Community health, Medical School, University of Minnesota, 1989-present.

## EXTRAMURAL INVITED PRESENTATIONS

**A. Invited Presentations: Keynote/Plenary**
1. Bockting, W.O. (2006, May). Gender identity, gender variance, and transgender coming out. Human Sexuality: New Directions and Dilemma's, Alaska Psychological Association in association with Providence Alaska Medical Center, Anchorage, Alaska.

2. Bockting, W.O. (2004, March). Promoting transgender health: Identity, sexuality, and HIV. Center for AIDS Intervention Studies, Medical College of Wisconsin, Milwaukee, WI.

3. Bockting, W.O. (2003, November). The influence of gender on sexual relationships and HIV risk: A transgender perspective. Plenary address at the 45th Annual Meeting of the Society for the Scientific Study of Sexuality, San Antonio, TX.

4. Bockting, W.O., & Robinson, B.E. (2003, September). Gender identity and HIV risk: Using the Internet to reach the transgender community for prevention research. Plenary presentation at the XVIII Harry Benjamin International Gender Dysphoria Symposium, Ghent, Belgium.

5. Bockting, W.O. (2003, April). Masturbation as a means of achieving sexual health. Plenary address at the Eastern and Midcontinent Region Annual Conference, Society for the Scientific Study of Sexuality, Baltimore, MD.

6. Bockting, W.O. (2001, May). Transgender als identiteit: Gevolgen voor de hulpverlening. Plenary address at the Nationaal Instituut for Sociaal Seksuologisch Onderzoek (NISSO) symposium: Wanneer travestie serieus wordt . . .: Hulpverlening bij travestie en transgenderisme, Utrecht, The Netherlands.

7. Bockting, W.O. (2000, October). All Gender Health: HIV/STD prevention in the context of transgender-specific, comprehensive sexuality education. Plenary

Walter O. Bockting, Ph.D.

address at the Fifth International Congress on Crossdressing, Sex, and Gender Issues, Philadelphia, PA.

8. Bockting, W.O. (1999, October). All Gender Health: Affirming transgender sexuality to prevent HIV and STD's. Plenary address at the Fourth New England Transgender Health Conference, Boston, MA.

9. Bockting, W.O. (1998, June). Sex and sexuality on the transgender frontier. Presidential address at the 1998 Midcontinent Region Annual Conference, Society for the Scientific Study of Sexuality, Indianapolis, IN.

10. Bockting, W.O. (1997, April). Working with the transgender client. Plenary address at the Electrolysis Education Conference, Minnesota Allied Health Electrology Association, Bloomington, MN.

11. Bockting, W.O. (1996, June). Transgender health: Getting the GISST of it! Opening keynote address at the First New England Transgender Health Conference, Boston, MA.

12. Bockting, W.O. (1995, November). Transgender coming out: Gender revolution? Paper presented at the 38th Annual Meeting, Society for the Scientific Study of Sexuality: Female or male: What's the difference?, San Francisco, CA.

**B. Invited Presentations: Discussant, Panelist, Moderator, Session Chair, or Presenter**

1. Invited moderator. Sexuality and the Internet. Plenary symposium at the 2005 Annual Conference of the Eastern and Midcontinent Region of the Society for the Scientific Study of Sexuality, Atlanta, GA, November 4, 2005.

2. Invited moderator. HIV/AIDS, sexuality, and public policy plenary sponsored by the Foundation for the Scientific Study of Sexuality. World Congress of Sexology, Montreal, Canada, July 15, 2005.

3. Presenter, organizer, and session chair. Gender identity, gender role, and HIV risk: Results from an online study of the U.S. transgender population. World Congress of Sexology, Montreal, Canada, July 12, 2005.

4. Invited presenter. Gender role transition, internalized transphobia, and unsafe sex: Results from an online study of the U.S. transgender population. Invited by the NIMH, Center for Mental Health Research on AIDS. 2005 National HIV Prevention Conference, Atlanta, Georgia, June 12-15, 2005.

5. Invited presenter. A sexual health approach to transgender HIV prevention. National HIV/AIDS Update Conference, American Foundation for AIDS Research, Oakland, CA, May 12, 2005.

Walter O. Bockting, Ph.D.

6.          The Benjamin Standards of Care: Pros, cons, and the need for an
            empirical evaluation. Spring Fling, City of Lakes Crossgender
            Community, Roseville, Minnesota, March 19, 2005.

7.          Moderator, Sexual bodies and behavior. Annual Conference of the
            Midcontinent Region of the Society for the Scientific Study of
            Sexuality, Madison, WI, June 12, 2004.

8.          Organizer and presenter on transgender health, The Program in Human
            Sexuality: Honoring our past, celebrating the present, and securing our
            future, Minneapolis, MN, 2003.

9.          Session organizer and chair. Transgender health and HIV prevention.
            XVIII Harry Benjamin International Gender Dysphoria Symposium,
            Ghent, Belgium, September 13, 2003.

10.         Author. Transgender and HIV-positive: The road to All Gender Health.
            Empowering Heroes: A conference for people living with and affected
            by HIV/AIDS in their lives, work, and communities, sponsored by the
            Minnesota Department of Health, Department of Human Services, and
            the federal Ryan White CARE Act, Title II.

11.         Invited presenter. Transgender identity, sexuality, and coming out:
            Implications for HIV risk and prevention. Satellite: HIV risk among
            transgenders: The social and cultural context of substance abuse,
            sponsored by the National Institute on Drug Abuse and CAMCODA,
            NIH at the XIV International AIDS Conference, Barcelona, Spain, July
            11, 2002.

12.         Presenter. NIH Internet studies for Latino MSM and transgenders.
            Consultation on HIV Prevention for Rural MSM, Centers for Disease
            Control and Prevention, Atlanta, Georgia, April 29, 2002.

13.         Co-author. Primary care for the transgender patient. XVII Harry
            Benjamin International Symposium on Gender Dysphoria, Galveston,
            TX, November 2, 2001.

14.         Organizer. Needs assessments in HIV prevention. Sponsored by the
            U.S. Surgeon General's Leadership Campaign on AIDS. Symposium at
            the XVII Harry Benjamin International Symposium on Gender
            Dysphoria. Galveston, TX, November 2, 2001.

15.         Moderator. The language of gender variance. Symposium at the XVII
            Harry Benjamin International Symposium on Gender Dysphoria.
            Galveston, TX, November 1, 2001.

16.         Moderator. Sex and sexualities II. The Second International Conference

22

Walter O. Bockting, Ph.D.

of the Association for Internet Researchers, Internet Research 2.0: INTERconnections, Minneapolis, MN, October 12, 2001.

17.     Presenter. Gender identity and HIV risk: Using the Internet to reach out to the transgender community for HIV prevention research. The Second International Conference of the Association for Internet Researchers, Internet Research 2.0: INTERconnections, Minneapolis, MN, October 11, 2001.

18.     Presenter. Psychotherapy with transgender persons and their families: Identity, sexuality, and coming out. CE workshop at the Annual Meeting of the Society for the Scientific Study of Sexuality, Orlando, FL, November 11, 2000.

19.     Presenter. Transgender HIV prevention: What we know and don't know. Commisioner's Task Force for HIV/STD Prevention, Minnesota Department of Health, St. Paul, Minnesota, September, 2000.

20.     Session Chair. Internet, sexual satisfaction, and oral contraceptives research. Annual Conference of the Midcontinent Region of the Society for the Scientific Study of Sexuality, Little Rock, Arkansas, May 20, 2000.

21.     Presenter. Transgender and HIV positive: Identity, sexuality, and health. Central Indiana chapter of the Association of Nurses in AIDS Care (ANAC), Indianapolis, IN, April 25, 2000.

22.     Co-author. Gender issues and HIV prevention policy: The transgender experience. First National HIV Prevention Conference, Centers for Disease Control and Prevention, Atlanta, GA, September 1, 1999.

23.     Co-author. Outcome evaluation of the Women's Initiative for Sexual health: Preintervention data. First National HIV Prevention Conference, Centers for Disease Control and Prevention, Atlanta, GA, August 30, 1999.

24.     Presenter. Psychological and hormonal treatment of gender dysphoria. 14th World Congress of Sexology, Hong Kong, China, August 27, 1999.

25.     Organizer and Session Chair. Assessment and treatment of gender dysphoria. Symposium at the 14th World Congress of Sexology, Hong Kong, China, August 25, 1999.

26.     Organizer and Session Chair. Clinical and social aspects of transgenderism. Symposium at the 14th World Congress of Sexology, Hong Kong, China, August 25, 1999.

23

Walter O. Bockting, Ph.D.

27.       Organizer and Presenter. SPICE VII: Spouses and Partners International
          Conference for Education, Tri-Ess, Minneapolis, MN, July 14-18, 1999.

28.       Organizer and Session Chair. The big "M": The power of sex with
          someone you love. Midcontinent Region Annual Conference, Society
          for the Scientific Study of Sexuality, Madison, WI, May 21, 1999.

29.       Presenter. A sexual health approach to HIV risk reduction in men who
          have sex with men: The results of the Minnesota 500 Men's study,
          presentation to study participants, Weisman art Museum, University of
          Minnesota, Minneapolis, MN, 1999.

30.       Co-author. Outcome evaluation of the Women's Initiative for Sexual
          Health: Design overview and analysis of baseline data. Centers for
          Disease Control and Prevention, Program Evaluation and Research
          Branch, Atlanta, GA, December 10, 1998.

31.       Moderator. Reports on transgender issues. Society for the Scientific
          Study of Sexuality and the American Association of Sex Educators,
          Counselors, and Therapists Joint Annual Meeting, Los Angeles, CA,
          November 13, 1998.

32.       Presenter. All Gender Health. Fall Harvest 1988: Stars of the north,
          Minneapolis, MN, November 7, 1998.

33.       Panelist. Transgender people and HIV prevention. Community AIDS
          Network, Youth and AIDS Projects, Division of General Pediatrics and
          Adolescent Health, Medical School, University of Minnesota,
          September 29, 1998.

34.       Panelist and Presenter. What's biology got to do with it?: The
          implications of research into the biological basis of sexual orientation.
          Gay, Lesbian, Bisexual, and Transgender Programs Office, University
          of Minnesota, June 24, 1998.

35.       Presenter. Minnesota HIV/STD prevention research findings. Statewide
          Conference on HIV/AIDS and Sexually Transmitted Diseases: Facing
          Challenges Together in Changing Times, Bloomington, MN, May 27,
          1998.

36.       Moderator. Reports on gay and lesbian issues. Joint Annual Meeting,
          Society for the Scientific Study of Sexuality and the American
          Association of Sex Educators, Counselors, and Therapists, Arlington,
          Virginia, November 15, 1997.

