# Attachment B

COPY

1

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3

4     - - - - - - - - - - - -x

5     DIANE J. SCHROER,              :

6              Plaintiff,            :

7     vs.                           :   Civil Action #05-1090

8     JAMES H. BILLINGTON,          :

9     LIBRARY OF CONGRESS,          :

10             Defendant            :

11    - - - - - - - - - - - -x

12                              Washington, D.C.

13                              Thursday, February 22, 2007

14

15

16

17    Whereupon,

18                    WALTER BOCKTING

19    the Witness, called for examination by Counsel for the

20    Defendant, pursuant to notice and agreement of counsel as to

21    time and place, at 501 3rd Street, NW, Washington, D.C.,

22    where were present on behalf of the parties:

23

24

25

FREE STATE REPORTING, INC.
Court Reporting    Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

```
 1  |APPEARANCES:
 2  |            On Behalf of the Plaintiff:
 3  |            SHARON McGOWAN, Esquire
 4  |            125 Broad Street
 5  |            18th Floor
 6  |            New York, New York.  10004-2400
 7  |            212-549-2593
 8  |
 9  |            On Behalf of the United States:
10  |            BEVERLY RUSSELL, Esquire
11  |            501 3rd Street, NW
12  |            Washington, DC
13  |            202-514-7232
14  |
15  |
16  |
17  |
18  |
19  |
20  |
21  |
22  |
23  |
24  |
25  |
```

1    Q    And what did that entail?

2    A    His supervision?

3    Q    Yeah, the supervision.

4    A    Weekly meetings with him, as well as staff meetings

5    where different cases were -- and I had the opportunity to

6    bring up cases for review.

7    Q    And do you recall how many cases of GID that you

8    reviewed with Mr. Coleman or under his supervision?

9    A    Many, because this is a huge clinic.  It's probably

10   the biggest program in the country.  And so we had like -- I

11   probably did like four, saw four new patients every week at

12   that time.

13   Q    So would you say you saw, what, 200 patients over a

14   year period?

15   A    At that -- well, and I wasn't working 50 weeks a

16   year.  But hundreds.

17   Q    Hundreds.

18   A    Yeah.

19   Q    Now, were all of these -- these patients, were they

20   all diagnosed with GID?

21   A    Not all.

22   Q    Okay.

23   A    Only for those that a diagnosis would apply.

24   Q    Okay.

25   A    Which was many of them, but not all.

16

1    Q    Okay.  And approximately what percentage were

2 diagnosed with GID?

3    A    I'd say probably 80 percent.

4    Q    Okay.  I'm going to ask you a little later how that

5 diagnosis was made.

6    A    Sure.

7    Q    So what was your -- did you have any training after

8 working under the supervision of, I guess, Mr. Coleman, for

9 one year?  Did you have any additional --

10    A    Yes.  The second year my supervisor was Dr. Metz,

11 M-e-t-z, Michael Metz.  He just took over that job from Dr.

12 Coleman.

13    Q    Okay.  And did you continue to do the same type of

14 work --

15    A    Yes.

16    Q    -- under Dr. Metz?  And how many patients did you

17 see while under the supervision of Dr. Metz?

18    A    I think the second year, there were fewer patients,

19 because when I came in the first year, I was doing assessments

20 also on some patients who had already been coming to the

21 clinic.  Because patients are usually at our clinic for about

22 two years, sometimes even longer.

23    Q    Now, as far as the patients, I mean, where do they

24 come from?  Are they local or national?  I mean --

25    A    It's regional.  I mean, my first intake was actually

1   a person from Dutch Harbor in Alaska.  You know, in Holland,

2   it's such a small country.  People don't travel that far, but

3   -- so we see occasionally -- that's my point -- people from

4   different parts of the country, but the bulk of our patients

5   is from the upper midwest, so from Minnesota and the

6   neighboring states, the Dakotas, Wisconsin, Iowa, Illinois,

7   Kansas City.

8        Q    Okay.  And after your training with Dr. Metz, was

9   there any additional training beyond -- after that?

