# Attachment C

Chester Schmidt, M.D.                                    February 21, 2007

Baltimore, MD

Page 1

1                    UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLUMBIA

3      - - - - - - - - - - - - - - x

4      DIANE J. SCHROER,                :

5           Plaintiff,                  :

6                v.                     : CA No. 06-763

7      JAMES H. BILLINGTON,             :

8           Defendant.                  :

9      - - - - - - - - - - - - - - x

10

11

12                 Baltimore, Maryland

13              Wednesday February 21, 2007

14

15                 Deposition of CHESTER SCHMIDT, M.D., a
       witness herein, called for examination by counsel
16     for Defendant in the above-entitled matter,
       pursuant to notice, the witness being duly sworn
17     by BRACHA GOLDBERGER, a Notary Public in and for
       the State of Maryland, taken at the offices of
18     the United States Attorney for the District of
       Maryland, 36 South Charles Street, 4th Floor,
19     Baltimore, Maryland, 21201, at 9:29 a.m.,
       Wednesday, February 21, 2007, and the proceedings
20     being taken down by Stenotype by BRACHA
       GOLDBERGER and transcribed under her direction.

21

22

Chester Schmidt, M.D.                                              February 21, 2007

Baltimore, MD

Page 2

1   APPEARANCES:
2       On behalf of the Plaintiff DIANE J.
3       SCHROER:
4           SHARON M. McGOWAN, ESQUIRE
5           KENNETH Y. CHOE, ESQUIRE
6           American Civil Liberties Union
7           Foundation
8           125 Broad Street
9           18th Floor
10          New York, New York 10004-2400
11          (212) 549-2593
12          Smcgowan@aclu.org
13      On behalf of Defendant JAMES H.
14      BILLINGTON:
15          BEVERLY M. RUSSELL, ESQUIRE
16          U.S. Department of Justice
17          Judiciary Center Building
18          555 4th Street, N.W.
19          Washington, D.C. 20001
20          (202) 307-0492
21          Beverly.russell@usdoj.gov
22      (Appearances continued on next page.)

Page 3

1   APPEARANCES (continued)
2
3       On behalf of Defendant JAMES H.
4       BILLINGTON:
5           JULIA DONDS, ESQUIRE
6           JESSIE JAMES, JR., ESQUIRE
7           Library of Congress
8           101 Independence Avenue
9           Washington, D.C. 20540
10          (202)707-7198

Page 4

1                C O N T E N T S
2   EXAMINATION BY:                       PAGE
3   Counsel for Plaintiff                 5
4
5                E X H I B I T S
6   DEPOSITION EXHIBITS:                  PAGE
7   No. 34 - Expert Report                17
8   No. 35 - Supplemental Report          26
9       Dr. Walter Bockting
10  No. 36 - Original Report/Dr. Bockting  47
11  No. 37 - Article                      143
12  No. 38 - List of Questions            212
13      by the Government
14  No. 39 - List of Questions            212
15      by the Government
16  No. 40 - List of Cases                220

Page 5

1                P R O C E E D I N G S
2       Whereupon,
3           CHESTER SCHMIDT, M.D.,
4   was called as a witness by counsel for Plaintiff,
5   and having been duly sworn, by the Notary Public,
6   was examined and testified as follows:
7   EXAMINATION BY COUNSEL FOR PLAINTIFF DIANE J.
8   SCHROER:
9       BY MS. McGOWAN:
10      Q   Good morning, Dr. Schmidt, my name is
11  Sharon McGowan.  And I am here with my colleague,
12  Ken Choe.  And we represent the plaintiff, in
13  Schroer versus Billington.  And we are here, this
14  morning, to take your deposition.
15          Have you ever been deposed before?
16      A   Yes.
17      Q   Okay.  And so, you may be familiar with
18  these instructions, but I'll just run through
19  them quickly.  I'll ask you a series of
20  questions, today, that you will answer under
21  oath, as you have just been sworn.
22          And the court reporter will take it all

2 (Pages 2 to 5)

Chester Schmidt, M.D.                                    February 21, 2007

Baltimore, MD

Page 18

1      A   Yes.
2      Q   I would like to go through the expert
3   opinions that you offer, in this case, as stated
4   in your report.  We'll start with page three.
5   There is a list of questions that are laid out.
6   And I would like to just go through each one.
7      A   Okay.
8      Q   In order to live up to my reputation of
9   being meticulous and thorough.
10      So, with respect to the first question,
11   where it's laid out what is meant by the term
12   sex.  First, let me just ask you, what do you
13   mean by the term sex?
14      A   What I mean, by the term sex, it refers
15   to the biologic status, principally the gonadal
16   status, of an individual.  And that is the term.
17   And that gonadal status is determined, primarily,
18   by the chromosomes, XX for the female and XY for
19   the male.
20      Q   And, in your report, you used -- today,
21   you have talked about gonadal status.  And, in
22   your report, you mentioned gonadal assignment.

Page 19

1      Do you mean different things by those
2   terms?
3      A   No.
4      Q   Okay.  And so, by gonadal status or
5   gonadal assignment, what do you mean by that
6   term?
7      A   What it means is what the gonads of the
8   individual are.
9      Q   Okay.  And so that I'm clear, is your
10   opinion that sex is gonadal assignment, or that
11   sex is chromosomal configuration, or something
12   else?
13      A   Well, sex is primarily the chromosomal
14   configuration of the individual which, of course,
15   is then expressed by the production of the
16   gonads, as determined by the genetics or the
17   chromosomes.  The genes that are on the
18   chromosomes.
19      Q   And when you say that sex is primarily
20   chromosomal, other than chromosomes, what else is
21   a part of sex?
22      A   Well, you could include the internal

Page 20

1   genitalia, the external genitalia.  I think, for
2   the male, I think there is the Y chromosome
3   produces an HY androgen that's part of sex
4   determination.
5      So that, there are other biologic
6   elements that, again, are driven primarily by the
7   chromosomes on the XX and XY -- by the genes that
8   are on the XX and XY chromosomes.
9      Q   And what else is meant by the term sex,
10   if anything?
11      A   I don't know what you mean.  I mean
12   you can -- you know, you asked me what it means
13   for me.  And that's what it means for me.
14      Q   Okay.  And so just that I'm clear, when
15   we talked about chromosomal assignment -- I'm
16   sorry -- chromosomal configuration, in your view,
17   is part of sex.
18      Correct?
19      A   I don't think I said it's part of.
20      Q   Okay.
21      A   So, I don't know what you mean by part
22   of.

Page 21

1      Q   Other than -- just to backup, because I
2   believe your answer said that chromosomes -- or
3   that sex was primarily a reflection of
4   chromosomes.  And so --
5      A   Correct.
6      Q   -- I'm just trying to make sure I
7   understand, in addition to chromosomes as the
8   primary thing, what else is included in the field
9   of things that constitutes sex?
10      A   I don't think I can say more than I
11   have said.  I mean I can repeat my answer.  But I
12   think that is pretty much --
13      Q   Okay.
14      A   Pretty much my understanding -- my
15   understanding of what is meant by sex.
16      Q   Is there any aspect of sex that is not,
17   in your view, driven primarily by chromosomes?
18      A   With regard to the term sex, itself?
19      Q   Yes.
20      A   No.
21      Q   Okay.  And what is the basis for your
22   opinion about the meaning of sex?

6 (Pages 18 to 21)

Chester Schmidt, M.D.                                                  February 21, 2007

Baltimore, MD

Page 22

1    A   Excuse me.  The dictionary, my
2  knowledge of the field of sexology, in that just
3  years of usage of the term, it refers to the
4  biologic status of maleness and femaleness, of
5  being male or being female.
6        I think it's a term that is used by my
7  colleagues in medicine.  And, in my opinion, I
8  believe that most physicians, that would be asked
9  that term, would give an answer very similar to
10  mine.
11    Q   Okay.  Are you aware of any colleagues,
12  who use the term sex to mean something different
13  than how you use it?
14    A   I don't know that they use the term
15  sex -- use the term sex, itself, differently.
16  What they -- I think what has evolved, since the
17  sixties, is that a number of associated terms
18  have been developed, that deal with social
19  constructs, associated with the biologic reality
20  of male and female as expressed by the
21  chromosomes of the genes.
22        But those are social constructs not

Page 23

1  biologic constructs.
2    Q   Other than what you have laid out as
3  the dictionary, your knowledge of the field of
4  sexology, and your years of usage of the term, is
5  there any other basis for your opinion about the
6  meaning of the term sex?
7    A   I don't think so.
8    Q   Okay.  Do you rely -- in your report,
9  you actually -- it appears as though you cite a
10  1972 work by John Money.
11        Do you rely on Dr. Money's work as part
12  of your opinion, regarding the meaning of sex?
13    A   I don't think -- I think I rely on
14  Money more with regard to these other social
15  constructs, such as gender identity, sexual
16  identity, gender role --
17    Q   And --
18    A   -- as differentiated from the -- from
19  biologic sex.
20    Q   And so, on page three of your report,
21  where, under the statement my answers are as
22  follows, and then there is number one, at the end

Page 24

1  of the sentence there, that says sex and then, in
2  parenthesis, gonadal assignment at birth, refers
3  to the biologic status of a fetus or newborn with
4  regard to their chromosomal configuration of XX
5  genes, in parenthesis female, and XY genes, in
6  parenthesis male.
7        At the end of that sentence, there is a
8  number one in parenthesis, at the end.  What does
9  that number one in parenthesis signify?
10    A   I'm sorry, where are you?
11    Q   Sure.  On page three, answer number
12  one.
13    A   Page three.  Okay.
14    Q   Right there.
15    A   Good.
16    Q   And at the end of that sentence, there
17  is a number one in parenthesis.  At the end.
18    A   Um-hum.
19    Q   What does that one in parenthesis, at
20  the end of that sentence, signify?
21    A   That I took from -- that I did take
22  from John's work.

Page 25

1    Q   Okay.
2    A   From his 1972 book.
3    Q   And by John, you are referring to John
4  Money?
5    A   To John Money.  Right.  Yes.
6    Q   Okay.  And so, other than your
7  reference there to John Money, and the
8  dictionary, your knowledge of the field of
9  sexology, and your familiarity with the usage of
10  the term, are there any other bases for your
11  answer number one?
12    A   None other than I have already stated.
13    Q   Okay.  Are you familiar with the
14  supplemental report of Dr. Walter Bockting in
15  this case?
16    A   Yes.  I am.
17    Q   And did you review it?
18    A   Yes.
19    Q   Okay.  Dr. Bockting, in that report --
20  and if you have a copy of the report -- actually,
21  I'll just pull one out and we can mark it as an
22  exhibit.

