# Attachment C
(cont'd)

Schroer v. Billington, No.
05-cv-1090 (JR)

Page 232

```
 1              UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF COLUMBIA

 3

 4   -------------------------------x

 5   DIANE J. SCHROER,              : VOLUME II

 6              Plaintiff,          :

 7        vs.                       : Civil Action No.

 8   JAMES H. BILLINGTON,           : 05-1090(JR)

 9              Defendants.         :

10   -------------------------------x

11

12        TUESDAY, MARCH 13, 2007, 10:00 A.M.

13     DEPOSITION OF CHESTER W. SCHMIDT, JR., M.D.

14

15              Pursuant to notice, the deposition

16   of CHESTER W. SCHMIDT, JR., M.D., Tuesday, March

17   13, 2007, commencing at 10:00 a.m., at the United

18   States Attorney's Office, 36 South Charles Street,

19   Fourth Floor, Baltimore, Maryland 21201, before

20   Belinda D. Lomax, Notary Public.

21

22   Ref No.: 8869-6
```

Chester Schmidt, M.D.  March 13, 2007
Baltimore, MD

Page 233

1  APPEARANCES:
2  On behalf of Plaintiff:
3      SHARON M. MCGOWAN, ESQUIRE
4      KEN CHOE, ESQUIRE
5      American Civil Liberties Union Foundation
6      125 Broad Street, 18th Floor
7      New York, New York   10004-2400
8      (212) 549-2593 phone
9      (212) 549-2650 fax
10
11 On behalf of Defendant:
12     BEVERLY M. RUSSELL, ESQUIRE
13     JULIA K. DOUDS, ESQUIRE
14     U.S. Attorney's Office of the District of
15     Columbia, Civil Division
16     555 4th Street, North West
17     Room E-4915
18     Washington, D.C.   20530
19     (202) 307-0492 phone
20     (202) 514-8789 fax
21
22

Page 234

1  APPEARANCES (continued):
2  On behalf of the Library of Congress:
3      JESSIE JAMES, JR., ESQUIRE
4      CHARLES L. TETREAULT, ESQUIRE
5      Library of Congress
6      Office of the General Counsel
7      James Madison Memorial Building
8      Washington, D.C.   20540-1050
9      (202) 707-1595 phone
10     (202) 707-1594 fax
11
12
13
14
15
16
17
18
19
20
21
22

Page 235

1                  CONTENTS
2  EXAMINATION OF CHESTER W. SCHMIDT, JR., M.D.
3                              PAGE
4  BY MS. MCGOWAN                236
5
6  EXHIBITS                    MARKED
7  41 - Curriculum vitae         326
8  42 - Article                  353
9

Page 236

1               PROCEEDINGS
2        CHESTER W. SCHMIDT, JR., M.D.
3  having been duly sworn, testified as follows:
4               EXAMINATION
5  BY MS. MCGOWAN:
6     Q  Good morning, Dr. Schmidt.  I'm here with
7  my colleague, Ken Choe.  We're continuing your
8  deposition.  As you have been sworn, your testimony
9  today is under oath.  We went through a series of
10 instructions last time.  Unless you feel that you
11 would like me to go over them again, we can just
12 proceed with our questions.
13        The only thing that I will just sort of
14 remind you is that if you don't understand a
15 question, please ask me and I will be happy to
16 clarify it or ask it again.  If you do answer the
17 question, I will assume that you have understood
18 the question.  Is that okay?
19    A  Yes.
20    Q  And is there any reason that you would be
21 unable to give complete and accurate testimony
22 today?

Chester Schmidt, M.D.  
Baltimore, MD  
March 13, 2007

Page 241

1  case.
2      For example, schizophrenia is probably a
3  neurodevelopmental disorder and falls into the
4  disease model although there are behavioral,
5  dimensional and life story issues associated with
6  every case. The other cases, you know, that we
7  call the walking wounded, relatively mentally
8  healthy people who are stressed or anxious or
9  depressed, it's more likely their life story is a
10 predominant aspect of understanding their
11 particular case and the disease.
12     There may be some disease. There may be
13 some behavioral issues. There may be some
14 personality/dimensional issues at play, but the
15 life story is probably the predominant aspect of
16 that model that helps to understand their
17 particular case, or that particular case.
18    Q   And why did you discontinue your work on
19 this monograph?
20    A   Well, I haven't really discontinued it. I
21 just haven't -- I haven't completed it.
22    Q   In your thinking about this monograph, do

Page 242

1  you agree with this four-point framework that was
2  developed by Dr. McCue and Slavney?
3     A.  It's really not a matter of agreement or
4  disagreement. It's more a matter of finding an
5  appropriate way to apply the model to gender
6  identity disorders. I have had difficulty sorting
7  that out. So that has been part of the delay in my
8  completing that monograph.
9     Q   And have you consulted with either Dr.
10 McCue or Dr. Slavney in the course of your work on
11 this monograph?
12    A   No, not specifically about the monograph.
13 They are both colleagues at Hopkins. I see them
14 from time to time but I have not consulted with
15 them specifically about the monograph.
16    Q   Have you prepared any drafts of any
17 sections or portions of the monograph so far?
18    A   I have. I've got bits and pieces that I
19 have collected. I'm not very happy with it.
20    Q   During our discussion a few weeks ago, we
21 were talking about the various conclusions in your
22 report, and there were just a few I wanted to go

Page 243

1  over just to make sure that I am clear about your
2  response. Then we will tackle some new material
3     First, you testified that gender identity
4  is a social construct and not a biological fact; is
5  that right?
6     A   That is correct.
7     Q   You also testified that there is no
8  credible science either proving or disproving any
9  biological explanation for gender identity; is that
10 right?
11    A   That's correct.
12    Q   When I asked you whether you considered
13 this to still be an open question, do you recall
14 agreeing with me?
15    A   I do.
16    Q   So my question is if there is no credible
17 science either proving or disproving any biological
18 explanation for gender identity, then how are you
19 so certain that gender identity is exclusively a
20 social construct and in no way influenced by
21 biology?
22        MS. RUSSELL:  I'm going to object to the

Page 244

1  question. It misrepresents Dr. Schmidt's
2  testimony. If you understand, you can go ahead and
3  answer.
4         THE WITNESS:  Because it is -- it's an
5  aspect of sex that has been developed in the field
6  as an understanding of one aspect of sex. Other
7  aspects of things like gender role or sexual
8  orientation, they are -- they are, if you will,
9  made up of concepts that speak to the social
10 aspect, I believe, of sex and are, you know,
11 obviously have a relationship to sex but they are
12 not -- they are not biologic in the sense that sex,
13 I believe, is biological.
14 BY MS. MCGOWAN:
15    Q   And when you say "it is an aspect of sex,"
16 what is the "it" you're referring to?
17    A   In this case, it is gender identity
18 disorder. I mean gender identity.
19    Q   Okay. Do you believe that sexual
20 orientation is exclusively a social construct, or
21 do you believe that there is any biological
22 influences with respect to sexual orientation?

