# Attachment D

Schroer v. Billington, No. 05-cv-1090 (JR)

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*
J. A. SIMPSON *and* E. S. C. WEINER

VOLUME XV
Ser–Soosy

CLARENDON PRESS · OXFORD
1989

Oxford University Press, Walton Street, Oxford OX2 6DP
Oxford  New York  Toronto
Delhi  Bombay  Calcutta  Madras  Karachi
Petaling Jaya  Singapore  Hong Kong  Tokyo
Nairobi  Dar es Salaam  Cape Town
Melbourne  Auckland
and associated companies in
Berlin  Ibadan

Oxford is a trade mark of Oxford University Press

© Oxford University Press 1989

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise, without
the prior permission of Oxford University Press

British Library Cataloguing in Publication Data
Oxford English dictionary.—2nd ed.
1. English language-Dictionaries
I. Simpson, J. A. (John Andrew), 1953–
II. Weiner, Edmund S. C., 1950–
423
ISBN 0-19-861227-3 (vol. XV)
ISBN 0-19-861186-2 (set)

Library of Congress Cataloging-in-Publication Data
The Oxford English dictionary.—2nd ed.
prepared by J. A. Simpson and E. S. C. Weiner
Bibliography: p.
ISBN 0-19-861227-3 (vol. XV)
ISBN 0-19-861186-2 (set)
1. English language—Dictionaries.  I. Simpson, J. A.
II. Weiner, E. S. C.  III. Oxford University Press.
PE1625.O87 1989
423—dc19    88-5330

Data capture by ICC, Fort Washington, Pa.
Text-processing by Oxford University Press
Typesetting by Filmtype Services Ltd., Scarborough, N. Yorks.
Manufactured in the United States of America by
Rand McNally & Company, Taunton, Mass.

When taken out of the sewing-frame the fly-leaves are pasted on. **1848** 'N. BUNTLINE' *Mysteries & Miseries N.Y.* 11 What, a little *sewing girl, eh? **1870** O. LOGAN *Before Footlights* 576 Among the same number of sewing-girls of our great cities. **1534** *Acc. Ld. High Treas. Scot.* VI. 191 Twa gret hankis.. *sewing gold. **1566** in Fleming *Mary Q. of Scots* (1897) 505 Item of schiuine gold iiij doubil hankis. **1875** KNIGHT *Dict. Mech.*, *Sewing-horse, a harness-maker's clamp for holding leather while being sewed. **1886** *York Herald* 23 Aug. 1/5 Useful *Sewing-maid. **1870** *Act 33 & 34 Vict.* c. 75 §3 The term 'teacher' includes assistant teacher, pupil teacher, *sewing mistress. **1613** M. RIDLEY *Magn. Bodies* 6 Smaller wiers, *sowing-needles and such like small waights. **1779** *Phil. Trans.* LXIX. 540, I stuck the point of this sewing needle to the lower extremity of a steel magnet. **1860** TYNDALL *Glac.* I. xx. 144 If a common steel sewing needle be substituted for the iron [etc.]. **1728** CHAMBERS *Cycl.* s.v. *Bookbinding,* They are then sew'd in the *Sewing-Press. **1842** *Penny Mag.* 24 Sept. 380/2 When the book is taken from the sewing-press, an inch or two of each string is left hanging to it. **1852** E. E. HALE *If, Yes & Perhaps* (1868) 56, I always offered my services in the Sunday-schools and *sewing-rooms. **1978** R. HILL *Pinch of Snuff* v. 50 We use this as a sewing-room... Alice..makes all our clothes in here. **1336** *Acc. Exch. K. R.* 19/3 m. 4 *Sewenge rope [made of skin (*pelle*)]. *a* **1515** *Build. Louth Steeple* in *Archæologia* X. 74 Paid to Robert Beverley for 6 bunch sewing rope, o o 5. **1809** *Sporting Mag.* XXXIII. 281 The *sewing-school, the pastry-school, were then essential branches of female education. **1480** *Wardr. Acc. Edw. IV* (1830) 136 *Sowing sylk, j lb. ij unces and a quarter. **1621** in Kempe *Losely MSS.* (1836) 426 Stitching and soeing silke, 4s. 6d. **1826** Miss MITFORD *Village* II. 190 Trimmings, ribands, sewing-silk, and lining. **1546** in *Extracts Edin. Burgh Rec.* (1871) II. 126 *Sewing sylver, to be sauld in pundis. **1842** DICKENS *Amer. Notes* (1850) 32 They have among themselves a *sewing Society to make clothes for the poor. **1863** A. D. WHITNEY *Faith Gartney's Girlhood* xxi. 199 In her low chair by her *sewing-table, sat the young sister. **1875** KNIGHT *Dict. Mech.*, *Sewing-table,* a table or bench at which signatures of books are sewed to the cords or bands by which they are fastened together, and also secured in the cover. **1924** H. T. LOWE-PORTER tr. T. Mann's *Buddenbrooks* I. i. 6 There was a sewing-table by the window. **1979** *Country Life* 27 Sept. Suppl. 59/3 Faded mahogany sewing table. **1566** in Fleming *Mary Q. of Scots* (1897) 499 Four pound of fyne *suyng threide. **1850** MISS PRATT *Comm. Things Sea-side* iv. 247 Scarcely larger than a sewing thread. **1847** MRS. CARLYLE *Lett.* II. 15 All the *sewing women I knew of being unable to come. **1722** DE FOE *Col. Jack* (1840) 343 She.. took up her *sewing-work. **1612** *Sc. Bk. Rates* in *Halyburton's Ledger* (1867) 296 *Sewing worsett the dozen pound weght thairof.

†**'sewing,** *vbl. sb.*² *Obs.* [f. SEW *v.*² + -ING¹.] The action of a sewer; the arrangement of the guests and serving up of dishes or courses.

*a* **1483** *Liber Niger* in *Househ. Ord.* (1790) 37 The manner of sewing of dishes at the dressour. **1513** *Bk. Keruynge* in *Babees Bk.* 270 Here foloweth sewynge of flesshe. *Ibid.,* The borde of sewynge. *Ibid.* 286 Here endeth the boke of seruyce, & keruynge, and sewynge. **1627** HAKEWILL *Apol.* (1630) 430 Dinner and supper was serued in with all accustomed ceremonies, as sewing, water, grace, carving, say taking, &c. **1660** R. MAY *Accompl. Cook* (1665) B4b, The Sewing of Fish.. To go to the sewing of fish, muscalade, minews in sew [etc.]. [**1812** SOUTHEY *Omniana* II. 71 The terms of carving and sewing.

**'sewing,** *ppl. a.* [f. SEW *v.*¹ + -ING².] That sews. **1837** CARLYLE *Fr. Rev.* I. VII. iii, The fair sewing fingers.

**sewing, -ly,** var. ff. SUING, SUINGLY.

**'sewing-ma,chine.** [SEWING *vbl. sb.*¹]
1. A machine designed to perform the operation of sewing. Freq. *attrib.* as *sewing-machine oil.*

**1847** *Artizan* Mar. 65/1 Sewing Machine. A new machine for sewing has recently been invented [etc.]. **1858** HOGG *Shelley* II. 457, I thought very little of it [*sc.* Cleopatra's Needle],.. after having seen the sewing-machine in London. **1869** E. A. PARKES *Pract. Hygiene* (1876) 3) 411 Two pieces of waterproof cloth, sewn together by the sewing-machine.

*attrib.* **1863** in *Rebellion Rec.* V. 1. 70 Elias Howe, Jr., the inventor of the sewing-machine needle, was a private in this regiment. **1873** 'SUSAN COOLIDGE' *What Katy Did at Sch.* ii. 37 The nice half-dozens of pretty underclothes came home from the sewing-machine woman's. **1875** KNIGHT *Dict. Mech.* s.v. *Bobbin,* A bobbin for sewing-machine shuttles. **1895** Montgomery Ward *Catal.* 262/3 See Index for Sewing Machine Oil. **1977** A. SCHOLEFIELD *Venom* v. 205 He found a can of.. sewing-machine oil and squirted it into the lock.

2. Bookbinding. (See quot.)
**1880** ZAEHNSDORF *Bookbinding* 176 *Sewing-machine,* a recent invention for the sewing of books with wire instead of thread.

3. *attrib.* a. Designating a musical instrument whose operation resembles the action of a sewing-machine. b. *fig.* Of rhythm: precise, regular, inexpressive.

**1874** J. CODMAN *Mormon Country* viii. 80, I found the solitary musician seated at one of those sewing-machine 'melodeons', and grinding out the Missionary hymn. **1934** C. LAMBERT *Music Ho!* IV. 247 Bach's sewing-machine counterpoint. **1974** *Early Music* Apr. 119/2 His purpose is to counter the 'sewing-machine' style of playing Bach by the 'purists'.

Hence **'sewing-ma,chinist.**
**1881** *Instr. Census Clerks* (1885) 75 Sewing Machinist.

**sewinti,** obs. form of SEVENTY.

**sewirer,** obs. comparative of SURE.

**sewit,** obs. f. SUIT.

**sewl,** var. f. SULL *sb. dial.*

**sewn** (səʊn), *ppl. a.* [pa. pple. of SEW *v.*¹]
a. Stitched, fastened by means of sewing. Chiefly with prefix, as *hand-sewn, machine-sewn.*

**1866** *Chamb. Encycl.* VIII. 645 The operator, who keeps drawing the sewn cloth off at the eye-end of the needle. **1881** *Instr. Census Clerks* (1885) 73 Sewn Ornament Maker. **1895** *Hasluck's Boot Making* iii. 57 Shoemakers call all work sewn that is treated with a round awl; while stitching is only technically applied where the square awl is used.

b. With advbs. forming adjs., as *sewn-in, -on.*
**1961** *Guardian* 15 Sept. 10/1 Garments.. will have sewn-in labels giving simple washing instructions. **1965** E. C. HISCOCK *Cruising under Sail* (ed. 2) I. vii. 136 In way of the grommet the boltrope is usually protected against chafe by sewn-on leather or plastic. **1977** *Guardian* 10 Jan. 8/1 The pallid youth in the tie-die shirt with a sewn-on picture of Marx.

**sewn(e,** obs. forms of SEVEN.

**sewr(e, sewrance,** obs. ff. SURE, SURANCE.

**sewre,** obs. form of SEWER *sb.*¹, *sb.*²

**'sewster.** *Obs. exc. Sc.* Forms: 4-5 sewestre, -stare, sou-, sowe-, sywester(e, 4-9 sewster, 5 sew-, sowstare, 5-9 sowster, 6 seu-, sewe-, sewstar. [f. SEW *v.*¹ + -STER. Cf. Fris. dial. (Hinderloopen) *syster.*] A sempstress.

