# Attachment E

Schroer v. Billington, No.
05-cv-1090 (JR)



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
    p.    cm.
   Includes index.
   ISBN 0-87779-807-9 (Laminated unindexed : alk. paper). — ISBN 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper). — ISBN 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper). — ISBN 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper). — 0-87779-813-3 (Canadian). — 0-87779-814-1 (international).
   1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
  PE1628.M36    2003
  423—dc21                                        2003003674
                                                                                 CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

3456TT:QWV04

**set·tlor** \'set-lər, 'se-tᵊl-ˌȯr\ *n* (1818) : one that makes a settlement or creates a trust of property

**set-to** \'set-ˌtü\ *n, pl* **set-tos** (1743) : a usu. brief and vigorous fight or debate

**set to** *vi* (ca. 1525)  1 : to begin actively and earnestly  2 : to begin fighting

**set-up** \'set-ˌəp\ *n* (1890)  1 a : carriage of the body; *esp* : erect and soldierly bearing  b : CONSTITUTION, MAKEUP  2 a : the assembly and arrangement of the tools and apparatus required for the performance of an operation  b : the preparation and adjustment of machines for an assigned task  3 a : a table setting  b : glass, ice, and mixer served to patrons who supply their own liquor  4 a : a camera position from which a scene is filmed; *also* : the footage taken from one camera position  b : the final arrangement of the scenery and properties for a scene of a theatrical or cinematic production  5 a : a position of the balls in billiards or pool from which it is easy to score  b : a task or contest purposely made easy  c : something easy to get or accomplish  d : something (as a plot) that has been constructed or contrived  e : the execution of a planned scoring play in sports  6 a : the manner in which the elements or components of a machine, apparatus, or mechanical, electrical, or hydraulic system are arranged, designed, or assembled  b : the patterns within which political, social, or administrative forces operate : customary or established practice  7 : PROJECT, PLAN  8 : something done by deceit or trickery in order to compromise or frame someone

**set up** *vt* (13c)  1 a : to raise to and place in a high position  b : to place in view : POST  c : to put forward (as a plan) for acceptance  2 a : to place upright : ERECT ⟨*set up* a statue⟩  b : to assemble the parts of and erect in position ⟨*set up* a printing press⟩  c : to put (a machine) in readiness or adjustment for an operation  3 a : CAUSE, CREATE ⟨*set up* a clamor⟩  b : BRING ABOUT  4 : to place in power or in office ⟨*set up* the general as dictator⟩  5 a : to raise from depression : ELATE, GRATIFY  b : to make proud or vain  6 a : to put forward or extol as a model  b : to claim oneself to be ⟨*sets* himself *up* as an authority⟩  7 : FOUND, INAUGURATE ⟨*set up* a home for orphans⟩  8 a : to provide with means of making a living ⟨*set him up* in business⟩  b : to bring or restore to normal health  c : to cause (one) to take on a soldierly or athletic appearance esp. through drill  9 : to erect (a perpendicular or a figure) on a base in a drawing  10 a : to make taut (a stay or hawser)  b : to tighten firmly  11 : to make carefully worked out plans for ⟨*set up* a bank robbery⟩  12 a : to pay for (drinks)  b : to treat (someone) to something  13 a : to put in a compromising or dangerous position usu. by trickery or deceit  b : FRAME 3  14 : to execute one or more plays in preparation for scoring ∼ *vi*  1 : to come into active operation or use  2 : to begin business  3 : to make pretensions ⟨has never *set up* to be a wise man —Thomas Rogers⟩  4 : to become firm or consolidated — **set up housekeeping** : to establish one's living quarters — **set up shop** : to establish one's business

**sev·en** \'se-vən, 'se-bᵊm\ *n* [ME, fr. *seven*, adj., fr. OE *seofon*; akin to OHG *sibun* seven, L *septem*, Gk *hepta*] (bef. 12c)  1 — see NUMBER table  2 : the seventh in a set or series ⟨the ∼ of diamonds⟩  3 : something having seven units or members — **seven** *adj* — **seven** *pron, pl in constr*

**sev·en·fold** \-ˌfōld\ *adj* (bef. 12c)  1 : having seven units or members  2 : being seven times as great or as many — **sevenfold** *adv*

