# Attachment F

# DISTRIBUTORS

## United States of America

**F. A. DAVIS COMPANY**
1915 Arch St.
Philadelphia, PA 19103

*Atlanta, Georgia*

**J. A. MAJORS COMPANY**
4004 Tradeport Blvd.
P.O. Box 82686, 30354

*Louisville, Texas*

**J. A. MAJORS COMPANY**
P.O. Box 819074
1401 Lakeway Drive, 75067

*Los Angeles, California*

**J. A. MAJORS COMPANY**
1220 West Walnut St.
Compton, CA 90220

*Philadelphia, Pennsylvania*

**RITTENHOUSE BOOK
DISTRIBUTORS, INC.**
511 Feheeley Drive
King of Prussia, PA 19406

*St. Louis, Missouri*

**MATTHEWS BOOK COMPANY**
11559 Rock Island Court
Maryland Heights, MO 63043

*Fairfield, New Jersey*

**MATTHEWS BOOK COMPANY**
4 Sperry Road, 07004

## Canada

**LOGIN BROTHERS CANADA (WEST)**
324 Saulteaux Crescent
Winnipeg, Manitoba R3J 3T2

**LOGIN BROTHERS CANADA (EAST)**
291 Traders Boulevard
Mississauga, Ontario L4Z 2E5

## Europe

**MEDICUS MEDIA**
"The Yewl", Ferry Lane
Shepperton, Middlesex TW17 9LH
England

## Australia, Fiji, & New Zealand

**ELSEVIER AUSTRALIA**
30-52 Smidmore Street
Marrickville NSW 2204
Australia

## Mexico & Central America

**LIBRERIA INTERNACIONAL, S. A.
DE C.V.**
A. Sonora 206
Col. Hipodromo
06100 Mexico, D.F.

## Brazil

**ERNESTO REICHMANN,
DISTRIBUIDORA DE LIVROS**
Rua Coronel Marques, 335
Tatupae
Sao Paolo—SP 03440-000

## Guam, Saipan, & Palau

**CBW BOOKS**
4 Topaz Road, Greenheights
Taytay, Rizal, Philippines 1600

v

---

**Copyright © 2005 by F. A. Davis Company**

Copyright 1940, 1942, 1945, 1946, 1949, 1950, 1951, 1952, 1953, 1954, 1955, 1956, 1957, 1958, 1959, 1960, 1961, 1962, 1963, 1965, 1968, 1969, 1970, 1973, 1977, 1981, 1985, 1989, 1993, 1997, and 2001 by F. A. Davis.

All rights reserved. This publication is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher.

PRINTED IN THE UNITED STATES OF AMERICA

Last digit indicates print number    10    9    8    7    6    5    4    3    2    1

NOTE: As new scientific information becomes available through basic and clinical research, recommended treatments and drug therapies undergo changes. The author and publisher have done everything possible to make Taber's accurate, up to date, and in accord with accepted standards at the time of publication. The author, editors, and publisher are not responsible for errors or omissions or for consequences from application of the book, and make no warranty, expressed or implied, in regard to the contents of the book. The practices described in this book may or may not meet professional standards of care in the reader's community; they may or may not apply to specific clinical situations and should not be relied upon for their direct applicability; they may have been overtaken by newer or more recent recommendations or scientific evidence. The reader is always advised to research particular clinical questions further and to check product information (package inserts) for changes and new information regarding dose and contraindications before administering any drug. Caution is especially urged when using new or infrequently ordered drugs.

**Library of Congress Cataloging in Publication Data**

Taber's cyclopedic medical dictionary.—Ed. 20, illustrated in full color / editor, Donald Venes

   p. ; cm.

   Includes bibliographical references and index.

   ISBN 0-8036-1207-9 (index)—ISBN 0-8036-1208-7 (non index)—ISBN 0-8036-1209-5 (deluxe)

   1. Medicine—Dictionaries.  I. Title: Cyclopedic medical dictionary.  II. Venes, Donald, 1952.  III. Taber, Clarence Wilbur, 1870-1968

   [DNLM: 1. Medicine—Dictionary—English. W 13 T113d 2001]

R121.T18 2001

610'.3—dc21                                                              00-064688

ISSN 1065-1357

ISBN 0-8036-1208-7

ISBN 0-8036-1207-9 (indexed)

ISBN 0-8036-1209-5 (deluxe)

ISBN 0-8036-1803-2 (CD-ROM)

