IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE J. SCHROER, )
        Plaintiff, )
        v. ) No. 05-cv-1090 (JR)
JAMES H. BILLINGTON, )
   Librarian of Congress, )
        Defendant. )

**ORDER**

Upon consideration of Defendant's motion to dismiss or, in the alternative, for judgment on the pleadings, and opposition thereto, and the record herein, it is hereby ORDERED that Defendant's Motion to Dismiss and in the Alternative for Judgment on the Pleadings is DENIED.

This _____ day of _____, 2007.

_____
James Robertson
United States District Judge