UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1090 (JR) |
| | ) |
| JAMES BILLINGTON, | ) |
| Librarian of Congress, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER**

UPON CONSIDERATION of *Plaintiff's Motion for Leave to Amend Complaint*, Defendant's opposition thereto, and the entire record herein, it is on this ___ day of _____, 2007, hereby

ORDERED that Plaintiff's motion is DENIED;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:
Arthur B. Spitzer
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W., #119
Washington, D.C.  20036

Sharon M. McGowan/
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004

Beverly M. Russell
Julia K. Douds
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530