IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DIANE J. SCHROER,<br><br>   Plaintiff,<br><br>  v.<br><br>JAMES H. BILLINGTON,<br> Librarian of Congress,<br><br>   Defendant. | No. 05-cv-1090 (JR) |

## SUPPLEMENTAL DECLARATION OF SHARON M. McGOWAN

Pursuant to 28 U.S.C. § 1746, I, Sharon M. McGowan, declare as follows:

  1.  I am a Staff Attorney at the ACLU's Lesbian Gay Bisexual Transgender Rights Project, and I am counsel for Plaintiff in this case.

  2.  Attached as Exhibit A to this declaration are true and correct copies of e-mail correspondence between Defendant's counsel and myself regarding the scheduling of the deposition of Charlotte Preece.

  3.  Attached as Exhibit B to this declaration is a true and correct copy of an e-mail sent by me to Defendant's counsel on February 5, 2007, along with the deposition notices that were attached to that e-mail.

  4.  Attached as Exhibit C to this declaration are true and correct copies of Plaintiff's Fourth and Fifth Sets of Interrogatories and Plaintiff's Third and Fourth Requests for Production of Documents, which were the subject of the status conference convened by the Court on February 23, 2007.

5.   Attached as Exhibit D to this declaration is a true and correct copy of Defendant's response to Plaintiff's First Set of Interrogatories and First Request for Production of Documents.

6.   Attached as Exhibit E to this declaration are true and correct copies of Plaintiff's Sixth Sets of Interrogatories and Plaintiff's Fifth Request for Production of Documents, which were the subject of the status conference convened by the Court on February 23, 2007.

7.   Attached as Exhibit F is a true and correct copy of an e-mail from the Court dated April 12, 2007, confirming receipt of an e-mail from the parties informing the Court that the parties agreed to stay discovery pending resolution of Defendant's Motion to Dismiss and, in the Alternative, Motion for Judgment on the Pleadings.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2007

_____
Sharon M. McGowan