# Exhibit F

**Sharon McGowan**

| | |
|---|---|
| **From:** | R._Marlene_Taylor@dcd.uscourts.gov on behalf of RobertsonJ_Chambers@dcd.uscourts.gov |
| **Sent:** | Thursday, April 12, 2007 11:20 AM |
| **To:** | Sharon McGowan |
| **Cc:** | Art Spitzer (E-mail); Russell, Beverly (USADC); jdou@loc.gov; Ken Choe |
| **Subject:** | RE: Schroer v. Billington, Civil Action No. 05-1090(JR) |

This plan is approved.  It cannot be "so ordered" in this off-the-docket fashion, but I will expect the briefs to be filed on the schedule you have set.

James Robertson
United States District Judge


Marlene Taylor
Secretary to the Hon. James Robertson
U.S. District Court for D.C.
(202) 354-3460


```
            "Sharon McGowan"
            <SMcGowan@aclu.or
            g>                                                    To
                                          <RobertsonJ_Chambers@dcd.uscourts.g
            04/11/2007 04:39              ov>
            PM                                                    cc
                                          "Ken Choe" <KChoe@aclu.org>,
                                          <jdou@loc.gov>, "Russell, Beverly
                                          (USADC)"
                                          <Beverly.Russell@usdoj.gov>, "Art
                                          Spitzer (E-mail)"
                                          <ArtSpitzer@aol.com>, "Sharon
                                          McGowan" <SMcGowan@aclu.org>
                                                              Subject
                                          RE: Schroer v. Billington, Civil
                                          Action No. 05-1090(JR)
```


To the Honorable James Robertson:

I write on behalf of both parties in the above-captioned matter.  In light of Defendant's representation that it will soon be filing a motion that may dispose of Plaintiff's claims and that the parties' outstanding discovery requests have no bearing on the issues to be presented in Defendant's motion, the parties have conferred and have agreed, with the Court's permission, to stay discovery pending the resolution of Defendant's motion. The parties have also conferred about Defendant's forthcoming motion and have agreed, with the Court's consent, to the following briefing schedule: Defendant's motion shall be filed by Thursday, April 26, 2007; Plaintiff's response to the motion shall be filed by Monday, June 11, 2007; and Defendant's reply shall be filed by Wednesday, July 11, 2007.

If the Court would prefer that the parties submit a joint motion and proposed order regarding these issues, the parties would be happy to do so. We thank the Court for its ongoing attention to this matter.

Respectfully,
Sharon McGowan
Counsel for Plaintiff Diane Schroer

Sharon M. McGowan
Staff Attorney, ACLU Foundation
Lesbian Gay Bisexual Transgender Project
125 Broad Street
New York, NY 10004
212-549-2593 (phone)
212-549-2650 (fax)
www.aclu.org/LGBT/

This e-mail may contain attorney work product or information that is otherwise privileged and confidential.  If you are not the intended recipient, please delete all copies of this e-mail immediately and contact the sender.