**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DIANE J. SCHROER,          )
                                 )
          Plaintiff,      )
                                 )
          v.               )      Civil Action No. 05-1090 (JR)
                                 )
JAMES BILLINGTON,      )
          In his official capacity     )
          as Librarian of Congress,  )
                                 )
          Defendant.    )
_____)

**DEFENDANT'S MOTION FOR LEAVE TO FILE A SURREPLY**
**TO PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR LEAVE TO AMEND HER COMPLAINT**

Defendant, James Billington, Librarian of Congress, respectfully moves for leave to file the attached surreply in response to Plaintiff's reply memorandum in support of her motion for leave to amend her complaint. Defendant believes that Plaintiff's reply, similar to her motion to amend her complaint, contains assertions which are inexcusably misleading, and thus, a response to those assertions is necessary. Pursuant to Local Rule 7(m), the undersigned counsel consulted with Plaintiff's counsel who stated that Plaintiff does not oppose Defendant's motion for leave to file a surreply.

A proposed Order consistent with the relief requested in this motion is attached.

Respectfully submitted,


/s/ Jeffrey A. Taylor /dvh
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras
_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov


/s/ Julia K. Douds /bmr
_____
JULIA K. DOUDS
Special Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
Ph:  (202) 514-5134
Fax: (202) 514-8780
E-mail: jdou@loc.gov

OF COUNSEL:
EVELIO RUBIELLA
Assistant General Counsel
Library of Congress

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendant's Motion for Leave to File a Surreply to Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Leave to Amend Her Complaint* was made by electronic and first class mail on the 28th day of June, 2007 to:

Arthur B. Spitzer
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W., #119
Washington, D.C.  20036
Artspitzer@aol.com

Sharon M. McGowan/
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004
Smcgowan@aclu.org


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney