UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER,                         ) | |
|                                                          ) | |
|      Plaintiff,                         ) | |
|                                                          ) | |
|      v.                                    ) | Civil Action No. 05-1090 (JR) |
|                                                          ) | |
| JAMES BILLINGTON,                      ) | |
|    In his official capacity         ) | |
|    as Librarian of Congress,     ) | |
|                                                          ) | |
|      Defendant.                    ) | |
| _____) | |

**ORDER**

Upon consideration of *Defendant's Motion for Leave to File a Surreply to Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Leave to Amend Her Complaint*, and given no opposition thereto, and for good cause shown, it is hereby, this _____ day of

_____, 2007

ORDERED that Defendant's Surreply is accepted and will be considered when this Court rules on this matter.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:
Arthur B. Spitzer
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W., #119
Washington, D.C.  20036

Sharon M. McGowan/
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004

Beverly M. Russell
Julia K. Douds
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530