UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DIANE J. SCHROER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1090(JR) |
| | ) | |
| JAMES BILLINGTON, Librarian of Congress, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR A CONTINUANCE OF THE JANUARY 3, 2008 STATUS CONFERENCE**

Defendant, James Billington, Librarian of Congress, respectfully moves for a continuance of the status conference currently scheduled on January 3, 2008 at 9:30 am because his counsel is scheduled to be on leave from December 24, 2007 to January 4, 2008, and will be out of the country during most of that period. Plaintiff does not oppose the relief requested herein. Additionally, if the Court grants this motion and for purposes of rescheduling the status conference, Defendant informs the Court that Defendant's counsel has a status conference scheduled in another matter during the afternoon of January 10, 2008 and that Plaintiff's counsel are unavailable on January 17, 22 and 28-31.

A proposed Order consistent with the relief requested in this Motion is attached.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendant's Unopposed Motion for a Continuance of the January 3, 2008 Status Conference* was made by the Court's Electronic Case Filing System on the 17th day of December, 2007 to:

Arthur B. Spitzer
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W., #119
Washington, D.C.  20036
Artspitzer@aol.com

Sharon M. McGowan/
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004
Smcgowan@aclu.org


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney