UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER, </br>   Plaintiff </br> v. </br> JAMES BILLINGTON, Librarian of Congress, </br>   Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> )   Civil Action No. 05-1090(JR) </br> ) </br> ) </br> ) </br> ) |

ORDER

UPON CONSIDERATION of *Defendant's Unopposed Motion for a Continuance of the January 3, 2008 Status Conference,* and for good cause shown, it is by the Court,

ORDERED that defendant's motion should be and is hereby granted, and thus, the January 3, 2008 status conference is canceled, and it is further

ORDERED that the status conference will be rescheduled for a later date.

SO ORDERED.

_____        _____
DATE                                                  UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Arthur B. Spitzer
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W., #119
Washington, D.C.  20036

Sharon M. McGowan/
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004

Beverly M. Russell/
Julia K. Douds
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530