UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1090(JR) |
| ) | |
| JAMES BILLINGTON, Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |

ORDER

UPON CONSIDERATION of ***Defendant's Unopposed Motion for an Extension of Time to Answer Plaintiff's Amended Complaint,*** and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including January 11, 2008 to answer Plaintiff's Amended Complaint;

SO ORDERED.

_____       _____
DATE                                         UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Arthur B. Spitzer
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W., #119
Washington, D.C.  20036

Sharon M. McGowan/
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, New York 10004

Beverly M. Russell/
Julia K. Douds
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530