# EXHIBIT 1



ORGANIZATION CHART *As of September 30, 2007*