# EXHIBIT 2

*Important Notice:* **To ensure that you are viewing the most recent version of a Library regulation or other material on the OGC Web site, Internet Explorer users should click the "Refresh" button. Netscape, Firefox, and Safari users should click the "Reload" button.**

217

*LIBRARY OF CONGRESS REGULATIONS*



## LCR 217

**SUBJECT: Functions and Organization of the Congressional Research Service**

| SERIES: 200 Organization and Functions of the Library | STATUTORY AUTHORITY: 2 U.S.C. §136 2 U.S.C. §166 | RESPONSIBLE OFFICE: Congressional Research Service |
|---|---|---|
| ISSUE DATE: January 31, 2008 | REVIEW DATE: January 31, 2013 | SUPERSEDES: October 17, 2003, issuance of LCR 217 |

**Contents:**

Section 1. Purpose
Section 2. Functions and Responsibilities
Section 3. Organization

### Section 1. Purpose

This Regulation states the functions, responsibilities, and organization of the Congressional Research Service (CRS).

### Section 2. Functions and Responsibilities

The functions and responsibilities of the Congressional Research Service as described in Section 203 of the Legislative Reorganization Act of 1946 as amended by Section 321 of the Legislative Reorganization Act of 1970 (Public Law 91-510, approved October 26, 1970), are, without partisan bias:

A. upon request, to advise and assist any committee of the Senate or House of Representatives and any joint committee of Congress in the analysis, appraisal, and evaluation of legislative proposals within that committee's jurisdiction, or of any recommendations submitted to Congress, by the President or any executive agency, so as to assist the committee in:

  1. determining the advisability of enacting such proposals;

2. estimating the probable results of such proposals and alternatives thereto; and

3. evaluating alternative methods for accomplishing those results;

and, by providing such other research and analytical services as the committee considers appropriate for these purposes, otherwise, to assist in furnishing a basis for the proper evaluation and determination of legislative proposals and recommendations generally; and in the performance of this duty the Service shall have authority, when so authorized by a committee and acting as the agent of that committee, to request of any department or agency of the United States the production of such books, records, correspondence, memoranda, papers, and documents as the Service considers necessary, and such department or agency of the United States shall comply with such request; and, further, in the performance of this and any other relevant duty, the Service shall maintain continuous liaison with all committees;

B. upon request, or upon its own initiative in anticipation of requests, to collect, classify, and analyze in the form of studies, reports, compilations, digests, bulletins, indexes, translations, and otherwise, data having a bearing on legislation, and to make such data available and serviceable to committees and Members of the Senate and House of Representatives and joint committees of the Congress;

C. upon request, or upon its own initiative in anticipation of requests, to prepare and provide information, research, and reference materials and services to committees and Members of the Senate and House of Representatives and joint committees of Congress to assist them in their legislative and representative functions;

D. to prepare summaries and digests of bills and resolutions of a public general nature introduced in the Senate or House of Representatives; and

E. to develop and maintain an information and research capability, to include Senior Specialists, Specialists, other employees, and consultants, as necessary, to perform the functions provided for in this subsection.

### Section 3. Organization

The Congressional Research Service (CRS) is made up of the following offices and divisions.

A. Offices.

1. Office of the Director.

    a. The Director has administrative responsibility for the Service, specifically, in accordance with the provisions of the Legislative Reorganization Act of 1946 as amended as well as other congressional directives, for-

        i. determining personnel requirements;

        ii. classifying, organizing, arranging, grouping, and dividing, from time to time, as he considers advisable, the requests for advice, assistance, and other services submitted to the Service by committees and members of the Senate and House

   of Representatives and joint committees of Congress, into such classes and categories as he considers necessary to–

   -expedite and facilitate the handling of the individual requests submitted by Members of the Senate and House of Representatives;

   -promote efficiency in the performance of services for committees of the Senate and House of Representatives and joint committees of Congress,

   and;

   -provide a basis for the efficient performance by the Service of its legislative research and related functions generally;

iii. establishing and changing, from time to time, as the Director considers advisable, within the Congressional Research Service, such research and reference divisions or other organizational units, or both, as the Director considers necessary to accomplish the purposes of this section;

iv. preparing budget estimates for review and submission by The Librarian of Congress for inclusion in the Budget of the United States Government and, in keeping with both complete research independence and maximum practicable administrative independence of the Service (2 USC 166(b)(2)), bringing to the attention of the appropriate House and Senate Committees issues which directly impact the Service and its ability to serve the needs of Congress and raising with the Appropriations Committees the budgetary needs of the Service that may not be adequately addressed in the annual budget submission;

v. procuring the temporary or intermittent assistance of individual experts or consultants and of persons learned in particular or specialized fields of knowledge--

