# EXHIBIT 3

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) Cronin, Audrey K | 2. Social Security Number [redacted] | 3. Date of Birth 01-14-1958 | 4. Effective Date 01-27-2003 |
|---|---|---|---|

### FIRST ACTION / SECOND ACTION

| 5-A. Code 173 | 5-B. Nature of Action Excepted Appt (Cond) | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 5-C. Code Z03 | 5-D. Legal Authority Title II, U.S. Code | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority CREA Article VII | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number SOCIAL SCIENCE ANALYST SPECIALIST TERRORISM & INTERNATL CRIME JC: 004750        Position: 00004429 |
|---|---|

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Lvl | 11. Step/Rate | 12. Tot. Salary | 13. Pay Basis | 16. Pay Plan GS | 17. Occ. Code 0101 | 18. Grade/Lvl 15 | 19. Step/Rate 1 | 20. Tot. Salary/Award $95,987.00 | 21. Pay Basis PA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay $85,140.00 | 20B. Locality Adj. $10,847.00 | 20C. Adj. Basic Pay $95,987.00 | 20D. Other Pay $0 | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization Library of Congress Congressional Research Service Foreign Affairs, Defense, and Trade Div  WASHINGTON DC USA |
|---|---|

### EMPLOYEE DATA

| 23. Veterans Preference 1  1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 24. Tenure 0  0-None  2-Conditional  1-Permanent  3-Indefinite | 25. Agency Use 07  Expt-Condi | 26. Veterans Preference for RIF  YES  X NO |
|---|---|---|---|
| 27. FEGLI C0  Basic only | 28. Annuitant Indicator 9  Not Applicable | 29. Pay Rate Determinant 0  Regular Rate - 0 | |
| 30. Retirement Plan K  FERS and FICA | 31. Service Comp. Date (Leave) 01-27-2003 | 32. Work Schedule F  Full Time | 33. Part-Time Hours Per Biweekly Pay Period |

### POSITION DATA

| 34. Position Occupied 2  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | 35. FLSA Category E  E-Exempt  N-Nonexempt | 36. Appropriation Code 270101 | 37. Bargaining Unit Status 0075 |
|---|---|---|---|
| 38. Duty Station Code 110010001 | 39. Duty Station (City-County-State or Overseas Location) WASHINGTON   DIST COLUMBIA   DC   USA | | |
| 40. Agency Data | 41.  42.  43. | 44. Organization Structure 921411 AE 70 00 0005 00 00 0000 | |

45. Remarks
- Selected from 020086, dated 12/24/02.

| 46. Employing Department or Agency Library of Congress Library of Congress | 50. Signature/Authentication and Title of Approving Official /s/ Smith, Teresa A.    Director for Human Resources |
|---|---|
| 47. Agency Code LCAE | 48. Personnel Office ID 0103 | 49. Approval Date 02-03-2003 | |

Editions prior to 7/91 Are Not Usable After 6/30/93

- 1 -   Employee Copy