# EXHIBIT 4

**PAR Justification**

| EmplID: | 083601 | Empl Rcd#: 0 | Cronin,Audrey Kurth | SSN: |

| Effective Date: | 01/27/2003 | Transaction # / Sequence: | 11 | Transaction Status: | Applied |
| Action: | HIR | Hire | | PAR Status: | PRO  Processed by Huma |
| Reason Code: | MER | Merit Employment | | | |
| NOA Code: | 173 | Excepted Appt (Cond) | | | |

Not To Exceed Date:

Contact: FREYDER

Data entered in this field does not feed into the SF-50/52

LCR: [    ]   Recommending Official: 078562   Preece,Charlotte P

Par Justification:

Specialist in Terrorism and International CrimeGS-0101-15-4750Vacancy Announcement #020086       After interview qualified candidates, reviewing application information, and completing reference checks, the candidate with superior qualit vacancy announcement 020086, Specialist in Terrorism and International Crime, is Audrey Kurth Cronin.    Ms. Cronin's a background, teaching experience at Georgetown University and the University of Maryland, extensive writings and public s international security issues, as well as her work assisting key committees of Congress, provide a strong record of her abili objective, non-partisan analysis of complex public policy issues in the legislative arena.   As a visiting Associate Professor of Foreign Service of Georgetown University, she taught and helped to design the graduate curriculum on terrorism.  Her r stressed that she had very strong writing and speaking skills and analytic capabilities in the fields of terrorism and internati     During her interview, Ms. Cronin demonstrated a very sophisticated understanding of the challenges faced by (

[ OK ]   [ Cancel ]   [ Refresh ]