# EXHIBIT 6

# INTERVIEW REFERRAL LIST

[September 17, 2004]

| POSITION TITLE | SERIES | GRADE | PD # | VA# |
|---|---|---|---|---|
| SPECIALIST IN TERRORISM AND INTERNATIONAL CRIME | 0101 | 15 | | 040196 |

You have 90 days to complete your selection for this vacancy. A selection must be made by: [December 15, 2004] or you must request an extension from HR.

**NOTE TO THE SELECTING OFFICIAL: Ms. Charlotte Preece**

Please enter the appropriate disposition code as you complete the interviews.

**DISPOSITION CODES**

| | | | |
|---|---|---|---|
| DP | Disqualified by phone interview | IN | Interviewed |
| DI | Disqualified by in-person interview | ND | Declined to be interviewed |
| | | NI | Did not report for interview |
| | | NW | Withdrew from consideration |
| | | NU | Unable to contact |

| APPLICANT NAME | DISPOSITION CODE(S) | COMMENTS |
|---|---|---|
| 1. Ehsan M. Ahrari | | |
| 2. Roniel F. Aledo | | |
| 3. Robert August | | |
| 4. William C. Barron | | |
| 5. Kel J. Britvec | | |
| 6. Ethan S. Burger | | |
| 7. John R. Cooper | | |
| 8. John M. Gennari | | |

| APPLICANT NAME | DISPOSITION CODE(S) | COMMENTS |
|---|---|---|
| 9. Daniel S. Gressang | | |
| 10. Edward C. Gronseth | | |
| 11. Mark R. Jacobson | | |
| 12. Rensselaer W. Lee | | |
| 13. Dana J. Lesemann | | |
| 14. Matthew O'Gara | | |
| 15. John W. Rollins | | |
| 16. David J. Schroer | | |
| 17. Joseph E. Trella | | |
| 18. Richard W. Weitz | | |
| 19. | | |
| 20. | | |

| STAFFING SPECIALIST NAME | | DATE | |
|---|---|---|---|

| SELECTING OFFICIAL NAME | SIGNATURE | DATE | |
|---|---|---|---|

**Revised July 22, 2004**