# EXHIBIT 9

**Specialist in Terrorism and International Crime**
**Foreign Affairs, Defense, and Trade Division**
**GS-0101-15**
**Vacancy # 040196**

I recommend Mr. John W. Rollins for the position of Specialist in Terrorism and International Crime in the Foreign Affairs, Defense, and Trade Division of the Congressional Research Service. His qualifications and experience make him the best qualified candidate from among the other eight applicants on the final referral list.

Mr. Rollins had ten years of military service as an intelligence officer followed by almost another ten years of government service as a civilian with the United States Marine Corps, the Federal Bureau of Investigation, the Office of Homeland Security, and the now Department of Homeland Security. The positions he has held provide him with a unique and comprehensive grasp of intelligence and terrorism issues, organizations, policies and programs government-wide.

In his most recent position at the Department of Homeland Security (DHS), Mr. Rollins served as the Senior Advisor to Assistant Secretary Hughs on intelligence reform. He led 30 people charged with the task of formulating the Department's response to the various intelligence reform proposals, and ultimately what emerged at the end of the year, the Intelligence Reform bill. In that capacity he had to bring to consensus the six intelligence agencies within DHS while working closely with the relevant congressional committees that were addressing these complex and contentious counter-terrorism intelligence reform initiatives. This included presenting testimony before the House Permanent Committee on Intelligence and the Senate Select Committee on Intelligence. In his reference interview, Assistant Secretary Hughs described Mr. Rollins as "top of the line, intellectually superior, with excellent insights, superb writing skills, analytic and completely objective. I would hate like heck to lose him."

Prior to his most recent assignment, Mr. Rollins was the Chief of Staff in the Office of Information Analysis at DHS. He was responsible for managing the day-to-day operations of the office charged with analyzing terrorist threats to the homeland. He provided counsel to DHS senior leadership and to the external intelligence, law enforcement and local homeland security communities on terrorist threats, counter-terrorism measures and policy implications of current and proposed legislation. Immediately prior to that, he was a Plans and Program Officer charged with providing the mission and business analysis of the incoming legacy organizations to DHS consistent with the legislative requirements and congressional intent of the Homeland Security Act of 2002.

He also worked as a Program Manager at the Federal Bureau of Investigation, where he was responsible for managing two units within the Bureau – one that monitored and responded to time-sensitive threats and vulnerabilities to the Nation's critical infrastructure, and another that performed strategic analysis of terrorist threats and vulnerabilities to those critical infrastructures. From 1996-1998, he worked at the National Reconnaissance Office as a liaison officer with responsibilities to the FBI, CIA, and FEMA in assisting with the development of data architectures that ensured timely transmission and securing of classified mission-essential data. From 1986-1996, Mr. Rollins saw ten years of active duty as an Army intelligence officer. As an intelligence officer with Delta Force, he was responsible for providing counter-terrorism and weapons of mass destruction analysis at the strategic and tactical levels. He was detailed to the CIA for two years to assist in training and accompanying weapons inspectors to the Middle East. He presented briefings on the results of these inspections to the U.S. Congress, senior Administration officials and to the United Nations. During his military career, Mr. Rollins also served as an intelligence analyst with the Defense Intelligence

Agency Threat and Analysis Center. His assignment there was to analyze emerging technologies that could assist foreign states in taking advantage of potential vulnerabilities in the United States.

Mr. Rollins holds a J.D. from the American University and a B.S. in Criminal Law from Fayetteville State University. In addition, he completed the Senior Executive Leadership training course at Harvard's John F. Kennedy School of Government. He currently holds a Top Secret Clearance with special access to several areas of compartmentalized information.

Based on Mr. Rollins' demonstrated knowledge of U.S. intelligence and national security agencies, his global insights into the way the Administration is approaching the threat of international terrorism that were brought out during his structured interview, and the glowing assessments received from his references, Mr. Rollins possesses the requisite skills to successfully perform the duties of this position. I am pleased to recommend Mr. Rollins for the position of Specialist in Terrorism and International Crime.