# EXHIBIT 10

Case 1:05-cv-01090-JR    Document 48-12    Filed 05/14/2008    Page 1 of 3

Standard Form 52
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# REQUEST FOR PERSONNEL ACTION

## PART A - Requesting Office   (Also complete Part B, Items 1,7-22,32,33,36 and 39)

| 1. Actions Requested | 2. Request Number |
|---|---|
| Hire | 040196 |

| 3. For Additional Information Call (Name and Telephone Number) | 4. Proposed Eff. Date |
|---|---|
| | 01-23-2005 |

| 5. Action Requested By (Typed Name, Title, Signature, and Request Date) | 6. Action Authorized By (Typed Name, Title, Signature, and Date) |
|---|---|
| Preece,Charlotte P   12-29-2004<br>ASST DIR FDT/SR SPECLST | |

## PART B - For Preparation of SF 50   (Use only codes in The Guide to Personnel Data Standards) (Show all dates in month-day-year order.)

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Rollins,John Wesley | [redacted] | [redacted] | 02-06-2005 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 173 | Exc Appt-Cond |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| Z03 | Title II, U.S. Code |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | CREA Article VII |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
SOCIAL SCIENCE ANALYST
JC: 004750                    Position: 00004330

| 8.Pay Plan | 9.Occ. Code | 10.Grade/Lvl | 11.Step/Rate | 12.Tot. Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. Code | 18.Grade/Lvl | 19.Step/Rate | 20.Tot. Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 0101 | 15 | 10 | $135,136.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $116,517.00 | $18,619.00 | $135,136.00 | $0 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
Library of Congress
Congressional Research Service
Foreign Affairs, Defense, and Trade Div

WASHINGTON DC USA

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Point/Disability  5-10 Point/Other<br>   2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 0  0-None  2-Conditional<br>   1-Permanent  3-Indefinite | 07  Expt-Condi | YES   X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Z5  Basic+B(5x)+A+C(5x) | 9  Not Applicable | 0  Regular Rate - 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS and FICA | 05-31-1993 | F  Full Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1-Competitive Service 3-SES General<br>   2-Excepted Service 4-SES Career Reserved | E  E-Exempt<br>   N-Nonexempt | 270101 | 0075 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON   DIST COLUMBIA   DC   USA |

| 40. Leave Category | 41. SCD WGI | 42. SCD FED | 43. SCD RIF | 44. Organization Structure |
|---|---|---|---|---|
| 6 | 02-06-2005 | 05-31-1993 | 05-31-1993 | 921411 AE 70 00 0005 00 00 0000 |

| 45. Educational Level | 46. Yr. Degree Attained | 47. Acad. Discipl. | 48. Functional Class | 49. Citizenship | 50. Veterans Status | 51. Supervisory Status |
|---|---|---|---|---|---|---|
| 15 | 2001 | 220101 | 00 | 1  1-USA 8-Other  X | Non Vet | 8  Other |

## PART C - Reviews and Approvals   (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date | 1. Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. Service Unit | Kames,Nancy S | 01-04-2005 | D. Chief Opers | Hanratty,Dennis M | 01-12-2005 |
| B. BUDGET OFF | Jones,Jessie Louise | 01-05-2005 | E. OFFICE OF | Jenkins,Jo Ann C | 01-13-2005 |
| C. PERSONNEL | Dixon,Ivy C | 01-12-2005 | F. OFFICE OF | Scott,Donald L | 01-13-2005 |

| 2. Approval: I certify that the information entered on this form is accurate and the proposed action is in compliance with statutory and regulatory requirements | Signature<br>Duarte,Gloria D<br>HUMAN RESOURCES SPECIALIST | Approval Date<br>02-26-2005 |
|---|---|---|

CONTINUED ON REVERSE SIDE          OVER          Editions Prior to 7/91 Are Not Usable After 6/30/93

Name: Rollins, John Wesley                                           PAR Number:        040196

## PART D - Remarks by Requesting Office

(Note to Supervisors: Do you know of additional or conflicting reasons for the employee's resignation/retirement?
If ""YES"", please state these facts on a separate sheet and attach to SF52).        ☐ YES   ☐ NO

Merit Employment
Transfer from Dept of Homeland Security; no break in service. SF 50 attached to PAR. Accounting code: 52701050A; Budget no.: 3084. Section: Foreign Policy Management & Global Issues Section. Avue.

## PART E - Employee Resignation/Retirement

**Privacy Act Statement**

You are requested to furnish a specific reason for your resignation or retirement and a forwarding address. Your reason may be considered in any future decision regarding your re-employment in the Federal service and may also be used to determine your eligibility for unemployment compensation benefits. Your forwarding address will be used primarily to mail you copies of any documents you should have or any pay or compensation to which you are entitled.
This information is requested under authority of sections 301, 3301, and 8506 of title 5, U.S. Code. Sections 301 abd 3301 authorize OPM and agencies to issue regulations with regard to employment of individuals in the Federal service and their records, while section 8506 requires agencies to furnish the specific reason for termination of Federal service to the Secretary of Labor or a State agency in connection with administration of unemployment compensation programs.
The furnishing of this information is voluntary; however, failure to provide it may result in your not receiving: (1) your copies of those documents you should have; (2) pay or other compensation due you; (3) any unemployment compensation benefits to which you may be entitled.

1. Reasons for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits.
   Please be specific and avoid generalizations.
Your resignation/retirement is effective at the end of the day - midnight - unless you specify otherwise.)

| 2. Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address | (Number, Street, City, State, ZIP Code) |
|---|---|---|---|---|
|  |  |  |  |  |

## PART F - Remarks for SF 50

- SELECTED FROM  040196    DATED 12/29-04.

- APPOINTMENT AFFIDAVIT EXECUTED