# SCHROER DEPOSITION

```
                                                                    1

 1                  UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLUMBIA

 3

 4   - - - - - - - - - - - - - - - - -x

 5   DIANE J. SCHROER,                 :

 6              Plaintiff,             :

 7        vs.                          :   Case No: 05-1090 (JR)

 8   JAMES BILLINGTON, LIBRARIAN OF    :

 9   CONGRESS,                         :

10              Defendant.             :

11   - - - - - - - - - - - - - - - - -x

12

13                              Washington, D.C.

14                              Tuesday, February 20, 2007

15

16

17   Deposition of:

18                  DIANE J. SCHROER

19   the Deponent, called for examination by counsel for the

20   Defendants, pursuant to notice and agreement as to time and

21   place, at 501 3rd Street, N.W., Washington, D.C., before

22   Timothy J. Atkinson, a Notary Public in and for the District

23   of Columbia.

24

25
```

1   A.   They were follow-up exchanges from the interview.
2   Q.   And what type of follow-up?
3   A.   As I recall, I was on a business trip and returned
4 -- I think it was the 7th of December, and there was a message
5 on my voice mail asking me for an updated -- some updated
6 references and three writing samples.
7   Q.   And do you recall who left that message?
8   A.   I believe it was Ms. Priest.
9   Q.   And did you provide the updated references and the
10 writing samples?
11   A.   I spoke -- I called back and spoke with Ms. Priest.
12   Q.   Yeah.  What was the nature of that conversation?  Do
13 you recall what was discussed?
14   A.   She told me that I had been -- I was on a short list
15 of consideration and they were moving to hire someone very
16 quickly and she wondered how quickly I could get an updated --
17 several updated references to her and the writing samples,
18 three writing samples, as I recall.
19   Q.   And what did you tell her in response to her
20 question as to how quickly you could get the writing samples
21 to her?
22   A.   I believe I provided the writing samples that
23 afternoon.
24   Q.   Okay.  And what about the references?
25   A.   I think it was the next day before I --

1  A.  Again, it was a long conversation. We talked about
2  -- she mentioned that the timing was especially good, that my
3  starting in mid-January or there abouts was coincidental with
4  their cycle of doing business, with getting a new session of
5  Congress under way and, again, that they did some preparatory
6  work that would facilitate my coming on board in a very timely
7  fashion.
8  Q.  Did she express a desire that you start mid-January?
9  A.  Yes. As I recall, yes.
10 Q.  And so what else was discussed?
11 A.  We got to a point as we were discussing the other
12 people that worked at the Library of Congress and I think she
13 said something to the effect that we have a very eclectic
14 group of people here from all kinds of backgrounds and I think
15 you'll enjoy working with them, and so I took that opportunity
16 to segue the conversation and mentioned to her that I had a
17 personal matter that I wanted to discuss with her.
18 Q.  Okay. What happened after that?
19 A.  I, in fact, told her that I was transgender and I
20 was transitioning from male to female, and that my intent was
21 to start work mid-January as -- in a female presentation.
22 Q.  And what happened after that?
23 A.  She had a number of questions and we discussed kind
24 of the implications of doing that for a good bit.
25 Q.  Okay. Can you tell me about that part of the