IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DIANE J. SCHROER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES H. BILLINGTON, )<br>   Librarian of Congress, )<br>)<br>Defendant. ) | No. 05-cv-1090 (JR) |

### DECLARATION OF WALTER O. BOCKTING, PH.D.

Pursuant to 28 U.S.C. § 1746, I, Walter O. Bockting, Ph.D., declare as follows:

    1.    I am an Associate Professor with tenure in the Department of Family Medicine and Community Health, University of Minnesota Medical School.

    2.    I have been retained by Plaintiff to offer expert testimony in support of her claims and in opposition to Defendant's defenses.

    3.    Attached as Exhibit A is a true and correct copy of the expert report, dated September 14, 2006, that I prepared in connection with this case.

    4.    Attached as Exhibit B is a true and correct copy of the supplemental expert report, dated December 21, 2006, that I prepared in connection with this case.

    5.    If called to testify at trial, I would testify in accordance with the statements in the attached reports.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2008.

_____
Walter O. Bockting, Ph.D.