37.       Moderator. Gender in society workshop: HIV/Hepatitis. Harry
          Benjamin International Gender Dysphoria Symposium, Vancouver, BC,
          Canada, September 13, 1997.

Walter O. Bockting, Ph.D.

38.           Panelist. Psychology panel and Q & A. The Hero's Journey, Third Annual FTM Conference of the Americas, Boston, MA, August 10, 1997.

39.           Discussant. A new gay male identity. The Hero's Journey, Third Annual FTM Conference of the Americas, Boston, MA, August 10, 1997.

40.           Presenter and Facilitator. SPICE V: Spouses and Partners International Conference for Education, Tri-Ess, Alexandria, CA: July, 1997.

41.           Panelist. Mental health: Family and youth. Second New England Transgender Health Conference, Gender Identity Support Services for Transgender, Beacon Hill Multicultural Psychological Association, Boston, MA, June 3, 1997.

42.           Presenter. Transgender coming out: Implications for mental health. Second New England Transgender Health Conference, Gender Identity Support Services for Transgenders, Beacon Hill Multicultural Psychological Association, Boston, MA, June 3, 1997.

43.           Presenter. Care of the Transgender patient. Twenty fifth Annual Conference, American Academy of Physician Assistants, Minneapolis, MN, May 27, 1997.

44.           Session Chair. Reconciling sexual orientation. Midcontinent Region Annual Conference, Society for the Scientific Study of Sexuality, Chicago, IL, May 25, 1997.

45.           Panelist. Training in sexology: What the post-secondary programs for learning about sex offer. Midcontinent Region Annual Conference, Society for the Scientific Study of Sexuality, Chicago, IL, May 23, 1997.

46.           Presenter. Transgender mental health. First New England Transgender Health Conference, Gender Identity Support Services for Transgenders, Beacon Hill Multicultural Association, Boston, MA, June 6, 1996.

47.           Organizer and Session Chair. Living gender: Discover the spectrum. Minnesota Pride 1996, Tenth Annual Convention, International Foundation for Gender Education, Minneapolis, MN, March 30, 1996.

48.           Organizer and Session Chair. Body enhancement and enrichment options. Minnesota Pride 1996, Tenth Annual Convention, International Foundation for Gender Education, Minneapolis, MN, March 30, 1996.

49.           Organizer. Transgender HIV prevention. Minnesota Pride 1996, Tenth Annual Convention, International Foundation for Gender Education,

Walter O. Bockting, Ph.D.

Minneapolis, MN, March 29, 1996.

50.      Organizer. Female or male, both or neither: The study of differently gendered lives. Female or male: What's the difference?, 38th Annual Meeting, Society for the Scientific Study of Sexuality, San Francisco, CA: November 12, 1995.

51.      Chair. Plenary lectures, and symposium entitled "Sex offending in different countries" Fourth International Conference on the Treatment of Sex Offenders, Vrije Universiteit, Amsterdam, The Netherlands, September 18 & 19, 1995.

52.      Presenter. Transgender HIV prevention: Development, implementation, and evaluation of a model prevention education program. Third Science Symposium on HIV Prevention Research: Current Status and Future Directions (sponsored by the National Institutes of Health and the Centers for Disease Control and Prevention). Flagstaff, Arizona, August 16, 1995.

53.      Symposium Organizer and Session Chair. Transgender health: Facing the challenge of gender. Seventeenth National Lesbian and Gay Health Conference/13[th] Annual AIDS/HIV Forum, Minneapolis, MN, June 18, 1995.

54.      Presenter and Facilitator. HIV prevention in sexual minority populations: Transgendered persons. HIV Prevention Research Development Meeting, 17th National Lesbian and Gay Health Conference/13[th] Annual AIDS/HIV Forum, Minneapolis, MN, June 18, 1995.

55.      Presenter. Transgender coming out: Implications for the clinical management of gender dysphoria. First International Congress on Gender, Crossdressing and Sex Issues, Van Nuys, CA, February 25, 1995.

56.      Presenter. Transgender coming out: A psychosocial paradigm shift. Midcontinent Region Annual Conference, Society for the Scientific Study of Sex, Austin, TX, May 27, 1994.

57.      Presenter. The Program in Human Sexuality's Transgender Services. From Dialogue to Ministry, More Light Churches Network Conference, Minneapolis, MN: May 6, 1994.

58.      Presenter. Transgender HIV/AIDS prevention. HIV: Meeting the Challenge, George Brown University, Fairfax, Virginia, May 25-27, 1993.

59.      Presenter. Ethical dilemmas in the treatment of gender dysphoria.

Walter O. Bockting, Ph.D.

Annual Meeting, Society for the Scientific Study of Sex, San Diego, CA, November 14, 1992.

60.     Panelist. Taking your next step. University Bi Community, Minneapolis, MN, October 16, 1992.

61.     Organizer and Moderator of plenary panel presentation. Masturbation: Sexual health and recovery. Fifth National Conference on Sexual Compulsivity/Addiction, Minneapolis, MN, October 6, 1992.

62.     Presenter. Clinical assessment of compulsive sexual behavior. National Conference on Sexual Compulsivity/Addiction, Minneapolis, MN, October 4, 1992.

63.     Presenter. New developments in clinical sexology: Treatment of sexual problems with serotonergic medications and psychotherapy. Fiftieth International Convention, International Council of Psychologists, Amsterdam, The Netherlands, July 16, 1992.

64.     Symposium Organizer and Chair. Obsessive/compulsive features of crossdressing and gender dysphoria. Fourth National Conference on Sexual Compulsivity/Addiction, San Francisco, CA, May 21, 1991.

65.     Symposium Organizer. The clinical management of gender dysphoria: New developments. Annual Meeting, Society for the Scientific Study of Sex, Minneapolis, MN, November 1990.

66.     Presenter. Beyond the homosexual identity: A contemporary perspective on the development of sexual orientation. A matter of justice and compassion—serving gay and lesbian youth conference. Con Drake University, Olmstead Center, Des Moines, IA, February, 23, 1990.

67.     Discussant. A tribute to Louis Sullivan. Fifth Harry Benjamin International Gender Dysphoria Symposium, Cleveland, OH, September 1989.

68.     2002 - Guest speaker, Tau Epsilon Tri-Ess, Eagan, MN

69.     1997, 2000 - Guest-Speaker, City of Lakes Crossgender Community, St. Paul, MN

70.     2001 - Organizer and facilitator, All Gender Health at Black Pride, Minneapolis, MN

71.     1993, 1994, 1995, 1996, 1997, 1999 - Guest-Speaker, Beta Gamma Tri-Ess, Eagan, MN

72.     1993 - Guest-Speaker, New Men and Women of Minnesota,

27

Walter O. Bockting, Ph.D.

Minneapolis, MN

73.     Bockting, W.O., Coleman, E., & Gooren, L.J.G. (1987, December). Homosexual and bisexual identity development in female-to-male transsexuals. Workshop at the International Scientific Conference: Homosexuality Beyond Disease, Amsterdam, The Netherlands.

## OTHER PRESENTATIONS

**Peer-Reviewed Research Presentations.**

1.  Hovath, K.J., Rosser, B.R.S., Bockting, W.O., Coleman, E, and the Men's INTernet Sex II (MINTS-II) Team. Comparing disease risk associated with online and offline sexual encounters among US Men who have Sex with Men. Abstracts of the XVI International AIDS Conference, Toronto, Canada, August 13-18, 2006.

3.  Bockting, W., Miner, M., Robinson, B., Rosser, B.R.S., & Coleman, E. (2006, July). HIV risk behavior among the U.S. transgender population. Brief communication, International Academy of Sex Research 2006 Annual Meeting, Amsterdam, The Netherlands.

4.  Nelson, K., Bockting, W., & Miner, M. (2006, March). Stigma consciousness and its correlates among transgender people. Poster presented at the University of Minnesota Medical School's Fifth Annual Alfred F. Michael Students Research Colloquium, March 13.

5.  Bockting, W. (2005, May). Use of the Internet to reach the U.S. transgender population for HIV prevention research. Critical Issues in eHealth Research Conference, Bethesda, MD, June 9, 2005.

4.  Bockting, W., & Gray, N. (2005, April). Gender role transition, internalized transphobia, and unsafe sex: Results from an online study of the U.S. transgender population. XIX Bennial Symposium of the Harry Benjamin International Gender Dysphoria Assocation, Bologna, Italy.

5.  Bockting, W., & Gray, N. (2004, August). Transgender identity and HIV risk: An Internet-based Study. Annual Convention of the American Psychological Association, Honolulu, Hawaii.

6.  Bockting, W., Miner, M., Robinson, B., Gurak, L., Raman, S., Gray, N., Rosser, B.R.S., Coleman, E. (2003, July). The influence of gender on sexual relationships: Use of the Internet to reach the transgender community for HIV prevention research. Poster at the Association of Internet Researchers's 2003 International Conference: Internet Research 4.0: Broadening the band, Toronto, Ontario, Canada.

7.  Feldman, J., Bockting, W., & Allen, S. (2003, September). Smoking cessation among transgender persons receiving hormone therapy: A pilot study. XVIII Harry Benjamin International Gender Dysphoria Symposium, Ghent, Belgium.

28

Walter O. Bockting, Ph.D.

8. Robinson, B., Berg, D., Bockting, W., Miner, M., Raman, S., & Coleman, E. (2003, September). Internalized transphobia as a health hazard: Development of the Transgender Identity Scale. XVIII Harry Benjamin International Gender Dysphoria Symposium, Ghent, Belgium.

9. Bockting, W., Benner, A., & Coleman, E. (2003, September). Gay and bisexual identity development among female-to-male transsexuals in North America: Emergence of a transgender sexuality. XVIII Harry Benjamin International Gender Dysphoria Symposium, Ghent, Belgium.

10. Bockting, W., Miner, M., Robinson, B., Gurak, L., Raman, S., Gray, N., Rosser, B.R.S., Coleman, E. (2003, September). The influence of gender on sexual relationships: Use of the Internet to reach the transgender community for HIV prevention research. Poster at the New Research for New Media: Innovative research methodologies symposium, University of Minnesota, Minneapolis, Minnesota

11. Bockting, W., Miner, M, Robinson, B., Gurak, L., Raman, S., Gray, N., Rosser, S., & Coleman, E. (2003, August). Use of the Internet to reach the U.S. transgender population for HIV/STD prevention research. Presentation at the STD/HIV Prevention and the Internet conference, sponsored by the Centers for Disease Control and Prevention, Washington, DC.

12. Bockting, W., Miner, M., Robinson, B., Gurak, L., Raman, S., Gray, N., Rosser, B.R.S., Coleman, E. (2003, July). The influence of gender on sexual relationships: Use of the Internet to reach the transgender community for HIV prevention research. Poster at the 29th Annual Meeting of the International Academy of Sex Research, Bloomington, IN.