10       A    After two years, the weekly supervision meetings

11  with the individual supervisors stopped, but ever since, we do

12  have what we call intervision.  So with my colleagues, we meet

13  and discuss cases, consult with each other.  But also after

14  these two years, I became a supervisor.  The second year, I

15  was trained gradually in being a supervisor.  And so then I

16  supervised people who were doing the fellowship after I had

17  completed it, along with my colleagues.

18       Q    So how many years would you say you've been working

19  with individuals who have GID?

20       A    Well, I think if you also include the research, it

21  would be since 1986.  But in terms of doing my own evaluations

22  and providing the treatment, that is since 1988.

23       Q    And are you still treating individuals with GID?

24       A    Yes.

25       Q    And approximately how many number of patients do you

1  have?

2      A    At this point, we see about 80 new patients every

3  year that present, and about 60 really enroll.  So there are

4  some people that come for a session or two sessions, maybe

5  three of them.  But the people that stay is about 60 per year.

6      Q    Now, I mentioned earlier, this deposition is being

7  taken in the case Schroer v. Billington.  What is your

8  understanding of your relationship to this litigation, your

9  connection to this litigation?

10     A    Well, my understanding is that I was asked to

11 comment on several questions, give my expert opinion on

12 several questions about what is sex gender, what is

13 transsexuality, what is the common treatment approach, so

14 really to educate with regard to my expertise in this area.

15         MS. RUSSELL:  Are we going -- still going in

16 numerical --

17         COURT REPORTER:  I think so.  That would probably

18 make sense.

19         MS. RUSSELL:  Do you recall which number?

20         COURT REPORTER:  Why don't we start at 40 and we

21 won't overlap with anything.

22         (Bockting Deposition Exhibit Number 40 marked for

23 identification.)

24         BY MS. RUSSELL:

25     Q    I'm going to show you what's marked as Exhibit 40.

1  And can you just review that?

2          (Witness reviewed document.)

3          BY MS. RUSSELL:

4      Q    Does this look like the report that you provided?

5      A    Yes, I recognize it.  It is my initial report.

6      Q    Okay.

7          MS. RUSSELL:  Then let's mark this as Exhibit 41.

8          (Bockting Deposition Exhibit Number 41 marked for

9  identification.)

10          BY MS. RUSSELL:

11     Q    Do you recognize the exhibit that was marked as 41?

12     A    Yes.  It's my supplemental report.

13     Q    Okay.  Now, when did you first learn of this case,

14  of this Schroer v. Billington case?

15     A    Of the case, I learned when I was contacted by, I

16  think, Sharon McGowan.

17     Q    And when did she contact you?

18     A    This was in 2005 or '6.  I think it was early 2006.

19     Q    And what is your understanding of the -- or do you

20  have an understanding of the basis of the litigation, or why

21  the suit was brought?

22     A    I did receive a copy of the complaint.

23     Q    Okay.

24     A    And I did read that.

25     Q    Okay.

1    that you reviewed on page 21?

2        A    Kiuijver.  That's K-i-u-i-j-v-e-r.

3        Q    Okay.

4        A    And I actually found the citation on Auster and Olm

5    (phonetic) on page 20 that I had not read before when I was

6    looking for a source to really support my understanding of

7    social sex role.  And that's it.

8        Q    Now, did you do anything to prepare for your

9    deposition today?

10       A    Yes.  I just read my reports again.  I read the

11   report that I received a copy of of Dr. Schmidt.

12       Q    Anything else?

13       A    And I re-read the DSM.

14       Q    Okay.  Did you do anything else?

15       A    I also read a section of the Standards of Care.

16       Q    Which Standards of Care?

17       A    The Harry Benjamin International Gender Dysphoria

18   Association Standards of Care, and I read the citation of Dr.

19   Schmidt by Reiner (phonetic) cited in his report on follow-up

20   of children born with ambiguous genitalia.