7 (Pages 22 to 25)

Chester Schmidt, M.D.                                                February 21, 2007

Baltimore, MD

Page 26

1     A   Okay.
2         MS. McGOWAN:    So, this will be exhibit
3   number thirty-five.
4              (Exhibit Number 35
5               was marked for
6               identification.)
7         BY MS. McGOWAN:
8     Q   In paragraph two of Dr. Bockting's
9   supplemental report, he says -- and certainly if
10  you understand him to say something different,
11  please, let me know.
12        But, in paragraph two of his report,
13  Dr. Bockting discusses of the work of John Money,
14  including the 1972 work, upon which you relied in
15  your report.  And he states that both John
16  Money's work, from 1972, and his later work from
17  1994, actually says that:
18        Sex is a multi -- is multifaceted and
19  includes not only chromosomes, but also gonadal
20  sex; fetal hormonal sex; and, in parenthesis
21  meaning prenatal hormonal -- I'm sorry --
22  prenatal hormones produced by the gonads;

Page 27

1   internal morphologic sex, and in parenthesis
2   internal genitalia, ie: ovaries, uterus and
3   testes; external morphologic sex, by which he has
4   in parenthesis external genitalia, ie: penis,
5   clitoris, vulva; hypothalamic sex, being sex of
6   the brain; sex of assignment in rearing; pubertal
7   hormonal sex; as well as gender identity and
8   role.
9         Do you disagree that Dr. Money
10  considered all of these aspects to be part of a
11  person's sex?
12        A   I would have to go back and look at the
13  specifics.  There are two things mixed in here.
14  One is the -- one are the biologic elements, with
15  which I have no disagreement, to include --
16        As I said in an earlier answer, I would
17  have no argument with including, in sex as being
18  a biologic issue, of gonadal sex, prenatal
19  hormone environment, internal morphologic -- that
20  is the internal genitalia, the external
21  genitalia, the hypothalamic access, the -- what
22  happens during puberty with regard to hormonal

Page 28

1   changes.
2         I would agree that they could all be
3   included in what I believe to be the concept of
4   sex.  I do not accept the notion of sex of
5   assignment in rearing and gender role and
6   identity.  Because those are social constructs
7   that have been created, you know, and are not
8   related to the specific biology.
9     Q   And so of this list, that Dr. Bockting
10  includes, just so that I'm clear, it is sex of
11  assignment and rearing and gender identity and
12  role are the two elements, of this list, where
13  you and Dr. Bockting disagree, as far as whether
14  or not they should be included in the definition
15  of sex?
16        A   Well, there are four specific concepts
17  here; assignment, rearing, identity, and role.
18    Q   Okay.
19        A   Gender identity and role.  I would
20  not -- I do not include them in my definition of
21  sex.
22    Q   Okay.  But you would agree that

Page 29

1   hypothalamic sex is something that you would
2   include in the definition of sex?
3     A   Yes.  It's part of the biology.  Yes.
4     Q   Is hypothalamic sex something that is
5   driven primarily by chromosomes?
6     A   Yes.
7     Q   Okay.  How so?
8     A   Because it's the brain.  The brain.
9   And the brain is driven -- was created by the
10  genetic -- by the genes.
11        The notion of there being a male or
12  female brain is based upon the fact that, during
13  fetal life, if you have a Y chromosome, the
14  genital ridge differentiates from being a female
15  genital ridge into a male genital ridge.  And
16  part of that differentiation is the production of
17  testosterone.
18        So that, as a fetus, the male fetus is
19  then exposed to testosterone, which masculinizes
20  the brain.  And a good part of that is effective
21  in the hypothalamus.  So that, the hypothalamic
22  access of the brain is effected by the fetal

8 (Pages 26 to 29)

Chester Schmidt, M.D.                                    February 21, 2007

Baltimore, MD

Page 30

1  environment, which, in the case of the male
2  fetus, is -- includes testosterone. That is not
3  the case with females.
4        And that is all -- that is all driven
5  by the -- essentially by the Y chromosome, which
6  is responsible for the genes -- which is
7  responsible for the change in the genital ridge,
8  which eventually produces the testosterone, which
9  eventually produces the male brain.
10      Q   With respect to that last sentence,
11 just so that I'm clear, is it your view that the
12 male brain produces testosterone, or that
13 testosterone produces a male brain, or neither?
14 Please, tell me, just so that I can understand
15 what you meant.
16      A   Well, you know, we are oversimplifying
17 things here. And so, it would be the later. The
18 testosterone environment, in fetal life, is what
19 will produce the male brain.
20      Q   Are you aware of others in the field,
21 who share Dr. Bockting's and Dr. Money's view,
22 that all of the factors listed in Dr. Bockting's

Page 31

1  report, including sex of assignment and rearing
2  and gender identity and role, are part of a
3  person's sex?
4        MS. RUSSELL:   I'm going to object to
5  the extent that it misrepresents Dr. Money's
6  research and conclusions. But you can go ahead
7  and answer.
8        BY MS. McGOWAN:
9        A   It's difficult to answer that question,
10 because you are making an assumption. Or it
11 sounds like you are making the assumption that
12 the others don't do what I do. And that is
13 differentiate the term sex, in a narrowly defined
14 way, as a biologic issue. But very much related,
15 to that biologic issue, are these other social
16 constructs.
17       And I don't know that the, quote,
18 others, if pressed, would not parse it out that
19 way. I certainly know there are lots of experts,
20 including myself, who have -- who understand the
21 significance of these other concepts, such as
22 gender identity and gender role.

Page 32

1        But to say that they are an intrinsic
2  part of the diag -- intrinsic part of the
3  definition of sex, per se, I don't know that the
4  others, if pressed, would not make the same
5  parsing that I am making.
6        Q   Okay. And I'm trying to be precise for
7  that exact reason, and ask you whether or not you
8  know of anyone, who does use the term sex to
9  include the concepts of sex of assignment and
10 rearing or gender identity and role?
11       A   Well, I think Dr. Bockting does. And
12 my assumption is that the philosophic and
13 scientific positions, that he and his colleagues
14 take, on the -- you know, who are part of what
15 was previously the Benjamin Society -- the
16 Benjamin Association -- would probably ascribe to
17 a less focused -- a less focused definition of
18 the term sex.
19       Q   Okay. And with respect to these
20 concepts, that you are excluding from your
21 meaning of sex, I just want to go through each
22 one of them.

Page 33

1        Why do you think that --
2        MS. RUSSELL:   I'm going to object to
3  the form of the question. But you can go ahead.
4        MS. McGOWAN:   I'll see if I can start
5  again.
6        BY MS. McGOWAN:
7        Q   So, there were four items I had
8  originally described in those two items. But you
9  broke them out properly as four items on the
10 list, laid out in Dr. Bockting's report, as items
11 that you would exclude from the term sex. And I
12 just want to go through each one, and ask you why
13 that is.
14       And so, with respect to sex of
15 assignment, why do you think sex of assignment is
16 not part of sex?
17       A   Because it is not a biologic -- it is
18 not a biologic -- it's not part of the biology.
19 The assignment is a human function that is
20 imposed on that child, at the point of birth or
21 sometime after the point of birth, by individuals
22 surrounding the person. It's not a biologic

9 (Pages 30 to 33)

Chester Schmidt, M.D.                                    February 21, 2007

Baltimore, MD

Page 66

1    Q   Half were comfortable with being raised
2  as girls, and had a female gender identity.  And
3  roughly half were not, and reverted back to being
4  boys.
5    A   Correct.
6    Q   And so my question is, you know -- my
7  question to you is, what is the significance of
8  the fact that half of the subjects, who had male
9  chromosomes, had female gender identities?
10   A   Well, I think I just laid it out for
11  you.  That, you know, my opinion is that the --
12  what you draw from that observation, with regard
13  to gender identity, is that the process of -- the
14  process of creating the gender identity in the
15  child can override the biology.  The biology
16  being the fact of the existence of the XY.
17   Q   In Mignon's study, were the results
18  also mixed, where some children reverted back to
19  the gender identity of -- consistent with the
20  chromosomes whereas others did not?
21   A   Yeah.  A couple did, but not in the
22  number or the percentage in Bill's study -- in

Page 67

1  Reiner's study.  And, also, there were multiple
2  inter -- there were many different kinds of
3  intersex conditions.  In Dr. Reiner's study,
4  there is a single condition.
5    Q   And Mignon's study, it's -- just to be
6  clear, there were fewer subjects who reverted
7  back to the gender identity that was congruent
8  with their chromosomes --
9    A   Yes.
10   Q   -- than the number that reverted back
11  in --
12   A   That's correct.
13   Q   -- Dr. Reiner's study?
14   A   Correct.
15   Q   Okay.
16   A   Yes.
17   Q   And are you familiar with any articles
18  or scholarship responding or reacting to Dr.
19  Reiner's study?
20   A   No.  I haven't -- I haven't read
21  anything.  No.
22   Q   Okay.  And are you familiar with any

Page 68

1  articles or scholarship responding or reacting to
2  the Mignon study?
3    A   No.
4    Q   In paragraph three, also of your
5  report, keeping our focus on that, in that second
6  paragraph, I wanted to focus on the statement,
7  which I'll just read here.  The statement says:
8        Individuals who -- or, actually, I'm
9  sorry.  I was going to focus on something else
10  for a moment first.  The statement I wanted to
11  ask you about is -- and I will -- I'm going to --
12  well, we can just sort of read the paragraph.
13  Then I'll ask you the question.
14        This is:  Individuals who declare
15  themselves dissatisfied with their sexual, and in
16  parenthesis gender identity, who take steps to
17  live in the cross gender role, are normal XX
18  females or XY males with normal external and
19  internal genitalia, if they take cross gender
20  hormones, and undergo any or all of the currently
21  available sex reassignment surgeries, they do not
22  change their biologic sex.  They do change their

Page 69

1  sexual identity.
2        With respect to your statement that
3  individuals who take cross gender hormones, or
4  undergo any or all of the currently available sex
5  reassignment surgeries, still do not change their
6  biologic sex, what is your basis for that
7  opinion?
8    A   Well, that's tough to answer because
9  it's so obvious.  There is nothing that is done
10  to them that changes the -- you can't change the
11  XY or XY configuration.  There is no way to do
12  that.  These are all external things.  You know,
13  these surgeries are external.  The hormones,
14  themselves, have no direct bearing.  I mean, you
15  can't change your chrom -- you can't change your
16  chromosomes.
17   Q   Okay.  And is there any difference
18  between the terms sex and biologic sex, as you
19  are using them?
20   A   No.
21   Q   Okay.  So that I'm clear, are you
22  saying that an individual's hormones are not part

Chester Schmidt, M.D.                                                February 21, 2007
Baltimore, MD

Page 70

1  of their biologic sex?
2      A   No.
3      Q   Okay.  I'm going to say that my own
4  question was vague, because I'm not exactly sure,
5  sort of, if I understand your answer.  So, in
6  your view, are an individual's hormones part of
7  their biologic sex?
8      A   Sure.
9      Q   Is an individual's internal genitalia
10 part of their biologic sex?
11     A   Yes.
12     Q   Is an individual's external genitalia
13 part of their biologic sex?
14     A   Yes.
15     Q   And so, when you say biologic sex, are
16 you talking about -- well, actually, let me take
17 that back.  When you talk about an individual
18 being unable to change their biologic sex --
19     A   Right.
20     Q   -- in that context, do you mean
21 biologic sex only to mean chromosomes?
22     A   Of course.  I mean these other things

Page 71

1  are not going to happen unless you have these
2  chromosomal configurations.  That is the basis of
3  it all.  So, you can change the exterior, but you
4  are still an XX or an XY.  That doesn't change.
5      Q   Okay.
6      A   And that's the -- in my opinion, that
7  is -- as we have gone over it many times so far,
8  that is the core part of the definition of what
9  sex is.
10     Q   But it is possible for transgender
11 individuals to undergo treatment that would
12 change their hormonal sex.  Isn't that right?
13         MS. RUSSELL:   Objection to the form of
14 the question.
15         BY MS. McGOWAN:
16     A   Well, sure.  Yeah.  If you take cross
17 gender hormones, you change the balances of
18 estrogen, testosterone, FSH, LH, you know, all of
19 the things.  All of the related hormones.  Right.
20     Q   And, similarly, an individual, who
21 undergoes sex reassignment, can change the aspect
22 of their biologic sex that is encompassing their

Page 72

1  internal genitalia.  Correct?
2      A   They can change the external and
3  internal.  They can change the internal and
4  external genitalia.  Yes.  That are the
5  consequences of their biologic sex.
6      Q   And so, the -- am I correct, the only
7  aspect of an individual's biologic sex, that
8  cannot be changed through gender reassignment
9  surgeries and treatments, is chromosomes.
10         Correct?
11     A   And the brain.
12     Q   Okay.  What is the sex of an individual
13 who has female hormones, female internal
14 genitalia, female external genitalia, but XY
15 chromosomes?  What is that individual's sex in
16 your view?
17         MS. RUSSELL:   Objection.  Vague.
18         BY MS. McGOWAN:
19     A   Run that by me again.
20     Q   Sure.  An individual, who has XY
21 chromosomes, but has female hormones, internal
22 genitalia, and external genitalia, what is that

Page 73

1  person's sex in your view?
2          MS. RUSSELL:   Same objection.
3          BY MS. McGOWAN:
4      A   In my opinion, they would be biologic
5  males.
6      Q   And that view is because, for purposes
7  of biologic, you are talking about chromosomes
8  exclusively.  Correct?
9      A   The chromosomes and the genes.  And I
10 think you are talking about the androgen
11 insensitivity syndrome, in which the receptors
12 don't respond to the presence of the
13 testosterone.
14     Q   Okay.  Are there other scholars, in the
15 field of gender identity, who also believe that
16 biologic sex means chromosomes, but not hormones
17 and genitalia?
18     A   Yes.  I think we have gone over that.
19     Q   Okay.  And who are they?  Who are the
20 individual that share your view, that biologic
21 sex is chromosomes but not hormones and
22 genitalia?