4 (Pages 241 to 244)

Chester Schmidt, M.D.  
Baltimore, MD  
March 13, 2007

Page 245

1  MS. RUSSELL: Objection: Relevance. Go
2  ahead and answer.
3     THE WITNESS: I think that has -- the
4  same issue applies. There is no credible
5  scientific support either for or against a biologic
6  basis for sexual orientation or necessarily for it
7  being a social construct. So that, to me, the
8  question is just as open as it is for gender
9  identity. But there has to be -- in my mind, there
10 has to be some sort of anchoring point. Otherwise
11 everything gets relative and then you get lost in
12 the relatively.
13    The one thing that we do know that's
14 biologically based is sex is determined by xx or xy
15 chromosomes, and that, I think, is pretty well
16 nailed down. The other things, the other aspects
17 of sex are these aspects that have been developed
18 as concepts that, as of yet, have no for sure
19 biologic basis.
20 BY MS. MCGOWAN:
21    Q  And when you say that these were concepts
22 that have been developed, developed by whom?

Page 246

1     A  By people, by scientists, you know,
2  clinicians and scientists in the field.
3     Q  If a person's sex is their chromosomal
4  configuration as xx or xy, then why aren't all
5  children genetically tested at birth to ensure that
6  the proper sex assignment is made?
7     A  I think that's a cultural, social, legal
8  issue.
9     Q  What do you mean?
10    A  Well, I don't know there is any precedent
11 for doing that. It certainly could be done, but
12 there is nothing that I know of that mandates that.
13    Q  Do you think it should be done?
14    MS. RUSSELL: I'm going to object: Lacks
15 foundation and relevance. You can answer if you
16 understand.
17    THE WITNESS: Do I think all you children
18 should be tested? Should be from what perspective?
19 I mean what's the "should be?" What's the context
20 in the "should be?"
21 BY MS. MCGOWAN:
22    Q  In order to ensure that the proper -- let

Page 247

1  me start again. In order to ensure that children
2  are assigned the sex at birth that is consistent
3  with their chromosomal configuration, do you feel
4  that children should be tested to ensure that their
5  medical records are an accurate reflection of what
6  you said is their true sex?
7     MS. RUSSELL: Same objections.
8     THE WITNESS: I think that the only
9  testing that needs to be done is when there is some
10 ambiguity about the sex of the infant as manifested
11 by the phenotypic morphology. That is if the
12 genitals don't look right or there is something
13 that raises suspicion about the chromosomes. Then
14 I think testing is appropriate. But for the -- for
15 all the rest of the 99 percent of humankind, I
16 don't think it's necessary.
17 BY MS. MCGOWAN:
18    Q  In the event of this ambiguity, should
19 only the chromosomes be taken into account when
20 assigning a gender to a child? Excuse me.
21 Assigning a sex to a child?
22    MS. RUSSELL: Objection: Relevance, but

Page 248

1  you can answer if you understand it.
2     THE WITNESS: Well, that's, as you
3  know -- I assume you have done the reading. There
4  is a real debate at this point. At one point in
5  time, it was thought that if there was ambiguity,
6  that the best option for the infant and child and
7  later to be adult was to -- was to do -- was to use
8  surgery and hormones to make the -- to make the
9  person as outwardly -- what would be the right
10 word? Would make it easy for the person to live
11 and function in usually the female role because
12 that's the way the surgery usually went, and that
13 surgeons and parents at that time, at one point in
14 time, felt very comfortable about doing that.
15    Now, as the literature has evolved, there
16 is real discussion about whether that decision
17 should be taken away from the child and that the
18 child should be raised, even if you are doing
19 whatever you can surgically with the genitalia,
20 what has to be done for certain kinds of functions,
21 principally elimination, and that even with
22 ambiguity, that the person be allowed to grow up

Chester Schmidt, M.D.                                                March 13, 2007
                           Baltimore, MD

Page 249

1  and then make the decision as to how they want to
2  have their genitalia, which is the principal issue,
3  appear and what gender role or gender identity they
4  wish to adopt as adults, and that they make the
5  decision. So I think that people are -- some folks
6  are of a different mind today than they were in the
7  '60s, '70s, and maybe the '80s.
8  BY MS. MCGOWAN:
9      Q  And recognizing that there are different
10 views out there, what is your view with respect to
11 whether or not chromosomes should be the
12 determining factor in the assignment of a sex to a
13 child?
14     A  Well, that's not a field. That's not
15 something that I do. So I don't -- I'm not going
16 to speak authoritatively about it. I think that's
17 probably, at this point, a decision that has to be
18 made by the parents.
19     Q  Do you agree that a child should be
20 allowed to grow up and develop their own gender
21 identity and be a participant in the decision about
22 whether or not to engage in any surgical procedures

Page 250

1  when they were born with ambiguous genitalia?
2      A  That's the same question you just asked.
3  You just asked it in a different way. I believe
4  that's -- I don't believe that that's something
5  that I feel -- that I feel -- I don't believe I
6  have enough contact with that clinical field to
7  take a position on that.
8      Q  Is the fact that chromosomes can't be
9  changed the reason, either in whole or in part, why
10 you believe that a person's biological sex is what
11 their chromosomal configuration would indicate?
12     A  Yes.
13     Q  I believe you testified earlier that a
14 person's hypothalamic sex is also something that
15 cannot be changed once there has been a
16 differentiation; is that right?
17     A  When you talk about the hypothalamus,
18 you're talking about those parts of the brain that
19 are affected by testosterone that then create what
20 we call a male brain versus a female brain?
21     Q  Yes.
22     A  I don't think they change either.