**1391** *Earl Derby's Exped.* (Camden) 86/26 Edwyne Moreyn sewster pro filo ab ipsa empto. **1393** LANGL. *P. Pl.* C. VII. 362 Sesse þe sywestere [*v.rr.* sowester, sewestere, sewestre, soustere; A. v. 158 souters, *v.r.* soustere; B. v. 315 souteresse, *v.r.* sowestere]. *c***1440** *Promp. Parv.* 454/2 Sewstare, or sowstare (sowares) *sutrix.* *c***1440** *Jacob's Well* 40 Taylourys, sowsterys. **1519** HORMAN *Vulg.* 238 Brotherers, sylkewomen, and all seusters craftis occupye redyls. **1550** BALE *Engl. Votaries* II. 29 A yonge wenche.. whych was a very connynge sowster. **1567-9** JEWEL *Def. Apol.* (1611) 450 Labouring Women, and Sewsters, and Seruants, and Handmaids. **1590** Maldon (Essex) *Liber C.* 121 Le sewester sive silkewoman. *a***1637** B. JONSON *Sad Shepherd* II. iii, At every twisted thrid my rock let flie Unto the sew'ster, who did sit me nigh. **1657** C. BECK *Universal Char.* K 7 b, A sewster. **1824** MACTAGGART in *Trotter East Galloway Sk.* (1901) 370/1 When plowman Tam meets sewster Bess His dogg'rel rhymes he'll chime till her. **1825** JAMIESON, *Sewster,* a sempstress. [ed. **1882** also *Sowster.*]

**sewte,** obs. f. SUIT *sb.*

**sewy,** obs. f. SUE *v.*

**sewyn,** obs. pa. pple. of SEE *v.*

**sewyr,** obs. form of SURE *v.*

**sex** (seks), *sb.* Also 6-7 sexe, (6 seex, 7 pl. sexe, 8 *poss.* sexe's). [ad. L. *sexus* (*u*-stem), whence also F. *sexe* (12th c.), Sp., Pg. *sexo,* It. *sesso.* Latin had also a form *secus* neut. (indeclinable).]

1. a. Either of the two divisions of organic beings distinguished as male and female respectively; the males or the females (of a species, etc., esp. of the human race) viewed collectively.

**1382** WYCLIF *Gen.* vi. 19 Of alle thingis hauynge sowle of ony flechs, two thow shalt brynge into the ark, that maal sex and femaal lyuen with thee. **1532** MORE *Confut. Tindale* II. 152, I had as leue he bare them both a bare cheryte, as wyth the frayle feminyne sexe fall to far in loue. **1559** AYLMER *Harborowe* E4 b, Neither of themm deburred the heires female.. as though it had ben.. vnnaturall for that sexe to gouern. **1576** GASCOIGNE *Philomene* xcviii, I speake against my sex. *a***1586** SIDNEY *Arcadia* II. (1912) 158 The sexe of womankind of all other is most bound to have regardfull eie to mens judgements. **1600** NASHE *Summer's Last Will* F 3 b, A woman they imagine her to be, Because that sexe keepes nothing close they heare. **1615** CROOKE *Body of Man* 274 If wee respect the.. conformation of both the Sexes, the Male is sooner perfected.. in the wombe. **1634** SIR T. HERBERT *Trav.* 19 Both sexe goe naked. **1667** MILTON *P.L.* IX. 822 To add what wants In Femal Sex. **1671** —— *Samson* 774 It was a weakness In me, but incident to all our sex. **1679** DRYDEN *Troilus & Cr.* I. ii, A strange dissembling sex we women are. **1711** ADDISON *Spect.* No. 10 ⁋6 Their Amusements.. are more adapted to the Sex than to the Species. **1730** SWIFT *Let. to Mrs. Whiteway* 28 Dec., You have neither the scrawl nor the spelling of your sex. **1742** GRAY *Propertius* II. 73 She.. Condemns her fickle Sexe's fond Mistake. **1763** G. WILLIAMS in Jesse *Selwyn & Contemp.* (1843) I. 265 It would astonish you to see the mixture of sexes at this place. **1780** BENTHAM *Princ. Legisl.* VI. §35 The sensibility of the female sex appears.. to be greater than that of the male. **1814** SCOTT *Ld. of Isles* VI. iii, Her sex's dress regain'd. **1836** THIRLWALL *Greece* XI. II. 51 Solon also made regulations for the government of the other sex. **1846** *Ecclesiologist* Feb. 41 The propriety and necessity of dividing the sexes during the publick offices of the Church. **1848** THACKERAY *Van. Fair* xxv, She was by no means so far superior to her sex as to be above jealousy. **1865** DICKENS *Mut. Fr.* II. i, It was a school for both sexes. **1886** MABEL COLLINS *Prettiest Woman* ii, Zadwiga had not yet given any serious attention to the other sex.

b. *collect.* followed by plural verb. *rare.*
**1768** GOLDSM. *Good-n. Man* IV. (Globe) 632/2 Our sex are like poor tradesmen. **1839** MALCOM *Trav.* (1840) 40/1 Neither sex tattoo any part of their bodies.

c. *the fair*(*er*), *gentle*(*r*), *soft*(*er*), *weak*(*er*) *sex*; *the devout sex*; *the second sex*; † *the woman sex*; *the female sex, women. the* †*better, sterner sex*: the male sex, men.

[**1583** STUBBES *Anat. Abus.* E vij b, Yᵉ magnificency & liberalitie of that gentle sex. **1613** PURCHAS *Pilgrimage*] (1614).38 Strong Sampson and wise Solomon are.witnesses, that the strong men are slaine by this weaker sexe.] **1641** BROME *Jovial Crew* III. (1652) H 4, I am bound by a strong vow to kisse all of the woman sex I meet this morning. **1648** J. BEAUMONT *Psyche* XIV. l, The softer sex, attending Him And his still-growing woes. **1665** SIR T. HERBERT *Trav.* (1677) 22 Whiles the better sex seek prey abroad, the women (therein like themselves) keep home and spin. **1665** BOYLE *Occas. Refl.* v. ix. 176 Persons of the fairer Sex. *a***1700** EVELYN *Diary* 12 Nov. an. 1644, The Pillar.. at which the devout sex are always rubbing their chaplets. **1701** STANHOPE *St. Aug. Medit.* I. xxxv. (1704) 82, I may.. not suffer my self to be outdone by the weaker Sex. **1732** [see FAIR *a.* 1 b]. **1753** HOGARTH *Anal. Beauty* x. 65 An elegant degree of plumpness peculiar to the skin of the softer sex! Who advertise new poems by your looks. **1838** Murray's *Hand-bk. N. Germ.* 430 It is much frequented by the fair sex. **1849** C. BRONTË *Shirley* III. xiv. 312 'Mama' is rather a misanthropist, is she not? Not the best opinion of the sterner sex? **1894** C. D. TYLER in *Geog. Jrnl.* III. 479 They are beardless, and usually wear a shock of unkempt hair, which is somewhat finer in the gentler sex. **1928** D. K. PARKER tr. *Schopenhauer: Selections* 443 Women.. form *the sexus sequior*—the second sex. **1953** H. M. PARSHLEY tr. S. de Beauvoir (*title*) The second sex. **1961** 'F. O'BRIEN' *Hard Life* v. 42 Decent people should look after women—isn't that right? The weaker sex. **1974** J. MITCHELL *Psychoanalysis & Feminism* II. ii. 306 Woman is the archetype of the oppressed consciousness: the second sex.

d. Used *occas.* with extended notion. *the third sex,* (a) eunuchs (in quot. 1820); (b) sarcastically (see quot. 1873); (c) homosexuals regarded as a separate sexual group.

**1820** BYRON *Juan* IV. lxxxvi, From all the Pope makes yearly, 'twould perplex To find three perfect pipes of the third sex. *Ibid.* v. xxvi, A black old neutral personage Of the third sex stept up. **1873** LD. HOUGHTON *Monogr.* 280 Sydney Smith.. often spoke with much bitterness of the growing belief in three Sexes of Humanity—Men, Women, and Clergymen. **1896** J. A. SYMONDS *Probl. Mod. Ethics* vi. 78 Burton.. was led to surmise a crasis of the two sexes in persons subject to sexual inversion. Thus he came to speak of 'the third sex'. **1924** J. RIVIERE et al. tr. *Freud's Coll. Papers* II. xviii. 230 A very considerable measure of latent or unconscious homosexuality can be detected in all normal people. If these findings are taken into account, then, to be sure, the supposition that nature in a freakish mood created a 'third sex' falls to the ground. **1977** C. ISHERWOOD *Christopher & his Kind* ii. 20 Hirschfeld.. was.. notorious all over western Europe as a leading expert on homosexuality. Thousands of members of The Third Sex, as he called it, looked up to him as their champion.

e. *the sex:* the female sex. [F. *le sexe.*]
**1589** PUTTENHAM *Eng. Poesie* III. xix. (Arb.) 235 As he that had tolde a long tale before certaine noble women, of a matter somewhat in honour touching the Sex. **1608** D. T[UVILL] *Ess. Pol. & Mor.* 101 b, Not yet weighing with himselfe, the weaknesse and imbecillitie of the sex. **1631** MASSINGER *Emperor East* 1. ii, I am called The Squire of Dames, or Servant of the Sex. **1697** VANBRUGH *Prov. Wife* II. ii, He has a strange penchant to grow fond of me, in spite of his aversion to the sex. **1760-2** GOLDSM. *Cit. W.* xcix, The men of Asia behave with more deference to the sex than you seem to imagine. **1792** A. YOUNG *Trav. France* I. 220 The sex of Venice are undoubtedly of a distinguished beauty. **1823** BYRON *Juan* XIII. lxxix, We give the sex the *pas.* **1863** R. F. BURTON *W. Africa* I. 22 Going 'up stairs', as the sex says, at 5 a.m. on the day after arrival, I cast the first glance at Funchal. **1892** 'MARK TWAIN' *Amer. Claim.* xvii. 160 The customers applauded, the sex began to flock in. **1920** D. LINDSAY *Voyage to Arcturus* i. 2 He was used to such receptions at the hands of the sex.

f. Without *the,* in predicative quasi-adj. use = feminine. *rare.*

*a***1700** DRYDEN *Cymon & Iph.* 368 She hugg'd th' Offender, and forgave th' Offence, Sex to the last!