**seven seas** *n pl* (1872) : all the waters or oceans of the world

**sev·en·teen** \ˌse-vən-'tēn, ˌse-bᵊm-\ *n* [*seventeen*, adj., fr. ME *seventene*, fr. OE *seofontēne*; akin to OE *tīen* ten] (14c) — see NUMBER table — **seventeen** *adj* — **seventeen** *pron, pl in constr* — **sev·en·teenth** \-'tēn(t)th\ *adj or n*

**seventeen-year locust** *n* (1817) : a cicada (*Magicicada septendecim*) of the U.S. that has in the North a life of seventeen years of which most is spent underground as a nymph and only a few weeks as a winged adult

**sev·enth** \'se-vən(t)th, 'se-bᵊm(t)th\ *n, pl* **sevenths** \'se-vən(t)s, -vən(t)ths; 'se-bᵊm(t)s, -bᵊm(t)ths\ (12c)  1 — see NUMBER table  2 a : a musical interval embracing seven diatonic degrees  b : a tone at this interval; *specif* : LEADING TONE  c : the harmonic combination of two tones a seventh apart — **seventh** *adj or adv*

**seventh chord** *n* (ca. 1909) : a chord comprising a fundamental tone with its third, fifth, and seventh

**Seventh-Day** *adj* (1684) : advocating or practicing observance of Saturday as the Sabbath

**seventh heaven** *n* [fr. the seventh being the highest of the seven heavens of Islamic and cabalist doctrine] (1818) : a state of extreme joy

**sev·en·ty** \'se-vən-tē, 'se-bᵊm-\ *n, pl* **-ties** [*seventy*, adj., fr. ME, fr. OE *seofontig*, short for *hundseofontig*, fr. *hundseofontig*, n., group of seventy, fr. *hund* hundred + *seofon* seven + -*tig* group of ten; akin to OE *tīen* ten] (14c)  1 — see NUMBER table  2 *pl* : the numbers 70 to 79; *specif* : the years 70 to 79 in a lifetime or century  3 *cap* : a Mormon elder ordained for missionary work under the apostles — **sev·en·ti·eth** \-tē-əth, -dē-\ *adj or n* — **seventy** *adj* — **seventy** *pron, pl in constr*

**sev·en·ty-eight** \ˌse-vən-tē-'āt, ˌse-bᵊm-, -dē-'āt\ *n* (1631)  1 — see NUMBER table  2 : a phonograph record designed to be played at 78 revolutions per minute — usu. written 78 — **seventy-eight** *adj* — **seventy-eight** *pron, pl in constr*

**sev·en-up** \ˌse-vən-'nəp, ˌse-bᵊm-'əp\ *n* (1830) : an American variety of all fours in which a total of seven points constitutes game

**sev·er** \'se-vər\ *vb* **sev·ered; sev·er·ing** \'sev-riŋ, 'se-və-\ [ME, fr. AF *severer*, fr. L *separare* — more at SEPARATE] *vt* (14c) : to put or keep apart : DIVIDE; *esp* : to remove (as a part) by or as if by cutting ∼ *vi* : to become separated  **syn** see SEPARATE

**sev·er·a·ble** \'sev-rə-bəl, 'se-və-\ *adj* (1548) : capable of being severed; *esp* : capable of being divided into legally independent rights or obligations — **sev·er·a·bil·i·ty** \ˌsev-rə-'bi-lə-tē, ˌse-və-\ *n*

¹**sev·er·al** \'sev-rəl, 'se-və-\ *adj* [ME, fr. AF, fr. ML *separalis*, fr. L *separ* separate, back-formation fr. *separare* to separate] (15c)  1 a : separate or distinct from one another ⟨federal union of the ∼ states⟩  b (1) : individually owned or controlled : EXCLUSIVE ⟨a ∼ fishery⟩ — compare COMMON  (2) : of or relating separately to each individual involved ⟨a ∼ judgment⟩  c : being separate and distinctive : RESPECTIVE ⟨specialists in their ∼ fields⟩  2 a : more than one ⟨∼ pleas⟩  b : more than two but fewer than many ⟨moved ∼ inches⟩  c *chiefly dial* : being a great many

²**several** *pron, pl in constr* (1639) : an indefinite number more than two and fewer than many ⟨∼ of the guests⟩

**sev·er·al·fold** \sev-rəl-'fōld, ˌse-və-\ *adj* (1738)  1 : having several parts or aspects  2 : being several times as large, as great, or as many as some understood size, degree, or amount — **severalfold** *adv*