**serum glutamic-oxaloacetic transaminase** ABBR: SGOT. Aspartate aminotransferase.

**serum glutamic pyruvic transaminase** ABBR: SGPT. Alanine aminotransferase.

**serum therapy** The use of injections of serum from immune or convalescent individuals in the treatment of disease. Also called *serotherapy.*

**serve** To deliver a legal document to a person named in it. This is done formally to comply with due process of law.

**service** Help or assistance (e.g., for personal, social, or economic benefit).

**servomechanism** [sâr'vō-mek'ā-nĭzm] In biology and physiology, a control mechanism that operates by negative or positive feedback. For example, when in the normal person the blood glucose level rises above a certain point, the islets of Langerhans respond by releasing insulin, which enables the glucose to be metabolized. The level of other hormones is also regulated by this mechanism.

**SES** socioeconomic status.

**sesamoid** [sĕs'ă-moyd] [L. *sesamoides*] Resembling a grain of sesame in size or shape.

**sesamoiditis** [sĕs''ā-moy-dī'tis] [" + Gr. *itis*, inflammation] Inflammation of a sesamoid bone.

**sesqui-** [L.] Prefix meaning *one and one-half.*

**sessile** [sĕs'il] [L. *sessilis*, low] Having no peduncle but attached directly by a broad base.

**sestamibi** Technetium Tc 99m sestamibi.

**set** 1. To fix firmly in place, as to set a limb in its normal position. Syn: set, 3. 2. In psychology, a group of conditions or attitudes that favor the occurrence of a certain response. 4. In resistance exercise, a grouping of repetitions of a specific exercise.

**limited data s.** Minimally identifying information about a patient's medical care (e.g., dates of admission and discharge from hospital, the patient's dates of birth, death, and age; and the zip code in which the patient resides). Under regulations of the Health Insurance Portability and Accountability Act (HIPAA), data that reveal more about a patient (e.g., name, address, social security number) cannot be divulged in communication between health care agencies or professionals without the patient's explicit consent.

**seta** (sē'tă) *pl.* **setae** [L. bristle] A stiff, bristle-like structure. SEE: *vibrissae.*

**setaceous** (sē-tā'shŭs) [L. *setaceus*] Briefly, hairy; resembling a bristle.

**setiferous** (sē-tĭf'ēr-ŭs) [L. *seta,* bristle, + *ferre,* to bear] Having bristles.

**seton** (sē'ton) [L. *seta,* bristle] A thread or threads drawn through a fold of skin to act as a counterirritant or as

a guide to instruments. **2.** A suture laid in a fistula to keep it patent and to encourage while fibrosis gradually obliterates the fistulous tract.

**setose** (sē'tōs) Having bristle-like appendages.

**set-point** (sĕt'poynt') The concept that a person has a predetermined maintainable weight (as body temperature, body weight, blood glucose level, and hormone levels within a certain physiological range compatible with optimal function. SEE: *homeostasis.*

**set sensitivity** In mechanical ventilation, the inspiratory airflow that the patient's respiratory effort triggers a breath from the ventilator.

**set test** A global (i.e., holistic) test of a patient's ability to make categories. It demonstrates motivation, alertness, concentration, and short-term memory and problem solving. The patient is asked to name 10 items in each of four groups: fruits, animals, colors, and towns or cities. Then the patient is asked to categorize, count, name, and remember the items listed. For each correctly named item, a maximum of 40 points is possible. Scoring less than 15 is associated with dementia; more than 25 indicates absence of dementia; and scores between 15 and 24 require further investigation to distinguish between mental changes and cultural, educational, and social factors.

**settlement 1.** In health insurance, payment to the policyholder for claims made against the insurance company. **2.** In institutional litigation, the settlement, usually out of court, of an amalgam or plaster to bolster, condition who are actively engaged in sports. This overuse syndrome is best treated with icing. Achilles tendon stretching, anti-inflammatory medication, and rest from weight bearing. Heel lifts are usually used unless the child has increased tightness or has some medial heel wedges are indicated.

**severe acute respiratory distress syndrome** ABBR: SARS. A highly contagious, potentially lethal viral respiratory illness first diagnosed in the far East during the winter of November 2002, characterized by a fever higher than 100.4°F, cough, difficulty breathing, or hypoxia. The severe ...

ant of the syndrome is present when a person has a rasheprash compatible with pneumonia and or roentgenographic findings consistent with pneumonia. Findings of the disease without pneumonia are considered moderate infections. The disease should be strongly suspected in someone who has had close contact within the last 10 days with a person known to have or suspected of having SARS or in someone who has traveled within the last 10 days to a part of the world where SARS is currently reported. The disease is confirmed by the laboratory identification of the causation of the virus, or identification of antibody to the virus. SARS coronavirus from the infected person.