   -by nonpersonal contract, without regard to any provision of law requiring advertising for contract bids, with the individual expert, consultant, or other person concerned, as an independent contractor, for the furnishing by him to the Congressional Research Service of a written study, treatise, theme, discourse, dissertation, thesis, summary, advisory opinion, or other end product; or

   -by employment (for a period of not more than one year) in the Congressional Research Service of the individual expert, consultant, or other person concerned, by personal service contract or otherwise, without regard to the position classification laws, at a rate of pay not in excess of the per diem equivalent of the highest rate of basic pay then currently in effect for the General Schedule of section 5332 of Title 5, including payment of such rate for necessary travel time.

vi. procuring by contract, without regard to any provision of law requiring advertising for contract bids, the temporary (for respective periods not in excess of one year) or intermittent assistance of educational, research, or other

        organizations of experts and consultants (including stenographic reporters) and of educational, research, and other organizations of persons learned in particular or specialized fields of knowledge. (the External Research Review Board, comprised of senior management officials, advises the Director on matters related to this authority and reviews, evaluates, and makes recommendations on contract proposals forwarded to the Director for consideration.);

    vii. preparing and filing with the Joint Committee on the Library, at the beginning of each regular session of Congress, a separate and specific report covering the activities of the Congressional Research Service for the immediate preceding fiscal year.

  b. The Deputy Director, in addition to serving as the Director's second in command, works with the Director, the CRS Research Policy Council, and others in the formulation and execution of the overall policies of the Service; works with the Director to ensure effective working relationships with the leadership of Congress, with oversight committees, and with Members and committees of Congress generally; works with the Director to: provide leadership in coordinating and integrating the work of the divisions and offices of CRS; direct planning and assessment to determine congressional needs for research and analysis and to develop appropriate and innovative products and services; direct strategic planning in the Service; develop proposals for new services to be provided by the Service to the Congress; develop proposals for modifying organization and procedures and planning the most effective ways of redirecting staff and other resources; and participate in reporting on the Service's activities to the Congress.

  c. The Office of Communications integrates and oversees CRS communications with internal and external audiences. The Office advises on communications-related aspects of CRS initiatives; ensures that communications are clear, consistent and aligned with the CRS mission; and, coordinates efforts to improve the use of existing communication channels and plans, develops, and implements new communication channels.

2. The Office of Finance and Administration (FIN) maintains oversight of the Service's financial and administrative activities and programs. This Office implements and coordinates the Service's strategic planning and performance activities; directs the fiscal operations of the Service, including formulating appropriation requests and related budget estimates, budget execution, external contracting, travel, procurement and bill paying; directs and coordinates internal activity reviews to evaluate business practices; coordinates emergency planning and response; directs the Service's facilities management activities; represents the Director in handling issues involving the Service's status, role, activities, and interaction with other Library entities regarding each aspect of the Library's Planning, Budgeting, and Program Performance Assessment, and provides a co-chair of the CRS Contract Review Board which evaluates contract proposals for external research capacity and makes recommendations to the Director.

3. The Office of Congressional Affairs and Counselor to the Director (CAC) plans, develops, and coordinates matters relating to internal CRS policies, particularly as they affect the Service's relationships with congressional clients and other legislative support agencies; provides final CRS review and clearance of all CRS products; ensures that the Service

complies with applicable guidelines and directives contained in the Reorganization Act, in statements by appropriations and oversight committees, and in Library regulations and CRS policy statements; plans, implements, and evaluates client surveys; receives, assigns, and tracks, congressional inquiries and CRS responses; collects, analyzes and reports workload data on congressional inquiries and provides managers with statistical information needed to analyze subject coverage, client service, and the use of resources; works with the divisions to plan and carry out institutes, seminars, and briefings for Members, committees, and their staffs, and takes the lead in developing, strengthening, and implementing outreach to congressional offices; provides a co-chair of the External Research Review Board for reviewing contract proposals and making recommendations to the Director; and, provides counsel to the Director and the Deputy Director on matters of law and policy.

4. The Office of Legislative Information (LIN) develops and maintains the congressional Legislative Information System (LIS) which supports both the Congress and CRS staff; manages the electronic research product system including the editing, processing, and production of CRS reports; provides summaries and status information for all bills introduced in each Congress; coordinates access to the LIS; provides quality assurance for text and graphics in CRS reports and for the Service's input to the LIS, and, represents the Director in working with other organizations and agencies on issues regarding legislative information systems.

5. The Office of Workforce Development (WRK) administers the Service's recruitment, staffing, and workforce development programs, including succession planning, merit selection, and other employment programs, special recruitment programs, upward mobility programs, diversity efforts, mentoring, special recognition programs, professional development, position classification, and performance management programs and activities; represents the Director in issues involving the Service's status, role, activities, and interaction with other Library entities in relevant areas of human resources administration, management, and development; develops and enhances the Service's ability to attract and retain the human resources talent it needs to respond to the research, analysis, and information needs of the Congress.