13. Benner, A., Bockting, W., & Coleman, E. (2002, November). Sexual identity development among gay and bisexual female-to-male transsexuals: Discovery of a transgender sexuality. Annual Meeting, Society for the Scientific Study of Sexuality, Montreal, Canada.

14. Bockting, W.O., Gurak, L., & Starke-Meyerring, D. (2002, October). Gender identity and HIV risk: An Internet-based study. The Third International Conference of the Association for Internet Researchers, Internet Research 3.0: Net/Work/Theory, Maastricht, the Netherlands.

15. Forberg, J., & Bockting, W. (2002, July). Commitment in action: Using focus groups to evaluate a sexual health intervention targeting the transgender community. Poster exhibition at the XIV International AIDS Conference, Barcelona, Spain.

16. Bockting, W., Robinson, B., Miner, M., & Scheltema, K. (2002, July). The relationship between sexual health and unsafe sex among participants of an intervention study targeting African American women. Poster exhibition at the XIV International AIDS Conference, Barcelona, Spain.

29

Walter O. Bockting, Ph.D.

17. Bockting, W., Gurak, L., Miner, M., Robinson, B., Rosser, B.R.S., Raman, S., & Coleman, E. (2002, July). Gender identity and HIV risk: Reaching the transgender community via the Internet. XIV International AIDS Conference, Barcelona, Spain.

18. Robinson, B.E., Uhl, G., Miner, M., Bockting, W.O., Hawkins, A.S., Scheltema, K.E., Rosser, B.R.S., & Westover, B. (2002, July). An innovative sexual health HIV prevention intervention targeting African American women in the U.S. Poster presentation at the XIV International AIDS Conference, Barcelona, Spain.

19. Rosser, B.R.S., Miner, M., Gurak, L., Bockting, W., Edwards, W., Konstan, J., Merino, C., & Coleman, E. (2002, July). Researching Internet-mediated sex between men: The Men's INTernet Study (MINTS). Poster exhibition at the XIV International AIDS Conference, Barcelona, Spain.

20. Bockting, W., Robinson, B., Brintnell, D., Gray, N., & Forberg, J. (2001, November). You've got a friend? The impact of transgender discrimination and social support on unsafe sex. XVII Harry Benjamin International Symposium on Gender Dysphoria, Galveston, TX.

21. Bockting, W., Robinson, R., Hogan, N., Forberg, J. (2000, July). Application of the sexual health model to transgender HIV prevention: Implementation and evaluation of All Gender Health. Poster exhibition at the XIII International AIDS Conference, Durban, South Africa.

22. Bockting, W., Forberg, J., Robinson, B., & Hogan, N. (2000, July). Breaking the silence: A university-based gender identity clinic partners with transgender community organizations to prevent HIV and STDs in the U.S. Poster exhibition at the XIII International AIDS Conference, Durban, South Africa.

23. Robinson, B.E., Bockting, W., Rosser, B.R.S., Miner, M., & Coleman, E. (2000, July). The Sexual Health Model: A sexological approach to long-term HIV risk reduction. Poster exhibition at the XIII International AIDS Conference, Durban, South Africa.

24. Rosser, B.R.S., Bockting, W.O., Rugg, D.L., Robinson, B.E., Ross, M.W., Bauer, G.R., & Coleman, E. (2000, July). A sexual health approach to long-term HIV risk reduction among men who have sex with men: Results from a randomized controlled intervention trial. Poster exhibition at the XIII International AIDS Conference, Durban, South Africa.

25. Rosser, B.R.S., Bockting, W.O., Ross, M.W., Rugg, D.L., Bauer, G.R., Kraft, C., Robinson, B.E., & Coleman, E. (2000, July). Lowering internalized homonegativity in men who have sex with men: Results from a randomized controlled intervention trial. Poster presentation at the XIII International AIDS Conference, Durban, South Africa.

26. Robinson, B., Bockting, W., Cherry, T., & Harrell, T. (2000, May). HIV/STD

Walter O. Bockting, Ph.D.

prevention targeting chemically dependent African American women: Practical research findings from WISH (Women's Initiative for Sexual Health). Statewide HIV/AIDS and Sexually Transmitted Diseases Conference, Brooklyn Park, MN.

27. Rosser, B.R.S., Bockting, W.O., Edwards, W.E., Kraft, C., Robinson, B.E., & Coleman, E. (2000, May). The Minnesota 500 Men's Study: Results of a randomized controlled trial of a sexual health approach to lowering long-term HIV risk in men who have sex with men. Statewide HIV/AIDS and Sexually Transmitted Diseases Conference, Brooklyn Park, MN.

28. Robinson, B.E., Westover, B.J., Uhl, G., Miner, M., Bockting, W.O., & Cherry, T. (1999, October). Outcome evaluation of the Women's Initiative for Sexual Health. 1999 National Conference on Women and HIV/AIDS, Los Angeles, CA.

29. Rosser, B.R.S., Bauer, G.R., Bockting, W.O., & Welles, S.L. (1999, August/September). Safer sex and unsafe sex in a seminar-based sample of Midwestern men who have sex with me (1994-1997). Poster presented at the First National HIV Prevention Conference, Centers for Disease Control and Prevention, Atlanta, GA.

30. Rugg, D.L., Rosser, B.R.S., Ross, M.W., Kraft, C., Bockting, W.O., Bauer, G., Robinson, B.E., & Coleman, E. (1999, August/September). Lowering internalized homophobia in men who have sex with men: A randomized controlled trial. Poster presented at the First National HIV Prevention Conference, Centers for Disease Control and Prevention, Atlanta, GA.

31. Miner, M., Westover, B., Uhl, G., Robinson, B.E., Bockting,, W.O., & Cherry, T. (1999, August). Outcome evaluation of the Women's Initiative for Sexual Health: Preintervention data. First National HIV Prevention Conference, Centers for Disease Control and Prevention, Atlanta, GA.

32. Miner, M., Westover, B., Uhl, G., Robinson, B.E., Bockting, W.O., & Cherry, T. (1999, August). HIV prevention targeting African American women: Community-university evaluation collaboration. Poster presented at the American Psychological Association Annual Meeting, Boston, MA.

33. Bockting, W.O., Forberg, J., & Robinson, B.E. (1999, August). All Gender Health: Affirming transgender sexuality to prevent HIV and STD's. Plenary presentation at the XVI Symposium of the Harry Benjamin International Gender Dysphoria Association, London, England.

34. Ross, M.W., Rosser, B.R.S., Bockting, W.O., Rugg, D.L., Bauer, G.R., & Kraft, C. (1999, July). Internalized homophobia and unsafe sex among men who have sex with men. Poster presented at the IVth International Conference on the Biopsychosocial Aspects of HIV Infection, Ottawa, Canada.

35. Rosser, B.R.S., Robinson, B.E., Bockting, W.O., Rugg, D.L., Ross, M.W., Coleman, E., & Bauer, G.R. (1999, July). Man-to-Man: Sexual Health Seminars.

Walter O. Bockting, Ph.D.

Evaluation of an HIV/STD prevention program for men who have sex with men. Poster presented at the IVth International Conference on the Biopsychosocial Aspects of HIV Infection, Ottawa, Canada.

36. Cherry, T., Robinson, B.E., Smith, P., & Bockting, W.O. (1999, May). Is it a Black or White thing? Masturbation and African American women. Midcontinent Region Annual Conference, Society for the Scientific Study of Sexuality, Madison, WI.

37. Robinson, B., Miner, M., Cherry, T., & Bockting, W.O. (1998, December). Outcome evaluation of the Women's Initiative for Sexual Health: Design overview and baseline data. Centers for Disease Control and Prevention, Program Evaluation and Research Branch, Atlanta, GA.

38. Robinson, B.E., Harrell, T., Bockting, W.O., Miner, M., & Cherry, T. (1999, May). The big "M": The power of sex with someone you love. Midcontinent Region Annual Conference, Society for the Scientific Study of Sexuality, Madison, WI.

39. Rosser, B.R.S., Bockting, W.O., & Coleman, E. (1998), July). Anodyspareunia, the unacknowledged sexual dysfunction: A validation study of painful receptive anal intercourse in homosexual men. Paper presented at the 20th National Lesbian and Gay Health Conference and AIDS Forum, San Francisco, CA.

40. Robinson, B.E., Bockting, W.O., Brown, J., Giavasis, A., Rosser, B.R.S., & Miner, M.H. (1998, June/July). Women's Initiative for Sexual Health: An innovative sexuality intervention targeting African-American women in the U.S. Poster presented at the 12th World AIDS Conference, Geneva, Switzerland.

41. Rosser, B.R.S., Bockting, W.O., Short, B.J., & Ross, M.W. (1998, June/July). Internalized Homophobia and Unsafe Sex in Men who have Sex with Men. Poster presented at the 12th World AIDS Conference, Geneva, Switzerland.

42. Rosser, B.R.S., Rugg, D., Robinson, B.E., & Bockting, W.O. (1998, June/July). Man-to-man: Sexual Health Seminars – Evaluation of an Innovative HIV Prevention Program for Men who have Sex with Men. Poster presented at the 12th World AIDS Conference, Geneva, Switzerland.

43. Rosser, B.R.S., Bockting, W.O., & Coleman, E. (1998, June). Anodyspareunia, the unacknowledged sexual dysfunction: A validation study of painful receptive anal intercourse in homosexual men. Poster presented at the 24th Annual Meeting of the International Academy of Sex Research, Sirmione, Italy.

44. Bockting, W.O., & Robinson, E. (1997, September). Patient satisfaction with transgender services. Paper presented at the XV Harry Benjamin International Gender Dysphoria Association's Symposium: The State of our Art and the State of our Science, Vancouver, BC, Canada.

45. Rosser, B.R.S., Short, B., Ross, M.W., & Bockting, W.O. (1997, July). Internalized homophobia and unsafe sex in homosexual men. Paper presented at the 23rd Annual

Walter O. Bockting, Ph.D.

Meeting of the International Academy of Sex Research, Baton Rouge, LA.

46. Bockting, W.O. (1995, September). <u>Transgender Coming Out: Implications for the Clinical Management of Gender Dysphoria</u>. Paper presented at the XIV Harry Benjamin International Gender Dysphoria Symposium, Loster Irsee, Germany.

47. Snyder, G., & Bockting, W.O. (1995, June). <u>The compulsive male "John": A clinical profile based on psychometric evaluation</u>. Paper presented at the Midcontinent Region Annual Conference of the Society for the Scientific Study of Sexuality, Minneapolis, MN.