21       Q    And did you review anything else?

22       A    I do note that I want to make sure that I am

23   familiar with the citations in Dr. Schmidt's reports.  I don't

24   have it in front of me, but maybe there's another one that I

25   --

26

```
 1        Q    Yeah, there is.

 2        A    -- that I read.  You know, those citations.  Maybe

 3   I'm missing that.

 4        Q    Okay.  Did you meet with anyone as far as preparing

 5   for this deposition?

 6        A    Meet with anyone?

 7        Q    Yes.

 8        A    Last night.  Meet with Sharon McGowan and Ken Choe.

 9        Q    And what was discussed during your meeting?

10        A    Just preparing for today, going over --

11        Q    What did they say with regard to preparing for

12   today?

13        A    Going over again the essential points of my report,

14   as well as the report of Dr. Schmidt.  And I learned from them

15   a little bit of how Dr. Schmidt responded in his deposition to

16   one or two points of my report.

17        Q    Now, what did you -- or what were considered the

18   essential points of your report?

19        A    I think that the definition what is sex, what we

20   know about the etiology of sex and gender, the -- how widely

21   accepted the Standards of Care are, and what the standing of

22   the Harry Benjamin Association is within the field.  And also,

23   we talked about the scientific evidence supporting the

24   efficacy of sex reassignment.

25             And we talked a little bit about how broad -- this
```

1  was one of the points in Dr. Schmidt's report that we

2  discussed, how much research is there in this area.  And

3  that's, I think, one of the points I make in my supplemental

4  report that comes from Dr. Schmidt.  There is little evidence,

5  only case studies, whereas I'm familiar with a large body and

6  a growing body of research.  It goes way beyond the case

7  studies.

8          Q     Now, when you say large body of research, what are

9  you referencing?

10         A     I'm talking about research that has been conducted,

11 or the number of peer reviews, empirical research articles in

12 this field.

13         Q     Now, does that research body also include research

14 done on the biological basis of transsexualism?

15         A     That's part of it, yes.

16         Q     Is there a large body -- would you say there is a

17 large body of research on the biological basis of

18 transsexualism?

19         A     I think there is a growing interest in that area

20 that has slowly been increasing since the 1960s.  And I think

21 the research that is being done in terms of etiology is on

22 biological determinants.  There is little research.  There has

23 been some, but there's less focus right now on the

24 psychosocial influences.

25         Q     Can you explain what research has been done on the

1 biological etiological aspect of GID?

2     A   It really all focuses on the sexual differentiation

3 of the brain.  And a lot of the research is animal research

4 where they've studied that, and particularly how -- androgen

5 exposure.  So exposure to testosterone, effects and

6 development of the brain and sexual behavior.  But then

7 they've also extended that line of research to humans.

8     Q   Okay.  And what are the studies on humans?

9     A   Some of the studies are on structural differences in

10 the brain, in the hypothalamus, between men and women, and

11 where transsexuals fall in that regard.  But there's also a

12 large body of research on, for example, left-handedness and

13 right-handedness, the size of middle finger, other things that

14 point towards determinants of development of sex that are part

15 of the brain, the development of the central nervous system.

16     Q   Do any of these studies that you are aware of assert

17 that there is conclusive evidence of a biological or

18 etiological basis for GID?

19     A   I think the studies that I'm familiar with just

20 present the evidence that they have found, and some of them

21 are more compelling, you know, than others.

22     Q   But do the studies conclusively show that there is a

23 biological -- a causal relationship between biology and GID?

24     A   I don't think that one can say at this point that

25 the evidence is conclusive.

1    Q    So is it fair to say that at this time there is no

2  conclusive evidence that there is a causal relationship

3  between biology and gender identity disorder?