19 (Pages 70 to 73)

Chester Schmidt, M.D.                                    February 21, 2007
                              Baltimore, MD

Page 74

1        MS. RUSSELL:  I'm going to object to
2   the form of the question.  But you can answer if
3   you understand that.
4        BY MS. McGOWAN:
5   A   I will tell you most of my colleagues
6   would do that.  They would be, I think,
7   transsexuality Jon Meyer, Tom Wise.
8   Q   I'm sorry, John Meyer.  And who is the
9   second person?
10  A   Tom Wise.
11  Q   Tom Wise.  Um-hum.
12  A   I cite those two because they have done
13  some of the writing, but there are others.  But
14  I, you know, because they haven't -- they haven't
15  had the scientific publications.  So, I wouldn't
16  cite them.
17  Q   And are these colleagues of yours at
18  Johns Hopkins?
19  A   Yes.  I think Paul McHugh would take
20  that position.
21  Q   Okay.
22  A   And beyond that, I didn't prepare for a

Page 75

1   list.  You know, for further discussion at
2   another time, you know, if you want me to
3   research it, I could probably do that.
4   Q   For purposes of today, can you identify
5   anyone not affiliated with Johns Hopkins, who
6   shares that view?
7   A   For today, no.  No.
8   Q   Okay.  Other than Dr. Meyer, Dr. Wise
9   and Dr. McHugh, are you familiar with anyone else
10  who has published conclusions consistent with
11  your view?
12       MS. RUSSELL:  Objection to the form.
13       BY MS. McGOWAN:
14  A   I can't cite any specific -- anything
15  specific today.
16  Q   Okay.  Are there scholars who take a
17  different view than yours?
18  A   Yes.  Sure.
19  Q   Is your position --
20  A   Although I must say --
21  Q   I'm sorry.
22  A   I'm not so sure it's -- I'm not sure --

Page 76

1   I'm not certain because of the -- at least my
2   reading of the literature is such that the
3   nuance, in terms of the precision of the
4   definitions, is not really well based in the
5   literature.
6        You know, there is a lot of -- there is
7   substantial cleavage in the field, I think,
8   between -- I mean, there are such extremes that
9   are driven by not only the science -- of course,
10  the science is extraordinarily weak, but between
11  the science driven more by the clinical issues.
12       And there are such extremes that I
13  can't think of any literature, in which there has
14  been rational discussion by experts, of the
15  nuances of definitional terms and the importance
16  or the effect of those terms, on either research
17  as science or on clinical -- on clinical process.
18  I can't think of a single discussion.
19       I mean, the only -- there are only two
20  debates that I am aware of, that I have been able
21  to uncover.  One was the one a couple of years
22  ago in the APA, regarding the diagnosis.  And

Page 77

1   then, there is a very interesting debate between
2   Paul Blanchard and Paul Federoff, both of the
3   Clark Institute, which is part of their
4   publications.
5        It's not -- it emanates directly from
6   the Clark Institute, which they take different
7   sides on the issue of how you are to manage
8   Gender Identity Disorders.  But even in that
9   discussion, there is nothing that really deals,
10  as specifically with the questions that you
11  raise, that deal with the nuances of definition.
12       So, I don't know how that answers your
13  question, or whether it does answer your
14  question.  I would say there is very little in
15  the literature, that we could point to, that
16  would make either you or I comfortable, from a
17  scientific point of view, as to whether these are
18  settled issues or not.
19  Q   And well, I guess one thing, let me
20  just ask you.  When you talk about -- you made
21  reference to the fact that the science, in this
22  area, is weak -- I think was the term that you

20 (Pages 74 to 77)

Chester Schmidt, M.D.                                    February 21, 2007

Baltimore, MD

Page 86

1  know, I think that's worthy of reconsidering.  I
2  don't know.  I think, at this point, I could go
3  either way.
4      Q   And with respect to adults, do you feel
5  as though there are ever cases where sex
6  reassignment surgery is the appropriate course of
7  action, for adults with Gender Identity Disorder?
8      A   As an individual decision, yeah.  I
9  believe there are instances when, you know, it's,
10  from a medical perspective -- from my medical
11  perspective, that it's okay.
12     Q   And have you managed the care of any
13  patients, with Gender Identity Disorder, where
14  the patient underwent sexual reassignment surgery
15  under your care?
16     A   Yes.  Back in the seventies, when I was
17  more involved in doing some direct care.  Yes.
18     Q   And at what point did you stop becoming
19  involved in the direct care of patients?
20     A   Well, I didn't stop taking in the
21  direct care.  My role, really since the eighties,
22  has been confined to the work I do in the sexual

Page 87

1  behavior consultation unit at Hopkins, which I
2  founded in 1972.  Something like that.  With two
3  other people.  And from which I have gotten most
4  of my -- almost all of my clinical experience.
5          And my role has been confined to
6  that -- in that -- as an evaluator of new cases.
7  So that, around the teaching model that we have
8  created for the interns and the residents -- for
9  the residents and the medical students, we act as
10  the, sort of, the beginning point, if you will,
11  for patients who have GID.
12          And my particular role is as doing
13  those initial evaluations.  Because we get people
14  from all over the country, out of our, you know,
15  catchment area.  We will do the initial
16  evaluation and then refer them back, to where
17  they come from, for their psychotherapy and their
18  management.  Those that are local -- we have on
19  our staff and people in practice, who have
20  association with us, we make referrals to those
21  people for the continuing care of the patients.
22          So, if they are close by, either

Page 88

1  someone on our faculty will pick them up, or we
2  make a private referral.  If they are outside, we
3  will refer back to a network of people that we
4  have knowledge of, on a national basis.  People
5  we think have experience.
6      Q   Prior to becoming primarily an
7  evaluator of cases with GID, what did your
8  clinical practice involve before then, with
9  respect to the care of patients with GID?
10     A   Well, you know, on a continuous basis
11  for a period of maybe -- maybe through a period
12  of those seven or eight years, I always had in
13  treatment of one, two, or three patients, who had
14  come through the evaluation process, and which I
15  assigned to myself for the counseling slash
16  psychotherapy.  That's the beginning of the
17  process.
18     Q   In the course of your time directly
19  treating patients, and as well as being an
20  evaluator of new patients, did you ever encounter
21  patients who had a gender identity -- by which I
22  mean an internal sense of gender -- that was

Page 89

1  inconsistent with the sex role in which they had
2  been reared?
3          So someone who was, for example, raised
4  as a girl but they thought they were a boy on the
5  inside?
6      A   That's intrinsic to the disorder.  I
7  mean, what you are describing is most of the
8  patients.
9      Q   Okay.  And so just so that -- again, so
10  that's -- I'm just wanting to make sure that I
11  sort of understand, with respect to gender
12  identity as being something that has -- that has
13  developed not only as a result of sort of how an
14  individual is reared, but there is actually an
15  internal sense that may, in fact, not have been
16  influenced by how they are reared, because it's
17  something that they feel different about on the
18  inside.
19          Am I understanding that correctly?
20     A   No.  You completely lost me.
21     Q   Okay.  With respect to an individual's
22  gender identity --

23 (Pages 86 to 89)

Chester Schmidt, M.D.                                                    February 21, 2007

Baltimore, MD

Page 110

1    unethical.  Paul takes the position it's
2    medically unethical.
3           I think if a plastic surgeon wants to
4    do the plastic surgery on these patients, I don't
5    think that it's malpractice or medically
6    unethical.  Paul and other people on that end, I
7    think, would take that position.
8        Q    Okay.  Any other ways in which you
9    perceive your view as being different from Paul
10   McHugh and that end of the spectrum?
11       A    I think that's the guts of it.  I mean
12   that's the core issue.
13       Q    Other than this question, of whether or
14   not it is ethical for medical providers to
15   actually provide care to individuals with Gender
16   Identity Disorder, how would you perceive your
17   view as being different from those in the Paul
18   McHugh camp, with respect to the benefits of
19   gender transition as a course of treatment for
20   those with Gender Identity Disorder?
21       A    I'm thinking how Paul or others like
22   him would deal with the issue of the follow-up

Page 111

1    studies, in which there are reported satisfaction
2    results as compared -- you know, I think he would
3    just brush them aside.  Or they would just brush
4    them aside as being non scientific.  It says they
5    would be anecdotal with a huge sampling bias.
6        Q    And what is your view on those studies?
7        A    Well, I think they are basically
8    anecdotal.  They are not the highest level of
9    scientific -- as we talked about before, if you
10   stratify scientific evidence, from class A down
11   to class D or E, those kind of studies are way
12   down here (gesturing).
13          But they are the only evidence that we
14   have got.  So, we are kind of stuck with the fact
15   that it's far less than perfect, or far less than
16   very scientific.
17       Q    So, would you say that you share Dr.
18   McCue's dissatisfaction, you know, with the
19   science that's out there?
20       A    No.  As I said very earlier, my opinion
21   is that the science is weak.
22       Q    Okay.  So, in --

Page 112

1        A    I'm not going to foist that off on to
2    Dr. McHugh.  You know, I'll take responsibility
3    for that view.
4        Q    Okay.  So, in your view, is there any
5    credible science out there, one way or the other,
6    about what produces an individual's gender
7    identity?
8        A    No.
9        Q    And so, how have you arrived at your
10   view of what gender identity is?
11       A    Principally, through my clinical
12   experience.  And, of course, you know, thirty-six
13   years of reading.  A process like this really
14   forces one to sharpen one's views, when you are
15   under oath, and, you know, you have to be careful
16   of what words you say and what the words mean.
17   This has a remarkable ability to focus the
18   concentration.
19          So that, you know, it's an accumulation
20   of thirty-six years experience.  Experience,
21   reading, talking to colleagues, going to
22   meetings.  You know, this comes at the tail end

Page 113

1    of that thirty-six years.  But it's cumulative.
2    And -- it's cumulative.
3        Q    And, in your view, is there credible
4    science, one way or the other, regarding the
5    question of whether or not an individual can have
6    a female hypothalamic sex, but male chromosomes?
7        A    Well, I think you are talking, again,
8    about the androgen insensitivity syndrome.  And
9    you know, fortunately, it's a pretty rare
10   occurrence.  So, in those cases, there is -- I
11   can't -- I'm not familiar with any autopsy
12   studies, per se, looking at the -- some of the
13   specific morphologic changes, that can be
14   identified in the brain, associated with the
15   masculinization of the brain.
16          They may exist.  But I don't know -- I
17   have not read them.  But certainly, in that
18   instance, you have an XY configuration.  And
19   because the testosterone is blocked from the
20   receptor sites within the brain, the brain
21   doesn't get masculinized.
22       Q    Any other science on this topic that

29 (Pages 110 to 113)

Chester Schmidt, M.D.                                                February 21, 2007
Baltimore, MD

Page 114

1  you are familiar with?
2      A  That I could cite today, no.  But I
3  know that there is -- Zhou or somebody who has
4  done some studies.
5          THE COURT REPORTER:  I'm sorry, Zhou
6  what?
7          THE DEPONENT:  I think his name is
8  Zhou.
9          BY MS. McGOWAN:
10     A  And I looked at them.  But they weren't
11  particularly meaningful for me.  I didn't think
12  much of them.  So -- but that's all I can say
13  about it today.
14     Q  Do you recall why you didn't think much
15  of it?  Were the studies not peer reviewed?
16     A  No.  They were peer reviewed.  I just
17  didn't -- they just didn't speak to me as they
18  say.
19     Q  And are you familiar or are you -- do
20  you know of any credible evidence -- scientific
21  evidence -- of whether or not gender identity is
22  or is not a factor in determining sex?