Page 251

1      Q  So if hypothalamic sex is also something
2  that cannot be changed, then why, in your view,
3  does chromosomal configuration matter more than
4  hypothalamic sex with respect to what an
5  individual's sex is?
6      A  Don't know that you I said that one is
7  more. It's the chromosomes that determine the
8  hypothalamic changes because the chromosomes are
9  the ones that determine whether there is going to
10 be testosterone or not, and it is the testosterone
11 or testosterone like substances that cause the
12 neurodevelopmental changes that cause the male
13 brain. So they are linked together.
14     Q  My understanding was, when we discussed
15 this last time, that I presented you with a hypo
16 where the genes of an individual were xy but all
17 other aspects, biological aspects of their sex,
18 hormones, internal and external genitalia, and
19 hypothalamic sex, were all female.
20         You described that as being phenotypically
21 female but genotypically male, that in that case
22 you would describe the sex of that individual as

Page 252

1  male?
2      A  Correct.
3      Q  So my question is to the extent that only
4  the one aspect, being chromosomes, is xy, is
5  designated male, but all other aspects, including
6  an aspect that likewise cannot be changed once
7  developed, being the hypothalamic sex, when all of
8  those are female, why, in your view, does
9  chromosomes trump everything else with respect to
10 what an individual's sex is?
11     A  Because I believe that, again, there has
12 to be an anchoring point from which you start when
13 you say what sex is from a biologic point of view.
14 So, in my opinion, the biologic configuration is
15 that anchoring point.
16         The fact that there are errors of nature,
17 you know, in very rare cases, that the hypothetical
18 that you gave could be any one of the symptomatic
19 deficiencies that don't allow the testosterone to
20 do what it normally does, to me, does not mitigate
21 the fact that there has to be an anchoring point to
22 be called sex.

Page 253

1  The fact that we have other social
2  constructs to understand gender identity, gender
3  role, sexual identity, those kinds of things, are
4  fine. They are very helpful constructs, but the
5  biologic anchoring point for me is the chromosomal
6  configuration.
7    Q  And why do you find the immutability of
8  the chromosomes to be the touchstone of sex?
9    A  Because that's what the field has defined
10 it as. I mean, that's what biologists consider sex
11 to be. Again, there has to be some kind of
12 anchoring point or you slip into a kind of
13 relativity that makes things a terrific morass.
14   Q  And are you aware of others in the field
15 of gender identity disorders who would define sex
16 more broadly than just chromosomes?
17   A  Oh, absolutely, sure.
18   Q  When we spoke during the first part of
19 your deposition, you said that the bases for your
20 definition of sex as chromosomal configuration were
21 the following, and I want go through this list to
22 make sure I have the complete list. The

Page 254

1  dictionary, your knowledge of the field of
2  sexology, your years of usage of the term, the fact
3  that your colleagues use the term sex in a similar
4  way, and the 1972 publication of John Money listed
5  in the references section of your report; is that
6  right?
7    A  Yes.
8    Q  Is there anything else that belongs on
9  that list?
10   A  For the moment, no. I can't think of
11 anything right at the moment.
12   Q  With respect to the dictionary, I just
13 want to clarify. Is there any particular
14 dictionary upon whose definition you are relying
15 for your conclusion that a person's sex is their
16 chromosomal configuration?
17   A  No, I don't think so. I think I looked at
18 a couple of them.
19   Q  Do you recall which ones you looked at?
20   A  I think the Webster and Oxford.
21   Q  Any others?
22   A  No.

Page 255

1    Q  Did you consult any medical dictionaries?
2    A  No, I didn't but that would be a good one
3  to look at, a medical dictionary. That's a good
4  thought.
5    Q  In your view, is there a definitive or a
6  couple of definitive medical dictionaries to which
7  you would look? I'm familiar with law dictionaries
8  but less obviously --
9    A  I think Coomb's, I think, is the principal
10 one, but I'm not sure about that.
11   Q  And with respect to the fact that you
12 mentioned your colleagues use the term sex in a
13 similar way, when I asked you which colleagues used
14 the term sex to mean chromosomal configurations,
15 you mentioned Dr. John Meyer, Dr. Tom Wise, Dr.
16 Paul McCue, all of who are affiliated with John
17 Hopkins; is that right? Do you recall that?
18   A  Yes.
19   Q  When I asked you if you were familiar with
20 anyone else that shares your view that sex is
21 chromosomal configuration, you said that at that
22 time, you couldn't think of anyone specifically.

Page 256

1  Today do you want to add anyone else to that list?
2    A  Well, I think if you ask any
3  nonpsychiatric physician what is meant by sex, they
4  are going to say that sex is male or female as
5  determined by chromosomes.
6    Q  And why do you think that?
7    A  Well, I'd bet you at least a beer on it
8  because I think it's common sense, I really do. I
9  think it's what we are all taught in medical school
10 by and large, and it's what the biology is.
11   Q  So have you had any specific conversations
12 that you're calling upon when you sort of make the
13 statement that nonpsychiatric physicians would
14 share your definition of the sex?
15   A  No.
16   Q  With respect to Dr. Meyer, has Dr. Meyer
17 published any work specifically addressing the
18 point that a person's sex is their chromosomal
19 configuration?
20   A  Not that I'm aware.
21   Q  Has Dr. Wise?
22   A  I don't think so.