2. Quality in respect of being male or female.

a. With regard to persons or animals.
**1526** *Pilgr. Perf.* (W. de W. 1531) 282 b, Yᵉ bee, whiche neuer gendreth with ony make of his kynde, nor yet hath ony distinct sex. **1577** T. KENDALL *Flowers of Epigr.* 71 b, If by corps supposed may be her seex, then sure a virgin she. **1616** T. SCOT *Philomythie* I. (ed. 2) A 3 Euen as Hares change shape and sex, some say Once euery yeare. **1658** SIR T. BROWNE *Hydriot.* iii. 18 A critical view of bones makes a good distinction of sexes. *a***1665** DIGBY *Chym. Secrets* (1682) II. 225 Persons of all Ages and Sexes. **1667** MILTON *P.L.* I. 424 For Spirits when they please can either Sex assume, or both. **1710-11** SWIFT *Jrnl. to Stella* 7 Mar., I find I was mistaken in the sex, 'tis a boy. **1757** SMOLLETT *Reprisal* IV. v, As for me, my sex protects me. **1825** SCOTT *Betrothed* xiii, I am but a poor and neglected woman, feeble both from sex and age. **1841** ELPHINSTONE *Hist. India* I. 349 When persons of different sexes walk together, the woman always follows the man. **1882** TENISON-WOODS *Fish N. S. Wales* 116 Oysters are of distinct sexes.

b. with regard to plants (see FEMALE *a.* 2, MALE *a.* 2).

**1567** MAPLET *Gr. Forest* 28 Some seeme to haue both sexes and kindes: as the Oke, the Lawrell and such others. **1631** WIDDOWES *Nat. Philos.* (ed. 2) 49 There be sexes of hearbes.. namely, the Male or Female. **1720** P. BLAIR *Bot. Ess.* iv. 237 These being very evident Proofs of a necessity of two Sexes in Plants as well as in Animals. **1790** SMELLIE *Philos. Nat. Hist.* I. 245 There is not a notion more generally adopted, than that vegetables have the distinction of sexes. **1848** LINDLEY *Introd. Bot.* (ed. 4) II. 80 Change of Sex under the influence of external causes.

3. a. The distinction between male and female in general. In recent use often with more explicit notion: The sum of those differences in the structure and function of the reproductive organs on the ground of which beings are distinguished as male and female, and of the other physiological differences consequent on

these; the class of phenomena with which these differences are concerned.

*organs of sex*: the reproductive organs in sexed animals or plants.

*a* 1631 DONNE *Songs & Sonn., The Primrose Poems* 1912 I. 61 Should she be more then woman, she would get above All thought of sexe, and think to move My heart to study her, and not to love. *a* 1643 CARTWRIGHT *Siedge* III. vi, My Soul's As Male as yours; there's no Sex in the mind. 1748 MELMOTH *Fitzosborne Lett.* lxii. (1749) II. 119 There may be a kind of sex in the very soul. 1751 HARRIS *Hermes Wks.* (1841) 129 Besides number, another characteristic, visible in substances, is that of sex. 1878 GLADSTONE *Prim. Homer* 68 Athene..has nothing of sex except the gender, nothing of the woman except the form. 1887 K. PEARSON *Eth. Freethought* xv. (1888) 429 What is the true type of social (moral) action in matters of sex? 1895 CRACKANTHORPE in *19th Cent.* Apr. 607 (art.) Sex in modern literature. *Ibid.* 614 The writers and readers who have strenuously refused to allow to sex its place in creative art. 1912 H. G. WELLS *Marriage* ii. §6. 72 The young need..to be told..all we know of three fundamental things; the first of which is God, ..and the third Sex.

**b.** Sexual intercourse. Freq. in phr. *to have sex (with)*.

1929 D. H. LAWRENCE *Pansies* 57 If you want to have sex, you've got to trust At the core of your heart, the other creature. 1952 S. KAUFFMANN *Philanderer* (1953) x. 174 Her arms went around his neck and his hand rested on her waist, and they had a brief moment of friendship before the sex began. 1960 R. EAST *Kingston Black* viii. 82 She refused to have sex with him. 1962 *Listener* 7 June 1006/2 Why wasn't Bond 'more tender' in his love-making? Why did he just 'have sex' and disappear? 1962 *Woman's Own* 18 Aug. 29/3 Those trends in our society that make sex before marriage so easy. 1971 *Petticoat* 17 July 6/2 The most conspicuous consequence of sex before marriage is the possibility of pregnancy. 1980 *Times* 6 Sept. 2/2 Michael was alongside me, and in due course, on top of me. We had not had sex, but we were contemplating it.

**c.** Genitalia; a penis. *slang*.

1938 D. GASCOYNE *Hölderlin's Madness* 18 And the black cypresses strained upwards like the sex of a hanged man. 1956 H. GOLD *Man who was not with It* (1965) xviii. 162 His eyes turned to his pants, gaping open, and his sex sick as an overhandled rattler gaping through. 1977 T. ALLBEURY *Man with President's Mind* i. 9 The narrow white briefs that barely captured her sex.

¶ **4.** Used, by confusion, in senses of SECT (q.v. 1, 4 b, 7, and cf. 1 d *note*).

1575-85 ABP. SANDYS *Serm.* xx. 358 So are all sexes and sorts of people called vpon. 1583 MELBANCKE *Philotimus* L iij b, Whether thinkest thou better sporte & more absurd, to see an Asse play on an harpe contrary to his sex, or heare [etc.]. 1586 J. HOOKER *Hist. Irel.* 180/2 in Holinshed, The whole sex of the Oconhours. 1586 T. B. *La Primaud. Fr. Acad.* I. 359 O detestable furie, not to be found in most cruell beasts, which spare the blood of their sexe. *a* 1704 T. BROWN *Dial. Dead, Friendship Wks.* 1711 IV. 56 We have had enough of these Christians, and sure there can be no worse among the other Sex of Mankind [i.e. Jews and Turks]? 1707 ATTERBURY *Large Vind. Doctr.* 47 Much less can I imagine, why a Jewish Sex (whether of Pharisees or Saducees) should be represented, as [etc.].

**5.** *attrib.* and *Comb.*, as *sex activity, affair* [AFFAIR 3], *aid, -anger, antagonism, awareness, behaviour, circuit* [CIRCUIT 7], *clinic, complex* [COMPLEX *sb.* 3], *-compulsion, -consciousness, -contrast, -craving, difference, -distinction, distribution, education, emotion, equality, -excitement, -experience, -exploitation, -feeling, fiend* [FIEND 4 a], *film, -flow, function, game, -hate, -hatred, hygiene, -inertia, -instruction, joke, life, -longing, -love, -machine* [MACHINE *sb.* 4 d], *magazine, mania, maniac, manifestation, manual* [MANUAL *sb.* 1 b], *-morality, novel, obsession, organ* [ORGAN *sb.*[1] 5], *orgy, partner, -party* [PARTY *sb.* 9], *-power, problem, question, repression, show, -specificity, starvation, stereotype, -stereotyping, story, -talk, -thrill, -union, war, warfare,* etc.; *sex-abusing, -alive, -angry, -conscious* [CONSCIOUS *a.* 12], *-crazed, -emancipated, -influenced, -mad* [MAD *a.* 4 c], *-obsessed, -segregated, -smelling, -specific, -starved, transforming* adjs.; **sex act**, the (or an) act of sexual intercourse; **sex-appeal**, sexual attractiveness; qualities which attract members of the opposite sex; also *fig.*; hence **sex-appeal** *v. trans.* and *intr.*, to attract sexually; **sex-appealing** *ppl. a.*, having or exerting sex appeal; **sex attractant**, a substance produced by one sex of a species that attracts members of the opposite sex, or a synthetic substance with the same property; also *attrib.* or as *adj.*; **sex-blind** *a.*, not discriminating between the sexes; **sexboat** *U.S. slang*, **sex-bomb** *slang* = *sexpot* below; **sex-cell**, a reproductive cell, with either male or female function; a sperm-cell or an egg-cell; **sex change**, a change of sex; *spec.* an apparent change of sex brought about by surgical means, treatment with hormones, etc.; also *attrib.*; **sex chromatin**, the material of a small heterochromatic body (believed to be an inactivated X chromosome) of which there is one in a normal (XX) female cell and in general one less than the number of X (or Z) chromosomes in a cell; also *attrib.*; **sex chromosome**, each of the chromosomes (normally two in number) in a cell's chromosomal complement the particular combination of which (as XX or XY) determines an individual's sex; opp. AUTOSOME; hence **sex-chromosomal** *adj.*; **sex crime**, a crime involving sexual assault or with a sexual motive; a sexual act regarded as a crime; hence **sex criminal**; **sex-determinant**, that which determines an individual's sex; **sex determination**, the biological process that settles the sex of an individual; **sex determiner**, a gene which determines the sex of the individual bearing it; **sex-determining** *ppl. a.*, determining an individual's sex; **sex discrimination** *orig. U.S.*, unfavourable treatment motivated by prejudice against members of a particular sex; hence **sex-discriminating** *ppl. adj.*, **sex-discriminatory** *adj.*; **sex drive**, the principle which motivates satisfaction of sexual needs; **sex factor**, (*a*) a sex-determining chromosome or gene; (*b*) [tr. F. *facteur sexuel* (Jacob & Wollman 1957, in *Compt. Rend.* CCXLV. 1840)], a bacterial plasmid which can promote the transfer of genetic material from its ('male') host to another ('female') bacterium in which recombination then takes place; **sex-free** *a.*, (*a*) having a liberated attitude towards sex; (*b*) not involving sex; **sex hormone**, any of the (natural or synthetic) hormones that affect sexual development or behaviour, esp. those produced by the gonads; **sex impulse**, the impulse towards satisfaction of sexual needs; **sex instinct**, the behaviour and feelings associated with sexual reproduction considered as an instinct for the survival of the species; **sex-interest**, concern with a sexual relationship, esp. as a theme or episode in a story, film, etc.; **sex-intergrade**, an intersex; **sex-killer**, a murderer who sexually assaults his victim; hence **sex-killing** *vbl. sb.*; **sex kitten** *colloq.*, a young woman who exploits her sex appeal; hence **sex-kittenish** *adj.*; **sex-mosaic** *Biol.*, an individual some of whose cells are of one sex and the rest of the other; **sex object**, a person towards whom or thing towards which the sexual impulse is directed; a person regarded only as the object of sexual desire; **sex offence**, (*U.S.*) **offense**, a breach of law or etiquette involving sex; **sex-offender**, a person guilty of a sex offence; **sex play**, (*a*) a play about sex or with sexual content; (*b*) sexual activity stopping short of intercourse; **sexpot, sex-pot** *colloq.*, a sexually exciting person, esp. a woman; also, a sexually very active or sex-obsessed person; also *attrib.* or as *adj.*; **sex ratio**, the ratio of the numbers of individuals of each sex; **sex relation**, (*a*) sexual relationship; (*b*) *pl.* sexual intercourse; also *sex relationship*; **sex-related** *adj.*; **sex-reversal**, adoption of a form or role characteristic of the opposite sex; hence **sex-reversed, -reversing** *ppl. adjs.*; **sex role** *Social Psychol.*, the culturally determined role or behaviour which a person learns as appropriate to his or her sex; **sex shop**, a shop selling sex magazines, aids, etc.; **sex surrogate**, a person employed as a sexual partner for a person undergoing therapy for sexual problems; **sex symbol**, (*a*) a person who is for many the epitome of sexual attraction and glamour; (*b*) a symbol with a sexual signification; **sex therapy**, therapy that deals with a person's psychological impediments to sexual intercourse or with other sexual problems; so *sex therapist*; **sex-typed** *ppl. a. Sociol.* and *Psychol.*, typified as being characteristic of either the male or the female sex; so *sex-typing* *ppl. adj.* and *vbl. sb.*; **sex urge** = *sex drive* above. (Many combs. are paralleled by a collocation with SEXUAL *a.* 3.)