**sev·er·al·ly** \'sev-rə-lē, 'se-və-\ *adv* (14c) : one at a time : each by itself : SEPARATELY  2 : apart from others : INDEPENDENTLY

**sev·er·al·ty** \'sev-rəl-tē, 'se-və-\ *n* [ME *severalte*, fr. AF *severalté*, fr. *eral*] (15c)  1 : the quality or state of being several : DISTINCTNESS, SEPARATENESS  2 a : a sole, separate, and exclusive possession, dominion, or ownership : one's own right without a joint interest in any other person ⟨tenants in ∼⟩  b : the quality or state of being individual or particular  3 a : land owned in severalty  b : the quality of being held in severalty

**sev·er·ance** \'sev-rən(t)s, 'se-və-\ *n* (15c) : the act or process of severing : the state of being severed

**severance pay** *n* (1943) : an allowance usu. based on length of service that is payable to an employee on termination of employment

**severance tax** *n* (1928) : a tax levied by a state on the extractor of oil, gas, or minerals intended for consumption in other states — compare ROYALTY 5a

**se·vere** \sə-'vir\ *adj* **se·ver·er; -est** [MF or L; MF, fr. L *severus*] (1548)  1 a : strict in judgment, discipline, or government  b : of a strict or stern bearing or manner : AUSTERE  2 : rigorous in restraint, punishment, or requirement : STRINGENT, RESTRICTIVE  3 : strongly critical or condemnatory : CENSORIOUS ⟨a ∼ critic⟩  4 a : maintaining a scrupulously exacting standard of behavior or self-discipline  b : establishing exacting standards of accuracy and integrity in intellectual processes ⟨a ∼ logician⟩  5 : sober or restrained in decoration or manner : PLAIN ⟨a ∼ dress⟩  6 a : inflicting physical discomfort or hardship : HARSH ⟨∼ winters⟩  b : inflicting pain or distress : GRIEVOUS ⟨a ∼ wound⟩  7 : requiring great effort : ARDUOUS ⟨a ∼ test⟩  8 : of a great degree : SERIOUS ⟨∼ depression⟩ — **se·vere·ly** *adv* — **se·vere·ness** *n* — **se·ver·i·ty** \sə-'ver-ə-tē\ *n*

**syn** SEVERE, STERN, AUSTERE, ASCETIC mean given to or marked by strict discipline and firm restraint. SEVERE implies standards enforced without indulgence or laxity and may suggest harshness ⟨*severe* military discipline⟩. STERN stresses inflexibility and inexorability of temper or character ⟨*stern* arbiters of public morality⟩. AUSTERE stresses absence of warmth, color, or feeling and may apply to rigorous restraint, simplicity, or self-denial ⟨living an *austere* life in the country⟩. ASCETIC implies abstention from pleasure and comfort or self-indulgence as spiritual discipline ⟨the *ascetic* life of the monks⟩.

**severe combined immunodeficiency** *n* (1973) : a rare congenital disorder of the immune system that is characterized by inability to produce a normal complement of antibodies and T cells and that usu. results in early death — called also *severe combined immune deficiency*

**se·vi·che** \sə-'vē-(ˌ)chā, -chē\ *n* [AmerSp] (1951) : a dish of raw fish marinated in lime or lemon juice often with oil, onions, peppers, and seasonings and served esp. as an appetizer

**Sevres** *or* **Sèvres** \'sev-rə, 'sev(r)\ *n* [*Sèvres*, France] (1786) : an often elaborately decorated French porcelain

**sev·ru·ga** \sə-'vrü-gə, se-\ *n* [Russ *sevryuga*, a species of sturgeon] (1591) : a light to dark gray caviar from a sturgeon (*Acipenser sevruzi*) of the Caspian Sea with roe that is smaller than that of osetra; *also* : the fish

**sew** \'sō\ *vb* **sewed; sewn** \'sōn\ *or* **sewed; sew·ing** [ME, fr. OE *siwian*; akin to OHG *siuwen* to sew, L *suere*] *vt* (bef. 12c)  1 : to unite or fasten by stitches  2 : to close or enclose by sewing ⟨∼ the money in a bag⟩ ∼ *vi* : to practice or engage in sewing — **sew·abil·i·ty** \ˌsō-ə-'bi-lə-tē\ *n* — **sew·able** \'sō-ə-bəl\ *adj*