**severe combined immunodeficiency disease** ABBR: SCID. A syndrome marked by gross functional impairment of both humoral and cell-mediated immunity and by susceptibility to fungal, bacterial, and viral infections. Although the disorder may occur sporadically, most commonly it is inherited and transmitted as an X-linked or autosomal recessive trait. If untreated, infants rarely survive beyond 1 year. It is important that the disease be recognized early and that patients not be given live viral vaccines or blood transfusions. The immunologic defects may be repaired by transplantation of bone marrow or fetal liver as a source of stem cells.

**Sevehinghaus electrode** [sĕv'ē-ring-hows'] Carbon dioxide electrode.

**sevoflurane** (sē-vō-flū'rān) An inhaled anesthetic drug in the class of halogenated hydrocarbons.

**sewage** The waste that passes through sewers. It may be composed of bodily excretions, the water used for solid waste of residential and commercial establishments, or the solvents and other toxic wastes of industry. Bodily excretions discharged as sewage are potentially infectious and may be the source of epidemic outbreaks of diarrhea or other contagious illnesses. Other sewage components, esp. toxic oils and solvents, may pollute rivers and beaches, destroying fishing and shellfish.

**sex** [L. *sexus*] **1.** The characteristics that differentiate males and females in most plants and animals. **2.** Gender.

**chromosomal s.** The genetic sex of an individual as determined by the presence of the female XX or male XY sex chromosomes.

**genotypic s.** The sex of an individual as determined by the form of the external genitalia.

**nuclear s.** The genetic sex of an individual determined by the absence or presence of sex chromatin in the body cells or epithelial blood cells.

**oral s.** Cunnilingus; fellatio.

**psychological s.** The individual's

self-image of his or her gender, which may be at variance with the morphological sex.

**sex center** A clinic for the diagnosis and treatment of an individual or couple with sexual problems.

**sex determination 1.** The identification of the gender of an animal or human with an ambiguous physical appearance or ambiguous genitalia. In colloquial speech, this process is sometimes referred to as "sex testing." **2.** The identification, during in vitro fertilization of the gender of a human preimplantation embryo.

**sex drive** Motivation, both psychological and physiological, for behavior associated with procreation and erotic pleasure.

**sexduction** (sĕks-dŭk'shŭn) In bacteriology, the transfer of DNA, in combination with a fertility plasmid, from a donation bacterium to a recipient bacterium.

**sexing** (sĕks'ĭng) Determining the sex of a fetus or embryo.

**sexism** All of the actions and attitudes that relegate individuals of either sex to a secondary and inferior status in society.

**sexivalent** (sĕks''ĭ-vā'lĕnt, -sĭv'ă-lĕnt) [" + *valens,* to be strong] Capable of combining with six atoms of hydrogen.

**sex-limited** The expression of a genetic character or trait in one sex only.

**sex-linked** A character that is controlled by genes on the sex chromosomes.

**sexology** (sĕks-ŏl'ō-jē) [L. *sexus,* sex, + Gr. *logos,* word, reason] Scientific study of sexuality.

**sex ratio** The ratio of males to females in a given population, usually expressed as the number of males per 100 females. The normal ratio at birth is 106 male births to 100 female births or the proportion of the two sexes, or the representation by sexual distribution in certain diseases.

**sextan** (sĕks'tăn) [L. *sextanus,* of the sixth] Occurring every sixth day.

**sex therapy** Any psychotherapy involving sexual guidance, for two partners with sexual incompatibilities or sexual dysfunction.

**sextuplet** (sĕks'tŭ-plĕt) [L. *sextus,* six] One of six children born of a single gestation.

**sexual** (sĕks'ū-ăl) [L. *sexualis*] **1.** Pert. to sex. **2.** Having sex.

**sexual activity depressant** Anything that suppresses libido, potency, or orgasmic ability. Drugs with this effect include those used to control high blood pressure (beta blockers), some antidepressants, alcohol and marijuana, which may depress sexual performance. Fatigue, mental depression, anxiety, excess use of tobacco products, starvation, and stress all have the



Columbia University Health Sciences Library

Taber's (2005)