6. The Office of Technology (TEC) provides CRS information technology that supports legislation-related research activities, communication, and service to the Congress. TEC plans, analyzes, designs, builds, deploys, secures, and maintains the CRS technology infrastructure and applies technical resources to meet CRS research needs. These activities include, but are not limited to, supporting CRS desktops, network connectivity and reliability, application development, and security.

7. The Office for Research coordinates and maintains oversight of the research function of the Service; develops and implements Service-wide research frameworks; develops and promotes use of collaborative research approaches across disciplines and divisions; develops and implements Service-wide standards for research quality that underpin authoritativeness; develops and oversees research management systems that both focus research on active policy concerns of the Congress and highlight resulting research products and underlying expertise for the Congress; and, supports the Director and Deputy Director in representing to the Congress the nature and extent of the research capacity the Service offers the Congress and in accounting to the Congress for the nature and extent of research support performed.

B. Divisions.

1. The American Law Division (ALD) provides the Congress with legal research and analysis on the range of legal questions that emerge from the congressional agenda. Division lawyers work with federal, state and international legal resources in support of the legislative, oversight and representational needs of Members and committees of Congress. The division's work involves the constitutional framework of separation of powers, congressional-executive relations and federalism; the legal aspects of congressional practices and procedures; and, the myriad questions of administrative law, constitutional law, criminal law, civil rights, environmental law, business and tax law, international law and other legal areas that are implicated by the legislative process. In addition, the division prepares *The Constitution of the United States of America - Analysis and Interpretation* (popularly known as the Constitution Annotated).

2. The Domestic Social Policy Division (DSP) provides the Congress with research analysis and information on domestic social policies and programs. Analysts provide integrative program, quantitative, and economic analyses on a broad range of issues which include: education, labor, and worker safety; health-care insurance and financing; health services and research; aging policy; Social Security, pensions and disability insurance; immigration, homeland security, domestic intelligence and criminal justice; and welfare, nutrition, and housing programs.

3. The Foreign Affairs, Defense, and Trade Division (FDT) provides the Congress with information and analysis on worldwide political, economic, and security developments, including U.S. relations with individual countries and regions as well as transnational issues such as terrorism, refugees, international crime and narcotics, human rights, WMD proliferation, and international organizations, such as the United Nations, the World Bank, the International Monetary Fund, and the World Trade Organization; addresses U.S. foreign aid programs, strategies and resource allocations; State Department budget and functions; international debt; public diplomacy; and legislation on foreign relations. National defense analysts cover national security policy, military strategy, weapons systems, military compensation, the defense budget, defense acquisition and military construction and bases stateside and overseas. International trade and finance analysts provide research on U.S. trade performance and investment flows, as well as bilateral and multilateral trade negotiating and agreements, export promotion, import regulations, tariffs, and trade policy functions.

4. The Government and Finance Division ( G&F) provides the Congress with information and analysis on the organization, structure, and management of the Congress, the executive branch, and the judicial branch of government; responds to requests concerning the congressional budget and appropriations process, the legislative process, congressional history; and the organization, structure, and operations of legislative branch agencies. Among the financial issues covered are banking, financial institutions, insurance, and securities; taxation, public finance, fiscal and monetary policy, the public debt, the interaction of taxes with interest rates, and such economic indicators as gross domestic product, inflation, and savings. G&F provides information and analysis on government personnel and the civil service, the organization and management of the federal executive and judicial branches; government personnel and the civil service; the presidency and vice presidency; government information policy and privacy issues; intergovernmental relations and forms of federal aid; state and local government; statehood and U.S. territories; the District of Columbia; economic development; federal planning for and response to emergencies, disasters, and acts of terrorism in the United States; survey research and public opinion polls; the census; reapportionment and redistricting; elections, campaign

finance, lobbying, and political parties; U.S. history; constitutional amendments, and constitutional theory and history.

5. The Knowledge Services Group (KSG) evaluates, acquires, manages, and provides authoritative information research to CRS analysts and attorneys and the Congress on public policy issues. The information professionals partner with the five analytic divisions of CRS and offer seven services: information research, information products and resources, product updating, information resource management, briefings and seminars, consulting, and training.

6. The Resources, Science, and Industry Division (RSI) provides Congress with information and analysis on legislative issues relating to natural resources and environmental management; science and technology; and industry and infrastructure. Resources work includes policy analysis on public lands and other natural resources issues; environment; agriculture, food, and fisheries; and energy and minerals. Science coverage includes policy analysis on civilian and military research and development issues; information and telecommunications; space; earth sciences; and general science and technology. Support on industry issues includes policy analysis on transportation and transportation infrastructure issues; industrial market structure and regulation; and sector-specific industry analysis.

   

*Comments: lcweb@loc.gov*