48. Bockting, W.O., Rosser, B.R.S., & Coleman, E. (1993, October). <u>Transgender HIV/AIDS prevention: Development, implementation, and evaluation of a HIV risk prevention program</u>. Paper presented at the XIIIth International Symposium of the Harry Benjamin International Gender Dysphoria Association, New York, NY.

49. Bockting, W.O. (1993, April). <u>Clinical prerequisites for sex reassignment: Communicating standards of care to gender dysphoria clients</u>. Poster presented at the International Conference on Psychomedical Aspects of Gender Problems, Vrije Universiteit, Amsterdam, The Netherlands.

50. Bockting, W.O., Rosser, B.R.S., & Coleman, E. (1993, April). <u>A HIV risk prevention program for transvestites and transsexuals</u>. Poster presented at the International Conference on Psychomedical Aspects of Gender Problems, Vrije Universiteit, Amsterdam, The Netherlands.

51. Coleman, E., Bockting, W.O., McBean, A., & Koznar, J. (1992, October). <u>Profile of compulsive sexual behavior patients on the MMPI and the Derogates Sexual Functioning Inventory</u>. Paper presented at the fifth National Conference on Sexual Compulsivity/Addiction, Minneapolis, MN.

52. Coleman, E., Moore, A.M., Bockting, W.O., & Kelly, JT (1992, October). <u>Exploratory study of the role of psychotropic medications in the psychological treatment of non-paraphilic compulsive sexual behavior</u>. Paper presented at the fifth National Conference on Sexual Compulsivity/Addiction, Minneapolis, MN.

53. Bockting, W.O., & McBean, A. (1992, October). <u>Successful treatment of obsessive gender dysphoria through application of a compulsive sexual behavior treatment model</u>. Paper presented at the fifth National Conference on Sexual Compulsivity/Addiction, Minneapolis, MN.

54. Bockting, W.O., & Strapko, N. (1991, November). <u>Beyond the male-female dichotomy: The fascinating spectrum of gender</u>. Workshop at the Annual Meeting of the Society for the Scientific Study of Sex, New Orleans, LA.

55. Bockting, W.O. (1991, June). <u>A new approach to the treatment of obsessive/compulsive features of crossdressing and gender dysphoria</u>. Paper presented at the 10th World Congress for Sexology, Amsterdam, The Netherlands.

Walter O. Bockting, Ph.D.

56. Bockting, W.O. (1991, June). A contemporary approach to the treatment of gender dysphoria. Paper presented at the 10th World Congress for Sexology, Amsterdam, The Netherlands.

57. Bockting, W.O., Coleman, E., Strapko, N. (1991, May). Obsessive/compulsive features of crossdressing and gender dysphoria. Paper presented at the fourth National Conference on Sexual Compulsivity/Addiction, San Francisco, CA.

58. Bockting, W.O. (1990, November). A contemporary approach to the treatment of gender dysphoria. Paper presented at the Annual Meeting of the Society for the Scientific Study of Sex, Minneapolis, MN.

59. Bockting, W.O. (1990, November). Obsessive/compulsive features of crossdressing and gender dysphoria. Paper presented at the Annual Meeting of the Society for the Scientific Study of Sex, Minneapolis, MN.

60. Bockting, W.O., & Coleman, E. (1990, November). Treatment of sexual orientation dysphoria with serotonergic medication and psychotherapy. Paper presented at the Annual Meeting of the Society for the Scientific Study of Sex, Minneapolis, MN.

61. Bockting, W.O., & Coleman, E. (1990, May). Treatment of transvestism through a model of compulsive sexual behavior. Paper presented at the third National conference on Sexual Compulsivity/Addiction, Minneapolis, MN.

62. Bockting, W.O., Coleman, E., & Gooren, L.J.G. (1989, November). Homosexual and bisexual identity development in female-to-male transsexuals. Paper presented at the Annual Meeting of the Society for the Scientific Study of Sex, Toronto, Canada.

63. Bockting, W.O., Coleman, E., & Gooren, L.J.G. (1989, November). Homosexual and bisexual identity development in female-to-male transsexuals. Paper presented at the fifth Harry Benjamin International Gender Dysphoria Symposium, Cleveland, OH.

64. Bockting, W.O. (1989, June). Sex-roles of male-to-female transsexuals and gay men: A comparison. Poster presented at the Annual Meeting of the International Academy of Sex Research, Princeton, NJ.

65. Bockting, W.O., & Coleman, E. (1989, June). Homosexual and bisexual identity development in female-to-male transsexuals. Paper presented at the Midcontinent Region Annual Conference of the Society for the Scientific Study of Sex, Iowa City, IA.

66. Bockting, W.O., Coleman, E., & Gooren, L.J.G. (1988, August). Homosexual and bisexual identity development in female-to-male transsexuals. Poster presented at the Annual Meeting of the International Academy of Sex Research, Minneapolis, MN.

Walter O. Bockting, Ph.D.

67. Bockting, W.O. (1987, December). <u>Sex-roles of male-to-female transsexuals and gay men: A comparison</u>. Paper presented at the International Conference: Homosexuality, Which Homosexuality?, Vrije Universiteit, Amsterdam, The Netherlands.


## COMMITTEE AND ADMINISTRATIVE SERVICE

### A. University of Minnesota

**University**

| | |
|---|---|
| 2003-present | Member, Presidents Club Heritage Society |
| 2003-2004 | Alumni Association |
| 1999-2002 | Member, Curriculum Committee, Medical School |
| 1999-2001 | Co-chair, working group on GLBT and intersex issues, Committee on Cultural Competence in the Curriculum, Office of Education, Educational Development and Research, Medical School |
| 1998-present | Member, Advisory Committee, Steven J. Schochet Endowed Center for Gay, Lesbian, Bisexual, Transgender (GLBT) Studies and Campus Life, Gay, Lesbian, Bisexual, and Transgender Programs Office |
| 1998 | Member, Faculty Ambassador Program, University of Minnesota, Minneapolis, MN |
| 1997, 1999 | Member, Review Committee, Awards for Excellence and Creativity in Gay, Lesbian, Bisexual, and Transgender Studies, Gay, Lesbian, Bisexual, and Transgender Programs Office |
| 1994-1995 | Member, Planning Committee, Differently Gendered Lives: A Week of Programs About Transgender and Transsexual Experiences, Gay Lesbian, Bisexual, and Transgender Programs Office |

**Department of Family Medicine and Community Health**

| | |
|---|---|
| 2000 | Search Committee, tenure track Assistant Professor position |
| 1999-2001 | Educational Policy and Curriculum Development Committee |
| 1999-2001 | Graduate Education Committee |

**Unit (Program in Human Sexuality)**

| | |
|---|---|
| 1991-present | Coordinator, Transgender Health Services |
| 1995 | Bottom Line Advisory Committee |

Walter O. Bockting, Ph.D.

| | |
|---|---|
| 1992-1993 | Coordinator, Transgender HIV Prevention Program |
| 1989-1998 | Member, Gender Committee |

**B. National**

| | |
|---|---|
| 2004 | Member of Organizing Committee, Transgender HIV Prevention Consultation, Centers for Disease Control and Prevention. |
| 2001 | Invited participant. Transgender Forum. The Surgeon General's Leadership Campaign on AIDS, U.S. Department of Health and Human Services |
| 1999 – 2000 | Invited participant. Public health dialogue: Promoting Responsible Sexual Behavior. Office of Population Affairs, Department of Health and Human Service |
| 1993-present | Founder and Coordinator, Upper Midwest Network of Mental Health Care Providers serving Transgender Clients |
| 1993-1996 | Coordinator, Transgender HIV Prevention, Service Providers, Educators, and Researchers, a national network to advance HIV/AIDS prevention among male and transgender sex workers, Gay Men's Health Crisis, New York, NY |

**C. International**

| | |
|---|---|
| 1995-present | Member and U.S. Representative, Advisory Board, Center for Assistance, Research and Information on Transsexuality and Gender Identity, Paris, France |

**D. Other**

| | |
|---|---|
| 2002-present | Administrator, Ashley Rukes Transgender Fund, Minnesota Medical Foundation #1823 |
| 2001-present | Member, National Transgender Task Force on AIDS |
| 1993-1995 | Member, Steering Committee, International Congress on Gender, Crossdressing, and Sex Issues, Center for Sex Research, Institute for Social and Behavioral Sciences, California State University, Northridge, CA |
| 2001 | Host, fundraising reception, Creative Change, a benefit for the National Gay and Lesbian Task Force, Van Dusen Mansion, Minneapolis, MN |
| 1997-present | Charter Member, Professional Advisory Board, Spouses and Partners International Conference for Education, Tri-Ess |
| 1995-present | Member, Board of Directors, Gender Education Center |

Walter O. Bockting, Ph.D.

| 1987 | Member, Organizing Committee, International Scientific Conference: Homosexuality Beyond Disease, Rijksuniversiteit Utrecht, The Netherlands |
| 1986-1988 | Founder and Coordinator, Research Committee on Gender Dysphoria, Department of Clinical Psychology & Conflictuology, Vrije Universiteit, Amsterdam, The Netherlands |

## ANNOTATED BIBLIOGRAPHY

### A.  Peer-Reviewed Publications

1. Pequegnat, W., Rosser, B.R.S., Miner, M.H., **Bockting, W.O.**, Ross, M.W., Konstan, J., Gurak, L., Stanton, J., Carballo-Diéguez, A., Mazin, R., & Coleman, E. (in press). HIV risk: Results of the Men's INTernet Study (MINTS). *AIDS & Behavior.*

   Dr. Bockting served as a co-investigator on the MINTS study and assisted the first author with the study's design and methods, provided advice in data analysis, and assisted with the interpretation and write-up of the findings.

2. **Bockting, W.**, Knudson, G., & Goldberg, J.M. (2006). Counseling and mental health care for transgender adults and loved ones. *International Journal of Transgenderism, 9*(3/4).

   Dr. Bockting was the primary author of this chapter and wrote the guidelines for counseling and mental health care based on his clinical experience and a review of the scientific literature in consultation with psychiatrist Dr. Knudson and project coordinator Joshua Goldberg.

3. Rosser, B.R.S., Bowen, A., Bull, S.S., DiClemente, R.J., **Bockting, W.O.**, Elford, J., Fishbein, M., Gurak, L., Horvath, K., Konstan, J., Noar, S., Ross, M.W., Sherr, L., Spiegel, D., Zimmerman, R. Internet-based HIV/STD Prevention Survey Lessons: Practical Challenges and Opportunities. *AIDS & Behavior,* accepted for publication.

   Dr. Bockting was an active part of a research network that wrote this article as a team.  He particularly contributed in the area of the management of Internet tracking data.

4. **Bockting, W.O.**, Miner, M., Stanton, J., & Rosser, B.R.S. (2006). Men who have sex with transgender persons and HIV/STI risk: Findings from an Internet study of Latino men who have sex with men. *Archives of Sexual Behavior*, accepted for publication.