4    A    I'm having difficulty with the question, because I

5  think there is no conclusive evidence that points exactly to

6  which factors determine what part of gender identity

7  development.  But I think that looking at -- evaluated in the

8  larger scope of the research, it's clear that biology, you

9  know, plays a role in sex and gender.  Sex and gender are not

10  free of biology.

11    Q    Yeah, but I'm talking about gender identity

12  disorder.

13    A    Gender identity disorder is something that biology

14  is a part of it.

15    Q    Okay.  But what research out there -- is there any

16  research out there that asserts or states conclusively that

17  there is a relationship between biology and gender identity

18  disorder?

19    A    I think there is research that has been conducted

20  and is being conducted to uncover those determinants.

21    Q    Well, has there been --

22    A    For example, the study by Zhou and by Kiuijver shows

23  that there are structural main differences, and that certain

24  areas of the hypothalamus of male-to-female transsexuals are

25  consistently more similar in size than those of non-

1  transsexual females, smaller.

2      Q    But has there been any --

3      A    And different -- and I was going to say and

4  different from males, from transsexual males.  So when one

5  looks at that article, that is quite compelling.

6      Q    Now, you say it's compelling, but is it proof that

7  there is?

8      A    It is evidence, so it is proof.  Yet in science, one

9  doesn't base conclusions on one study.  The study needs to be

10  replicated.

11     Q    Well, has that -- now, the study that you mentioned,

12  I think, was the Zhou study?

13     A    Yes.

14     Q    Has that been replicated?

15     A    Well, Kiuijver did a similar study with similar

16  findings.  And then there is really quite -- there's more

17  evidence coming from -- in the animal research field of the

18  impact of androgen exposure on the brain and sexual behavior.

19  And now, as I said, where the field is at is really to see

20  what of that is generalizable to humans.  And the Zhou and

21  Kiuijver study are one of the pioneering -- are two of the

22  pioneering studies in this area.

23     Q    Are you familiar with the act or the statute known

24  as Title 7 of the Civil Rights Act of 1964?

25     A    No.

1    Q    Are you familiar with that term?

2    A    No.

3    Q    Do you know whether the term sex is included in that

4  statute?

5    A    No.  I mean, maybe there were some references in the

6  initial complaint that I read, but I don't remember that.

7    Q    Well, did you develop any understanding or come to

8  any determinations yourself personally as to what the term sex

9  means in a legal context?

10   A    No, I'm not a legal expert.

11   Q    Okay.  Well, how would you define sex?

12   A    I have -- in my report that I think that sex is

13 multifaceted, and that, you know, at birth, sex is assigned

14 usually based on the appearance of the external genitalia.

15 Usually, that's when somebody is assigned, is given a sex.

16 But sex is not one thing, but has multiple components, and

17 knowledge of one or more of these components then results in

18 that sex assignment.  Usually, it's only one, and that is the

19 appearance of the external genitalia.  But in cases of

20 ambiguous genitalia, other components of sex are assessed and

21 factored into the determination of what the best sexual

22 assignment is.

23   Q    Well, is there a biological basis as to which

24 genitalia will be formed, whether it's the penis or the

25 vagina?  I mean, is there a biological basis to that?

1      A     Yeah, there is a chain in development that, you

2   know, is also biological.

3      Q     And what is that chain?

4      A     Well, the sex chromosomes play an important role.

5   The hormones play an important role.  Whether the body is

6   receptive to those hormones then determines the development of

7   the internal and external genitalia.

8      Q     Now, are males identified medically as having -- or

9   biologically as having XX chromosomes?  Is that your

10  understanding?

11     A     Well, most -- we assume that most babies born with a

12  vulva most likely have an XX chromosomal configuration.

13  That's not always the case.

14     Q     Okay.

15     A     But in the majority of cases, it is, as far as we

16  know.

17     Q     Now, is it true that generally, females are

18  identified as having XY chromosome?

19     A     Generally true.  I think there are people who are

20  assigned to female sex or who reassign their sex later in life

21  who have an XY chromosomal pattern.