Page 115

1      A  No.  How could that be?  I mean, from
2  my point of view, gender identity and sex are
3  different.  One is a biologic reality.  The other
4  one is a social process.  I mean, your question
5  doesn't make sense to me because of my opinion
6  and my view.
7      Q  Before I move on, is there any other
8  way in which you perceive your views to be
9  different from Paul McHugh and those at that end
10  of the spectrum, as you have described it?
11     A  No.  But I'm sure there are.  But you
12  would have to ask some specific questions.  I
13  can't conjure that up for you.
14     Q  Okay.  As we go throughout the day,
15  we'll see if there are places we can explore that
16  further.
17         With respect to gender identity, in his
18  report -- and I'm sorry -- okay.
19         In Dr. Bockting's report, which is
20  exhibit thirty-six, at page five, sub paragraph
21  B, Dr. Bockting states that:
22         Gender identity is believed to be

Page 116

1  established early in life by the ages of two to
2  three years.
3          Do you disagree with that statement?
4      A  No.
5      Q  And in -- let me make sure I can point
6  you to the right place, so that there is no
7  dispute about the part of Dr. Bockting's report
8  that I am asking you about.  On page fourteen of
9  Dr. Bockting's report, which is paragraph
10  thirty-two, Dr. Bockting says in this report, and
11  then I believe he sort of reiterates it in his
12  supplemental report, that:
13         Gender identity can be viewed as the
14  sex of the brain which, once established, cannot
15  be changed.
16          Do you disagree with that statement?
17     A  Let me find it.
18     Q  In paragraph thirty-two, it's the third
19  line on to the fourth.
20     A  I'm reading the whole thing with the
21  context.
22     Q  Sure.

Page 117

1          (The deponent is reading the document.)
2          BY MS. McGOWAN:
3      A  No.  I don't agree with that.
4      Q  Okay.
5      A  No.
6      Q  What is the basis for your
7  disagreement?
8      A  Well, everything that I have said
9  before.  I mean, he -- if I read this correctly,
10  in this context, gender identity can be viewed as
11  the sex of the brain.  He is stating, to me, that
12  the gender identity is a direct consequence of
13  the sex of the brain.  And I think that's totally
14  incorrect.
15         I believe that the gender identity is a
16  social process and is not related to the sex of
17  the brain.  And if we trace back to earlier
18  testimony, that disassociation or that difference
19  is clearly manifested in the intersex conditions,
20  and the treatment of those intersex conditions,
21  where the sex of the brain can be completely
22  overridden, and a gender identity discordant with

30 (Pages 114 to 117)

Chester Schmidt, M.D.                                                                                February 21, 2007

Baltimore, MD

Page 118

1    the sex of the brain can result in what is
2    reported to be a satisfied normally functioning
3    person in the cross gender role.
4         So, I'm at a complete loss, given the
5    reasonable rigor of the rest of his report, for
6    him to make that statement. It's a total error
7    in so far as I'm concerned.
8         Q  And so, by sex of the brain, you, if
9    I'm right, are talking about biologically as
10   opposed to sort of psychological, what the
11   brain is telling the body that the sex is?
12        A  Well, yeah. I mean, let me -- let's
13   look at the rest of that statement. That
14   paragraph. Once established cannot be changed.
15   All right?
16        Q  Right.
17        A  All right? So, once the brain is
18   masculinized or not masculinized, it's fixed.
19   So, you know, it seems to me he is -- you know,
20   in terms of the logic -- the scientific logic --
21   he is mis stepping all along here. I don't --
22   you know, unless he has a totally different

Page 119

1    notion of what masculinizes or doesn't
2    masculinize the brain, that is the difference --
3    you know, what is a female brain, what's a male
4    brain.
5         And if that's the case, then there may
6    be consistency here. But without knowing what he
7    means, you know, from my position, those are --
8    he is just flat out wrong and inconsistent.
9         Q  And just so that I'm clear, you agree
10   that the sex of the brain cannot be changed once
11   it has biologically been masculinized?
12        A  Yes. The biologic fixing is -- I would
13   agree with him, once it's fixed, it's fixed. It
14   cannot be changed.
15        Q  And it's --
16        A  At least from what we know today, you
17   know. Who knows to the future? But there is no
18   scientific evidence that says that, you know,
19   after the fact, that you can re masculinize --
20   that you can change the masculinization process
21   and revert to female, or take a female brain and
22   post -- post birth, post that critical period in

Page 120

1    utero, when exposure or non exposure takes place,
2    that you can change the morphology of the brain.
3         Q  Okay. So that I'm clear, to the extent
4    that -- if Dr. Bockting is using sex of the brain
5    to mean the biologic morphology of the brain --
6         A  Yes.
7         Q  -- then you disagree with him to the
8    extent that gender identity is the same as the
9    biological sex of the brain.
10        A  Correct.
11        Q  Okay. Do you think that there is such
12   a concept as a psychological sex of the brain?
13        A  Well, I think -- I mean that's a -- in
14   terms of relativism -- again, I'll go through my
15   patient experience.
16        When patients are making this decision,
17   they will, on an individual basis, based on their
18   perception of what the cross gender role should
19   be, they will create for themselves a set of
20   characteristics, attitudes, and behaviors, that
21   become consistent, internally, with what they
22   believe should be those personalities, attitudes,

Page 121

1    and behaviors for their function in the cross
2    gender role.
3         Not all of them do it. I mean, I've
4    had a patient recently say I don't care. I don't
5    care how I look. I don't care what people
6    perceive me as. I'm not going to change my
7    voice. I'm just going to -- I just want to live
8    in the cross gender role. I don't care. I'm not
9    going to try to do any of those things.
10        Most patients want to be perceived, by
11   other people, as the cross gender -- in the cross
12   gender role in an appropriate -- socially
13   appropriate -- fashion. So, they will tailor
14   make, for themselves, how they should act, how
15   they should be, when they are functioning in that
16   role.
17        To that extent, they are creating a
18   psychological construct in their mind, and to the
19   degree that part of that construct is what they
20   think the female -- what they think the female
21   psychologies will be if it's male to female.
22   They will do that.

Alderson Reporting Company
1-800-FOR-DEPO

Chester Schmidt, M.D.                                           February 21, 2007

Baltimore, MD

Page 126

1  identity is something that can be changed, at
2  which point you used the word consolidated.
3       But the question originally was whether
4  or not an individual's gender identity could be
5  changed through therapy or other mental health
6  treatment.
7    A  Yeah.  I think it could be consolidated
8  in either direction, depending upon where the
9  patient is.  Many of the patients, that I have
10  seen over the years, are ambivalent about their
11  decisions.  It's not like they are a hundred
12  percent sure that they want to live as a male or
13  as a female.
14       And a really good example of that are
15  the aging transvestites.  These are guys who have
16  been transvestitic most of their lives.  It's
17  been a paraphilia that they have lived with, for
18  many of them, quite successfully for -- you know,
19  beginning in -- some prepubescent, some
20  adolescent, and then carry it on into their adult
21  life.
22       Tom Wise wrote a wonderful paper, a

Page 127

1  number of years ago, looking at a bunch of these
2  men and following them.  And what he discovered
3  was that their interest in changing their gender
4  identity, living in the cross gender role, was
5  directly related to the presence of a comorbid
6  condition.  Namely, depression.
7       When these guys get depressed -- when a
8  certain segment of these transvestitic men,
9  usually in their forties and above, they get
10  depressed.  It's absolutely the new appearance.
11  There is no prior interest, at all, in having
12  been female.  The only thing they have done is
13  they have cross dressed for the purpose of sexual
14  gratification.  It's a paraphilia.  I am assuming
15  you know what transvestism is.
16       So, this group -- within the total
17  group of transvestites, there is this sub group.
18  But when they get depressed, they suddenly become
19  interested in being surgically reassigned.
20  Hormonally and surgically reassigned.  You treat
21  the depression and their desire for -- their
22  desire for changing their gender goes away.

Page 128

1       They have another exacerbation of their
2  depression and all of a sudden they want to
3  change genders again.  You treat the depression,
4  it goes away.
5    Q  Okay.
6    A  So, there is an example of a treatment
7  process -- of a treatment that addresses a
8  condition -- not directly the GID -- but impacts
9  the GID very, very definitely.
10    Q  And am I right that transvest -- I'm
11  going to say this wrong -- transvestitic
12  fetishism --
13    A  Yes.
14    Q  -- is a different diagnosis than Gender
15  Identity Disorder?
16    A  That's correct.
17    Q  Okay.  And just so that I'm clear --
18    A  They are not mutually exclusive,
19  though.
20    Q  Okay.
21    A  You can have both.
22    Q  Okay.  With Gender Identity Disorder --

Page 129

1  does a diagnosis of Gender Identity Disorder
2  always indicate the presence of co-morbidities?
3  Or are there cases where individuals can have
4  Gender Identity Disorder without the presence of
5  any other co-morbidities?
6    A  Yeah.  There can be.  Sure.
7    Q  Okay.  In his report, Dr. Bockting
8  cites a 1999 study of Cohen-Kettenis and Gooren,
9  called transsexualism, a review of etiology,
10  diagnosis, and treatment.
11       Are you familiar with this study?
12    A  Yes.  I think I have read it.  Because
13  it's buried, in part, in her book --
14    Q  Um-hum.
15    A  Where is she from?  Holland?  Belgium?
16  Somewhere.  And I've read the book and some of
17  that work is in the book.  She focuses mostly on
18  adolescents.
19    Q  So, you are familiar with the study in
20  the context of it being cited in a book?
21    A  Here is the guy, Zhou.  That's Zhou,
22  Z-H-O-U.

Alderson Reporting Company
1-800-FOR-DEPO

Chester Schmidt, M.D.                                                February 21, 2007
Baltimore, MD

Page 130

1      Q   So, just to wrap up this question with
2   regard to the 1999 study of Cohen-Kettenis and
3   Gooren, have you actually read the study or are
4   you familiar with it only in the context of it
5   being cited in a book by --
6      A   In her book, yeah.
7      Q   Okay.  And I'm sorry, by her, who are
8   you referring to?
9      A   The lead author.
10     Q   Oh, Cohen-Kettenis?
11     A   Yes.  Cohen-Kettenis.
12     Q   Okay.  I'm sorry.
13     A   I believe that's her name if that is
14  the book.
15     Q   So, are you familiar with the findings
16  of this study?
17     A   I don't remember them specifically.
18  Why don't you just take me to where he cites it
19  and that will give me a clue?
20     Q   Sure.  On page fourteen of Dr.
21  Bockting's opening report, which is exhibit
22  thirty-six.

Page 131

1      A   All right.
2      Q   Exhibit -- oh, it's on page fourteen.
3      A   Um-hum?
4      Q   Paragraph thirty-two, he cites
5   Cohen-Kettenis and Gooren's 1999 study for the
6   statement; gender identity once established
7   cannot be changed.
8          And we have already established the
9   earlier disagreement you have with him, regarding
10  the use of gender identity as though it's sex of
11  the brain.
12     A   Okay.
13     Q   From a biological standpoint.
14     A   Yeah.  Well --
15     Q   So, I'm curious, if you are familiar
16  with this 1994 study, that he is citing?
17     A   I'm not -- I don't even know -- I can't
18  believe that it speaks to that issue.  That's so
19  convoluted of a statement.
20     Q   On page twenty, there is a list of his
21  references --
22     A   Yeah.