Chester Schmidt, M.D.                                                                           March 13, 2007
Baltimore, MD

Page 257

1   Q   Has Dr. McCue?
2   A   I don't know he's done anything
3   specifically to the biology, but some of his
4   -- that piece that he did on surgical sex
5   certainly, I think, speaks to his position about
6   the biology of the issue that we're discussing,
7   yeah.
8   Q   What piece are you referring to?
9   A   It is called "Surgical Sex."
10  Q   What, his thesis in the article?
11  A   Well, he thinks that the surgical
12  reassignment surgery is unethical.
13  Q   And as either a separate conclusion or
14  part of that conclusion, does he discuss what we're
15  talking about here, namely what is sex?
16  A   I don't think specifically, but I think if
17  you read the article, you can infer what his
18  position is with regard to the logic, his logic.  I
19  don't want to -- my reading of his article is that
20  the logic is that the biology is not altered in
21  gender identity disorders, and that people are
22  normal x or xy males or females, and that it's

Page 258

1   medically unethical to be providing the surgery
2   that destroys normal tissue, and that it's the
3   only --
4         Although there are some stereotaxic
5   surgeries that are available for very difficult
6   cases or treatment resistant cases for obsessive
7   compulsive disorders and there have been some
8   stereotaxic brain surgeries for a couple other
9   disorders that have been done, kind of refinements
10  of the old lobotomies, which are, of course,
11  discredited, it is one of the few, if only,
12  psychiatric conditions that are treated by surgery,
13  and that it is totally inappropriate from his point
14  of view.
15  Q   And we discussed last time the fact that
16  you do not share Dr. McCue's view that it is
17  unethical categorically to perform sex reassignment
18  on individuals with gender identity disorders,
19  correct?
20        MS. RUSSELL:   Objection to the form.  You
21  can answer.
22        THE WITNESS:   That's correct.

Page 259

1   BY MS. MCGOWAN:
2   Q   But with respect to the premises that you
3   were discussing earlier with respect to the fact
4   that biology is not altered notwithstanding sex
5   reassignment, and that sex is chromosomes, those
6   are some of Dr. McCue's conclusions that you do
7   agree with, correct?
8   A   Yes.  If I'm reading him correctly and
9   inferring correctly, I would agree with those, if
10  in fact I am understanding his position correctly.
11  Q   On your C.V. and in your expert report you
12  state that you teach psychiatry at John Hopkins,
13  correct?
14  A   I do.
15  Q   How long have you taught psychiatry?
16  A   Probably 40 years now.
17  Q   Do you teach specifically about gender
18  identity in all of your courses?
19  A   In all of my courses?
20  Q   Right.
21  A   No.  The only place we teach medical
22  students and house staff or residents about gender

Page 260

1   identity is within the context of the sexual
2   behavior consultation.  We do do -- we are
3   responsible -- and from time to time I do it and
4   sometimes I don't do it -- we are responsible also
5   for the year one and two courses, I think, in human
6   sexuality in which there is, I think, one lecture
7   on gender issues.  But the bulk of my teaching
8   experience with regard to gender identity disorders
9   is within the clinic that I co-founded 36 years
10  ago.
11  Q   And is it accurate to describe the clinic
12  as more of a specialized program within the
13  psychiatry department?
14  A   Absolutely, yeah.  It is devoted to human
15  sexual disorders.
16  Q   When was the last time that you taught
17  about gender identity?
18  A   Two weeks ago.
19  Q   And in the clinic setting, do you teach
20  exclusively about gender identity disorder, or do
21  you also discuss gender identity as a concept more
22  generally?

Page 281

1  pass in the cross gender role, and demonstrating
2  pretty much to the person, because that's the
3  person that counts, that they done get the job.
4      Q   The person that you're referring to is
5  the therapist?
6      A   No, the patient.
7      Q   Okay.
8      A   Then if they fulfill that process or
9  carried it off and they wanted surgery, then most
10 of the patients don't ask for a referral. They
11 know who they want to go to. My role in those
12 cases was then to write a letter saying that the
13 patient had worked with me, had met these criteria,
14 and that there were no contraindications for the
15 surgery.
16      I never recommended for or against and
17 don't recommend for or against because, as I think
18 we talked about in the previous part of the
19 deposition, I strongly believe that this is an
20 elective decision that has to be made by the
21 patient, that the therapist and the care giver
22 should take a completely neutral role in the

Page 282

1  decision making.
2      Q   During that --
3      A   Except when there are contraindications,
4  either medical or psychiatric and/or medical.
5      Q   During that period in the 1970s when you
6  were involved in the treatment of the patients,
7  roughly how many gender identity patients were
8  under your direct care in the course of a year,
9  say, on average?
10     A   Probably no more than two or three a year
11 because this was a specialty and it was only a part
12 and today it's only a portion of what I do. It's
13 not what I do 100 percent. So I never carried more
14 than two or three patients at a time.
15     Q   With respect to these patients, do you
16 recall roughly how many patients for whom you
17 ultimately wrote the letter that you were
18 describing explaining that you were satisfied that
19 there were no comorbidities?
20     A   I probably only had to write maybe a half
21 a dozen letters because, first of all, I never saw
22 more than two or three patients a year, and many of

Page 283

1  the patients don't make it. They just don't have
2  the wherewithal either emotionally, intellectually
3  or financial, or a combination of those things to
4  have met those criteria. It's not easy.
5      Q   During the time in the '70s when you were
6  treating patients, you mentioned that this was a
7  portion of your overall workload. What percentage
8  of your time were you spending on the treatment of
9  gender identity patients as opposed to other areas
10 of your work?
11     A   Well, I think you want to put it in terms
12 of the clinical, the clinical load that I did. So
13 I think it would represent no more than 10 or 15
14 percent of my clinical activities. That is for the
15 treatment side. The evaluation side would add
16 another five or ten percent. So somewhere between
17 15 and 20 percent of clinical work, the other being
18 general outpatient work and inpatient work.
19     Q   Was your outpatient and inpatient work,
20 this other roughly 80 to 85 percent, was that with
21 gender identity patients?
22     A   No. That's with general adult psychiatry