1887 *Jrnl. Educ.* No. 210. 29 If this examination craze is to prevail, and the *sex-abolitionists are to have their way. 1781 COWPER *Expost.* 415 Sin, that in old time Brought fire from heav'n, the *sex-abusing crime. 1918 M. STOPES *Married Love* vi. 62 What must be taking place in the female system as a result of the completed *sex act? 1958 *Listener* 21 Aug. 263/1 A consciousness of guilt in the sex act. 1972 J. SYMONS *Bloody Murder* xii. 160 Detailed accounts of sex acts is [*sic*] still less frequent in the crime story than in ordinary novels. 1898 C. P. STETSON *Women & Econ.* iii. 44 Woman..has developed in the lines of action to which she was confined; and those were always lines of *sex-activity. 1949 M. MEAD *Male & Female* x. 208 The burden of choosing between sex activity and other activities has been taken off the individual. 1933 DYLAN THOMAS *Let.* Nov. (1966) 51 She who lives serene..And drags her tea-time *sex affair all fresh To the dinner table. 1949 M. MEAD *Male & Female* v. 118 Two inexperienced adolescents had a first sex-affair. 1977 *Gay News* 7-20 Apr. 14/3, I should like to dismiss this neat little toy as a sex-aid for sadomasochists. 1923 *Sex-alive [see *ranch dog* s.v. RANCH *sb.*[1] 3 a]. 1923 D. H. LAWRENCE *Kangaroo* xiii. 294 And if for a time you do overcome her with reason, the *sex-anger only arises more hideously. *Ibid.*, You can reason with a *sex-angry woman till you are black in the face. 1909 E. ROBINS *Votes for Women* I. 44 This ferment of feminism..[is] likely to bring a very terrible thing in its train... *Sex antagonism. 1952 A. CHRISTIE *Mrs McGinty's Dead* xii. 93 We really get a feeling of sex antagonism between the chap and the girl. 1924 *Amer. Mercury* II. 318/1 An actress with *sex appeal has four times out of five a more effective actress. 1924 G. R. CHESTER *On Lot & Off* 25 She'd sex appeal me all right! 1953 *Encounter* Nov. 32/2 For the frustrated and starved, it [*sc.* Communism] has all the sex-appeal of a strong, monolithic creed. 1979 *Guardian* 30 Mar. 9/6 Two conflicting general [education] policies have been put forwards by the Conservatives... Both have political sex appeal. 1980 N. FREELING *Castang's City* xi. 68 A very feminine charm, next door to sex appeal. 1928 *Daily Express* 24 Nov. 4/1 *Sex-appealing women should cut out the hurt feelings, the dewy eyes, trembling lips, the 'Please, I'm just a woman' stuff. 1932 *News Chron.* 20 June 4/1 Both [stories] are glittering, glamorous, sex-appealing. 1937 G. FRANKAU *More of Us* v. 61 'Ergo et propter hoc festina lente', Remarked Athene from that smoke-blue ceiling. But Innocent continued sex-appealing. 1964 *Listener* 27 Aug. 291/2 The study of *sex-attractant odours in insects has shown that these may be so highly specific that a very slight change in their chemical structure may make them less effective or even quite ineffective. 1976 *Globe & Mail* (Toronto) 13 Sept. 5/1 Many species manufacture and use chemicals as sex attractants. 1925 *John o' London's Weekly* 5 Dec. 360/1 In many fishes..there seems little hint of *sex-awareness. 1949 M. MEAD *Male & Female* xiv. 284 The period between childhood sexuality focussed on the parent and the stirring of adolescent sex awareness. 1923 J. S. HUXLEY *Ess. of Biologist* IV. 144 Castrated animals fail to realize either possibility of normal *sex-behaviour. 1949 M. MEAD *Male & Female* xvii. 354 The exaggerated over-concern with the other..puts an extraordinary strain on sex behaviour. 1975 *New Yorker* 29 Sept. 29/1 Even in an ideal *sex-blind situation you are going to encounter different kinds of blocksmanship between you and your goals. 1977 *N.Y. Post* 30 Mar. 3 Spokesmen for several liberal groups..declared yesterday that totally sex-blind job assignments are a violation of prisoners' rights. 1962 E. LACY *Freeloaders* ii. 22, I don't buy the bit that every mademoiselle is automatically a *sexboat because she's French. 1963 L. DEIGHTON *Horse under Water* xxii. 98 I've got the photo of your secretarial *sex-bomb. 1976 P. CAVE *High Flying Birds* iii. 42 Sex-bomb, Sonya Stelling might be. Oscar certainly she was not. 1889 GEDDES & THOMSON *Evol. Sex* 91 Very commonly the *sex-cells originate in the ectoderm and ripen there. 1946 *Nature* 3 Aug. 173/2 These results..., while providing virtual proof of *sex-change from male to female in a section of the male population, point also to the probable occurrence of two types of males in *P[atella] vulgata*. 1960 *Twentieth Century* Mar. 258 Sex-change may well seem, as *The Times* said, 'unprepossessing' as a subject for comedy. 1970 *Daily Tel.* 21 Dec. 2/6 More people with transsexual problems are seeking National Health sex-change operations. 1952 GRAHAM & BARR in *Anat. Rec.* CXII. 199 The term 'sex influenced chromatin', or simply '*sex chromatin', will be used in the description to follow for the nuclear structure characterized by a size relation to sex. 1962 *Lancet* 27 Jan. 216/2 In all cases the sex-chromatin pattern was shown to be consistent with the morphological sex. 1913 *Jrnl. Exper. Zool.* XV. 593 The two white females ..came from the union of the two-X egg with the no-X sperm of the vermillion pink male, and should be entirely maternal and entirely non-paternal in *sex chromosomal composition, i.e., they should be exact counterparts..of their mother. 1906 E. B. WILSON in *Jrnl. Exper. Zool.* III. 28 These chromosomes are the bearers of the male and female qualities (or the factors essential to the production of these qualities) respectively. They may also be designated (whenever it is desirable to avoid circumlocution) as *sex-chromosomes. 1926 J. S. HUXLEY *Ess. Pop. Sci.* 46 From all the facts, we can, I think, be sure that all the higher animals possess special X or sex-chromosomes, two in one sex, one in the other, by whose agency sex is determined. 1974 GOODENOUGH & LEVINE *Genetics* x. 466 The sex of a fly is determined, in part, by the number of euchromatic sex chromosomes, called X chromosomes, possessed by an individual. 1920 D. H. LAWRENCE *Women in Love* xvi. 221 Each acknowledges the perfection of the polarised *sex-circuit. 1951 R. CAMPBELL *Light on Dark Horse* 319 These Germans had money from the Komintern and they set up *sex-clinics and communist-cells. 1972 *Newsweek* 27 Nov. 65 The sex clinic is fast becoming as vital a part of the modern hospital as the emergency room. 1921 R. MACAULAY *Dangerous Ages* vi. 111 You prefer to avoid discussing certain aspects of your life. You obviously have a *sex complex. 1928 D. H. LAWRENCE *Lady Chatterley's Lover* vi. 64 Be damned to the artificial *sex-compulsion! refuse it! 1912 T. DREISER *Financier* xx. 222 From the first she was somewhat *sex-conscious. 1952 S. KAUFFMANN *Philanderer* (1953) ii. 30 But she's certainly a sex-conscious girl. It's in her voice, in the way she sits, the way she drinks. 1911 *Freewoman* 7 Dec. 56/1 The impression given..is that the editors and most of the contributors picture the average woman as an individual wallowing in *sex-consciousness. 1953 D. A. BANNERMAN *Birds Brit. Isles* II. 193 'Sex consciousness'..remains for a long time, the male continuing to feed the female..even after the young are hatched. 1911 J. A. THOMSON *Biol. Seasons* iii. 263 The male 'ends' are salmon red or dull pink; the female 'ends' are greenish-grey or drab—the *sex-contrast eking itself out in colour. 1949 M. MEAD *Male & Female* v. 110 The little boys will feel..the potential sex-contrast with the mother. 1921 D. H. LAWRENCE *Psychoanal. & Unconscious* i. 20 The *sex-incest-craving is not the result of inhibition of normal *sex-craving. 1954 R. BISSELL *High Water* xx. 218 Well I'm reading this here story about a *sex-crazed maniac. 1925 *Amer. Mercury* Feb. 196 *Sex crimes, which are commonly regarded as a natural result of drug taking, actually never occur among addicts. 1965 G. MCINNES *Road to Gundagai* vi. 99 The murder of Alma Tirtschke by Colin Ross..was a sex crime which gripped Melbourne for weeks. 1977 *Gay News* 7-20 Apr. 10/1 Three gay people locked away in a private house constitutes a public meeting, and sexual acts that take place between any or all of them are sex crimes.