**sew·age** \'sü-ij\ *n* [²*sewer*] (1834) : refuse liquids or waste matter usu. carried off by sewers

¹**sew·er** \'sü-ər, 'sür\ *n* [ME, fr. AF *asseour*, lit., seater, fr. AF *asseer* to seat — more at ASSIZE] (14c) : a medieval household officer often of high rank in charge of serving the dishes at table and sometimes of seating and tasting

²**sew·er** \'sō-ər\ *n* (14c) : one that sews

³**sew·er** \'sü-ər, 'sür\ *n* [ME, fr. AF, fr. *assewer*, *essiver* to drain, fr. VL *exaquare*, fr. L *ex-* + *aqua* water — more at ISLAND] (15c) : an artificial usu. subterranean conduit to carry off sewage and sometimes surface water (as from rainfall)

**sew·er·age** \'sü-ə-rij, 'sür-ij\ *n* (1834)  1 : the removal and disposal of sewage and surface water by sewers  2 : a system of sewers  3 : SEWAGE

**sewing** *n* (14c)  1 : the act, method, or occupation of one that sews  2 : material that has been sewn or is to be sewed

**sew up** *vt* (15c)  1 : to mend completely by sewing  2 : to get exclusive use or control of  3 : to make certain of : be assured of ⟨the team sewed up the division title⟩

¹**sex** \'seks\ *n* [ME, fr. L *sexus*] (14c)  1 : either of the two major forms of individuals that occur in many species and that are distinguished respectively as female or male esp. on the basis of their reproductive organs and structures  2 : the sum of the structural, functional, and behavioral characteristics of organisms that are involved in reproduction marked by the union of gametes and that distinguish males and females  3 a : sexually motivated phenomena or behavior  b : SEXUAL INTERCOURSE  4 : GENITALIA

²**sex** *vt* (1884)  1 : to identify the sex of ⟨∼ newborn chicks⟩  2 a : to increase the sexual appeal of — often used with *up*  b : to arouse the sexual desires of

**sex act** *n* (1918)  1 : COITUS — used with *the*  2 : an act performed with another for sexual gratification

**sex·a·ge·nar·i·an** \ˌsek-sə-jə-'ner-ē-ən\ *n* [L *sexagenarius* of or containing sixty, sixty years old, fr. *sexageni* sixty each, fr. *sexaginta* sixty, fr. *sex* six + -*ginta* (akin to L *viginti* twenty) — more at SIX, VIGESIMAL] (1738) : a person whose age is in the sixties — **sexagenarian** *adj*

¹**sex·a·ges·i·mal** \ˌsek-sə-'je-sə-məl\ *adj* [L *sexagesimus* sixtieth, fr. *sexaginta* sixty] (1685) : of, relating to, or based on the number 60

²**sexagesimal** *n* (1685) : a sexagesimal fraction

**sex appeal** *n* (1924)  1 : personal appeal or physical attractiveness esp. for members of the opposite sex  2 : stimulating attractiveness

**sex cell** *n* (1889) : GAMETE; *also* : its cellular precursor

**sex chromatin** *n* (1952) : BARR BODY

**sex chromosome** *n* (1906) : a chromosome [...] in the two sexes, that is concerned [...] and that is the seat of factors governing [...] sex-linked and sex-limited characters [...] CHROMOSOME

**sex·de·cil·lion** \ˌseks-di-'sil-yən\ *n*, [...] sixteen (1857) — see NUMBER table

**sexed** \'sekst\ *adj* (1621)  1 : having [...] sex appeal

**sex gland** *n* (1916) : GONAD

**sex hormone** *n* (1917) : a steroid hormone [...] one) that is produced esp. by the ovaries [...] affects the growth or function of the [...] opment of secondary sex characteristics

**sex·ism** \'sek-ˌsi-zəm\ *n* [*sex* + -*ism*] [...] dice  2 : behavior, conditions, or attitudes [...] cial roles based on sex — **sex·ist** \'se[...]