   Role: Dr. Bockting conceived of the study, assisted with data analysis, and took the lead in interpretation and write-up of findings.

Walter O. Bockting, Ph.D.

5.  Zamboni, B.D., Robinson, B.E., & **Bockting, W.O.** (in press). Body image and sexual functioning among bisexual women. Journal of Bisexuality.

    Role: Dr. Bockting developed the intervention study and collected the data on which this secondary analysis and report is based, and assisted with the interpretation and write-up of the findings.

6.  Rosser, B.R.S., **Bockting, W.O.**, Ross, M.W., Miner, M.H., & Coleman, E. (in press). The relationship between homosexuality, internalized homonegativity and mental health. Journal of Homosexuality.

    Dr. Bockting was part of conceiving this study, participated in recruitment and data collection, and assisted with the interpretation and write-up of the results.

7.  **Bockting, W.O.**, Huang, C.Y., Ding, H., Robinson, B., & Rosser, B.R.S. (2005). Are transgender persons at higher risk for HIV than other sexual minorities? A comparison of HIV prevalence and risks. International Journal of Transgenderism, 8(2/3), 123-131.

    Role: Dr. Bockting conceived of the study, co-supervised data analysis, and took the lead in the write-up of the findings.

    **Bockting, W.O.**, & Ehrbar, R. (2005). Commentary: Gender variance, dissonance, or identity disorder. Journal of Psychology and Human Sexuality, 17(3/4), 125-134.

    Dr. Bockting was the lead author on this review and commentary of three peer-reviewed articles appearing in the same issue.

8.  **Bockting, W.O.**, Robinson, B.E., Forberg, J.B., & Scheltema, K. (2005). Evaluation of a sexual health approach to reducing HIV/STD risk in the transgender community. AIDS Care, 17(3), 289-303.

    Role: Dr. Bockting conceived of the study, developed and implemented the intervention, took the lead on its evaluation, the analysis, and the write-up of the findings.

9.  Uhl, G.A., Robinson, B.E., Westover, B.J., **Bockting, W.O.**, & Cherry, T. (2004). Involving the community in HIV prevention program evaluation. Health Promotion Practice, 5(3), 289-296.

    Role: Dr. Bockting played an integral role in conceiving the idea for this study, assisted with the analysis of focus group transcripts, helped incorporate the findings into research design and implementation, and assisted with the writing of the manuscript.

10. **Bockting, W.O.**, Robinson, B.E., Benner, A., & Scheltema, K. (2004). Patient satisfaction with transgender health services. Journal of Sex and Marital Therapy, 30(4), 277-294.

Walter O. Bockting, Ph.D.

Role: Dr. Bockting helped conceive the study (with Dr. Robinson), took the lead on analysis and interpretation of results, conducted the literature review, and led the writing of this manuscript.

11. Feldman, J., & **Bockting, W.O.** (2003). Transgender health. Minnesota Medicine, 86(7), 25-32.

Role: Dr. Bockting was responsible for the part of this article that addresses the psychosocial aspects of transgender health and assisted in writing the manuscript.

12. Robinson, B.E., **Bockting, W.,** & Harrell, T. (2002). Masturbation and sexual health: An exploratory study of low-income African American women. Journal of Psychology & Human Sexuality, 14(2/3), 85-102.

Role: Dr. Bockting conceived of this study, coordinated data collection, and assisted with writing the manuscript.

13. Miner, M.H., Robinson, B.E., Hoffman, L., Albright, C.L., & **Bockting, W.O.** (2002). Improving safer sex measures through the inclusion of relationship and partner characteristics. AIDS Care, 14(6), 827-837.

Role: Dr. Bockting was an integral part of defining the algorithm (a contextual dependent variable for HIV risk behavior) tested in this study and assisted in writing of the manuscript.

14. Robinson, B.E., Uhl, G., Miner, M., **Bockting, W.O.,** Scheltema, K.E., Rosser, B.R.S., & Westover, B. (2002). Evaluation of a sexual health approach to prevent HIV among low income, urban, primarily African American women: Results of a randomized controlled trial. Journal of AIDS Education and Prevention, 14, Supplement A, 81-96.

Role: Dr. Bockting assisted Dr. Robinson in conceiving the study and in the design, implementation, and evaluation of the intervention, and writing up of the results of this randomized controlled trial.

15. Rosser, B.R.S., **Bockting, W.O.,** Rugg, D.L., Robinson, B.E., Ross, M.W., Bauer, G.R., & Coleman, E. (2002). A randomized controlled intervention trial of a sexual health approach to long-term HIV risk reduction for men who have sex with men. I. Effects of the intervention on unsafe sex behavior. Journal of AIDS Education and Prevention, 14, Supplement A, 59-71.

Role: Dr. Bockting co-developed this intervention and evaluation study with Dr. Rosser and assisted in writing up the results of this randomized controlled trial.

16. Mize, S.J.S., Robinson, B.E., **Bockting, W.O.,** & Scheltema, K.E. (2002). A meta-analysis of HIV prevention interventions for women. AIDS Care, 14(2), 163-180.

Walter O. Bockting, Ph.D.

Role: Dr. Bockting helped conceive this study and supervised research interns conducting this study. He assisted with the analysis and interpretation of results, and the writing of the manuscript.

17. Robinson, B.E., **Bockting, W.O.**, Rosser, B.R.S., Miner, M., & Coleman, E. (2002). The Sexual Health Model: Application of a sexological approach to HIV prevention. Health Education Research; Theory and Practice, 17(1), 43-57.

Role: Dr. Bockting played a major role in the development of the Sexual Health Model and co-wrote this manuscript with Dr. Robinson. He also conducted focus group research and analyzed findings that informed this model and are summarized in the article.

18. Meyer III , **Bockting, W.,** Cohen-Kettenis, P., Coleman, E., DiCeglie, D., Devor, H., Gooren, L., Hage, J., Kirk, S., Kuiper, B., Laub, D., Lawrence, A., Menard, Y., Patton, J., Schaefer, L., Webb, A., Wheeler, C. (2001). The standards of care for gender identity disorders, sixth version. Journal of Psychology & Human Sexuality, 13(1), 1-30.

Role: Dr. Bockting was a member of the committee that conducted an extensive, complete revision of the standards of care based on up-to-date scientific evidence. He assisted with the formulation of the standards and in the writing of this manuscript by giving detailed feedback and suggestions for changes to the first author.

19. **Bockting, W.O.,** & Cesaretti, C. (2001). Spirituality, transgender identity, and coming out. Journal of Sex Education and Therapy, 26(4), 291-300.

Role: Dr. Bockting conceived of the paper and wrote most of the manuscript. Co-author Cesaretti assisted with the interpretation and discussion.

20. Ross, M. W., Rosser, B. R. S., Bauer, G. R., **Bockting, W.O.**, Robinson, B. E., Coleman, E. & Rugg, D. L. (2001). Patterns of alcohol and drug use as predictors of unsafe sexual behavior in men who have sex with men. AIDS and Behavior, 5(1), 97-103.

Role: Dr. Bockting helped conceive of the study and assisted with the interpretation and write up of the findings.

21. Meyer III , **Bockting, W.,** Cohen-Kettenis, P., Coleman, E., DiCeglie, D., Devor, H., Gooren, L., Hage, J., Kirk, S., Kuiper, B., Laub, D., Lawrence, A., Menard, Y., Patton, J., Schaefer, L., Webb, A., Wheeler, C. (2001). The standards of care for gender identity disorders, sixth version. International Journal of Transgenderism, 5(1). [Available online at   http://www.symposion.com/ijt/soc_01/index.htm]

Role: Dr. Bockting was a member of the committee that conducted an extensive, complete revision of the standards of care based on up-to-date scientific evidence. He assisted with the formulation of the standards and in the writing of this manuscript by giving detailed feedback and suggestions for changes to the first author.

Walter O. Bockting, Ph.D.

22. **Bockting, W.O.,** Rosser, B.R.S., & Coleman, E. (2000). Transgender HIV prevention: A model education workshop. Journal of the Gay and Lesbian Medical Association, 4(4), 175-183.

   Role: Dr. Bockting conceived of the study and conducted a process evaluation of the development and implementation of this model HIV prevention intervention. He conducted the literature review, defined the content, and led the writing of this manuscript.

23. **Bockting, W.O.,** Rosser, B.R.S., & Coleman, E. (1999). Transgender HIV prevention: Community involvement and empowerment. International Journal of Transgenderism, 3(1/2).

   Role: Dr. Bockting conceived of the study, fostered community involvement, and conducted a critical analysis of this process. He conducted the literature review and led the writing of this manuscript.

24. **Bockting, W.O.,** Rosser, B.R.S., & Scheltema, K. (1999). Transgender HIV prevention: Implementation and evaluation of a workshop. Health Education Research: Theory and Practice, 14(2), 177-183.

   Role: Dr. Bockting conceived of the study, took the lead on the development and quantitative evaluation of the HIV prevention intervention, and wrote the manuscript. Dr. Rosser assisted with development of the evaluation instruments and with the writing. Ms. Scheltema offered advice for statistical analysis and reviewed and edited a draft of the manuscript.

25. **Bockting, W.O.,** Robinson, B.E., & Rosser, B.R.S. (1998). Transgender HIV prevention: Qualitative evaluation of a model prevention education program. Journal of Sex Education and Therapy, 23(2), 125-133.

   Role: Dr. Bockting conceived of the qualitative evaluation of this model education prevention program, conducted the content analysis of focus group transcripts, and led the interpretation of findings and writing of the manuscript.

26. **Bockting, W.O.,** Robinson, B.E., & Rosser, B.R.S. (1998). Transgender HIV prevention: A qualitative needs assessment. AIDS Care, 10(4), 505-526.

   Role: Dr. Bockting conceived of the study, collected, analyzed, and interpreted the data, and wrote the manuscript. Dr. Robinson assisted with data collection and analysis, and edited the manuscript. Dr. Rosser assisted with interpretation and edited the manuscript.

27. Rosser, B.R.S., Metz, M.E., **Bockting, W.O.,** & Buroker, T. (1997). Sexual difficulties, concerns, and satisfaction in homosexual men: An empirical study with implication for HIV prevention. Journal of Sex and Marital Therapy, 23(1), 61-73.

   Role: Dr. Bockting co-developed this study with Dr. Rosser and assisted with the interpretation and write-up of the findings.

41

Walter O. Bockting, Ph.D.

28. Rosser, B.R.S., Dwyer, M., Coleman, E., Miner, M., Metz, M., Robinson, B., & **Bockting, W.O.** (1995). Using sexually explicit material in sex education: An eighteen-year comparative analysis. Journal of Sex Education and Therapy, 21(2), 117-128.