22     Q     I don't understand what you mean by that.

23     A     For example, there might be children who are born

24  with ambiguous genitalia, their chromosomes might be XY.  But

25  for example, their body might not be receptive to the

1    testosterone that is being produced.  And so when they are

2    born, their genitalia are closer to the female side than to

3    the male side, because their real genitalia has not been able

4    to be developed, because they developed under the influence of

5    testosterone.

6        Q    Are those intersex?

7        A    Yes.  And so in those cases, these children are

8    usually assigned the female sex.

9        Q    Okay.  These are intersex?  People that are

10   identified as intersex individuals?

11       A    I think there is some different definitions of the

12   word intersex and how broad that definition really is, but

13   yes, some people refer to this as intersex.  But I prefer to

14   use the term children born with ambiguous genitalia or

15   disorders of sex development.  Because sometimes, you know,

16   genitalia are not -- or they are ambiguous because also, the

17   external genitalia might -- there may not be -- the

18   corresponding internal genitalia may not be present, so that's

19   still ambiguous genitalia.

20            I tend to shy away from the term intersex because

21   it's so unclear.  Different people define the range of

22   conditions that fall under the heading of intersex

23   differently.

24       Q    Okay.

25       A    It's a term that's not very well defined.   There's

1  lack of consensus on what is really intersex.

2      Q    Can individuals who have ambiguous genitalia also

3  have gender identity disorder?

4      A    Yes.

5      Q    Explain under what circumstances a person with

6  ambiguous genitalia can have.

7      A    If a person with ambiguous genitalia, say, is

8  assigned to female sex, but then as the child grows up and the

9  gender identity of that child becomes apparent, that child

10  could turn out to have a male gender identity, and then would

11  -- might reassign their sex and change gender roles to living

12  in the male gender role.

13      Q    Okay.  Is that consistent with the DSM that an

14  individual can be both -- can have both ambiguous genitalia

15  and have GID?

16      A    They would get the diagnosis gender identity

17  disorder not otherwise specified, so -- which -- 302.6 code.

18  302.85 code excludes that specifically.  But so one then gives

19  the diagnosis of general identity disorder not otherwise

20  specified, and at the particular physical condition, or

21  intersex condition, if you will, to note the actual diagnosis

22  in the DSM.

23      Q    Just to be clear, how do you define general identity

24  disorder?

25      A    Well, I define it consistent with the DSM

1  definition, and that's what it is.  And those are the criteria

2  that are applied.

3       Q    Now, am I incorrect in stating that the DSM states

4  that an individual with an intersex condition cannot also have

5  GID?

6       A    They cannot have the diagnosis of 302.85.

7       Q    Which is --

8       A    General identity disorder of adulthood or of

9  childhood and adolescence.  But if they are dysphoric about

10  the sex that was assigned to them at birth, they will meet

11  criteria for 302.6, gender identity disorder not otherwise

12  specified.

13      Q    What is the relationship between chromosomes and

14  genitalia?  Is there any relationship between the two?

15      A    The chromosomes are one of the many components of

16  sex.  It is believed that the chromosomes play some role in

17  initiating the presence or absence of testosterone, and that

18  affects the development of the internal and external genitalia

19  at certain critical periods during sexual development.

20      Q    Now, can chromosomal configuration be changed?

21      A    No.

22      Q    Would you agree or can you just offer your opinion

23  on this statement that the presence or absence of the Y

24  chromosome determines sex?

25      A    I think that that would be an overstatement.  I

36

1  think that actually, the presence of the Y chromosome plays a

2  role in what sex develops, yes.  But it's not the single

3  determinant of sex.

4      Q    Do you have a definition for biological sex?

5      A    I find it difficult, because biology is -- well, I

6  think biology plays a role in all those different components

7  of sex.  If we're talking about somebody's general behavior,

8  there is also a biological part of that.  So whether somebody,

9  you know, is more aggressive or -- I think most of human

10  behavior also have a biological component.