Page 132

1      Q   -- where he actually lays out the
2   specific citation to the 1999 study of
3   Cohen-Kettenis and Gooren.
4      A   Yeah.  She is the author of the book.
5   Here it is on 2003.  This Thousand Oaks, CA, I
6   assume is the publisher.  Now, which --
7      Q   On two up from there, is a 1999 study
8   in the Journal of Psychosomatic Research.  And my
9   question was if you were familiar with that
10  publication?
11     A   Specifically, no.  But I would be -- I
12  would be hard pressed to believe that there is
13  anything in there of value, regarding the
14  etiology, scientifically.  There is nothing.
15  There is just nothing out there.
16     Q   Is the Journal of Psychosomatic
17  Research a peer reviewed journal?
18     A   Sure.
19     Q   And are Cohen-Kettenis and Gooren
20  people who are well regarded in the field of
21  gender identity research?
22     A   I don't know them very well.  She has

Page 133

1   done the book, though.  I am assuming that she
2   has some authority in the field.
3      Q   Okay.
4      A   Listen, if the etiology -- if there is
5   any guess as to the etiology, it would be in big
6   lights all over the world and the country.  It
7   ain't there.  It just ain't there.
8      Q   So, in your view, this is still a very
9   open question with respect to the etiology?
10     A   Right.  I would say that science is in
11  its -- it may be in the fetal stage of
12  development.
13     Q   In the next sentence in his report, Dr.
14  Bockting cites two studies in support of a
15  statement:
16          Treatment attempts aimed at changing
17  gender identity, to become congruent with sex
18  assigned at birth, have not resulted in long-term
19  change.
20          First, let me ask you, do you agree
21  with that statement?
22     A   Well, he is summarizing.  It's not a

34 (Pages 130 to 133)

Chester Schmidt, M.D.                                                    February 21, 2007

Baltimore, MD

Page 134

1  matter of whether I agree or disagree. He is
2  summarizing his view of what those articles are
3  saying.
4         So, are you asking me if I disagree
5  with his summary?
6      Q  Well, yeah. I am asking, do you agree
7  that treatment attempts aimed at changing gender
8  identity, to become congruent with sex assigned
9  at birth, have or have not resulted in long-term
10 change?
11        Do you think that's an accurate
12 statement, as far as the state of knowledge in
13 your field?
14     A  I think we have already discussed that.
15 Where I said I think my assumption is that there
16 are -- that there are -- there have been
17 anecdotal studies, or case reports, in which
18 changes have taken place. And these authors
19 believe that it does not happen.
20        So, you know, you can find case studies
21 to go either way.
22     Q  Okay.

Page 135

1      A  Let me see what --
2         (The deponent is reading the
3  documents.)
4         BY MS. McGOWAN:
5      Q  And then, let me just ask you about the
6  two authorities that are listed in the
7  parentheses after that statement. The first one
8  is a 1984 publication of Cohen-Kettenis and
9  Kuiper, K-U-I-P-E-R?
10     A  Sure.
11     Q  Are you familiar with that article,
12 either in its original Dutch, apparently, or in
13 translation?
14     A  No.
15     Q  Okay. And then, he also makes a
16 citation to a --
17        (Ms. Russell returns to the conference
18 room at 12:24 p.m..)
19        BY MS. McGOWAN:
20     Q  -- 1965 article by Dr. Pauly. Are you
21 familiar with that article?
22     A  Yeah. I mean I read that years and

Page 136

1  years and years ago.
2      Q  Okay. And, in your view, does Dr.
3  Pauly's research, as encapsulated in that
4  publication, support the view that treatment
5  attempts to change gender identity do not result
6  in long term change?
7      A  Well, from this -- yeah. I think I do
8  in terms of his sense of what he did in this
9  review. Yes.
10     Q  And with respect to, you know, what Dr.
11 Pauly's sense of his review was, since I'm not
12 familiar with the article, what do you mean?
13     A  Well, I think he proved to himself that
14 he thought that it is not a long-term view. But
15 those were his cases. And he has a particular
16 point of view.
17     Q  Are you familiar with any scholarship
18 responding to Dr. Pauly's findings in that study?
19     A  No.
20     Q  Are you familiar with the individual
21 Kuiper, K-U-I-P-E-R, who is the author of the
22 1984 article?

Page 137

1      A  No.
2      Q  And I think we have established that --
3  are you familiar with Dr. Pauly?
4      A  Yes.
5      Q  Okay. Other than what we have
6  discussed, do you have any basis for discounting
7  Dr. Pauly's findings?
8      A  No. No.
9      Q  Okay. So, just to wrap up, with
10 respect to answer three in your report, you, at
11 the end of that first paragraph, say that:
12        This field of study is by no means
13 settled.
14        So, is it your view that there is --
15 that it's still unsettled whether or not biology
16 or biological factors has anything to do with
17 gender identity?
18     A  In my mind, no. I can't conceive, at
19 the moment -- I cannot conceive, at the moment,
20 visualizing how we are going to relate the
21 biology to a social process. The gender
22 identity, in which -- you know, I guess I have to

Alderson Reporting Company
1-800-FOR-DEPO

Chester Schmidt, M.D.                                    February 21, 2007

Baltimore, MD

Page 138

1  keep saying it over and over again -- in my
2  opinion, is a social process. That is not
3  biological. It's social.
4        So that, I don't see -- I don't see how
5  we can -- I can't conceive of how, at the
6  moment -- not to say it couldn't be done in the
7  future. Who knows? There might be some way of
8  pulling it together. But, at the moment, I don't
9  see a way of relating a social process directly
10 to the biologic process.
11    Q   Okay.
12    A   Yeah. I'll stop there.
13    Q   So, in your view, is the science
14 definitive that gender identity is only a social
15 process, and not, in anyway, linked to biological
16 processes?
17    A   No. No. I mean, to do that study --
18 to do those kinds of studies, you would have
19 to -- I think there are some clues in these
20 follow-up studies. I forget which one. There is
21 a one liner, in which -- I think it's in the
22 Mignon study, in which there is a one liner about

Page 139

1  the folks, who did the study, make a statement of
2  concern about the consistency in which the -- the
3  consistency of the gender identification process
4  is applied to the children in those studies.
5        John Money's -- John Money's, you know,
6  in the end of his career and his life, came all
7  apart. Because he falsified the data on a study
8  that was central to his thesis. You know, the
9  book by Diamond. Have you read that book?
10 That's not fair. I am not supposed to ask
11 questions.
12        Anyway, in one of his famous case
13 studies, he clearly hid and falsified data that
14 indicated that the twin brother, whose penis had
15 been burned off during circumcision -- and there
16 was attempt to raise that child in the cross
17 gender role as a female. And it failed
18 miserably.
19        The person eventually reverted to male
20 and then killed himself. And then, going back
21 into the data, it was clear that the family was a
22 chaotic dysfunctional family. And there was no

Page 140

1  consistency in the gender identification process
2  of the child. So, it was -- to me, there is no
3  wonder that that person had enormous
4  difficulties, in terms of not only the gender
5  identity, but in terms of many other aspects of
6  their life.
7        So, there are -- for me, there are at
8  least two examples of where research could go.
9  But how the hell would you do the study? You
10 would actually have to take an observer, and put
11 them in the family, from the day the kid came
12 home, until they achieved some sort of maturity,
13 to see if the family, the parents or the
14 caregivers, the extended family, was consistent
15 in its message with regard to the gender
16 identification process. That's almost
17 impossible.
18        But that's the kind of thinking, I
19 mean, I indulge in. In thinking how will you
20 test -- how would you test, scientifically, the
21 gender identification process, and the impact of
22 consistency versus inconsistency.

Page 141

1        You know, the other great case
2  example -- of course, it didn't work out in terms
3  of -- well, we don't know -- you know, Hemingway
4  was cross dressed by his mother for an extended
5  period of time during infancy. And he had
6  enormous problems. You know, probably more -- he
7  was probably more homophobic than he was confused
8  about his gender.
9        But, you know, that kind of
10 inconsistent message. Inconsistency within the
11 family and inconsistent across cultural lines,
12 between the family and the community, have
13 never -- you know, it's -- they have to be
14 studied. But I don't know how we can ever get to
15 the studies.
16    Q   So, is it your view that, because you
17 can't actually control for the social factors,
18 it's, in your view, virtually impossible to
19 actually engage in a study to determine whether
20 or not there are biological influences on gender
21 identity?
22    A   Well, somebody clever may well come up

36 (Pages 138 to 141)

Chester Schmidt, M.D.                                                    February 21, 2007

Baltimore, MD

Page 142

1  with a way of doing that.  The other thing to
2  remember, these are terms that are made up.  We
3  made these terms up.  Pulled them right out of
4  the air, as a way of trying to parse out some of
5  the issues associated with all of this.  It's not
6  like there is any historical background.
7          You know, we are talking about 1960's,
8  maybe the fifties.  You know, so these are made
9  up.  You know, human constructed terms that
10 have -- that don't -- are not derived from
11 science, per se.
12    Q  And with respect to this question of
13 evolving state of knowledge, I wanted to share
14 with you an article that I found on the internet.
15    A  Oh, good.
16    Q  Not surprisingly.
17    A  Not surprisingly, which we can mark
18 exhibit thirty-seven.
19       MS. McGOWAN:  We can mark this as
20 exhibit thirty-seven.
21          (Exhibit Number 37
22           was marked for

Page 143

1             identification.)
2       BY MS. McGOWAN:
3    A  May I take a look?
4    Q  Absolutely.
5       (The deponent is reading the article
6  marked as exhibit number thirty-seven.)
7       BY MS. McGOWAN:
8    Q  This is an article.  This is a nine
9  page printout of an article, that appears to have
10 been published in the Hopkins Medical News in
11 winter of 1999, called "Sexual Healing", by Jim
12 Duffy.
13          And I want to just ask you, turning to
14 the last page -- and I apologize, it looks as
15 though some of the punctuation in the article
16 comes up as question marks as opposed to either
17 commas or quotation marks.
18    A  Well, I'm not going to do it without
19 'stigating the whole thing.
20    Q  Sure.
21    A  All right?
22       (The deponent is reading exhibit number

Page 144

1  thirty-seven.)
2       BY MS. McGOWAN:
3    A  Okay.  All right.
4    Q  Okay.  On the last page, there in the
5  last paragraph, there is a comment attributed to
6  you, that I want to first, you know, establish is
7  something that was appropriately attributed to
8  you, or otherwise reflects your views.
9          I'm going to start reading from the
10 line that says:
11          The field has changed enormously since
12 the unit began, Schmidt says.  And it's going to
13 change still more.  As the scientific base of
14 human sexuality becomes enriched, and the brain
15 chemistry and the genetics are better understood,
16 that it's becoming more like the other fields in
17 medicine.  That is very much to the good, in my
18 opinion.  The more interventions you have in your
19 bag of tricks, the more patients you can help.
20          Is that a statement correctly
21 attributed to you?
22    A  I hope so.

Page 145

1    Q  Do you recall making a statement to
2  that effect or --
3    A  You know, I don't remember the
4  interview.
5    Q  Okay.
6    A  But this is what it is.
7    Q  Okay.  Does that statement -- is that
8  statement an accurate reflection of your views?
9    A  Sure.  Yeah.  I think I would say the
10 same thing today.
11    Q  How, in your -- how, in your view, has
12 the scientific base of human sexuality become
13 more enriched?
14       MS. RUSSELL:  I'm going to object.
15 Lacks foundation.  I don't know how -- you
16 haven't quite established how this relates to the
17 issue before the court.  But you can go ahead.
18 It's just an objection.
19       BY MS. McGOWAN:
20    A  Okay.  State the question again.
21    Q  Sure.  You know, in this quotation,
22 which we have established reflects your views,

37 (Pages 142 to 145)

Chester Schmidt, M.D.                                                    February 21, 2007

Baltimore, MD

Page 150

1      The use of low dose serotonin uptake
2  inhibitors, for premature ejaculation, really
3  works for some. I mean none of that existed.
4  There was nothing.
5      Q   And, with respect to knowledge about
6  gender identity, what, in your view, are the most
7  important scientific developments, if there have
8  been any, that have informed your view about the
9  relationship of gender identity and sex?
10      A   From my perspective, it's mostly in the
11  clinical realm. And, based upon my experience,
12  this notions that the -- the heterogeneity of the
13  patients -- when we started with gender identity,
14  we tended to -- you know, transsexualism; you had
15  it or you didn't.
16      And we made very little discrimination,
17  with regard to the individuation of the
18  individual circumstances of the patient's life.
19  You know, you either had it, you didn't. And
20  then, you went ahead and tried to work with it as
21  best you could.
22      But I think the cumulative years of

Page 151

1  clinical experience certainly demonstrated, to
2  me -- and I hope it's demonstrating to the field
3  out there, that these patients are very
4  heterogenous. And there is no one size fits all.
5  And that they have to be worked with -- you know,
6  you have got to create -- you have to evaluate
7  them.
8      You have got to create a formulation of
9  the base, make a diagnosis. And then, you design
10  the treatment plan. And that treatment plan has
11  to be trailer made, individual for the
12  individual. That is a change from where we
13  started.
14      With regard to the science,
15  unfortunately, there has not been a lot of
16  science. We are not much further ahead, in
17  understanding the etiology of this disorder,
18  whether it's biologic, whether it's a social
19  phenomenon -- the psychology. I mean it just
20  isn't there.
21      We have not done a good job of pressing
22  ourselves, scientifically. And, as I discussed

Page 152

1  before, part of -- a substantial part of the
2  reason is there just isn't any money. There is
3  no section in NIH or NIMH, that devotes any
4  attention to this. And the private foundations,
5  you know --
6      There is a lot of money now available,
7  because there is a lot of medications coming up,
8  principally for females, to help them. So, the
9  drug companies have a lot of money out there.
10  But there is nothing from the traditional sources
11  of funding for science, for this work. So, it's
12  really lagged behind.
13      So, I don't believe -- I don't believe
14  that we are much further ahead than we were
15  sixteen years ago, when I made that statement,
16  when it comes to GID.
17      Q   Okay. And just to wrap this up, and
18  then I think maybe we will take a lunch break, in
19  your view, is there any credible science with
20  respect to the relationship of gender identity
21  and sex, that has moved the ball forward, in your
22  view?