Page 284

1      Q   Actually, I will take this out so you can
2  refer to it if you need to. It's Exhibit 34, which
3  is your report. I will direct you to Paragraph 7,
4  is what I'm referring to.
5      In Paragraph 7 of your report you say that
6  you have not treated or managed cases of GID since
7  the mid 1980s, but as we discussed in the previous
8  deposition and as you mentioned in your report, you
9  continue to evaluate patients who come to the
10 Sexual Behavior Consultation Unit. Do I have that
11 correct?
12     A   Yes, you do.
13     Q   So during the period from the mid '80s,
14 when you ceased managing cases, how many patients
15 on average would you say you evaluated per year?
16     A   As I said, it's probably -- as I said, I
17 probably am involved with something in the range of
18 12 cases a year.
19     Q   After making or -- in the cases where you
20 are evaluating, are you ever being asked to provide
21 a second opinion or confirm somebody else's
22 diagnosis, or are you usually making the diagnosis

Page 285

1  in the first instance?
2      A  I would say in most of the cases, the
3  diagnosis in the first instance although some of
4  the cases, you know, have been through the hands of
5  other people or other institutions and have come to
6  us for another opinion. It's not so much another
7  opinion. I guess you can say another opinion, but
8  they don't like what they got elsewhere or they are
9  very concerned about what they got elsewhere.
10         We have seen cases that have been
11  incredibly mishandled, and either the patients or
12  frequently parents recognize that they are going
13  down the wrong trail and have to change, you know,
14  get other people involved because things are going
15  terribly poorly. So I guess you could say that's a
16  second opinion, but it's really -- it's more a
17  matter of their dissatisfaction with what happened
18  elsewhere.
19      Q  What percentage of the cases that you see
20  would fall into that category of people coming to
21  you for additional guidance or a second opinion?
22      A  Maybe 2 or 3 a year out of the 12.

Page 286

1      Q  And is there a trend that you have noticed
2  with respect to what the dissatisfaction is that
3  leads people to Hopkins for a second opinion or
4  additional guidance?
5      A  A trend. I don't think with regard to
6  this aspect, no. I don't think there has been a
7  trend.
8      Q  Are there certain types of dissatisfaction
9  that you hear expressed more frequently than
10  others?
11      A  Generally two groups. One group of these
12  patients tend to be younger people still close in
13  with their family in which there is the -- either
14  the patient and/or the family or both are very
15  confused about the treatment that they are
16  receiving elsewhere and are concerned about the
17  recommendations, you know.
18         A very recent blatant one was a clinic in
19  New England was pushing this kid through the
20  process of hormones and surgery. He was
21  schizophrenic. He was absolutely off the wall, and
22  the parents realized that something really was

Page 287

1  going bad here. So they brought their son down.
2  He was in his 20s, and is it was really
3  unfortunate. There are cases like that, less
4  extreme.
5         Then the other group are patients that
6  have gotten into the hands of people, often
7  psychiatrists, who don't know anything about gender
8  identity disorder and they are completely at a loss
9  as to what to do. They are getting nowhere with
10  the psychiatrists and the therapists with regard to
11  direction, focus or anything. Then they are just
12  -- either the patient or the psychiatrist make the
13  referral because they have kind of lost the thread
14  of where they are going. So one group is a
15  disaster and the others are not as disasterous as
16  the therapy kind of stalled out.
17     Q  After either making or confirming or
18  reevaluating and providing a diagnosis of patients,
19  I believe you testified that after that evaluation,
20  you then refer patients to a provider either in
21  Baltimore, if they are local, or in their home
22  community; is that right?

Page 288

1      A  Correct.
2      Q  With respect to these patients, are you
3  ever consulted in a follow-up way?
4      A  Yeah. What we do is we suggest to both
5  the patient and the person to whom we make the
6  referral that, you know, that the patient come back
7  every three, six months and just check in with us
8  if they think that's going to be helpful to them,
9  and we can then act as a resource for these
10  patients going forward, both for them and for their
11  therapist.
12     Q  Are you ever consulted specifically about
13  whether or not a candidate is an appropriate
14  candidate for a sex reassignment surgery?
15     A  Yeah. I'm in the midst of one of those
16  right now. A patient came six years ago, started
17  working with a therapist, came back recently,
18  reevaluated him, and they are in the process of
19  working with him to decide whether he wants to go
20  forward with surgery or not.
21     Q  With respect to the opinion that is sought
22  from you, am I correct that you see your role as

Chester Schmidt, M.D.  
Baltimore, MD  
March 13, 2007

Page 289

1  one of identifying any potential co-morbidities or
2  other disqualifying factors that might exist as
3  opposed to actually recommending affirmatively that
4  a patient go forward with the surgery; is that
5  right?
6      A   Well, it's a slightly different nuance to
7  it.  Yes.  If there are contraindications, we will
8  deal with them or work with them.  If the patient,
9  in my opinion, has no contraindications and wants a
10  letter from me, then I would say what I have done
11  with the patient.
12         The patients usually give me a release so
13  that we can release their file to the person they
14  want it to go to.  We would send them all the
15  information that we collected about the patient,
16  and my letter would say that there are no
17  contraindications for the surgery.
18      Q   What sort of led to your discontinuing the
19  direct treatment or management of cases of GID in
20  the mid 1980s?
21      A   It was mostly just time.  By the mid '80s,
22  I had -- I was directing the department of

Page 290

1  psychiatry at Bayview, which had grown
2  substantially, and I was also president of the
3  faculty practice plan at Bayview, which was a
4  substantial responsibility because along with the
5  chairman of the medical board and president of the
6  hospital, we were in the process of completely
7  redoing the hospital.  So I had a very, very heavy
8  administrative load and responsibilities.
9         I had to make some cuts somewhere.  So I
10  cut down most of my outpatient work.  The only
11  inpatient work that I retained was a rotation on my
12  inpatient services at Bayview, inpatient
13  psychiatry, my continuance in the Sexual Behavior
14  Consultation Unit on Friday afternoons, and my
15  taking a rotation in the hospital doing consults
16  for med surg.  So I really cut back all my
17  outpatient work that was not related to these
18  functions.
19      Q   Am I correct that the responsibility of
20  heading the department of psychiatry at Bayview was
21  not a gender identity specific responsibility?
22      A   No.