1972 J. SYMONS *Players & Game* xv. 100 Inadequacy. That's the mark of *sex criminals. **1902** *Biol. Bull.* III. 73 If we accept the theory that chromatin is the bearer of hereditary qualities, there could be little doubt regarding the necessary chromosomic character of a *sex determinant. **1889** GEDDES & THOMSON *Evolution of Sex* iii. 49 The temperature of the time, not of birth but of *sex determination, must of course be noted. **1977** *Dædalus* CVI. IV. 137 Primitive wasps..evolved the sex determination mechanism of haplodiploidy, whereby unfertilized eggs yield males and fertilized eggs yield females. **1912** *Jrnl. Exper. Zool.* XII. 509 Bateson and Punnett ('11) describe certain exceptions occurring in their sex-linkage experiment with fowls, which they suggest may be due to a failure of the usual association between the sex-linked factor and the *sex-determiner, i.e., to 'crossing over' in the female. **1960** E. J. GARDNER *Princ. Genetics* vii. 123/2 When the parallelism was discovered between the chromosome cycle and gene behaviour it was generally assumed that genes other than sex determiners were also located in the sex chromosomes. **1901** GEDDES & THOMSON *Evol. Sex* (ed. 2) 51 In regard to rotifers (*Hydatina*), Maupas maintains that temperature is the *sex-determining factor. **1966** *Lancet* 24 Dec. 1397/1 This discrepancy between mammals and birds..might reflect different evolutionary origins of chromosomal sex-determining mechanisms in the two classes. **1918** M. STOPES *Married Love* iii. 19 Vaguely, perhaps, men have realised that much of the charm of life lies in the *sex-*differences* between men and women. **1979** *Bull. Amer. Acad. Arts & Sci.* Feb. 25 Clear sex differences in the probability of labor force participation and in the kinds of jobs held. **1964** C. BARBER *Ling. Change in Present-Day Eng.* iv. 105 The *sex-discriminating word used to indicate that the member of some profession or the holder of some office is a woman. **1976** *Listener* 4 Mar. 264/3, I do not care if it is unfair, or sex-discriminating, for a woman to get an old age pension five years before a man. **1916** *Campaign Text-Bk.* (National Woman's Party) 62 Enfranchised women in the United States regard the removal of *sex discrimination from our national constitution as a political need of primary importance. **1965** *Financial Times* 24 Nov. 3/3 New guide-line interpretations on sex discrimination have just been issued by the Commission... So far the Commission has received over 400 complaints of sex discrimination. **1976** *Times* 6 Jan. 2/3 Employers who have cheated women of equal pay by job-grading schemes..may be taken to court for sex discrimination. **1976** A. OAKLEY in Mitchell & Oakley *Rights & Wrongs of Women* i. 27 This practical equality challenged the law which was *sex-discriminatory. **1894** H. DRUMMOND *Ascent of Man* 317 The *sex-distinction slowly gathers definition. **1949** M. MEAD *Male & Female* xiii. 266 The very simple accidents of *sex distribution inside any family give a structure within which a child can feel unwanted. **1918** R. S. WOODWORTH *Dynamic Psychol.* vii. 173 The association is not entirely a spreading of the *sex drive into the esthetic sphere. **1963** A. HERON *Towards Quaker View of Sex* 54 There may be a period.. when the sex-drive is latent. **1979** J. SHERWOOD *Hour of Hyenas* ii. 23 You are very striking-looking, but..my power drive is far stronger nowadays than my sex drive. **1920** *Jrnl. Amer. Med. Assoc.* 25 Sept. 884/2 The conference will.. consider the topic of venereal disease from these..aspects: (1) medical measures; (2) enforcement of repression and protection laws; and (3) *sex education. **1969** *Guardian* 7 Aug. 7/6 A series of sex-education talks I'd been giving at a North-east London youth club. **1936** D. H. LAWRENCE *Pornography & So On* 46 The most high-flown *sex-emancipated young people. **1911** O. SCHREINER *Women & Labour* 232 The ignorant savage,..who violates and then clubs a female into submission, may be dominated, and is, by *sex emotions of a certain class. **1967** A. MARSHALL in *Coast to Coast 1965-6* 108 He was sure the men he knew were incapable of any sex emotion other than an animal lust. **1907** E. DENSMORE (*title*) *Sex equality*. **1921** *Daily Mail Year Bk.* 42/1 The organization of the League of Nations has from the outset been founded on the principle of sex equality. **1977** 'J. GASH' *Judas Pair* i. 14 She settled weeping while I found a coat. I'm all for sex equality. **1922** LD. DAWSON OF PENN *Love-Marriage-Birth Control* 23 If this harmful restraint succeeds in preventing conception there eventuates the inevitable prevalence of *sex excitement. **1936** D. H. LAWRENCE *Pornography & So On* 30 Sex-excitement of a secretive, furtive sort. **1919** M. STOPES *Married Love* (ed. 7) ix. 141 Women so harried by the undue drains of unregulated *sex-experience. **1953** Sex experience [see *sex play* below]. **1914** J. LONDON *Let.* 26 Mar. (1966) 419 The recent *sex-exploitation in our magazines and books. **1911** R. C. PUNNETT *Mendelism* (ed. 3) xi. 107 The factor which repels the red-eye factor is in this case to be found in the male, and here consequently it is the male which must be regarded as heterozygous for a *sex factor that is lacking in the female. **1931** E. B. FORD *Mendelism & Evolution* i. 14 Two doses of the sex factors carried by the X-chromosomes evoking the development of one of the sexes. **1955** *Science* 25 Feb. 305/1 The sex alleles of monosporoidal lines from a cross can be determined by matings in corn seedlings with lines representing each of the four haploid combinations of the parental sex factors. **1959** *Genetics* XLIV. 497 (*heading*) A variant sex factor in *Escherichia coli*. *Ibid.*, The wild type sex factor (F') of strain K-12 is characterized by its low affinity for the chromosome and its lack of any preferential site of attachment. **1968** W. HAYES *Genetics of Bacteria & their Viruses* (ed. 2) xiv. 799 If the sex factor happens to be inserted into the chromosome.., the replication initiated in the sex factor proceeds around the complete, integrated structure so that the chromosome is transferred as well. **1973** R. G. KRUEGER et al. *Introd. Microbiol.* xv. 423/2 The spread of a sex factor like Δ through successive populations of cells carrying different resistance genes on nontransmissible plasmids could result at each step in a strain carrying more and more genes for antibiotic resistance. **1918** M. STOPES *Married Love* v. 50 Even after a woman's dormant *sex-feeling is aroused..it may even take as much as from ten to twenty minutes of actual physical union to consummate her feeling. **1937** *Discovery* May 162/2 Conjugal affection, as distinct from sex-feeling. **1970** *Women Speaking* Apr. 4/2 The nearest man ever comes to this reduction to a word is when he offends society sexually: he is a *sex fiend. **1976** T. HEALD *Let Sleeping Dogs Die* vi. 111 She was picked up by a sex fiend..and raped. **1970** *Sex film* [see *sex-instruction* below]. **1936** D. H. LAWRENCE *Pornography & So On* 44 The *sex-flow is dying out of the young. **1929** ——— *Pornography & Obscenity* 24 But the bohemian is '*sex free'. **1960** *Encounter* Sept. 72/1 Gerda is one of those sex-free affairs between tormented men and life-accepting women. **1897** J. HUTCHINSON in *Arch. Surg.* VIII. 230 Loss of *Sex Function. *a***1911** D. G. PHILLIPS *Susan Lenox* (1917) II. x. 244 The favorite children's games, often played in the open street..were *sex games. **1976** J. CROSBY *Nightfall* xxvi. 148 'Don't you like sex games?' she said. *a***1930** D. H. LAWRENCE *Last Poems* (1932) 140 All this talk of equality between the sexes is merely an expression of *sex-hate. **1913** J. LONDON *Let.* 11 Oct. (1966) 408 She cherishes a *sex hatred for a woman who was bigger than she. **1917** *Jrnl. Exper. Zool.* XXIII. 371 (*heading*) The free-martin; a study of the action of *sex hormones in the foetal life of cattle. **1965** *New Scientist* 22 Apr. 218/3 The materials contained in the various forms of The Pill are synthetic sex hormones. **1951** M. MCLUHAN *Mech. Bride* (1967) 23/2 The reader is treated as the sluggish male is treated by the *sex-hungry cave woman in the shirt ads. **1912** G. F. LYDSTON (*title*) *Sex hygiene for the male and what to say to the boy*. **1949** M. MEAD *Male & Female* i. 17 Proper diet, rest, and sex hygiene have taken care of that. *a***1911** D. G. PHILLIPS *Susan Lenox* (1917) II. xi. 281 In the streets the *sex impulse shows stripped of all disguise. **1957** J. S. HUXLEY *Relig. without Revelation* ix. 223 The powerful emergence of the sex-impulse in adolescence. **1936** D. H. LAWRENCE *Pornography & So On* 45 You may even bring about a state of utter indifference and *sex-inertia. **1951** H. A. LINDSAY et al. in *Jrnl. Nat. Cancer Inst.* XII. 244 During accelerated synthesis of Nissl material the *sex-influenced chromatin moves from its usual position, next to the nucleolus, toward the nuclear membrane. **1898** C. P. STETSON *Women & Econ.* iii. 56 What business has a little girl with the instincts of maternity?.. They are *sex-instincts, and should not appear till the period of adolescence. **1976** A. MONTAGU *Nature of Human Aggression* (1978) iv. 64 Everyone 'knows' from his or her own experience that there is such a thing as a sex instinct. **1935** E. BOWEN *House in Paris* i. iii. 42 We do not consider him ripe for direct *sex-instruction yet, though my husband is working towards this through botany. **1970** *Guardian* 10 Dec. 10/4 From time to time we have to see, not sex films, but sex-instruction films. **1911** *Maclean's Mag.* Apr. 139/2 There is scarcely any '*sex interest' in it at all. **1940** 'G. ORWELL' in *Horizon* Mar. 189 Both of these papers admit a certain amount of sex-interest into their stories. **1917** *Sex-intergrade* [see INTERSEX]. **1962** *Lancet* 27 Jan. 216/2 The hypothesis, advanced by Lang, that some male homosexuals are sex intergrades—i.e., morphologically male but genotypically female. **1941** 'G. ORWELL' in *Horizon* IV. 155 More than half, perhaps three-quarters, of the jokes are *sex jokes. **1959** M. GILBERT *Blood & Judgement* ii. 26 You'd be surprised..how many *sex-killers..turn out to be their mothers' favourite sons. **1972** J. MCCLURE *Caterpillar Cop* ii. 15 Murders..kept things going... But wanton *sex killings involving the young were quite another matter. **1958** *Daily Sketch* 2 June 11/4 Clever film men have moulded her *sex-kitten type. **1966** *Guardian* 7 Jan. 9/2 Brigitte Bardot..the original sex kitten with the French charm. **1977** D. MORRIS *Manwatching* 256 This is why we like 'sex kittens' more than females who are 'catty'. **1963** J. FOWLES *Collector* 11. 166 Antoinette was almost parodying herself, she was so *sex-kittenish. **1898** C. P. STETSON *Women & Econ.* vii. 143 It should be..understood ..that the higher development of social life following the economic independence of women makes possible a higher *sex-life than has ever yet been known. **1922** S. PATON *Signs of Sanity* vi. 205 Some phases of our instinctive activities.. we discuss frankly..; others, notably the sex-life, we treat in a..furtive manner. **1936** 'P. QUENTIN' *Puzzle for Fools* xx. 181, I get no kick out of the sex-life of the white-tailed baboon. **1976** *Vogue* 15 Mar. 13/2 *He* is being reviled for apparently having absolutely no sex life, none at all. **1979** R. JAFFE *Class Reunion* 1. v. 47 Richard was the only boy..who had a regular sex life with a girl, and so he was a celebrity. **1925** T. DREISER *Amer. Tragedy* (1926) II. iii. xiv. 183 All those..*sex-longings..had long since been covered with an easy manner. **1898** C. P. STETSON *Women & Econ.* xii. 260 The generous giving impulse of *sex-love. **1976** R. DELMAR in Mitchell & Oakley *Rights & Wrongs of Women* ix. 281 There are several conditions which, in Engels..make sex love the rule within the proletariat. **1935** H. EDIB *Clown & his Daughter* viii. 43 Now she wants to burden me with another *sex-machine. **1970** *Times* 9 Dec. 16/4 Lulu herself, from her first days as an insatiably successful sex-machine to her last days as an amateur prostitute, has no existence outside her appetite. **1943, 1974** *Sex-mad* [see MAD *a*. 4]. **1931** *Sex magazine* [see *confession magazine*]. **1980** P. KINSLEY *Vatchman Smith* vii. 66 The customs officer..sold any sex-magazines he could confiscate from foreign tourists. **1895** *Fortn. Rev.* 1 Apr. 592 *Sex mania in art and literature can be but a passing phase. **1895** H. GARLAND *Rose of Dutcher's Cooly* viii. 90 The brakeman came through and eyed her with the glare of a *sex-maniac. **1971** *Daily Tel.* 14 Dec. 3 The Jersey sex maniac..was jailed for 30 years yesterday for 13 indecent and sexual offences against young girls and boys. **1975** 'D. RUTHERFORD' *Mystery Tour* i. 8 Wasn't that [*sc.* the murder] the work of some sadistic sex maniac? **1911** O. SCHREINER *Women & Labour* v. 187 It is among certain orders of birds that *sex manifestations appear to assume their most harmonious and poetical forms on earth. **1949** M. MEAD *Male & Female* viii. 167 These [*sc.* seizures] are extremely violent, but without specific sex manifestations. **1975** H. MCCLOY *Minotaur Country* iii. 21 He would be a sober, industrious lover. He would read all the *sex manuals. **1926** W. R. INGE *Lay Thoughts* III. 254 The pleasantest side of our civilization—the ease with which innocent friendships are made between men and women—stands or fails with that Christian *sex-morality which is now being openly flouted. **1958** *Listener* 4 Dec. 933/2 Queen Victoria..instituted a new reign of sex-morality. **1903** *Bull. Museum Compar. Zool. Harvard Coll.* XL. 197 Unilateral and mixed hermaphrodites are an exceptional form of *sex-mosaic. **1926** J. S. HUXLEY *Ess. Pop. Sci.* 296 It is possible in the case of abnormal distribution of the sex-chromosomes during desemination to obtain some parts of the body with the male-determining, others with the female-determining complement of chromosomes, with the result that a sex-mosaic or gynandromorph is the result [*sic*]. **1955** *Japanese Jrnl. Zool.* XI. 350 The 1st gynandromorph is a simple bilateral sex mosaic showing yellow Ww gene in the left male wings and white Ww gene in the right female wings. **1923** in C. D. Stelling *Yea & Nay* 33 (*heading*) Is there any alternative to the *sex novel? **1951** M. MCLUHAN *Mech. Bride* (1967) 23/2 Amid the unmitigated torrent of sadistic sex novels works of reflection are tolerated only if they are..'warmly human'. **1911** *Amer. Jrnl. Psychol.* XXII. 423 Instead of sublimating the sex impulse, he [*sc.* Leonardo da Vinci] directed it towards the physical Jesus *in toto*. It was simply the substitution of one *sex object for another. **1963** B. FRIEDAN *Feminine Mystique* (1965) xi. 266 For the woman who lives according to the feminine mystique, there is no road to achievement, or status, or identity, except the sexual one: the achievement of sexual conquest, status as a desirable sex object, identity as a sexually successful wife and mother. **1980** G. GREENE *Doctor Fischer of Geneva* ix. 59 Deane is not an actor: he is a sex object. Teenage girls worship him. **1914** *New Republic* 26 Dec. 27/1 An almost lyrical open-airness.. saved 'The Garden Without Walls,'..from being *sex-obsessed. **1979** *London Rev. Bks.* 25 Oct. 13/1 Civilised human beings are remarkable among animal species for being sex-obsessed. **1920** F. M. FORD *Let.* 19 Sept. (1965) 127 The end would be the most horribly costive neurasthenic you can imagine, with incredible *sex obsessions sedulously concealed. **1911** J. LONDON *Let.* 8 Jan. (1966) 330 You are suffering from what you deem a *sex-offence. **1977** J. THOMSON *Case Closed* vii. 85 The offences..included fraud, burglary,..assault, sex offences of various sorts. **1939** *Columbia Law Rev.* Mar. 535 Prior to the enactment of this statute in Illinois, a criminal *sex offender received no special treatment. **1976** K. BONFIGLIOLI *Something Nasty* iii. 33 We 'ave only two known sex-offenders worth the name in this Parish. **1902** W. JAMES *Var. Relig. Exper.* i. 12 That without the chemical contributions which the *sex-organs make to the blood, the brain would not be nourished so as to carry on religious activities..may be true or not true. **1978** *Times* 15 Mar. 6/3 Old symbols like mutilation of sex organs..are passé. **1962** J. HELLER *Catch-22* xxi. 208 Officers' clubs everywhere pulsated with blurred but knowing accounts of lavish, hushed-up drinking and *sex orgies there. **1949** M. MEAD *Male & Female* ix. 195 But patterns that regulate competition in the choice of *sex partners are learned patterns. **1970** *Sex partner* [see *sex therapy* below]. **1958** J. KEROUAC *On Road* i. i. 8 He told him of..his innumerable girls and *sex-parties and pornographic pictures. **1916** G. B. SHAW *Overruled* 63 Plays occupied wholly with the conventional results are..unsatisfying as *sex plays. **1932** WODEHOUSE *Louder & Funnier* 270 When I write my daring sex-play, I have to submit it to Lord Cromer, who starts licking his blue pencil the moment he has opened the envelope. **1953** H. M. PARSHLEY tr. *De Beauvoir's Second Sex* II. vii. 682 The excessive sentimentality,..and platonic crushes of adolescent girls,..are much more injurious than a little childish sex play and a few definite sex experiences. **1961** W. BROWN *Bedeviled* 17 Gradually, however, the fondling developed into open sex play which frightened her. **1957** F. MORTON *Art of Courtship* 156 How pitiful the American who cannot command the smile of a *sexpot. **1961** *Harper's Bazaar* May 57/2 Ovid..the dirty old sexpot. **1963** J. T. STORY *Something for Nothing* i. 17 'I like the hockey type,' Albert said. 'I can't stand these sex-pots.' **1975** *New Yorker* 5 May 115/1 Graham Chapman, John Cleese..with Connie Booth and Carol Cleveland as their sexpot aides. **1981** *London Mag.* July 89/2 Tough Games Mistress. Rebellious sexpot pupil (pregnant again). **1918** M. STOPES *Married Love* viii. 76 The periods of complete abstinence should be opportunities for transmuting the healthy *sex-power into work of every sort. **1977** *London's Outrage* I. 7 The bully-boy sex-power of Nazism/fascism is very attractive and an easy solution to our complex moral and social dilemmas. **1876** HARDY *Ethelberta* xxxvii, You cannot have celebrity and *sex-privilege both. **1900** J. X. MERRIMAN *Let.* 1 July (1966) 222 The shrieking sisterhood who write on *sex problems and scream out for votes. **1979** *Guardian* 10 July 9/1 Professional partners used in the treatment of sex problems. **1902** G. B. SHAW *Mrs. Warren's Profession* p. xx, Plays which treat *sex questions as problems for thought instead of as aphrodisiacs will be freely performed. **1917** F. W. S. BROWNE in *Proc. Brit. Soc. for Study Sex Psychol.* 7 General early marriage, even if possible under present conditions, does not solve the sex question. **1906** *Biometrika* V. 79 The *sex-ratio for the family of each individual is directly calculated and tabled. **1974** J. BURNETT *Useful Toil* 1. 48 Because of the unequal sex ratio one in three [Victorian] women were 'doomed' to spinsterhood. **1977** *Detroit Free Press* 11 Dec. 9-c/1 A high-ranking official of Planned Parenthood says television's standards on *sex-related programming should be as much a public issue as its standards on televised violence. **1898** C. P. STETSON *Women & Econ.* i. 5 The economic status of the human female is relative to the *sex-relation. **1911** O. SCHREINER *Let.* in First & Scott *Olive Schreiner* (1980) vii. 291 [She] thinks it's wrong for people, even if married, to have sex relations with each other except just when they want to make a child. **1949** M. MEAD *Male & Female* i. 14 The infant..before he can toddle has absorbed a particular style of sex relations. **1980** FIRST & SCOTT *Olive Schreiner* viii. 307 A cutting about sex relations between Indians and white women. **1898** C. P. STETSON *Women & Econ.* iv. 74 Let us bear in mind that all the tender ties of family are ties of blood, of *sex-relationship. **1963** A. HERON *Towards Quaker View of Sex* i. 8 There are certain historical characteristics of the Society of Friends that ought specially to lead to..understanding of the significance of the sex relationship. **1926** M. LEINSTER *Dew on Leaf* v. 29 He talked ..about health, climate, and *sex-repression. **1958** J. CANNAN *And be Villain* i. 27 Richard used to treat me as a case of sex repression. **1916** *Amer. Naturalist* L. 388 In the generic crosses which give all, or nearly all, males at the beginning of the season and all, or nearly all, females in the autumn what is happening?—true *sex reversal? or is it selective fertilization, differential maturation or a selective elimination of ova in the ovary? **1926** J. S. HUXLEY *Ess. Pop. Sci.* iv. 53 Hens which had undergone sex-reversal to cocks. **1949** M. MEAD *Male & Female* vi. 129 Peoples may provide sex-reversal rôles for both sexes. **1926** J. S. HUXLEY *Ess. Pop. Sci.* iv. 53 Similar results have now been obtained..by breeding from *sex-reversed moths. **1959** Sex-reversed [see FEMINIZATION 2]. **1926** J. S. HUXLEY *Ess. Pop. Sci.* iv. 52 Some sexually abnormal human beings are the victims of this *sex-reversing power. **1927** W. B. WOLFE tr. *Adler's Understanding Human Nature* I. vii. 135 There are only *two* *sex rôles possible. One must orient oneself according to one of two models, either that of an ideal woman, or according to that of an ideal man. **1969** W. H. SEWELL in E. F. Borgatta *Social Psychol.* 218/1 The sex-role concepts of