**sex kitten** *n* (1958) : a young woman [...]

**sex·less** \'seks-ləs\ *adj* (1598)  1 : la[...] sexual interest or activity ⟨a ∼ rela[...] — **sex·less·ness** *n*

**sex-lim·it·ed** \ˌseks-'li-mə-təd\ *adj* [...] of only one sex

**sex-link·age** \-ˌliŋ-kij\ *n* (1912) : [...] linked

**sex-linked** \-ˌliŋ(k)t\ *adj* (1912)  1 [...] ∼ gene⟩  2 : mediated by a sex-link[...]

**sex object** *n* (1911) : a person regard[...] sexual interest

**sex·ol·o·gy** \sek-'sä-lə-jē\ *n* (1902) : [...] tion of the sexes esp. among human [...]

**sex·ploi·ta·tion** \ˌseks-ˌplȯi-'tā-shən\ [...] (ca. 1942) : the exploitation of sex in[...]

**sex·pot** \'seks-ˌpät\ *n* (1948) : a cons[...]

**sex symbol** *n* (ca. 1911) : a usu. ren[...] noted and admired for conspicuous [...]

**sext** \'sekst\ *n*, *often cap* [ME *sexte*, fr[...] day, fr. fem. of *sextus* sixth, fr. *sex* si[...] ical hours

**Sex·tans** \'seks-ˌtanz\ *n* [NL (gen. [...] constellation on the equator south of [...]

**sex·tant** \'seks-tənt\ *n* [NL *sextan*[...] sixth part of a circle, fr. L, sixth par[...] sixth] (1628) : an instrument for mea[...] gular distances used esp. in naviga[...] serve altitudes of celestial bodies [...] taining latitude and longitude)

**sex·tet** \seks-'tet\ *n* [alter. of *sestet*] [...] musical composition for six instr[...] voices  2 : a group or set of six: as [...] formers of a sextet  b : a hockey tea[...]

**sex·til·lion** \seks-'til-yən\ *n*, *often* [...] reg. fr. *sex-* (fr. L *sex*) + -*illion* (as [...] (1690) — see NUMBER table

**sex·to** \'seks-(ˌ)tō\ *n, pl* **sextos** [L *se[...] *sextus* sixth] (1847) : SIXMO

**sex·to·dec·i·mo** \ˌseks-tə-'de-sə-ˌm[...] -mos [L, abl. of *sextus decimus* si[...] *sextus* sixth + *decimus* tenth — more [...]

**sex·ton** \'seks-tən\ *n* [ME *secresteyn*[...] *sacristanus* — more at SACRISTAN] [...] who takes care of the church property [...] ties (as ringing the bell for services [...]

¹**sex·tu·ple** \seks-'tü-pəl, -'tyü-, -'tə-; [...] *plus*, fr. L *sextus* sixth + -*plus* multi[...] more at -FOLD] (1626)  1 : having six [...] times as great or as many  3 : marke[...] sic ⟨∼ time⟩ — **sextuple** *n*

²**sextuple** *vb* **sex·tu·pled; sex·tu·pl[...] six times as much or as many ∼ *vi* [...] numerous

**sex·tu·plet** \seks-'tə-plət, -'tü-, -'tyü[...] bination of six of a kind  2 : one of [...] : a group of six equal musical not[...] given to four of the same value  [...]

**sex·tu·pli·cate** \seks-'tü-pli-kət, [...] -*plicate* (as in *duplicate*)] (1657)  1 : [...] the ∼ copy⟩ — **sextuplicate** *n*

**sex·tu·pli·cate** \-pla-ˌkāt\ *vt* **-cat·ed** [...] PLE  2 : to provide in sextuplicate

**sex·u·al** \'sek-sh(ə-)wəl, 'sek-shəl\ *a* [...] (1651)  1 : of, relating to, or associated [...] entiation⟩ ⟨∼ conflict⟩  2 : havin[...] tion⟩ — **sex·u·al·ly** \'sek-sh(ə-)wə-l[...]

**sexual assault** *n* (1971) : illegal sex[...] upon a person without consent or is [...] capable of giving consent (as because [...] pacity) or who places the assailant (a[...] authority

**sexual generation** *n* (1880) : the ge[...] nation of generations that reproduce[...]

**sexual harassment** *n* (1975) : un[...] physical behavior of a sexual nature [...] ward a subordinate (as an employee [...]

**sexual intercourse** *n* (1799)  1 : [...] penetration of the vagina by the pe[...] anal or oral intercourse) that does n[...] na by the penis

**sex·u·al·i·ty** \ˌsek-shə-'wa-lə-tē\ *n* (c[...] ing sexual:  a : the condition of havi[...] pression of sexual receptivity or inte[...]