Role: Dr. Bockting assisted with data collection and with the interpretation and write-up of results.

29. Dwyer, S.M., **Bockting, W.O.**, Robinson, B., & Miner, M.H. (1994). Sex offender case study: The truth? The Journal of Forensic Sciences, 39(1), 241-245.

Role: Dr. Bockting was one of the therapists treating the individual on which this case study is based. He assisted the first author with the interpretation and write-up.

30. Coleman, E., **Bockting, W.O.**, & Gooren, L.J.G. (1993). Homosexual and bisexual identity in sex-reassigned female-to-male transsexuals. Archives of Sexual Behavior, 22(1), 37-50.

Role: Dr. Coleman conceived of the study. Dr. Bockting assisted with the development of the instruments and data collection, conducted the content analysis of the interview transcripts, and took the lead in writing the manuscript.

31. **Bockting, W.O.**, & Coleman, E. (1992). A comprehensive approach to the treatment of gender dysphoria. Journal of Psychology and Human Sexuality, 5(4), 131-155.

Role: Dr. Bockting conceived of the treatment model, reviewed the literature, developed the theory, implemented the model, and led the write-up of this article.

32. Coleman, E., & **Bockting, W.O.** (1988). "Heterosexual" prior to sex reassignment, "homosexual" afterwards: A case study of a female-to-male transsexual. Journal of Psychology and Human Sexuality, 1(2), 69-82.

Role: Dr. Bockting co-conducted the in-depth interview on which this seminal case study is based, and assisted Dr. Coleman with the interpretation and write-up of the results.

**B. Non-Peer-Reviewed Publications**

1. **Bockting, W.O.** (2003). Transgender identity, sexuality, and coming out: Implications for HIV risk and prevention. Proceedings of the NIDA-sponsored satellite sessions in association with the XIV International AIDS Conference, Barcelona, Spain, July 7-11, 2002 (pp. 163-172). U.S. Bethesda, MD: National Institute on Drug Abuse, U.S. Department of Health and Human Services, National Institutes of Health.

2. **Bockting, W.O.** (1999). From construction to context: Gender through the eyes of the transgendered. SIECUS Report, 28(1), 3-7.

42

Walter O. Bockting, Ph.D.

3. **Bockting, W.O.** (1997). The assessment and treatment of gender dysphoria. <u>Directions in Clinical and Counseling Psychology, 7</u>(11), 1-23.

4. **Bockting, W.O.** (1995). Transgender coming out: Implications for the clinical management of gender dysphoria. <u>Journal of Gender Studies, 17</u>(1), 17-20.

## C. Articles Submitted for Publication

1. Kraft, C., Rosser, B.R.S., Robinson, B.E., & **Bockting, W.O.** (2006). <u>Body mass index, body image, and unsafe sex in men who have sex with men</u>. Manuscript submitted for publication.

   Role: Dr. Bockting assisted with data analysis, interpretation of findings, and write-up of the results.

2. Rosser, B.R.S., Oakes, J.M., **Bockting, W.O.**, Babes, G., & Miner, M. (2005). <u>Demographic characteristics of transgender persons in the United States</u>. Manuscript submitted for publication.

   Role: Dr. Bockting served as Principal Investigator and designed the study on which this paper is based.  He assisted with the literature review, interpretation of findings, and the write-up.

3. Rosser, B.R.S., **Bockting, W.O.**, Ross, M.W., Miner, M.H., & Coleman, E. (2005). <u>The relationship between homosexuality, internalized homonegativity and mental health in men who have sex with men</u>. Manuscript submitted for publication.

   Role: Dr. Bockting helped conceive the study, assisted with data interpretation and write-up of the findings.

4. Rosser, B.R.S., Ross, M.W., **Bockting, W.O.**, Bauer, G.R., Kraft, C., Robinson, B.E., Rugg, D.L., & Coleman, E. (2005). <u>Treating internalized homonegativity among men who have sex with men using a sexual health seminar approach: Results of a randomized controlled trial</u>. Manuscript submitted for publication.

   Role: Dr. Bockting co-developed the intervention, helped conceive the study, and assisted with data interpretation and write-up of the findings.

## D. Articles, Books, and Book Chapters in Preparation

1. **Bockting, W.O.**, Robinson, B.E., Miner, M., & Scheltema, K. (2006). <u>The relationship between sexual health and unsafe sex among participants of an intervention targeting African American women</u>. Manuscript in preparation.

   Role: Dr. Bockting conceived of the study, conducted a literature review, supervised data analysis, interpreted findings, and led the write-up of the results.

2. **Bockting, W.O.**, Benner, A., & Coleman, E. (2006). <u>Sexual identity development among gay and bisexual female-to-male transsexuals: Discovery of a transgender sexuality</u>. Manuscript in preparation.

43

Walter O. Bockting, Ph.D.

Role: Dr. Bockting conceived of the study, collected the data, took the lead in data analysis, interpretation, and write-up of the results.

3. **Bockting, W.O.,** Gray, N., & Forberg, J. (2006). Qualitative evaluation of a sexual health intervention targeting the transgender community for HIV/STD prevention. Manuscript in preparation.

   Role: Dr. Bockting conceived of the study, collected the data, and took the lead in data analysis, interpretation, and write-up of the results.

4. **Bockting, W.O.,** Gray, N., & Robinson, B.E. (2006) Qualitative evaluation of a sexual health intervention targeting bisexually active women for HIV/STD prevention. Manuscript in preparation.

   Role: Dr. Bockting conceived of the study, collected the data, and took the lead in data analysis, interpretation, and write-up of the results.

5. **Bockting, W.O.,** Robinson, B.E., Huang, C.Y., & Ding, H. (2006). Predictors of the effectiveness of HIV prevention interventions based on the Sexual Health Model among men, women, and transgender persons. Manuscript in preparation.

   Role: Dr. Bockting conceived of the study, supervised data analysis, and led the interpretation and write-up of findings.

6. **Bockting, W.O.,** Robinson, B.E., Miner, M., Rosser, B.R.S., Raman, S., & Coleman (2006). The Transgender Identity Scale: a measure of internalized transphobia. Manuscript in preparation.

   Role: Dr. Bockting conceived of the study, took the lead in item development, coordinated data collection, assisted with data analysis, and led the interpretation and write-up of the findings.

7. Cote, T., Clarke, T., Liu, L., Young, J., **Bockting, W.,** Lawrence, A. (2004). Cancer in transsexuals. Manuscript in preparation.

   Role: Dr. Bockting was invited to serve as a consultant on this manuscript to assist with the interpretation and write-up of the findings.

8. Robinson, B.E., **Bockting, W.O.,** & Gray, N. (2006). Beyond: Evaluation of a sexual health intervention targeting bisexually active women. Manuscript in preparation.

   Role: Dr. Bockting conceived of the study, assisted with data collection, analysis, interpretation, and write-up of findings.

## E. Educational Videos

44

Walter O. Bockting, Ph.D.

1. **Bockting, W.O.** (Producer). Goldberg, E. (Editor), & Kimberly, S. (Director). Coming out trans. [Video]. (Available from the Program in Human Sexuality, 1300 South Second Street, Suite 180, Minneapolis, MN 55454)

   Role: Dr. Bockting co-developed the concept for this video and supervised its production, and provided input in the editing process of this educational video on transgender health.

2. **Bockting, W.O.** (Producer), Goldberg, E. (Editor), & Kimberly, S. (Director). (2003). Transgender stories. [Video]. (Available from the Program in Human Sexuality, 1300 South Second Street, Suite 180, Minneapolis, MN 55454)

   Role: Dr. Bockting co-developed the concept for this video and supervised its production, and provided input in the editing process of this educational video on transgender health.

3. **Bockting, W.O.** (Producer), & Scholten, S. (Director). (2002). Heart, mind, evolution: Talking about gender, sex, and relationships [Video]. (Available from the Program in Human Sexuality, 1300 South Second Street, Suite 180, Minneapolis, MN 55454)

   Role: Dr. Bockting developed the concept for this video and produced it.

4. **Bockting, W.O.** (Producer), Grandell, S. (Editor), & Bornstein, K. (Script). (1992). Gender Defender with AIDS-Be-Gone Infomercial [Video]. (Available from the Program in Human Sexuality, 1300 South Second Street, Suite 180, Minneapolis, MN 55454)

   Role: Dr. Bockting produced this video, reviewed the script, and supervised the editing process of this HIV prevention education video.

5. Rosser, B.R.S., & **Bockting, W.O.** (Producers). (1992). Shoot safe: HIV/AIDS risk reduction in the use of injection paraphernalia [Video]. (Available from the Program in Human Sexuality, 1300 South Second Street, Suite 180, Minneapolis, MN 55454)

   Role: Dr. Bockting co-produced this video and assisted with the development of the script and the editing process.

**F. Books**

1. **Bockting, W.O.**, & Goldberg, J.M. (2006). Guidelines for transgender care. Double special issue of the International Journal of Transgenderism simultaneously published as a volume by the Haworth Press.

   Role: Dr. Bockting co-edited this special issue and volume, consulted with the various authors throughout the project, and wrote one a chapter on mental health and the introduction.

45

Walter O. Bockting, Ph.D.

2. **Bockting, W.O.,** & Avery, E. (2005). <u>Transgender health and HIV prevention: Needs assessment studies from transgender communities across the United States.</u> Double special issue of the International Journal of Transgenderism, simultaneously published as a volume by the Haworth Press.

   Role: Dr. Bockting conceived of this special issue and volume, solicited the manuscripts, coordinated peer review, and edited many of the manuscripts in detail.

3. **Bockting, W.O.,** & Coleman, E. (Eds.). (2003). <u>Masturbation as a means of achieving sexual health.</u> New York: The Haworth Press.

   Role: Dr. Bockting was the primary guest editor of this volume. He solicited the manuscripts, coordinated peer-review, and made editorial decisions and recommendations. He wrote the introduction synthesizing and discussing the research published in the book.

4. **Bockting, W.O.,** & Coleman, E. (Eds.). (2002). Masturbation as a means of achieving sexual health. Special issue of the <u>Journal of Psychology & Human Sexuality, 14</u>(2/3).

   Role: Dr. Bockting was the invited, primary guest-editor of this special issue. He solicited the manuscripts, coordinated peer-review, and made editorial decisions and recommendations. He wrote the introduction synthesizing and discussing the research articles published in this special issue.

5. **Bockting, W.O.,** & Kirk, S. (Eds.). (2001). <u>Transgender and HIV: Risks, prevention, and care.</u> New York: The Haworth Press.

   Role: Dr. Bockting conceived of the idea and was the primary editor of this volume. He prepared the book proposal for the publisher, solicited the manuscripts, coordinated peer-review, and made editorial decisions and recommendations. He edited several of the manuscript in great detail. He wrote the preface synthesizing and discussing the research published in this book.