11      Q    Is the term biological sex used in the medical

12  profession?

13      A    Yes.  But I think it's almost like a simplistic

14  term.

15      Q    How is it used in the medical profession?

16      A    Well, it's usually -- when people use biological

17  sex, they refer to the sex assignment at birth.

18      Q    And --

19      A    Which, again, is based on the appearance of the

20  external genitalia.

21      Q    And the external genitalia is development

22  biologically how?  Do we know that?

23      A    We know some of that.  But there's a lot to be

24  learned about that process.

25      Q    Okay.  And so chromosomes -- is there a causal

1    relationship between chromosomes and genitalia?

2         A    Chromosomes are, as far as I understand it, a part

3    of that developmental process.  But clearly, in some children

4    with XY chromosomes, the external genitalia may develop

5    appearing female.

6         Q    And those are what you would call individuals with

7    abnormal genitalia?  Or ambiguous --

8         A    They would fall within what we now call disorders of

9    sex development.  In this case, there is these two components

10    of sex, you could say, are not in alignment.

11         Q    What two components of sex are not in alignment?

12         A    The chromosomes and the external genitalia for the

13    purposes of our discussion now.

14         Q    Okay.  So absent abnormalities or anomalies, absent

15    that, is it true or do you agree that from a biological

16    perspective that males are identified as having XX

17    chromosomes?  Putting aside anomalies or abnormalities.

18              MS. McGOWAN:  Object as to form.

19              THE WITNESS:  Yeah.  I'm unclear.  Rephrase the

20    question.

21              BY MS. RUSSELL:

22         Q    Okay.  If a males does not have -- or if an

23    individual does not have abnormal genitalia biologically, and

24    if the individual has developed a penis, biologically, is that

25    individual considered a male?  Putting aside -- you know,

1  What is that?

2      A    That in case of a male-to-female sex reassignment,

3  that they create a vagina out of -- usually, the outer skin of

4  the penis becomes the inner lining of the vagina.

5      Q    And what about female to male?

6      A    Female to male will have their breasts removed and a

7  male-appearing chest created.  And they may also -- they tend

8  to have a hysterectomy, and also, they may have testicle

9  implants inserted in the labia majora.  And their clitoris is

10  enlarged as a result of hormone therapy.  They can release

11  that so that it looks like a small penis, and they can extend

12  the urethra so that the person can stand peeing.

13      Q    Now, for an individual who has a sex reassignment

14  from male to female, is that individual able to produce

15  ovaries?

16      A    No.

17      Q    Can that person give birth?

18      A    No.

19      Q    Does their chromosomal configuration change?

20      A    No.  I mean, they have experimented with transplant

21  of ovaries, but, you know, that's in its infancy.  That's --

22  surgery.

23      Q    Is a female-to-male transgendered individual able to

24  produce sperm?

25      A    No.

54

```
 1      Q     Looking at your expert reporter, or turning to your
 2 expert report, the original --
 3           MS. McGOWAN:  We're talking about Exhibit 40?
 4           MS. RUSSELL:  Yes, Exhibit 40.
 5           BY MS. RUSSELL:
 6      Q     And on pages -- looking at 20 through 23 --
 7      A     Yes.
 8      Q     -- can you just point out -- and you may have done
 9 this, and I apologize if I'm asking you to do the same thing
10 again -- which studies document a causal relationship between
11 biology and GID or sex identity?
12           MS. McGOWAN:  Object on grounds of form, but you can
13 answer if you understand.
14           THE WITNESS:  Well, I can let you know which
15 articles report on research or reveal research that support a
16 biological determinant.
17           BY MS. RUSSELL:
18      Q     When you say support, what do you mean?
19      A     The evidence supports that there is a biological
20 determinant involved in the development of gender identity
21 disorder.
22      Q     Can you point those?
23      A     Yeah.  The article by Cohen-Kettenis and Gooren,
24 "Transsexualism:  A Review of Etiology, Diagnosis, and
25 Treatment."
```

1    Q    And what page is that on?

2    A    Page 20.

3         MS. McGOWAN:  It's the fourth from the bottom.

4         MS. RUSSELL:  Okay.

5         THE WITNESS:  I think that it is reviewed in the

6    book of Cohen-Kettenis and Pfaefflin, "Transgenderism and

7    Intersexuality in Childhood and Adolescence."

8         The article by Diamond and Sigmundson makes the

9    argument that biology plays a very important role and presents

10   a case that supports that argument.