Page 153

1      A   No.
2      Q   Okay.
3      MS. McGOWAN:   So, let's take a break
4  here. If I can suggest we come back at 1:30.
5  It's a little bit shorter than our normal lunch
6  break.
7      MS. RUSSELL:   Sure. That's fine.
8      MS. McGOWAN:   Just so that we can keep
9  it moving. Thank you.
10      (Luncheon recess -- 12:47 a.m.)
11      (Afternoon session -- 1:31 p.m.)
12      BY MS. McGOWAN:
13      Q   So, we are now back on the record. I
14  wanted to ask you, Dr. Schmidt, we have been
15  trying to talk about your opinion about what is
16  sex, in the context of your report and,
17  obviously, your expert opinion, generally. And
18  there have been different elements that we have
19  discussed as part of that discussion.
20      In your report, you talk about sex as
21  being a biologic reality. Or biological reality.
22  There is also a discussion of sex in paragraph

Alderson Reporting Company
1-800-FOR-DEPO

Chester Schmidt, M.D.                                          February 21, 2007
Baltimore, MD

Page 154

1  one -- or answer number one -- of sex being
2  gonadal assignment at birth.  And then, we have
3  obviously also talked about sex as chromosomes.
4        And so, I guess I am trying to get my
5  handle on sort of what is your opinion, as far as
6  what is sex?  Is it all of these things?  Some of
7  them?
8        A   All of them?  What do you mean by all?
9        Q   Well, with respect to -- when you say
10 sex is a biological reality, what do you mean by
11 that?
12       A   Same answer I gave before.  It's based
13 on the chromosomes and the genes on those
14 chromosomes; XX, XY.
15       Q   And is that it?
16       A   Pretty much it.
17       Q   Okay.  But with respect to pretty much,
18 is there anything else, even if it's only a small
19 part that's part of sex?
20       A   Well, I think I -- you pointed me to
21 Dr. Bockting's inclusion of some other factors.
22 I see those things as, okay, I can include those.

Page 155

1  But they are consequences of the chromosomes in
2  the genes.  Okay?
3        So, you know, I wouldn't -- I'm not
4  going to argue that those things are related to
5  the -- or have a relationship to my definition of
6  sex.  Because they are also biologic.  They are
7  biologic consequences of the chromosomes and the
8  genes that are involved.
9        Q   Okay.  And so, when some biological
10 factors are female and some biological factors,
11 including chromosomes, for example, are male,
12 what sex is that person?
13       A   You have asked that before.  I mean, is
14 there anything different that you want me to
15 repeat the answer?
16       Q   Yes, please.
17       A   All right.  Now, which biologic -- when
18 you say biologic, what is male and what is
19 female?
20       Q   Well, let's say this, if chromosomes --
21 if the chromosomes are XY --
22       A   Yes.

Page 156

1        Q   -- and all other biological factors --
2  and if you can help me, maybe, spell out what all
3  those are so I'm not missing anything.  But if
4  all other biological factors are female, what sex
5  would that person be?
6        A   We are talking -- the only -- the
7  principle intersex condition, that I'm aware of,
8  in which that kind of stark disassociation
9  between, where you can get external female
10 genitalia, and you don't get any internal
11 genitalia, with the androgen insensitivity
12 syndrome, I believe.
13       I don't think there are formed ovaries.
14 I don't think there is a uterus.  Maybe a uterus,
15 but no ovaries, I think.  And you don't get --
16 you don't get complete -- you may have partial
17 exposure of the brain to testosterone.  It's the
18 androgen insensitivity syndrome.
19       So, there is a group of them.  Because
20 there is varying penetration of the
21 malfunctioning gene, in terms of how much of the
22 testosterone gets to the appropriate receptor

Page 157

1  sites.  So, in that rare intersex condition, I
2  would posit that, biologically, the person is --
3  the genotype is male.  The phenotype is female.
4        And in my definition, because the genes
5  don't do what they are supposed to do, so you get
6  a phenotypic female, but is basically a biologic
7  male, genotypically.
8        Do you understand it when I use
9  genotype versus phenotype?  Genotype is what are
10 the genes or the chromosomes.  The phenotype is
11 the expression of those genes and chromosomes.
12 And in the incidence that we are talking about,
13 this androgen insensitivity syndrome, the
14 appropriate, the proper, the normal manifestation
15 of those genes do not get expressed, because
16 there is a lacking.
17       I believe it's an absence of a
18 particular enzyme that blocks the -- that doesn't
19 lead to appropriate receptor site.  The receptors
20 do not act appropriately to the presence of the
21 testosterone.
22       Q   So, in that case, where an individual

40 (Pages 154 to 157)

Chester Schmidt, M.D.                                                    February 21, 2007

Baltimore, MD

Page 158

1  has one genotypic sex, and a different phenotypic
2  sex --
3      A  Yeah.
4      Q  -- what sex is that?
5      A  To me, I'll say it for the fourteenth
6  time, they are biologic males.  They are biologic
7  males.
8      Q  So, in your view, sex is chromosomes?
9      A  I think I have said it, you know,
10  fourteen, fifteen times now.  Yes.  That's
11  correct.
12      Q  Wrapping up something from this
13  morning, before we go on, I wanted to just ask
14  you, we were talking about sort of the range of
15  views about the topics we are discussing.  And we
16  talked about HBIGDA, the Harry Benjamin
17  Association being at one end of the spectrum.
18      And am I correct that you described the
19  Harry Benjamin view as being a minority view?
20      A  Yes.
21      Q  Okay.  And at the other end of the
22  spectrum, you talked about the view of Dr. McHugh

Page 159

1  and those who share his views, also, as a
2  minority view.  Is that correct?
3      A  That's correct.
4      Q  Okay.  Is there a majority view?
5      A  In so far as the field is so small, I
6  would say -- you know, I would say there is a
7  middle ground.  Whether you want to characterize
8  that as majority or not, you know, if we --
9  majority means numbers to me.  Probably not.
10      Maybe instead of a spectrum, you know,
11  it might be better to draw it as a triangle
12  rather than linear, with -- you know, like I
13  said, I believe I'm somewhere in the middle.  You
14  know, how far to the middle, whether dead center
15  or slightly to the left, or slightly to the
16  right, you know, you can decide.
17      But, you know, the model I'm drawing is
18  a linear model with poles at each end.  Now
19  maybe, you know, you could just as well
20  characterize it triangularly with those two poles
21  and then another group up here, and say it's more
22  triangular rather than linear.

Page 160

1      Q  Is there a view that has the largest
2  number of subscribers to it?
3      A  I would find that hard to answer.
4  Because I don't know anybody that has done a nose
5  count or a head count, and actually, you know,
6  said okay, if we somewhat artificially posit that
7  there are three separate groups, how many are in
8  this group, how many are in that group, and how
9  many professionals in this group.
10      I don't know where I would look to find
11  out the actual numbers.
12      Q  Would you say that your view is held by
13  the largest of the minorities that hold varying
14  views?
15      A  No.  I don't think so.  I think, within
16  the field of those of us who work with
17  these patients, I don't think that I would
18  characterize it that way.  However -- excuse me.
19  I'm just coming off some sort of viral event.  I
20  would bet that, if we took medicine in general,
21  and we could expose all of American physicians to
22  these issues, I would bet that the stance that I

Page 161

1  take would be a majority stance with regard to
2  today's community standard, with the approach to
3  the care of these patients.
4      In that -- most physician's -- you
5  know, physicians, our dictum is do no harm.  You
6  know, that's how we are trained.  You know, do no
7  harm.  And the ethical problem for physicians is
8  in doing harm.  The harm that's done to normal
9  tissue.  I mean, the -- but I think if we could
10  educate them -- if we could educate them, I think
11  that we could get them past that.
12      And where they would end up is saying
13  that the standard of care, in the service of
14  doing no harm, that the best that you could do,
15  under those circumstances, is leave the decision
16  in the hand of the patients, and not advocate for
17  the treatments themselves.  You know, these are
18  available.
19      If you -- if you are psychologically,
20  physically okay, and that you decide to do it,
21  it's not a whole lot different than deciding you
22  want breast augmentation, or you want to do a

41 (Pages 158 to 161)

Chester Schmidt, M.D.                                                    February 21, 2007

Baltimore, MD

Page 178

1  report, as part of your answer --
2      A   Now, of course, as you know, I'm going
3  to make -- so that that doesn't get spun in anyway, I
4  have already included myself in the group that
5  gives the -- that supports the hormones for the
6  obvious -- you know, for the cases I think it's
7  appropriate for.
8      Q   Yeah.
9      A   All right?
10     Q   Right.
11     A   Okay.
12     Q   Because you do not consider yourself to
13 be in the Paul McHugh camp?
14     A   That's correct.
15     Q   Okay.  In paragraph five of your
16 report, or answer number five to your report, you
17 say that individuals, who are diagnosed with
18 Gender Identity Disorder, wish to adopt the
19 opposite sexual identity and adopting the
20 opposite sexual role does not change one's
21 biologic sex.
22         And I just want to make sure that I'm

Page 179

1  clear.  What do you mean when you say adopting
2  the opposite biological -- I'm sorry -- adopting
3  the opposite sexual role?  What are you including
4  when you use that phrase?
5      A   Well, it's two part.  You have the
6  person chooses to live in the cross gender role.
7  And in such, to create consistency, they both
8  assume the cross gender identity, the sexual
9  identity, which remember we said we were going to
10 use the same word.
11         And to the degree that it suits their
12 purpose, they will try -- in my experience, what
13 they try to do is create a gender role, or a
14 sexual role, that is consistent with the gender
15 identity.  And that sexual -- that sexual and
16 gender role is their sense of what is expected of
17 them, and how to behave and act, and attitudes,
18 etcetera, in -- now living in the cross gender
19 role.
20         So, if I choose, as a male, to
21 transition to a female, into a female gender
22 identity -- and for the most part, most of the

Page 180

1  patients will construct for themselves a set of
2  behaviors that they believe are consistent with
3  the female role, for the culture in which they
4  find themselves.
5      Q   Okay.
6      A   Now, I gave you one exception.  You
7  know, this one case where he could care less.
8      Q   Okay.  So, in your view, are those
9  patients, who transition pursuant to the steps
10 laid out in the standards of care, simply
11 adopting the opposite sexual role?
12     A   Sure.  They are choosing -- they make a
13 choice.  A conscious choice.
14     Q   Right.  And so, for example, hormone
15 therapy, which is laid out as a step in the
16 standards of care -- correct?
17     A   Yes.
18     Q   In your view, is taking hormones simply
19 a form of adopting an opposite sexual role?
20     A   Well, for them, it furthers -- it
21 furthers that adaptation.  Because -- it does
22 lots of things.  And it does different things for