Page 291

1      Q   Similarly with your responsibility as
2  president of the faculty practice plan, that was
3  more a general psychiatry responsibility; is that
4  correct?
5      A   It was the entire faculty, all the
6  departments.
7      Q   With respect to why you shifted your
8  workload, you mentioned that it was mostly a
9  function of time.  Were there any other factors?
10      A   No.  It was time.
11      Q   Was your discontinuation of the direct
12  treatment or management of GID cases related in any
13  way to the decision of Johns Hopkins to discontinue
14  sex reassignment surgery for patients with GID?
15      A   No.
16      Q   And do you know why John Hopkins
17  discontinued providing sex reassignment surgery as
18  part of its services for GID patients?
19      A   There was a very good article in one of
20  the Baltimore magazines within the last couple
21  months.  I think it's called "Identity."  It sets
22  out the history.

Page 292

1         I think it's a pretty accurate description
2  of the beginning of the program, the individuals
3  who were involved, the processes of the program,
4  and what led to the discontinuance of the program.
5  It's consistent with my understanding of the
6  history.  Of course, I had no direct involvement in
7  those decisions.
8         The article suggests that the -- that the
9  program ended because of the number of people that
10  were actually getting the operation were relatively
11  few, that there was growing discontent principally
12  among the surgeons with regard to the how ethical
13  this all was.  Dr. McCue came on board as chairman
14  of psychiatry and had, even from the outset of his
15  chairmanship, had very definite views with regard
16  to this surgery.
17         Then John Meyer wrote an article about the
18  follow-up.  He was able to find a handful, I think
19  only 14 patients, that had been operated on at
20  Hopkins.  He did a follow-up study on them, and the
21  follow-up study says generally that their level of
22  satisfaction with the surgery was pretty good, but

Chester Schmidt, M.D.                                          March 13, 2007
                            Baltimore, MD

Page 329

some scientific basis for making a change. That's what my work group was responsible for, those two categories, the dysfunctions and the paraphilias.
  Q   Was there any overlap in membership between the sexual disorders work group and the gender identity disorders work group?
  A   No, no, there wasn't.
  Q   And how is one selected to be a participant in a DSM work group?
  A   The chairman of our work group was a person named Allen Francis. He worked with a number of other people. They just made it their decision by asking around and by getting a consensus as to who they thought had some capability in a particular area and who would, you know, who could function as a good chairman.
  Q   Do you have any sense of why you were asked to participate in one group as opposed to another, the sexual disorder work group as opposed to the gender identity disorder work group?
  A   The gender identities had been located in child developmental disorders, in a separate part

Page 330

of the DSM, for quite a while although it had been moved by DSM-III, I believe. It had been moved into the section it now is in. But historically --
       And these are the vagaries, and point directly to some of the criticisms about DSM. You know, I'm not sure why that decision was made but it was made, you know. I was asked to do what I did and I had no control over the decision as to not including the gender identity disorders, which would have made sense to me because they are all grouped together in one section of the DSM, but they weren't and I had no control over that decision.
  Q   So in 1988, when you were asked to, I believe, serve as the chair; is that right, of the DSM sexual disorders work group?
  A   Yes.
  Q   At that time, was your work focused more on questions of sexual dysfunction and paraphilias then gender identity disorder?
  A   No, no.
  Q   And today, what percentage of your work is

Page 331

sexual disorders and what percentage of your work is gender identity disorders?
  A   Well, I think I already answered that question when you asked me as to the percentage split. In terms of the intake, it's about a quarter of the total evaluation load for the year. So that would be a fair representation of the amount of time spent, that I spend within the SBCU apportioning my time to those three general categories.
  Q   And of your overall workload, how much of your time is spent at the SBCU as a percentage of your overall responsibilities?
  A   Well, it's a five-hour block on Friday afternoons. So it's a little more than half a day a week if, you know, you base it on a 40-hour week, which, of course, we're not, but if you took a 40-hour week, it's one-eighth. I never was real good at math.
  Q   Have you ever served on a DSM work group that was charged with addressing gender identity disorder as part of its subject area?

Page 332

  A   No.
  Q   I want to look at your publications on your C.V., if we could, which I believe starts on what's marked Page 7 of your C.V., the bibliography that's listed. Looking at these publications, I'm hoping you can identify for me which publications relate to gender identity disorder or transsexuality?
  A   Let's start with Number 20. Number 20 has some relationship at least as far as the issue of transvestism or cross dressing. I haven't done much writing about it. Thirty-four has some elements of cross dressing. Fifty-one.
       Now, since I gave you this, in the trial before the judge on the Koselik case, I realized I had admitted another article that, again, it more has to do with transvestism and it was really, really interesting. It was in collaboration with George Brown. You may know who George Brown is. I'm sure you do.
       George and Tom and I did a paper and it did not make it -- this C.V. is -- I'm a full

Page 333

1  professor and I really don't care about my C.V.
2  anymore. I made my bones and I don't have to prove
3  myself to anybody anymore. So over the years I
4  have had secretaries, different secretaries, and
5  each secretary, this is an amalgam of the work of
6  these secretaries, and there are mistakes on here.
7       They tried to absolutely pick me apart in
8  that trial but they didn't get anywhere. But one
9  of the interesting things that came up is that, and
10 I since corrected it. So I can get you another
11 copy. I believe it's corrected.
12    Q  Okay.
13    A  But there would only be one more article
14 that relates to the issue of cross dressing. And
15 because Brown is on that article, you can make of
16 that what you will, that it's there or not there.
17    Q  Then with respect to the other
18 publications here, they appear to be chapters and
19 books. Anything else on your C.V. that you would
20 consider to be related to --
21    A  Well, in those chapters, in the
22 "Principals of Ambulatory Medicine." That's a

Page 334

1  medical textbook.
2     Q  That's Number 11 under the "Chapters"
3  section?
4     A  Yeah. It gets repeated over and over
5  again because the book keeps being republished, you
6  know, the next edition, the next edition. But in
7  that chapter there is a certain section on gender
8  identity disorders but it's pretty general.
9     Q  Anything else?
10    A  I think that's probably pretty much it.
11 There may be, you know, maybe 41. Peter Fagan and
12 I did a chapter on psychosexual disorders in
13 clinical psychology for medical students. There is
14 probably something about gender identity in that.
15 In the book, the book that we edited out of the
16 group, there was certainly several chapters on
17 gender identity disorders that we all contributed
18 to.
19    Q  Is that Number 31 you are referring to on
20 your C.V. the report of the work group?
21    A  Yeah, that. No, no, no. That didn't have
22 anything to do with GID.