children and..sex-role pressure in the socialization of the male child. **1977** *China Now* July/Aug. 3/3 The sex-roles are traditionally presented and the girl who helps Mummy to hang out the washing is rewarded. **1955** T. H. PEAR *English Social Differences* 200 This..class-segregated, *sex-segregated regime. **1970** *Guardian* 26 Nov. 4/2 '*Sex-shops'..are now established in many West German cities. **1974** K. MILLETT *Flying* (1975) III. 307 Sarah stops by and gives us an account of the new sex shop in Tottenham Court Road. **1981** *Observer* 4 Jan. 3/2 How do you designate a sex shop anyway? Does selling contraceptives make Boots a sex shop? **1959** P. BULL *I know Face* x. 187 A city almost entirely devoted to *sex-shows. **1922** JOYCE *Ulysses* 535 The dark *sexsmelling theatre unbridles vice. **1961** *Giornale di Microbiologia* IX. 149 Two phages have been isolated which are *sex-specific on E[scherichia] coli K 12. **1976** P. MARKS in Mitchell & Oakley *Rights & Wrongs of Women* v. 179 They may differ among themselves about how far vocations, and thus education, should be sex-specific. **1961** *Giornale di Microbiologia* IX. 147 The same strains used to test the *sex-specificity of phages $μ_2$ and $ϕ_1$ were challenged with phages $T_1,...T_7$. **1912** M. HASTINGS *New Sin* II. 57 *Sex-starvation, they call it. It's awful, but it can be done because it must be done. **1977** 'D. RUTHERFORD' *Return Load* i. 12 He wondered whether sex starvation had..started to provoke hallucinations... He had seen..a gorgeous red-head. **1927** A. HUXLEY *Proper Studies* 292 St. Anthony and the unwashed, underfed, *sex-starved monks of the Thebaid. **1978** M. BIRMINGHAM *Sleep in Ditch* 164 Their first guess is that I'm a sex-starved grass-widow, glimpsing seducers behind every door. **1949** M. MEAD *Male & Female* vi. 137 A *sex stereotype that decries the interests..of each sex is usually not completely without a basis. **1977** *N.Z. Herald* 8 Jan. 2-2/7 The society has new projects planned for its second decade, including a survey into *sex-stereotyping. **1936** *Sex-story* [see *crime-story*]. **1979** *Guardian* 10 July 9/1 Dr. Martin Cole's Institute for Sex Education and Research ..has been supplying *sex surrogate therapy for ten years. *a***1911** D. G. PHILLIPS *Susan Lenox* (1917) II. xx. 442 Men ..might regard her as nothing but *sex symbol; she regarded herself as an intelligence. **1951** M. MCLUHAN *Mech. Bride* (1967) 94/2 The 'line' [of chorus girls] itself..is even more basic than the sex symbol of the flower. **1976** BOTHAM & DONNELLY *Valentino* i. 12 The olive skin of the man who would..become the world's first and most enduring sex symbol. **1931** G. T. RENIER *English: Are they Human?* iv. 85 The wide-spread ignorance of the technique of love among average Englishmen..results from the taboo on direct *sex-talk. **1977** C. FREMLIN *Spider-Orchid* xiii. 94 They have these sex talks..at school from the age of nine. **1978** J. PUDNEY *Thank Goodness for Cake* 80 At the football club sex talk proliferated, constantly spiced with dirty stories. **1976** *National Observer* (U.S.) 13 Mar. 6/3 American life-styles: a TV anchorman,..a rock star,..a groupie, a *sex therapist. **1977** DELORA & WARREN *Understanding Sexual Interaction* iv. 90 Sex therapists, who direct their creative energy toward the specifically sexual difficulties of individuals or couples. **1961** R. A. & F. R. HARPER in *Encycl. Sexual Behaviour* I. 348/2 Individuals and groups vary..in the quality and quantity of *sex therapy they need. **1970** BELLIVEAU & RICHTER *Understanding Human Sexual Inadequacy* (1971) III. vii. 77 Success in sex therapy is dependent upon communication between the sex-partners. **1928** D. H. LAWRENCE *Lady Chatterley's Lover* i. 6 In the actual *sex-thrill within the body, the sisters nearly succumbed to the strange male power. **1642** H. MORE *Song of Soul* I. III. lxxi, Mad-making waters, *sex trans-forming springs. **1941** MILLER & DOLLARD *Social Learning & Imitation* xii. 198 The punishments meted out to adults who actually exhibit such tendencies tend to maintain and strengthen the *sex-typed habits acquired. **1979** *Bull. Amer. Acad. Arts & Sci.* Feb. 31 The modal pattern for each sex is, nonetheless, conventionally sex-typed. **1941** MILLER & DOLLARD *Social Learning & Imitation* xii. 198 By the time a child reaches his second year *sex-typing has already begun. **1976** *New Society* 4 Mar. 509/1 The 'blue/gun for a boy: pink/dolly for a girl', sex-typing syndrome. **1898** C. F. STETSON *Women & Econ.* x. 213 We confuse the natural result of marriage in children, common to all forms of *sex-union, with the family,—a purely social phenomenon. **1923** M. STOPES *Contraception* iii. 39 The type of woman who..has acquired the view that all sex union after the procreation of the desired number of children has been accomplished, is wrong. **1920** M. SANGER *Woman & New Race* ix. 111 This man is not concerned with his wife's *sex urge, save as it responds to his own at the time of his choosing. **1966** D. FRANCIS *Flying Finish* vi. 74 Bravery is built in... You can't stamp it out any more than the sex urge. **1912** L. HOUSMAN (*title*) *Sex-war and woman's suffrage.* **1978** J. IRVING *World according to Garp* xvii. 362 'Fucking *women*,' the cabby said. 'Fucking *men*,' said Garp, feeling..that he had done his duty to ensure that the sex war went on. **1911** 'I. HAY' *Safety Match* I. i. 4 The sides of the house are equally balanced both for purposes of companionship and in the event of *sex-warfare.