6. **Bockting, W.O.,** & Kirk, S. (Eds.). (1999). Transgender and HIV: Risks, prevention, and care. Special issue of the <u>International Journal of Transgenderism, 3</u>(1/2).

   Role: Dr. Bockting conceived of the idea and was the primary editor of this special issue. He solicited the manuscripts, coordinated peer-review, and made editorial decisions and recommendations. He edited several of the manuscript in great detail. He wrote the preface synthesizing and discussing the research published in this special issue.

7. **Bockting, W.O.** (1998). <u>Transgender HIV prevention: A Minnesota response to a global health concern.</u> Minneapolis, MN: Program in Human Sexuality.

Walter O. Bockting, Ph.D.

8. **Bockting, W.O.,** & Coleman, E. (Eds.). (1992). <u>Gender dysphoria:</u>
   <u>Interdisciplinary approaches in clinical management</u>. New York: The Haworth
   Press.

   Role: Dr. Bockting was the primary editor of this volume. He solicited the
   manuscripts, coordinated peer-review, made editorial decisions and
   recommendations, and synthesized and discussed the research published in this
   volume in the book's preface.

9. **Bockting, W.O.,** & Coleman, E. (Eds.). (1992). Gender dysphoria:
   Interdisciplinary approaches in clinical management. Special issue of the <u>Journal of</u>
   <u>Psychology & Human Sexuality, 5</u>(4).

   Role: Dr. Bockting was the primary invited guest-editor of this special issue. He
   solicited the manuscripts, coordinated peer-review, made editorial decisions and
   recommendations, and synthesized and discussed the research published in this
   volume in the preface of this special issue.

**G. Chapters in Books**

1. **Bockting, W.,** & Coleman, E. (in press). Developmental stages of the transgender
   coming out process: Toward an integrated identity. In Ettner, R., Monstrey, S., &
   Eyler, E. (Eds.), <u>Principles of transgender medicine and surgery</u>. New York: The
   Haworth Press.

   Role: Dr. Bockting was the primary author of this chapter and, together with Dr.
   Coleman, adapted the stages of homosexual identity development to transgender
   coming out

2. **Bockting, W.,** Knudson, G., & Goldberg, J.M. (2006). Counseling and mental
   health care for transgender adults and loved ones. In W.O. Bockting & J.M.
   Goldberg (Eds.), <u>Guidelines for transgender care</u>. New York: The Haworth Press.

   Dr. Bockting was the primary author of this chapter and wrote the guidelines for
   counseling and mental health care based on his clinical experience and a review of
   the scientific literature in consultation with psychiatrist Dr. Knudson and project
   coordinator Joshua Goldberg.

3. **Bockting, W.O.,** & Fung, L.C.T. (2005). Genital reconstruction and gender
   identity disorders. In D. Sarwer, T. Pruzinsky, T. Cash, J. Persing, R. Goldwyn, and
   L. Whitaker (Eds.) <u>The psychological aspects of cosmetic and reconstructive plastic</u>
   <u>surgery</u> pp. 207-229. Philadelphia, PA: Lippincott, Williams, and Wilkins.

   Role: Dr. Bockting wrote this invited chapter and analyzed the data presented.

4. Weis, D.L., Barthalow-Koch, P., Baker, D., Bargainnier, S., **Bockting, W.,**
   Conklin, S., et al. (2004). The United States of America. In R.T. Francoeur (Ed.)
   <u>The International Encyclopedia of Sexuality, 3</u>, (pp. 1375-1682). New York: NY:
   The Continuum Publishing Company.

Walter O. Bockting, Ph.D.

Role: Dr. Bockting was invited to write an update on the state-of-the art of scientific knowledge about the topic of masturbation in the United States.  He was the sole author of this section that was published in a revision of the encyclopedia.

5.  Robinson, B.E., **Bockting, W.,** & Harrell, T. (2003). Maturbation and sexual health: An exploratory study of low income African American women. In W.O. Bockting & E. Coleman (Eds.), <u>Masturbation as a means of achieving sexual health</u> (pp. 85-102). New York: The Haworth Press.

Role: Dr. Bockting conceived of this study, coordinated data collection, and assisted with writing the manuscript.

6.  **Bockting, W.O.** (2003). Introduction. In W.O. Bockting & E. Coleman (Eds.), <u>Masturbation as a means of achieving sexual health</u> (pp. 1-4). New York: The Haworth Press.

7.  **Bockting, W.O.,** Rosser, B.R.S., & Coleman, E. (1999). Transgender HIV prevention: Community involvement and empowerment. In W.O. Bockting & S. Kirk (Eds.), <u>Transgender and HIV: Risks, prevention, and care</u>. New York: The Haworth Press.

Role: Dr. Bockting conceived of the study, fostered community involvement, and conducted a critical analysis of this process. He conducted the literature review and led the writing of this manuscript.

8.  **Bockting, W.O.,** & Kirk, S. (1999). Preface. In W.O. Bockting & S. Kirk (Eds.), <u>Transgender and HIV: Risks, prevention, and care</u>. Dusseldorf, Germany: Symposion Publishing.

Role: Dr. Bockting led the writing that synthesized the findings reported in this book.

9.  **Bockting, W.O.** (1997). Transgender coming out: Implications for the clinical management of gender dysphoria. In B. Bullough, V.L. Bullough, & James Elias (Eds.), <u>Gender blending</u> (pp. 48-52). Amherst, NY: Prometheus Books.

Dr. Bockting conceived of the ideas and wrote this chapter.

10. **Bockting, W.O.,** & Coleman, E. (1992). A comprehensive approach to the treatment of gender dysphoria. In W.O. Bockting & E. Coleman (Eds.), <u>Gender dysphoria: Interdisciplinary approaches in clinical management</u> (pp. 131-155). New York: The Haworth Press.

Role: Dr. Bockting conceived of the treatment model, reviewed the literature, developed the theory, implemented the model, and led the write-up of this chapter.

11. **Bockting, W.O.,** & Coleman, E. (1992). Preface. In W.O. Bockting & E. Coleman (Eds.), <u>Gender dysphoria: Interdisciplinary approaches in clinical management</u> (pp. *xii-xvi*). New York: The Haworth Press.

48

Walter O. Bockting, Ph.D.

Role: Dr. Bockting led the synthesis and write-up of the research published in this book.

12. **Bockting, W.O.** (1988). Homoseksualiteit en hulpverlening: Een literatuur inventarisatie. In J. Bontekoe & J. Schippers (Eds.), <u>Homoseksualiteit en hulpverlening</u>. (pp. 248-264). Amsterdam: An Dekker/Schroerer.

Dr. Bockting conducted the literature search and indexing of this annotated bibliography.

## H. Peer-Reviewed Abstracts (selected)

1. Rosser, B.R.S., **Bockting, W.O.**, Gurak, L., Konstan, J., Ross, M.W., Coleman, E., & Jacoby, S. Sexual risk behavior and the Internet: Results of the Men's INTernet Study (MINTS). Abstracts of the 2005 National HIV Prevention Conference, Atlanta, GA, July 12-15, 2005; #T1-A0804, p. 82.

   Role: Dr. Bockting was a co-investigator of this study and contributed to development of the instruments and interpretation of the data.

2. Rosser, B.R.S., Naumann, C., Konstan, J., Hooper, S., Feiner, K., **Bockting, W.**, Remafedi, G., Coleman, E., Oakes, M., Manning, T., & Allen, M. Next generation HIV prevention programs using the Internet: Men's INTernet Study II (MINTS-II). Abstracts of the 2005 National HIV Prevention Conference, Atlanta, GA, July 12-15, 2005; #T2-C1501, p.112.

   Role: Dr. Bockting was a co-investigator of this study and contributed to the development of the intervention featured in this presentation.

3. Rosser, B.R.S., Miner, M., **Bockting, W.O.**, Gurak, L., Konstan, J., Ross, M.W., Stanton, J., Carballo-Dieguez, A., Jacoby, S., Mazin, R., & Coleman, E. Sexual risk behavior and the Internet: Results of the Men's INTernet Study (MINTS). Abstracts of the XV International AIDS Conference, Bangkok, Thailand, July 11-16., #WePeC6083, 2004.

   Role: Dr. Bockting was part of conceiving the MINTS study and assisted in the development of the measures and interpretation of the results.

4. Forberg, J., & **Bockting, W.** (2002). Commitment in action: Using focus groups to evaluate a sexual health intervention targeting the transgender community. <u>XIV International AIDS Conference Abstracts</u>.

   Role: Dr. Bockting co-wrote the abstract and was the principal investigator of this study.

5. **Bockting, W.**, Robinson, B., Miner, M., & Scheltema, K. (2002). The relationship between sexual health and unsafe sex among participants of an intervention study targeting African American women. <u>International AIDS Conference Abstracts</u>.

Walter O. Bockting, Ph.D.

Role: Dr. Bockting conceived of the study, conducted a literature review, supervised data analysis, interpreted findings, and wrote the abstract.

6.  **Bockting, W.,** Gurak, L., Miner, M., Robinson, B., Rosser, B.R.S., Raman, S., & Coleman, E. (2002). Gender identity and HIV risk: Reaching the transgender community via the Internet. XIV International AIDS Conference Abstracts.

    Role: Dr. Bockting is the principal investigator of this study and wrote the abstract.

7.  Robinson, B.E., Uhl, G., Miner, M., **Bockting, W.O.,** Scheltema, K.E., Rosser, B.R.S., & Westover, B. (2002). Evaluation of a sexual health approach to prevent HIV among low income, urban, primarily African American women in the U.S.: Results of a randomized controlled trial. XIV International AIDS Conference Abstracts.

    Role: Dr. Bockting assisted Dr. Robinson with intervention development and implementation, evaluation, analysis, and interpretation of findings. He edited the abstract.

8.  Rosser, B.R.S., Miner, M., Gurak, L., **Bockting, W.,** Edwards, W., Konstan, J., Merino, C., & Coleman, E. (2002). Researching Internet-mediated sex between men: The Men's INTernet Study (MINTS). XIV International AIDS Conference Abstracts.

    Role: Dr. Bockting assisted Dr. Rosser with development of the survey instrument and with interpretation of findings.

9.  Rosser, B.R.S., **Bockting, W.O.,** Ross, M.W., Rugg, D.L., Bauer, G.R., Kraft, C., Robinson, B.E., & Coleman, E. (2000). Lowering internalized homonegativity in men who have sex with men: Results from a randomized controlled intervention trial. XIII International AIDS Conference Abstracts, 176.

    Role: Dr. Bockting co-developed the intervention with Dr. Rosser and assisted with evaluation (data collection and interpretation). He edited the abstract.