11        The article by Kiuijver shows -- says that male-to-

12   female transsexuals have female neural numbers in olympic

13   nucleus.

14        I think the book by Money and Ehrhardt includes a

15   discussion of biological factors, and also defines the various

16   components of sex.  I'm not sure about the Money and Hampson

17   article.  That applies directly to your question, possibly.  I

18   think -- on the first one.

19        MS. McGOWAN:  I'm sorry -- the two.  Okay.

20        THE WITNESS:  Yeah.  Because the second one clearly

21   addresses that.  Because imprinting.  You know, it's imprinted

22   in.  This is part of the development of the brain.

23        And the citation by Phoenix.  Zhou is that article

24   that I referred to earlier about the structural differences in

25   the human brain that show that male-to-female transsexuals

56

1   have the same size of this nucleus as females and

2   significantly smaller than those of males.

3         And I'm sure that Zucker in that article on page 23

4   reviews also the evidence for biological factors.

5         BY MS. RUSSELL:

6    Q    Which Zucker?

7    A    The first one, 1999.

8    Q    Okay.

9    A    That would be it.

10    Q    Okay.  On page 8 of your report, paragraph 19, the

11   first sentence, you said, "What causes gender identity

12   disorder remains unknown."  Is that an accurate statement of

13   your position?

14    A    That's the first sentence of my paragraph.

15    Q    Okay.

16    A    It goes on to say that "Biological factors, hormonal

17   genetic brain structure, and psychosocial factors -- are going

18   to most likely interact.  But research is still in its

19   infancy, and findings to date are inconclusive."  And I go on

20   to say I think that the focus of the research now is on the

21   biological determinants.  That's where the excitement is right

22   now.

23    Q    That's where the excitement is?

24    A    Yes.

25    Q    Okay.

1      A      That's where we have made discoveries and findings,

2  significant findings.

3      Q      Do you know whether other experts agree with your

4  opinion that sexual identity has four -- actually, strike that

5  question.  Do you know of experts who disagree with your

6  opinion that sexual identity has four components:  -- sex,

7  gender sex, social sex role, and sexual orientation?

8      A      Generally, I find agreement with that.  I mean, some

9  people add even more components.  But I think that these are

10 four main ones that I find helpful when thinking about this

11 particular population.

12     Q      And what population is that?

13     A      I mean clients with gender identity disorder.

14     Q      I am going to show you -- I don't know what exhibit

15 you're on.  Forty-two?

16            (Bockting Deposition Exhibit Number 42 marked for

17 identification.)

18            BY MS. RUSSELL:

19     Q      And can you turn to page 5 --

20     A      Sure.

21     Q      -- and read the last three lines?  And then go to

22 page 6 and read the remainder of that paragraph.

23     A      So this is from Dr. Schmidt's report.

24     Q      Yes, this is from Dr. Schmidt's report.

25     A      "In his conclusion, Judge Robertson states, 'There

**FREE STATE REPORTING, INC.**

1378 Cape Saint Claire Road

Annapolis, Maryland  21409

**ERRATA SHEET**

**In re:** Schroer vs. Billington
**Deposition of:** Walter Bockting
**Taken on:** February 22, 2007

        At the time, the above-named deponent desired to make the
following changes:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 6 | 1 | Artur | Otto |
| 8 | 6 | including from treatment | including treatment |
| 9 | 6 | going on 18 | going on 19 |
| 10 | 25 | an -- dissertation, | an All But Dissertation, |
| 12 | 25 | Goorem | Gooren |
| 13 | 16 | Golene | Green |
| 14 | 12 | in individual therapy | and individual therapy |
| 20 | 8 | sex gender | sex, gender |
| 24 | 17 | Nate Cole (phonetic) | Mate-Kole |
| 24 | 24 | Kiuijver | Kruijver |
| 24 | 24 | K-i-u-i-j-v-e-r | K-r-u-i-j-v-e-r |
| 25 | 2 | Kiuijver | Kruijver |