Page 181

1  different people.  There is the -- some of the
2  morphologic differences are very meaningful in
3  helping the person consolidate into the new
4  gender role.
5          Because -- I mean, you can't walk
6  around, day after day, being ambiguous about your
7  gender identity.  It will tear you apart,
8  psychologically.  So, once you have made the
9  decision, that you are going to live and function
10 in the cross gender role, there has to be some
11 constancy and consistency.  And the hormones go a
12 long way to doing that.
13         Now, there are patients, who
14 transition, who never take hormones.  Never get
15 surgery.  And they do very well.  They decide I'm
16 going to dress -- I'm going to dress, use
17 make-up, a little electrolysis.  And they happen,
18 some of them, to, you know, be slight in build
19 and are kind of pretty males, anyway, to begin
20 with.
21         And they don't even need hormones, some
22 of them.  And they don't want them.  And they are

46 (Pages 178 to 181)

Chester Schmidt, M.D.                                                    February 21, 2007

Baltimore, MD

Page 182

1    quite content in passing successfully without
2    hormones or surgeries. I draw to your attention
3    female impersonators. Some of them are
4    absolutely gorgeous. Many of them -- some of
5    them take hormones. A fair number of them don't.
6    Most of them are not operated upon. Maybe some
7    of them get breast augmentations.
8         So, it's quite variable. But, you
9    know, you can't generalize, as I said before.
10   It's because there are so many variations on the
11   theme. But for those who take hormones, it
12   does -- you know, there is a need to do that both
13   for the morphologic changes and for the
14   psychologic -- there is a psychologic value to
15   it, too.
16        The psychology being, well, you know,
17   now being on female hormones means, to me, that
18   I'm more female. You know, it's a very
19   subjective thing. I'm more female because I'm
20   taking female hormones. And because I can tell
21   myself that my hormonal status is consistent with
22   the way I want to be, and, now, with my

Page 183

1    developing morphology.
2         And if you can -- you then can extend
3    all of that to the surgery, itself. That much of
4    the service -- I mean, there are a fair number of
5    people, who get artificial -- who get vaginas
6    when they never use them. But the very fact that
7    they have a vagina creates that internal sense of
8    consistency, that is very important in
9    maintaining a balance, on a day to day basis, and
10   not having to bounce back and forth between, you
11   know, am I a male, or am I a female, or what, you
12   know.
13        Q   Okay.
14        A   That's a tough position to be in if you
15   can't resolve that. So, once you make that
16   decision, everything that you do, that can
17   reinforce the basic position, and support the
18   basic position that you are now taking, is
19   helpful.
20        Is very helpful in resolving the --
21   what has to -- the psychological work that has to
22   be done internally, by that person, to carry the

Page 184

1    whole thing off.
2         Q   So, in your view, does taking hormones
3    have any impact on the person's sex?
4         A   No. Not as I define sex. No.
5         Q   And is that because your definition of
6    sex means only chromosomes?
7         A   Yes.
8         Q   Okay.
9         A   It certainly has impact on gender
10   identity and gender role. Or sexual identity,
11   sexual roles.
12        Q   And --
13        A   Well, let me say it can. Not always,
14   but it can. Often, it does.
15        Q   And we can probably run through these
16   quickly. But just so that I'm clear, would you
17   agree that patients, with GID, often have various
18   other surgical procedures, prior to general
19   surgery, such as breast or chest surgery, and
20   that this is a step outlined in the standards of
21   care?
22        A   Well, they address breast augmentation

Page 185

1    in the standards. Yeah. Sure.
2         Q   Okay. And --
3         A   You know, we are talking about -- we
4    are talking, for male to female, it's breast
5    augmentation. For females, it's breast
6    reduction.
7         Q   Okay. And, in your view, neither
8    breast augmentation or breast reduction has any
9    impact on an individual's biological -- or on an
10   individual's sex?
11        A   No. Because you cannot change the
12   chromosomes.
13        Q   Okay.
14        A   And I narrowly -- I define sex as being
15   the chromosomal configuration, either male or
16   female.
17        Q   Okay.
18        A   Let me point out to you that, in the
19   DSM, under the section -- some of the content in
20   schizophrenia, that there is a sentence or two
21   that speaks to this issue of where you are going.
22        When pressed, people who have Gender

Alderson Reporting Company
1-800-FOR-DEPO

Chester Schmidt, M.D.                                    February 21, 2007

Baltimore, MD

Page 186

1    Identity Disorder don't tell you that they are a
2    different sex, in terms of the biology. Because
3    if they did, they would be delusional. And they
4    would have a different disorder. And that is
5    laid out in the DSM.
6        I mean, it's a world of difference
7    between a patient who says, look, I've made
8    this -- this is what I prefer, this is the way I
9    am going to live. If you press them, they are
10   not going to tell you that my -- you know, I was
11   an XY, now I'm an XX. They are not going to do
12   that. If they do, it is delusional thinking.
13   And there is another problem here.
14       Q   Okay. With respect to question number
15   six in your report, which is -- the question is:
16       What is the scientific etiology
17   regarding GID?
18       And we have talked, this morning,
19   somewhat, about etiology of sex and gender
20   identity. And just to make sure I close the
21   loop, what is your opinion regarding the state of
22   scientific knowledge, regarding the etiology of

Page 187

1    GID?
2        A   It's limited.
3        Q   Okay. And is it your view that it's
4    based only on case studies?
5        A   No. I mean, you are going to point to
6    these studies by Zhou, that are -- you know, are
7    not very convincing to me, and certainly hasn't
8    moved the field very far. But they are limited.
9    You know, if you want to show me ones that I have
10   missed, that speak to the specific issues of
11   science, there are a very limited number of
12   studies.
13       And the issue of whether there is a
14   biologic etiology of this disorder, that is
15   definitely not known. It has not been
16   demonstrated.
17       Q   In his report, Dr. Bockting cites a
18   1998 study by Pfaefflin, P-F-A-E-F-F-L-I-N, and
19   Junge?
20       A   Yes.
21       Q   J-U-N-G-E, called; "Sex Reassignment,
22   Thirty Years of International Follow-Up Studies

Page 188

1    after Sex Reassignment Surgery --
2        A   Yes.
3        Q   -- a Comprehensive Review, 1961 to
4    1999. Are you familiar with this study?
5        A   Yes. I've read that study.
6        Q   Okay. Did you take this study into
7    account when formulating your opinion about the
8    quality and quantity of science to support the
9    existence of GID?
10       A   Absolutely.
11       Q   Okay. And how did it inform your view?
12       A   Well, it is essentially a mega study.
13   What they did is they looked at a bunch of
14   studies. They brought them all together. And
15   they manipulated the statistics to come up with
16   an overall satisfaction rate, essentially. And
17   that got expressed as a number somewhere. You
18   know, eighty-seven percent satisfaction. But
19   that's not science.
20       That is -- those are multiple case
21   reviews that have no controls. There are no
22   controls in any of those studies. And there

Page 189

1    is -- I think that any serious scientists would
2    say that there is a high probability of
3    significant sampling bias. Now, the study is
4    what it is. And it is -- it does -- it does have
5    some value.
6        But in terms of grading scientific
7    studies, the value of the evidence, it's still
8    down here. It's not an A, B, or a C study.
9        Q   Okay.
10       A   Okay?
11       Q   Do you --
12       A   Now, in the absence of lots of other
13   things, it certainly is helpful. But it
14   certainly isn't great science.
15       Q   Do you disagree that Gender Identity
16   Disorder is a bona fide psychopathologic
17   disorder?
18       A   I'm on the fence at the moment. It's
19   another one of the -- this kind of work has
20   really pushed me hard, intellectually. And it's
21   helping me refine some of my thinking. And I
22   think there are many problems with the diagnosis.

48 (Pages 186 to 189)

Chester Schmidt, M.D.                                          February 21, 2007
Baltimore, MD

Page 190

1        For the moment, operationally, you
2   know, as a practical matter, I accept the
3   diagnosis.  But I certainly -- I certainly --
4   this work, and some other things that I'm doing,
5   is forcing me to take another look, personally
6   and professionally, at the legitimacy of that
7   diagnosis.
8        Q   Okay.  And what causes you to be
9   concerned about the legitimacy of GID as a
10  diagnosis?
11       A   Well, there are two aspects of it.  One
12  is the heterogeneity of the patient population.
13  It's so heterogenous it's hard for me -- first of
14  all, I can't even envision a scientific -- a
15  biologic basis for something that is so
16  heterogenous.  All right.  So --
17       All right.  Well, there are plenty of
18  diagnoses, in the DSM, that have no scientific
19  etiology at the moment.  But they have certain
20  heuristic value because they have been around for
21  a long time.  And this has been around since
22  1940, 1950.  Not officially until 1960 something.

Page 191

1   That's one aspect of it.
2        And the other is I'm really concerned
3   about the patient population, itself.  You know,
4   I lived through the decision to take
5   homosexuality out of the DSM.  And, you know,
6   there were lots of good reasons for doing that.
7   And I have the same concerns here.
8        I think, in the absence of there
9   being -- in the absence of there being any kind
10  of scientific support, vis a vis the presence of
11  the diagnosis, other than the fact that people
12  have been aggregated under the diagnosis, upon
13  the basis of self report, it's stigmatizing.  You
14  know, you come -- you know, I come in.  I see
15  you.  I've got a -- I am a GID.  I have got a
16  mental illness.
17       And with no basis for etiology for the
18  mental illness, and the stigma that's associated
19  with mental diagnoses, I'm not sure it should be
20  there.  I'm not so -- you know, I'm thinking we
21  ought to give real hard thought of taking out,
22  for the same reasons we took homosexuality out.

Page 192

1        And, in fact, you know -- and from a
2   political point of view, there is a merging, now,
3   of the agendas of the transgender with the gay
4   and lesbian agenda, from a political basis.  When
5   this all started, years ago, the GID patients
6   wanted absolutely nothing to do with a
7   relationship with the gay and lesbian community.
8   Because they did not -- they did not want to be
9   associated.
10       Because they believed they had a very
11  different -- they had a very different issue,
12  different set of issues.  And it appears, to me,
13  that those issues are sort of merging.  And the
14  issue of stigma, I think, is going to become an
15  increasingly important problem.  I don't know
16  what advantage there is.
17       I mean, there is -- so far as I can
18  see, there is no advantage for there being a
19  diagnosis for the population of patients.
20  Because they could access -- there is no
21  restriction to access of care, with the exception
22  of poor.  Poor people, who have to access

Page 193

1   Medicaid or Medicare.
2        There are some restrictions, I think,
3   also, in commercial insurances for the
4   treatments.  But, you know, I'm not sure that
5   would justify the -- or override the issue of the
6   stigma.  I mean, I -- you know, it's something I
7   think we all need to think about.
8        Q   And so, is it your view that there is
9   no scientific evidence, one way or the other, to
10  establish any biological cause for Gender
11  Identity Disorder?
12       A   There is absolutely none at this
13  moment.
14       Q   Okay.
15       A   It would be very helpful if there was.
16       Q   Is there scientific evidence sufficient
17  to disprove any biological basis for Gender
18  Identity Disorder?
19       A   No.
20       Q   So, this is still an open question?
21       A   Absolutely.
22       Q   Okay.  With respect to the etiology of

49 (Pages 190 to 193)

Chester Schmidt, M.D.                                           February 21, 2007

Baltimore, MD

Page 194

1  a GID, in your report, in paragraph six or answer
2  number six, you note that researchers are split
3  into many camps. And that some believe there
4  will ultimately be discovered genetic hormonal
5  neurophysiologic causes of Gender Identity
6  Disorder. And others believe that there are
7  multiple psychologic factors, child rearing
8  practices, and are sexually motivating factors at
9  play, in the development of GID.
10        Do you have an opinion about which of
11  these hypothesis, regarding the etiology of GID,
12  is or are more likely to be either proven or
13  deemed sufficiently established as opposed to
14  others?
15     A  I think the only way any progress is
16  going to be made, into answering that question,
17  is by people starting to find a way to segment
18  the population, in studying these segmented
19  groups.
20        You know, I'll make it a -- people who
21  transition so that they can be he-shes, in order
22  to prostitute themselves, are totally different,

Page 195

1  in every respect, from the bulk of women who
2  transition to males. The aging transvestites are
3  a totally different group compared to people who
4  come into GID early in their -- you know, into
5  their adolescents or into their early adulthood.
6        Individuals, who want to transition
7  because they are autogynephillic, both -- I mean,
8  Blanchard's work. They actually have a
9  paraphilia. And they get off by, initially,
10  visualizing themselves as a female, and then get
11  surgeries and the hormones in order to actually
12  act that out. You ever see, "The Silence of the
13  Lambs"?
14     Q  Yes. I have.
15     A  All right. Classic example of an
16  autogynephillic, you know, trans -- probably
17  transgendered individual. The killer. And
18  you -- you know, there are so many different --
19  there is so many clinical variance, that, until we
20  find a way to start studying the variance, that
21  we are going to unravel any of this.
22        So, there may be one group, in which

Page 196

1  biology plays a key role. But, in another group,
2  it's child rearing practices. Or, in another
3  group, it's the paraphilia. I mean, you couldn't
4  think of more -- three distinct processes. So --
5  and nothing is going to move ahead if everybody
6  gets lumped into the same group, GID, and the
7  same theories are applied across the board to all
8  GID, irrespective of their stories, their
9  backgrounds, their personalities. It ain't going
10  to happen.
11        What happens, when you do that, is like
12  when you give psychological studies to a group
13  of -- any kind of group, and it's very disparate,
14  everything mushes out. You get no findings until
15  you segment the group into groups -- until you
16  create distinct groups. That's when we are going
17  to be able to make headway. And it isn't going
18  to happen until we do that.
19     Q  Do you have an opinion about which of
20  these theories you suspect is more likely to bear
21  fruit or be proven, assuming research can be
22  done?