Page 335

1     Q  Okay.
2     A  It's all on Page 23. The first book,
3  "Clinical Management of Sexual Disorders," there
4  was material in there about gender identity
5  disorders.
6     Q  Okay.
7     A  So it's scattered around a little bit.
8     Q  Anything else?
9     A  I think that's it.
10    Q  Without going through obviously the entire
11 list on your C.V., on what other topics have you
12 focused your research on in addition to the work
13 that you have done on gender identity disorders?
14    A  You can see earlier on there was a lot
15 about suicide. Most of my initial publications had
16 something to do with suicide and other aspects of
17 sexual disorders, sexual dysfunctions, and some
18 about the paraphilias.
19        I contributed to a series of articles, you
20 know, 31, 32, 35, 36, 37, on personality disorder
21 issues associated with substance abuse and HIV use,
22 collaborated with the folks in the burn unit on a

Page 336

1  number of articles on psychiatric aspects of trauma
2  and PTSD. So, you know, I'd say those are the
3  major areas and there are other isolated things
4  that are aren't on the list here.
5     Q  And with respect to the articles that you
6  identified as being related to gender identity
7  disorders, which I think I have as Number 20,
8  Number 28, Number 34, Number 51, and the articles
9  that you mentioned with George Brown, Dr. Brown?
10    A  Oh, it is in here.
11    Q  Is it?
12    A  Yeah, 38. It did get in here, 38, Page
13 15.
14    Q  Okay.
15        MR. CHOE:  May I ask to clarify the
16 record? Is this your most current C.V.?
17        THE WITNESS:  I think so. If it's in
18 here, then it's current.
19 BY MS. MCGOWAN:
20    Q  How would you describe your involvement in
21 the research in these articles?
22    A  I'm not sure what you mean by involvement.

Page 337

1    Q  Not being a scientist, I'm not sure
2  technically what the right terms are, but I
3  understand that there is usually some significance
4  to being the first author or the second author as
5  far as your role in actually conducting the
6  research as opposed to being someone involved more
7  in developing the analysis.
8        So with respect to these articles, I'm
9  interested in finding out what your involvement was
10 with respect to both the research and conclusions
11 in the articles.
12   A  Well, I have had various roles depending
13 upon the particular piece that we were doing.
14   Q  So for none of these articles you were
15 first author?
16   A  That's correct, yeah.
17   Q  So, with any of these articles, were you
18 actually involved in the assessment of the subjects
19 of the studies?
20   A  Yes.
21   Q  Is that the case for all of these?
22   A  No.  The ones that I wasn't, the sample

Page 338

1  that George Brown had put together came from Texas.
2  So Tom and I had nothing to do with that.  The rest
3  of us on the article helped with the analysis and
4  with writing the paper itself, constructing the
5  paper, thinking through the conclusions, the
6  results and the conclusions sections, making
7  contributions there.
8        The actual sample came from a sample that
9  Dr. Brown had collected out in Texas.  All of the
10 others were from our own clinic.
11   Q  Okay.  With respect to your research and
12 writing as opposed to your clinical practice, would
13 you say that you currently had a focus of your
14 research and writing?
15   A  I'm not -- not right now.  Except for this
16 monograph I'm working on, I'm not doing a lot of
17 writing.  I just changed jobs.  So I'm settling
18 into a new position that is like another whole
19 career.  So I'm in the midst of a learning curve
20 that I don't have much to contribute to the
21 literature until I spend another year or two.  Then
22 what I will be doing is writing more population

Page 339

1  base and not health care and managed care.
2    Q  You said you just underwent a job change.
3  Just so that I'm clear, a change from what position
4  to what position?
5    A  I stepped down.  That's the term that's
6  used.  I stepped out the chairmanship at Bayview
7  and now I'm chief medical officer for Johns Hopkins
8  Health Care and chairman of the medical board at
9  John Hopkins Bayview Medicine.  It's about
10 two-thirds/one-third.
11   Q  Are you currently formulating either
12 research or article ideas in the area of population
13 based health care, if I have that phrased right?
14   A  Yes.
15   Q  Are you currently formulating research or
16 articles other than the monograph in the field of
17 gender identity or gender identity disorder?
18   A  No.  I'd like to get that off my chest.
19   Q  Would you agree that its important to keep
20 up with the research and scholarship in one field?
21   A  True.
22   Q  How many hours a week do you spend

Page 340

1  reviewing literature in your areas of specialty?
2    A  Well, it's something everyday.  Of course,
3  I have done an enormous amount of reading pursuant
4  to these three cases.
5    Q  How many articles per week would you say
6  that you read?
7    A  That have to do with any aspect of my
8  medical work?
9    Q  Yes, as the first part of the question.
10   A  Right.  If I had to average it out over
11 the week, I would probably look at two or three
12 articles a day.  That does not include the "Wall
13 Street Journal," which is turning out to be one of
14 the better medical journals.
15   Q  And do you read any journals or other
16 publications on a regular basis?
17   A  Well, pursuant to this, yeah.  I get the
18 "Archives of Sexual Disorders," and, of course, I
19 read that cover to cover.  I'm interested in the
20 field and it's a good journal.
21   Q  Anything else?
22   A  Well, "The American Journal of

Page 341

1  Psychiatrists," "The Archives of Psychiatry,"
2  "JAMA," "New England Journal of Medicine," and
3  occasionally "The Lancet."
4      Q  Anything else?
5      A  What will happen is that we -- I helped
6  introduce the research arm into Johns Hopkins
7  Health Care, and the folks who are now functioning
8  in that role feed me articles about population
9  based medicine and managed care medicine and then
10 other articles that I had to do some reading on,
11 pain management, and the substance -- the
12 prescription substance abuse issues associated with
13 pain management.  That's been on my plate recently.
14     Q  Of the reading that you do in the course
15 of a week, what percentage would you say involves
16 literature specifically in the area of gender
17 identity and gender identity disorders?
18     A  The last year since I have been first
19 struggling with this monograph, to start with, and
20 then with these three cases, you know, just reading
21 constantly.  Everyday I'm doing something.  Not
22 only do I have to write for this case, but I'm