**sex** (sɛks), *v.* [f. SEX *sb*.] **1.** *trans.* To determine the sex of, by anatomical examination; to label as male or female.
**1884** GURNEY *Diurnal Birds Prey* 173 The specimen is not sexed, neither is the sex noted on the drawing. **1888** A. NEWTON in *Zoologist* Ser. III. XII. 110 The..barbarous phrase of 'collecting a specimen' and then of 'sexing' it.

**2.** *to sex up* (slang), to give a sexual flavour to, to increase the sexual content of.
Examples of the adj. or quasi-adj. *sexed-up* 'sexually aroused' are included here for convenience.
**1942** BERREY & VAN DEN BARK *Amer. Thes. Slang* §361/5 *Make sexy, sex it up,* to introduce sex into, as a story. *Ibid.* §361/9 Passionate; amative; lustful,..(*all*) *sexed up.* **1958** *Observer* 24 Aug. 5/7 The business of 'sexing up' the titles of foreign films is..a trick well known in both France and Britain. **1959** *Ibid.* 11 Oct. 21/4 Reads rather like an old-time boy's book sexed up and sadistified for the 1950s. **1969** J. GARDNER *Compl. State of Death* vi. 97 What do you do when you get sexed up? Mortify the flesh? **1976** *Nature* 15 July 177/3 Erickson and Zenone tested the reaction of 35 males to two groups of females... The males..showed more aggression and less courtship towards the 'sexed up' females.

**3.** *intr.* To have sexual intercourse. *slang.*
**1966** 'G. BLACK' *You want to die, Johnny?* ix. 172 The surprising thing isn't the number of teenagers who sex and dope, but rather..that there are so many that don't. **1980** J. BARNETT *Palmprint* i. 6 Maybe we sex together at yo' place.

**sex,** obs. form of SIX.

**sex-** (sɛks), repr. L. *sex* six in combination (as in *sexangulus* SEXANGULAR, *sexennis* SEXENNIAL), occurs in many mod. formations, chiefly scientific or technical. (In some of these SEXI- is also used.)

**1.** Forming parasynthetic compounds, as *sexannulate* (= six-ringed), *sexarticulate, sexcuspidate, sexlocular, sexradiate, sextubercular, -tuberculate* adjs. (see ANNULATE, etc.); **sex'digital, -'digitate, -'digitated** (also *sedigital,* etc. after L.) *adjs.,* having six digits (fingers or toes); **sex'digitism,** the condition of having six digits; **sex'digitist,** one who has six digits; **sex'farious** *a. Bot.* [mod.L. *sexfarius*], see quot.; **'sexfid** *a.* [mod.L. *sexfidus*], divided into six segments; **sex'tactic** *a. Math.,* pertaining to or involving six coincident points of contact.
**1856** W. CLARK *Van der Hoeven's Zool.* I. 317 *Loxocera,..* Abdomen elongate, *sexannulate. *Ibid.* 345 *Chironomus,..* Antennæ filiform,..in females *sexarticulate. **1899** *Proc. Zool. Soc.* 560 In the molars..the derivation from the *sexcuspidate type is equally recognizable. **1898** *Syd. Soc. Lex.,* *Sexdigital,* having six digits. **1868** DARWIN *Anim. & Pl.* II. xii. 13 The child of the fifth generation would have only 1-32nd part of the blood of his *sedigitated ancestor. **1775** ASH *Suppl.,* *Sexdigitism. **1825** A. CLARKE *Bible Comm.* II. 2 Sam. xxi. 20 Maupertius..says, that he met with two families near Berlin, where sexdigitism was equally transmitted on both sides of father and mother. **1880** PROCTOR *Rough Ways* 211 In a branch of a well-known Scotch family sex-digitism—after continuing for three or four generations—has apparently disappeared. **1775** ASH *Suppl.,* *Sexdigitist. **1900** B. D. JACKSON *Gloss. Bot. Terms,* *Sexfarious,* presenting six rows, extending longitudinally round an axis. **1760** J. LEE *Introd. Bot.* I. xi. (1776) 26 In respect to its Segments..it [a calyx] is..*Sexfid, in six. **1785** MARTYN *Rousseau's Bot.* xxiv. (1794) 341 The exterior calyx ..in Alcea is sexfid. **1777** ROBSON *Brit. Flora* 34 *Sexlocular, divided into six cells, as in Asarum. **1853** MACDONALD & ALLAN *Bot. Word-bk.* 29 *Sexlocular,* applied to a pericarpium which has six internal divisions or cells. **1874** J. E. GRAY in *Ann. Nat. Hist.* Ser. IV. XIII. 288 Sponges with spicules of the *sexradiate type. **1859** CAYLEY *Math. Papers* (1891) IV. 228 The twenty-seven *sextactic points form nine groups of three each. **1893** *Ibid.* (1897) XIII. 387 Halphen assumes that $a^2d - 3$ abc $+ 2 b^3$ is the sextactic reciprocant. **1890** *Nature* 20 Mar. 467/1 The addition of a postero-internal cusp in the bunodont series gives us the *sextubercular molar. **1899** *Proc. Zool. Soc.* 558 The unworn molars..are..*sextuberculate.