10. Rosser, B.R.S., **Bockting, W.O.,** Rugg, D.L., Robinson, B.E., Ross, M.W., Bauer, G.R., & Coleman, E. (2000). A sexual health approach to long-term HIV risk reduction among men who have sex with men: Results from a randomized controlled intervention trial. XIII International AIDS Conference Abstracts, 228.

    Role: Dr. Bockting co-developed the intervention with Dr. Rosser and assisted with evaluation (data collection and interpretation). He edited the abstract.

11. Robinson, B.E., **Bockting, W.,** Rosser, B.R.S., Miner, M., & Coleman, E. (2000). The Sexual Health Model: A sexological approach to long-term HIV risk reduction. XIII International AIDS Conference Abstracts, 480.

    Role: Dr. Bockting played an integral role in development of the theory and conducted focus groups and other research supporting the model outlined in this abstract. He also edited the abstract.

Walter O. Bockting, Ph.D.

12. **Bockting, W.,** Forberg, J., Robinson, B., & Hogan, N. (2000). Breaking the silence: A university-based gender identity clinic partners with transgender community organizations to prevent HIV and STDs in the U.S. XIII International AIDS Conference Abstracts, 498.

Role: Dr. Bockting led community involvement, conducted the process evaluation, and wrote the abstract.

13. **Bockting, W.,** Robinson, R., Hogan, N., Forberg, J. (2000). Application of the sexual health model to transgender HIV prevention: Implementation and evaluation of All Gender Health. XIII International AIDS Conference Abstracts, 507-508.

Role: Dr. Bockting was principal investigator of this study and wrote the abstract.

14. **Bockting, W.O.,** Forberg, J., & Robinson, B.E. (1999). All Gender Health: Affirming transgender sexuality to prevent HIV and STD's. International Journal of Transgenderism, 4(1).

Role: Dr. Bockting was principal investigator of this study and wrote the abstract.

## I. Book Reviews

1. **Bockting, W.O.** (2005). Biological reductionism meets gender diversity in human sexuality. [Review of the book The man who would be queen: The science of gender-bending and transsexualism]. The Journal of Sex Research, 42(3), 267-270.

2. **Bockting, W.O.** (2001). Nurturing nature and the nature of science: toward transcendence. [Review of the book As nature made him: The boy who was raised as a girl]. The Journal of Sex Research, 37(4), 378-379.

3. **Bockting, W.O.** (2000). [Review of the book Man of vrouw, min of meer: Gesprekken over een niet-gangbare sekse]. Tijdschrift voor Seksuologie, 24(2), 120.

4. **Bockting, W.O.** (1997). Ken from Mars, Barbie from Venus: What on earth has happened with sex? [Review of the book Gendermaps: Social constructionism, feminism, and sexosophical history]. The Journal of Sex Research, 34(4), 411-414.

5. **Bockting, W.O.** (1994). Sexual perversion or sexual behavior problem: Ideology and science. [Review of the books Sexual perversion: Integrative treatment approaches for the clinician and Sexual behavior: Problems and management]. The Journal of Sex Research, 31(2), 163-165.

6. **Bockting, W.O.** (1992). [Review of the book Transformations: Crossdressers and those who love them]. Journal of Sex Education and Therapy, 18(4), 294-297.

## J. Newspaper/Newsletter Articles and Popular Publications (selected)

1. **Bockting, W.O.** (2006). Spiritualiteit is vitaliteit. De Psycholoog.

Walter O. Bockting, Ph.D.

2. **Bockting, W.O.** (2005). Midlife crisis. <u>De Psycholoog, 40</u>(11), 609-610.

3. **Bockting, W.O.** (2004). <u>Talkin' trans</u>. Transgender HIV prevention comic book. University of Minnesota: Program in Human Sexuality.

4. **Bockting, W.O.** (2004). Aloha. <u>De Psycholoog, 39</u>(11), 568.

5. **Bockting, W.O.** (2004). Homohuwelijk American style, <u>De Psycholoog, 39</u>(7/8), 384.

6. **Bockting, W.O.** (2003). Courtroom-drama. <u>De Psycholoog, 39</u>(2), 85.

7. **Bockting, W.O.** (2003). Terug naar de klas. <u>De Psycholoog, 38</u>(12), 670.

8. **Bockting, W.O.** (2003). Macht en onmacht bij transseksuelen. <u>De Psycholoog, 38</u>(10), 541.

9. **Bockting, W.O.** (2003). Psychologisch onderzoek nu on line. <u>De Psycholoog, 38</u>(9), 457.

10. **Bockting, W.O.** (2003). In therapie, psychotherapeut, en 'proud.' <u>De Psycholoog, 38</u>(5), 269.

11. **Bockting, W.O.**, & Forberg, J. (2003). Transgender and HIV: What have we learned from prevention in Minnesota? <u>Minnesota AIDS Project AIDSline Brief, 9</u>(1).

12. **Bockting, W.O.** (2003). Nederland, Colorado. <u>De Psycholoog, 38</u>(1), 33.

13. **Bockting, W.O.** (2002). Psychological warfare. <u>De Psycholoog, 37</u>(9), 466.

14. **Bockting, W.O.** (2002). An immigrant's slip of the tongue. <u>De Psycholoog, 37</u>(6), 344.

15. **Bockting, W.O.** (2002). Zelfde plek, nieuwe baan. <u>De Psycholoog, 37</u>(5), 274.

16. Robinson, B., Rosser, B.R.S., & **Bockting, W.O.** (2002, Winter). Break the silence: reflections on the 13th International AIDS Conference in Durban, South Africa. *Sexual Health Today*.

17. **Bockting, W.O.** (2002). Aan den lijve. <u>De Psycholoog, 37</u>(2), 86.

18. **Bockting, W.O.** (2002). Zelfbevrediging of zelfverwerkelijking? <u>De Psycholoog, 37</u>(1), 31.

19. **Bockting, W.O.** (2001). De aanslag. <u>De Psycholoog, 36</u>(11), 609-610.

20. **Bockting, W.O.** (2001). Les uns et les autres: Klinisch psycholoog in de V.S., <u>De Psycholoog, 36</u>(9), 459-460.

Walter O. Bockting, Ph.D.

21. **Bockting, W.O.** (2000). From construction to context: Gender through the eyes of the transgendered. Sexual Health Today, 3(1), 1-5.

22. **Bockting, W.O.** (1996). The seven important things transgender people should know about AIDS. Transgender Tapestry, 76, 30-38.

## K. Letters

1. **Bockting, W.O.** (2000). A letter from Walter Bockting, Ph.D. CLCC News, 14(3), 8-9.

2. **Bockting, W.O.**, & Coleman, E. (1991). A comment on the concept of transhomosexuality, or the dissociation of the meaning. [Letter to the editor]. Archives of Sexual Behavior, 20(4), 419-420.

   Role: Dr. Bockting conceived of the content and led the writing of this letter.

3. **Bockting, W.O.** (1993). [Letter to the editor in response to From the publisher]. Chrysalis Quarterly, 1(6), 5-7.

## L. Unpublished Reports (selected)

1. **Bockting, W.O.**, & Felion, J. (1999). Beyond: Sexual health seminars for women who have sex with women and men manual. Minneapolis, MN: Program in Human Sexuality.

   Role: Dr. Bockting conceived of the study and led the development and write-up of this innovative intervention.

2. Rosser, B.R.S., Robinson, B.E., **Bockting, W.O.**, Rugg, D.L., Ross, M.W., Kraft, C., Bauer, G.R., & Coleman, E. (1999). The Minnesota 500 Men's Study: Executive summary of the results of a randomized controlled trial of a sexual health approach to lowering long-term HIV risk in men who have sex with men. Minneapolis, MN: Program in Human Sexuality.

   Role: Dr. Bockting was responsible for the integrity of the intervention and assisted in its evaluation. He took responsibility for examining the influence of gender on the HIV risk behavior of this intervention's target population. He assisted in the write-up and presentation of the evaluation findings.

2. **Bockting, W.O.**, & Forberg, J. (1998). All Gender Health: Seminars for Minnesota's transgender community manual. Minneapolis, MN: Program in Human Sexuality.

   Role: Dr. Bockting conceived of the study and led the development and write-up of this innovative intervention.

53

Walter O. Bockting, Ph.D.

3. Robinson, B.E., **Bockting, W.O.,** Harrell, T., Smith, P., & Malcolm, J. (1997). Women's Initiative for Sexual Health seminars manual. Minneapolis, MN: Program in Human Sexuality.

   Role: Dr. Bockting co-developed and co-wrote the manual of this innovative intervention with Dr. Robinson.

4. Rosser, B.R.S., & **Bockting, W.O.** (1994). Man-to-Man: Sexual health seminars manual. Minneapolis, MN: Program in Human Sexuality.

   Role: Dr. Bockting co-developed and co-wrote the manual of the sexual health approach to HIV/STD prevention for this target population. He also piloted the intervention approach, served as seminar leader, and conducted a focus group evaluation.

5. **Bockting, W.O.,** Rosser, B.R.S., & Coleman, E. (1993). Transgender HIV/AIDS prevention program manual. Minneapolis, MN: Program in Human Sexuality.

   Role: Dr. Bockting took the lead on the development of this model HIV prevention education program and wrote the manual for replication.

6. **Bockting, W.O.** (1988). Transseksualiteit en homoseksualiteit: Man-naar-vrouw transseksuelen en homoseksuele mannen met elkaar vergeleken. [Doctoral scriptie, Klinische Psychologie & Conflictuologie]. Amsterdam: Vrije Universiteit.

   Role: Dr. Bockting conceived of the study, conducted the research, and wrote this thesis.

## RADIO, TELEVISION, AND PRINT MEDIA (selected)

| | |
|---|---|
| 2004 | The Breakfast Club, Kingston, Jamaica. |
| 2004 | Bi-Cities, Minneapolis/St. Paul public access television |
| 2003 | Frei, R., & Wild, D. (2003, January). "Sexphobia" common in long-term-care facilities. CNS-LTC. |
| 2002 | Kokmen, L. (2002, July 17). Body vs. soul. City Pages cover story, 14-22. |
| 2001 | Column, De Psycholoog, The Netherlands. |
| 2001 | Steiner, A. (2001, Summer). Minnesota Monthly. |
| 2000 | NBC News, Oranjestad, Aruba. |

Walter O. Bockting, Ph.D.

2000            Yoakam, J. (2000, Spring). Transgender elders: A service provider's
               view. Out World, 6(3), 1-7.

1998            Coventry, M. (1998, September). Unbuilding the boxes: UofM
               researcher Walter Bockting untangles the web of gender and
               transgender issues. Q-Monthly, 18-19.

1998            Expert, Ruth Kozlak Show, 1 hour, WCCO Radio, Minneapolis, MN.