*Errata Sheet for Walter Bockting -- Page 1 of 4*

*Errata Sheet (cont'd)*

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|----------|
| 25 | 2 | K-i-u-i-j-v-e-r | K-r-u-i-j-v-e-r |
| 25 | 4 | Olm | Ohm |
| 25 | 22 | I do note that I want to | |
| | | | I know that I wanted to |
| 26 | 8 | meet | met |
| 27 | 4 | report that comes | |
| | | | report in response to the report that comes |
| 27 | 4 | Schmidt.   There is | |
| | | | Schmidt:   His opinion is that there is |
| 27 | 11 | peer reviews | peer reviewed |
| 27 | 22 | research.   There has | research, there has |
| 28 | 5 | exposure.   So | exposure, so |
| 28 | 5 | effects and | affects the |
| 29 | 14 | part of it | part of |
| 29 | 22 | Kiuijver | Kruijver |
| 29 | 23 | main | brain |
| 30 | 4 | transsexual males | nontranssexual males |
| 30 | 15 | Kiuijver | Kruijver |
| 30 | 21 | Kiuijver | Kruijver |
| 32 | 18 | Generally true. | Generally true? |
| 33 | 3 | real genitalia has | "normal" genitalia have |

*Errata Sheet for Walter Bockting -- Page 2 of 4*

*Errata Sheet (cont'd)*

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|----------|
| 33 | 4 | to be developed | to develop |
| 33 | 17 | there may not be | they may not be |
| 34 | 17 | which -- 302.6 code | which is 302.6 code |
| 34 | 19 | general | gender |
| 34 | 20 | at the | add the |
| 34 | 23 | general identity | gender identity |
| 35 | 8 | general identity disorder | gender identity disorder |
| 40 | 17 | general | gender |
| 44 | 21 | opportunities by | opportunities, by |
| 48 | 10 | non-population | non-transgender population |
| 48 | 23 | impact the | impact of the |
| 55 | 11 | Kiuijver | Kruijver |
| 55 | 21 | imprinting.  You | imprinting, you |
| 55 | 22 | in.  This | in, this |
| 55 | 22 | of the brain | of, the brain |

*Errata Sheet for Walter Bockting -- Page 3 of 4*

**FREE STATE REPORTING, INC.**

1378 Cape Saint Claire Road

Annapolis, Maryland  21409

## ACKNOWLEDGMENT OF DEPONENT

Deposition on Thursday, February 22, 2007

I, Walter Bockting, do hereby acknowledge that I have read and examined pages 1 through 62 inclusive (plus attachments), of the transcript of my deposition, and that: (check appropriate line.)

_____ The same is a true, correct and complete transcription of the answers given by me to the questions therein recorded.

__XX__ Except for the changes noted on the attached errata sheet, the same is a true, correct and complete transcription of my deposition.

Dated: ___5/18/2007___    Signed: _____

NOTARY PUBLIC

State of ___Minnesota___
County of ___Hennepin___

On this 18th day of May, 2007, before me, the undersigned officer, personally appeared Walter Bockting, known to me (or satisfactorily proven) to be the person whose name is subscribed to within the instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness hereof I hereunto set my hand and official seal.

Notary Public _____
My Commission Expires: 1/31/07

ROBERT MATTHEW KIRBY
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

*Errata Sheet for Walter Bockting -- Page 4 of*