Page 197

1     A  I'm more of a clinician. I don't --
2  I'm not going to -- I can't pass myself off as
3  a -- I'm certainly not a basic scientist. You
4  know, it's unlikely that I am going to answer
5  those questions. I think I know what direction
6  somebody -- I hope we can get some young people
7  to get interested in the science and do this
8  work.
9        Because I think that's where the
10  answers are. And, as I said, I suspect that it's
11  going to be -- you know, the etiology is going to
12  be different for different segments of the
13  patient pool. I don't think we are going to find
14  a silver bullet that explains this incredibly
15  heterogenous pool.
16     Q  And is that because you think Gender
17  Identity Disorder, the diagnosis simply covers
18  too many different types of people?
19     A  Well, you are characterizing it. I'm
20  saying that the fact is that it's quite
21  heterogenous. But I would not use the word too
22  many.

50 (Pages 194 to 197)

Chester Schmidt, M.D.                                                                February 21, 2007
Baltimore, MD

Page 202

1      A   Yes.
2      Q   Okay.
3      A   It's never been replicated.
4      Q   And --
5      A   I mean, you -- I hope you -- well, that
6   finding would be of incredible importance, but
7   there has been no replication.
8      Q   Are you aware of attempts to replicate
9   the study being unsuccessful?
10     A   I believe so.  Yeah.
11     Q   Okay.
12     A   I think that is such an important
13  finding, that it has to be replicated.  Unless
14  it's replicated, it's not going to be -- it's not
15  going to have much impact.
16     Q   Okay.  Are you aware of how many
17  attempts have been made to replicate the study?
18     A   No.
19     Q   Okay.  At that point in his report, Dr.
20  Bockting also cites to a 1995 study, by Swaab and
21  Hofman, called; "Sexual Differentiation of the
22  Human Hypothalamus in Relation to Gender and

Page 203

1   Sexual Identity".
2          Are you familiar with this study?
3      A   I'm sorry, which one is that one?
4      Q   Sorry, Swaab and Hofman report, he
5   cites in his supplemental report.  It's a 1995
6   study called -- he cites the study in paragraph
7   four of his supplemental report, and then lists
8   the title of the article on page four in his list
9   of references.
10         The article is called "Sexual
11  Differentiation of the Human Hypothalamus in
12  Relation to Gender and Sexual Orientation".
13         Are you familiar with this study?
14     A   No.
15     Q   And Dr. Bockting also, in paragraph
16  four, cites a 1995 study by Zhou, Hofman, Gooren
17  and Swaab, called; "A Sex Difference in the Human
18  Brain and its Relation to Transsexuality".
19         And are you familiar with this study?
20     A   Yes.
21     Q   Okay.  Is it a -- are the findings in
22  the study findings that you found credible?

Page 204

1      A   They are credible, but the inferences I
2   don't think are.
3      Q   And -- and I'm sorry, by inferences,
4   what do you mean?
5      A   That there is a direct relationship
6   between the findings and transsexuality.
7      Q   Okay.
8      A   It's inferred.  It's not -- I don't
9   really think that there is -- that it's any kind
10  of conclusive proof for the relationship.
11     Q   Does that study, in your view, warrant
12  further research about whether there might be any
13  relationship between the brain and
14  transsexuality?
15     A   Of course.  Yes.
16     Q   Okay.  With respect to these three
17  reports -- I think two of them that you said you
18  were familiar with -- did these studies inform
19  your opinion about what the research suggests
20  regarding the etiology of Gender Identity
21  Disorder?
22     A   It suggests the direction of the

Page 205

1   research.  But it certainly doesn't suggest that
2   there is a scientifically supported basis for
3   GID.
4      Q   Okay.  And so, the question is one that
5   is still open and needs more research.
6          Is that your view?
7      A   Yeah.  Yes.
8      Q   In your report, at question nine, you
9   asked; is the term sex synonymous with the term
10  GID.  Obviously your answer is there.  I just
11  want to ask you if there is anything else that
12  you would like to offer, as your opinion, on that
13  topic?
14     A   No.  I think it's as I said it.
15     Q   Okay.  With respect to question ten,
16  question ten is; does sex reassignment surgery
17  change a person's biologic sex.  And other than
18  what we have discussed today, do you have
19  anything else that is part of your opinion with
20  respect to that question?
21     A   No.
22     Q   Okay.

Page 206

1    A   No.
2    Q   You state here that, you know, plastic
3  surgeries are procedures that alter the
4  morphology of an individual's body.  Would you
5  agree that there are surgical procedures, that
6  are part of gender transition, that are not
7  plastic surgery procedures?
8    A   Yes.  I think the removal of the
9  ovaries and the uterus are gynecologic -- I put
10 them in gynecologic.  But I think that's -- okay.
11 Yes.  I would say they are gynecologic.
12   Q   Okay.  And so, am I correct that, in
13 your view, not withstanding any of the surgical
14 procedures that an individual may undergo as part
15 of a gender transition, your view is that one
16 never changes their biological sex?
17   A   Correct.
18   Q   Okay.  Because none of those surgeries
19 change an individual's chromosomes.  Correct?
20   A   Correct.
21   Q   Okay.
22   A   Nor could they.

Page 207

1    Q   Okay.  Do you think that a person, who
2  has undergone sexual reassignment surgery, should
3  be allowed to change the sex designation on their
4  birth certificate?
5      MS. RUSSELL:  Objection.  Relevance.
6  But you can answer.
7      BY MS. McGOWAN:
8    A   That's a legal issue defined by each
9  state.  And, you know, I can't -- I wouldn't
10 disagree with a state deciding that that could be
11 done.
12   Q   And is there a point at which you
13 believe individuals should be allowed to change
14 their sex on government documents?
15     MS. RUSSELL:  Same objection.
16     BY MS. McGOWAN:
17   A   No.  I think that -- you know, that
18 should be defined by the regulations, or
19 whatever, of the State that pertain to that
20 change.
21   Q   With respect to questions eleven and
22 twelve, which pertain to your opinions about

Page 208

1  intersex conditions --
2    A   Yes.
3    Q   -- is there anything else, with respect
4  to your opinion, about those questions that you
5  intend to offer in this case?
6    A   No.  I don't think so.
7    Q   Okay.
8    A   Let me just make sure and read the
9  questions themselves.  Make sure that those were
10 decent answers.
11     (The deponent is reading the document.)
12     BY MS. McGOWAN:
13   A   I'm getting there.  No.  I don't think
14 I have more to say about that.
15   Q   Okay.  Are all intersex conditions the
16 result of genetic abnormalities?
17   A   The only other category could be
18 congenital.  I don't think I know of any -- I
19 don't think I -- I don't know of any congenital,
20 non genetic syndromes, or situations that cause
21 intersex.  Not that there -- you know, that there
22 couldn't be, theoretically.  But I don't know of

Page 209

1  any.
2    Q   Okay.  And just so I'm clear, are you
3  aware of any cases where a child has ambiguous
4  genitalia, but clear normal either XX or XY
5  chromosomes?
6    A   Say that again.
7    Q   Sure.  Are there any cases in which an
8  intersex individual, or an intersex child, has
9  ambiguous genitalia, but does not have abnormal
10 chromosomal structures?  They are either
11 definitively XX or XY?
12   A   Oh, oh, no.  No.  Sure.  There are
13 the -- the Klinefelters XXY, XXXY.  I think there
14 are XY's with partial or incomplete Y's.  I mean
15 there are all kinds of translocations.  Not
16 translocations, but variations on the X -- the
17 direct X and Y.
18     So, I think there are a fair number --
19 there are a number of chromosomal conditions that
20 are aberrant, in that it's not just XY or XX.
21 They are -- I forget the term.  As I said,
22 something like Klinefelter Syndrome, which is

53 (Pages 206 to 209)

Chester Schmidt, M.D.                                                February 21, 2007
Baltimore, MD

Page 210

1  XXY, or XXXY.
2      And I think some of those conditions
3  also have genetic changes on the chromosomes
4  themselves, or the presence of the extra
5  chromosomes can create intersex conditions or
6  lead to intersex conditions.
7      Q   Okay.  And so ambiguous genitalia
8  always indicates some chromosomal abnormality?
9  Is that right?
10     A   I believe so.  Yeah.
11     Q   Okay.  On page six of your report, you
12 state that sex and sexual identity are not the
13 same.  Are there any other bases for your opinion
14 that sex and sexual identity are not the same,
15 other than what is discussed in your report and
16 what we have discussed today?
17     A   I don't think so.
18     Q   Okay.  And on page six of your report,
19 you state that:
20         There is no scientific evidence, to
21 date, to support the contention that transsexuals
22 are on a continuum of sexual identity determined

Page 211

1  by fetal brain exposure to varying amounts of
2  testosterone.
3          Are there any other bases for this
4  opinion, other than what is listed in your report
5  and what we have discussed today?
6      A   No.
7      Q   And am I right, you have never met the
8  plaintiff in this case?
9      A   I have not.
10     Q   Okay.  Are you offering any opinion
11 regarding the plaintiff's specific health
12 condition in this case?
13     A   No.  No.
14     Q   So, I believe we discussed, this
15 morning, the questions that you address in your
16 report are questions that were provided to you by
17 the government.
18         Is that correct?
19     A   That's correct.
20     Q   And I'm going to show you what we will
21 mark exhibit thirty-eight.
22         (Exhibit Number 38

Page 212

1          was marked for
2          identification.)
3      BY MS. McGOWAN:
4      Q   I'm showing you a document that the
5  government brought today to your deposition.  Do
6  you recognize that document?
7      A   I do.
8      Q   Okay.  And what is it?
9      A   It's a document from Ms. Russell to me,
10 about this case, and a list of questions that, as
11 you say, were generated by the government.
12     Q   Okay.  Did you have any conversation,
13 with the government, with respect to how to
14 formulate any of these questions?
15     A   With regard -- no.  I did not.
16     Q   Okay.  And I will show you a document
17 which we will mark thirty-nine.
18         (Exhibit Number 39
19          was marked for
20          identification.)
21     BY MS. McGOWAN:
22     Q   Do you recognize that document?

Page 213

1      A   Yes.  It seems to me pretty much
2  similar to this document, thirty-eight.
3      Q   And thirty-nine are similar?  Is that
4  what you are saying?
5      A   Yes.
6      Q   Okay.  And that --
7      A   One is -- the difference is one was
8  sent on the 30th, and one on the 13th of
9  November.  October 30th and November 13th.
10     Q   Okay.  And with respect to document
11 thirty-nine, that is actually a three page
12 document?
13     A   Um-hum.
14     Q   And the second and third page of the
15 document, what is that?
16     A   Those are my answers.  Those are my
17 answers to the questions.
18     Q   And did your answers change, at all,
19 from the draft, that you are looking at now, and
20 what you ultimately put in your final report?
21     A   I don't know.  I have to do a side by
22 side and take a look.

54 (Pages 210 to 213)