Page 342

1  writing for the other three cases.
2         So, you know, almost, you know, a half
3  hour to an hour to three hours a day are consumed
4  by some aspect of one or three of these cases.  So
5  I'm up to here with it right now (indicating).
6      Q  As a percentage of your overall reading
7  load?
8      A  I'd say it's at least 30 percent, maybe
9  more.
10        MR. CHOE:  Can I clarify for the record?
11 When the deponent said "up to here with it," he
12 gestured to mid face level.
13        THE WITNESS:  Mid face level, right.
14 BY MS. MCGOWAN:
15     Q  You're free to amend your gesture if you
16 feel that it's necessary to do so.  So prior to
17 getting involved in these three cases and
18 commencing your work on the monograph, what
19 percentage of your overall reading would you say
20 was specifically focused on literature regarding
21 gender identity?
22     A  Probably five percent.

Page 343

1      Q  And your involvement in these three cases
2  and in the monograph, just so I'm clear, you said
3  that was roughly 18 months ago?
4      A  No, no.  The cases go back -- the first
5  case started, I think it was about two years old
6  now.  The monograph I had started actually sort of
7  laying out the architecture of it maybe three,
8  maybe almost four years ago, I'm embarrassed to
9  say.
10     Q  Do you participate in any continuing
11 medical education programs specifically regarding
12 gender identity or general identity disorders?
13     A  The only one I do is I do myself for the
14 department of psychiatry on topics in medicine and
15 I do a lecture workshop on GID annually.
16     Q  How long is the lecture?  Is it a day-long
17 seminar or one-hour lecture?
18     A  No.  It's an afternoon presentation plus
19 workshop probably about three hours, anywhere from
20 20 to 30 participants.
21     Q  And are you always the presenter of the
22 material?

Page 344

1      A  Yeah.
2      Q  How long have you done that?
3      A  Five years.
4      Q  So in addition to that program that you
5  put together for Johns Hopkins, are there any other
6  continuing medical education programs that you
7  participate in regarding gender identity and gender
8  identity disorders?
9      A  No.
10     Q  We talked a little bit about the Harry
11 Benjamin Gender Dysphoria Association during the
12 first part of your deposition.  We'll call it the
13 Harry Benjamin Association to keep it from being
14 too much of a mouthful.  Am I right that you are
15 familiar with the Harry Benjamin Association?
16     A  Yes.
17     Q  What is it?
18     A  It's an organization that is devoted to
19 the study and the care of gender identity
20 disorders.
21     Q  Are you familiar with this organization's
22 work regarding gender identity disorders?

Chester Schmidt, M.D.                                                    March 13, 2007
                         Baltimore, MD

Page 345

1   A   Sure.
2   Q   How would you describe its work?
3   A   Well, one of the main -- one of its main
4   products are the standards that have been around
5   for a long time. The standards are a description
6   of a model series of treatment and management
7   principals and specifics that lay out, if you will,
8   a course or courses of management and treatment of
9   patients with GID, their evaluation and management
10  of them from the beginning through the end into
11  transition and, you know, conceivably beyond.
12       I think that's probably what they, you
13  know, what they are best known for. But as a
14  group, they sponsor. I think they encourage
15  research. They encourage the development of
16  clinical programs and in general act as a group of
17  people who wish to take the field forward.
18  Q   Have you ever attended any conferences or
19  workshops sponsored by the Harry Benjamin
20  Association?
21  A   No, I haven't.
22  Q   What is your estimate of the percentage of

Page 346

1   people involved in the evaluation and treatment or
2   management of patients with GID who are part of the
3   Harry Benjamin Association?
4   A   You mean across the country?
5   Q   Yes.
6   A   Who are actually dues paying members?
7   Q   Yes.
8   A   I don't know those numbers for sure. I'm
9   going to guess at least a third to 50 percent.
10  Q   Are there any other professional
11  organizations for people who are involved in the
12  evaluation, treatment or management of patients
13  with GID other than the Harry Benjamin Association,
14  that you know of?
15  A   Well, I don't know if they still exist.
16  We went to a couple conferences years ago with the
17  International Association for Gender Identity
18  Disorders. I don't know if they are still in
19  existence.
20       Then I think under the umbrella of sexual
21  issues in general, there are a couple national
22  societies that I belonged to from time to time and

Page 347

1   attended their conferences. Again, on the basis of
2   time, I'm not currently involved.
3   Q   Recognizing that you may not be currently
4   involved, do you recall which societies you have
5   been involved in over the years?
6   A   No. I mean there are two. I was a member
7   for two and I can't remember the exact names right
8   now.
9   Q   And you mentioned --
10  A   Maybe they are on here (indicating). I
11  don't know if they are on here or not.
12  Q   You mentioned attending conferences
13  affiliated with some of these societies. Do you
14  recall roughly how many such conferences you
15  attended over the years?
16  A   Well, there was one of the organizations
17  that I went every year for maybe five or six years,
18  but that's been at least ten years ago.
19  Q   And it was an annual conference?
20  A   Yeah, yeah.
21  Q   Have you ever been a member of the Harry
22  Benjamin Association?

Page 348

1   A   No.
2   Q   Are there any specific reasons why you
3   have decided not to join the Harry Benjamin
4   Association?
5   A   Not really.
6   Q   Are you familiar with an organization
7   known as the International Academy of Sex Research?
8   A   No.
9   Q   Are you familiar with "The Journal of the
10  International Academy of Sex Research?"
11  A   Well, through all this reading, yeah, I
12  am.
13  Q   Do you subscribe to this journal?
14  A   No.
15  Q   Are you familiar with any of the
16  scholarship published by this journal?
17  A   No. I think it's a pretty low impact
18  journal.
19  Q   So have you ever read an article published
20  by the journal, to your knowledge?
21  A   Yeah, I think, because some of the
22  articles that I have had to wade through in the