**b.** *Chem.* In the names of classes of compounds, denoting the presence of six atoms, molecules, or combining proportions of the substance indicated by the second part of the compound, as **sexa'luminate, sex'borate, sex'decyl.** Also in other kinds of words: **†sex'basic** *a.,* having six combining proportions of the base; **sex'valent** *a.,* having an equivalence of six, combining with or replacing six hydrogen atoms.
**1836** T. THOMSON *Min., Geol.,* etc. I. 219 The mineral might be considered as composed of 2 atoms sexaluminate of magnesia 1 atom tersilicate of magnesia. **1841** BRANDE *Chem.* (ed. 5) 839 A hydrated sexbasic nitrate of lead is formed. **1849** WATTS tr. *Gmelin's Handbk. Chem.* III. 89 Sexborate of soda. **1868** FOWNES' *Chem.* (ed. 10) 632 Sexdecyl, or Cetyl Alcohol,..also called Ethal, is obtained from spermaceti. **1872** WATTS *Dict. Chem.* VI. 243 Sulphur, regarded as sexvalent, may take with it into combination the quinquivalent group. **1877** —— FOWNES' *Chem.* I. 256 Sexvalent elements, or Hexads.

**2.** Combined with a numerical element: **sex'decimal, ,sexduo'decimal, se'xoctonal** *adjs.* (see quots. 1816, 1822); **sex'decimo** = SEXTODECIMO; **sexmille'narian** *a.,* holding the doctrine of the 'sexmillenary duration' of the world: **sexmi'llenary, -mi'llennial** *adjs.,* of 6000 years.
**1816** R. JAMESON *Char. Min.* (ed. 2) 201 *Sex-decimal, when the planes that belong to the prism..and those which belong to the two summits, are the one six, and the other ten in number, or *vice versa.* In the same manner, we say, *octodecimal, *sex-duodecimal* [etc.]. **1870** J. POWER *Handy-bk.* 112 *Sex-decimo,—sixteenmo; contraction, 16mo, now called foolscap 8vo. **1851** A. P. STANLEY in *Life & Lett.* (1893) I. 429 A conversation..going on between the Dean, Dr. Spry, and the *sexmillenarian C——. **1728** EARBERY tr. *Burnet's St. Dead* II. 16 The Prophecy of the Jews..of the *Sex-millenary Duration thereof [*sc.* of the World]. **1684** T. BURNET *Th. Earth* II. 34 The prophecy..concerning the *sexmillennial duration of the world. **1822** P. CLEAVELAND *Min.* (ed. 2) I. 36 Quadridecimal, octodecimal,.. octosexdecimal, *sexoctonal, &c. when..a prism or the middle part of a crystal, and the two summits have the number of faces, indicated by the several names respectively. Thus..plomb carbonaté (carbonate of lead) sexoctonal.

**sexa-,** irreg. for SEX-, SEXI-.
**1891** *Century Dict., Sexadecimal.* **1905** KAMENSKY *Mendeléeff's Princ. Chem.* (ed. 3) I. 441 *note,* Sulphur is bivalent towards hydrogen, and sexavalent as regards oxygen.

**sexa'cuple,** *a.* and *sb.* [f. L. *sexāgintā* sixty, after *decuple.*] Proceeding by sixties.
**1728** CHAMBERS *Cycl.* s.v. *Minute,* The Divisions of Degrees are Fractions, whose Denominators increase in a Sexacuple Ratio.

**se'xagenal,** *a.* [f. L. *sexāgēnī* 60 each + -AL¹.] = SEXAGENARY *a.*
In recent Dicts.

**sexagenarian** (ˌsɛksədʒɪˈnɛərɪən), *a.* and *sb.* [f. L. *sexāgēnāri-us:* see SEXAGENARY and -IAN.]
**A.** *adj.* Of the age of sixty years. Also, characteristic of one sixty years old.
**1862** T. A. TROLLOPE *Marietta* I. ii. 27 A sexagenarian sire. **1889** GUNTER *That Frenchman* iii. 28 He gives a sexagenarian nudge to his companion.
**B.** *sb.* A person sixty years old.
**1738** CHAMBERS *Cycl.* (ed. 2) s.v. *Sexagenary,* Some casuists dispense with sexagenarians for not fasting. **1826** SYD. SMITH *Wks.* (1859) II. 88 The rouged cheek of the sexagenarian. **1870** DISRAELI *Lothair* xxxv, Your enamoured sexagenarians.
Hence ˌsexage'narianism, the state of being sixty years old.
**1876** HARDY *Ethelberta* xlii, The sort of sexagenarianism beside which a young woman's happiness can sometimes contrive to keep itself alive in a quiet sleepy way.

**sexagenary** (sɛkˈsædʒɪnərɪ), *a.* and *sb.* [ad. L. *sexāgēnāri-us,* f. *sexāgēnī* sixty each, distributive of *sexāgintā* sixty.
In some dicts. of the 18th and 19th c. the word is accented 'sexagenary, in some of the 18th *sexa'genary.*]
**A.** *adj.*
**1.** *Math.* Of or belonging to the number 60; composed of or proceeding by sixties; pertaining to a scale of numbers of which the modulus is 60.
*sexagenary arithmetic* = SEXAGESIMAL *arithmetic. sexagenary table,* a table of proportional parts which shows at sight the product or quotient of any two sexagenary numbers to be multiplied or divided.
**1594** BLUNDEVIL *Exerc.* I. (1597) 34 (*bis*), The Sexagenary progression is alwaies to be vsed, as well in Diuision as in Multiplication. *Ibid.* 37 b, The description and vse of the Sexagenarie Table. **1669-70** FLAMSTEED in Rigaud *Corr. Sci. Men.* (1841) II. 93 In the study of..Mr. Halton I once saw one [*sc.* a mathematical canon] of Vlaccus to every ten sexagenary seconds. **1721** BAILEY, *Sexagenary Arithmetick.* **1785** HUTTON *Math. Tables* I Ptolemy, who used the sexagenary arithmetic for this division of chords and arcs, and for astronomical purposes. **1795** T. MAURICE *Hindostan* (1820) I. I. viii. 274 The emperor Yu,..who flourished..about the middle of the third great sexagenary cycle. **1819** JAS. WILSON *Dict. Astrol.* 398 Leaving the left hand column for the seconds, but they may be made to answer to any sexagenary proportion.

**2.** = SEXAGENARIAN *a.*
**1638** MAYNE *Lucian* (1664) 141 Though he was a Sexagenary Bridegroome. **1755** CHESTERF. in *World* IV. 132 The sexagenary widow remembers that she was handsome, but forgets that it was thirty years ago. **1819** BYRON *Wks.* (1846) 799/1 Having a sexagenary aunt of my own. **1821** *Blackw. Mag.* X. 88 Some will have this to be the due consequences of sexagenary decay. **1856** MRS. BROWNING *Aur. Leigh* I. 1038, I count it strange..That nearly all young poets should write old, That Pope was sexagenary at sixteen.
**B.** *sb.*
**†1.** *Math.* and *Astr.* = SEXAGESIMAL B. *sb.*
**1668** GLANVILL *Plus Ultra* 23 The Decimal Arithmetick, which avoids the tedious way of computing by Vulgar Fractions in..Sexagenaries in Astronomy. **1704** J. HARRIS *Lex. Techn.* I. s.v., Sexagesimal Fractions, or Sexagenaries, are such as have always 60 for their Denominator. **1728** CHAMBERS *Cycl., Sexagenary Tables,* are Tables of proportional Parts, shewing the Product of Two Sexagenaries, or Sexagena's that are to be multiplied; or the Quotient of Two, to be divided.

**2.** = SEXAGENARIAN *sb.* Now *rare* or *Obs.*
**1814** SCOTT *Wav.* xliii, The lad can sometimes be as dowff as a sexagenary like myself. **1841** MOORE *Mem.* (1856) VII. 290, I..went down an English country dance of fifty couples on the stone floor, no trifling achievement for a sexagenary.

**'sexagene.** *Math.* Also in L. form. [ad. mod.L. *sexāgēna* fem. sing. f. L. pl. *sexāgēnī, -æ, -a:* see prec.] A quantity or number multiplied by sixty or a power of sixty; an arc of sixty degrees. *first, second,* etc. *sexagene:* the first, second, etc. stage in ascending order of a sexagesimal scale of numeration or measurement.
**1570** DEE *Math. Pref.* *ij, The Astronomers, for spede.. haue deuised a peculier maner of orderyng numbers, about theyr circular motions, by Sexagenes, and Sexagesmes. **1597** BLUNDEVIL *Exerc.* I. (ed. 2) 37 In those Tables are often vsed two kinds of denominations,..Sexagenæ and.. Sexagesimæ,..the denomination Sexagenæ being set ouer any number doth signifie that the vnite of the Integrum is multiplyed by 60. But the denomination Sexagesimæ doth signifie that the vnite of the Integrum is diuided by 60. **1674** JEAKE *Arith.* (1696) 233 Bring all the Circles and Signs, or Sexagenae thereof, into Degrees. **1694** tr. *Oughtred's Key Math.* 32, 53″ 09´ 34^o *i.e.* 53 second Sexagenes; 9 first Sexagenes; and 34 Unites. **1709** MANDEY *Syst. Math., Arith.* (1729) 77 Days also are accounted in Sexagenes, so that 60 Days make one Prime Sexagene: and sixty Prime Sexagenes, or 3600 Days makes one Second Sexagene, etc. **1728** [see SEXAGENARY B].

**Sexagesima** (ˌsɛksəˈdʒɛsɪmə). *Eccl.* Also 4 sexagesime, 5 -ym(e, -in, sexagesme, 7 sexagesm. [Eccl. L., fem. (sc. *dies*) of L. *sexāgēsimus* sixtieth, f. *sexāgintā* sixty. For the etymological