McGowan Declaration – Exhibit H

```
 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF COLUMBIA
 3
 4  - - - - - - - - - - - -x
 5  DIANE J. SCHROER,        :
 6         Plaintiff,        :
 7  vs.                      :  Civil Action #05-1090
 8  JAMES H. BILLINGTON,     :
 9  LIBRARY OF CONGRESS,     :
10         Defendant         :
11  - - - - - - - - - - - -x
12                                  Washington, D.C.
13                                  Thursday, February 22, 2007
14
15
16
17  Whereupon,
18                       WALTER BOCKTING
19  the Witness, called for examination by Counsel for the
20  Defendant, pursuant to notice and agreement of counsel as to
21  time and place, at 501 3rd Street, NW, Washington, D.C.,
22  where were present on behalf of the parties:
23
24
25
```

```
 1  that you reviewed on page 21?
 2       A    Kiuijver.  That's K-i-u-i-j-v-e-r.
 3       Q    Okay.
 4       A    And I actually found the citation on Auster and Olm
 5  (phonetic) on page 20 that I had not read before when I was
 6  looking for a source to really support my understanding of
 7  social sex role.  And that's it.
 8       Q    Now, did you do anything to prepare for your
 9  deposition today?
10       A    Yes.  I just read my reports again.  I read the
11  report that I received a copy of of Dr. Schmidt.
12       Q    Anything else?
13       A    And I re-read the DSM.
14       Q    Okay.  Did you do anything else?
15       A    I also read a section of the Standards of Care.
16       Q    Which Standards of Care?
17       A    The Harry Benjamin International Gender Dysphoria
18  Association Standards of Care, and I read the citation of Dr.
19  Schmidt by Reiner (phonetic) cited in his report on follow-up
20  of children born with ambiguous genitalia.
21       Q    And did you review anything else?
22       A    I do note that I want to make sure that I am
23  familiar with the citations in Dr. Schmidt's reports.  I don't
24  have it in front of me, but maybe there's another one that I
25  --
```

```
 1     Q    Yeah, there is.
 2     A    -- that I read.  You know, those citations.  Maybe
 3  I'm missing that.
 4     Q    Okay.  Did you meet with anyone as far as preparing
 5  for this deposition?
 6     A    Meet with anyone?
 7     Q    Yes.
 8     A    Last night.  Meet with Sharon McGowan and Ken Choe.
 9     Q    And what was discussed during your meeting?
10     A    Just preparing for today, going over --
11     Q    What did they say with regard to preparing for
12  today?
13     A    Going over again the essential points of my report,
14  as well as the report of Dr. Schmidt.  And I learned from them
15  a little bit of how Dr. Schmidt responded in his deposition to
16  one or two points of my report.
17     Q    Now, what did you -- or what were considered the
18  essential points of your report?
19     A    I think that the definition what is sex, what we
20  know about the etiology of sex and gender, the -- how widely
21  accepted the Standards of Care are, and what the standing of
22  the Harry Benjamin Association is within the field.  And also,
23  we talked about the scientific evidence supporting the
24  efficacy of sex reassignment.
25          And we talked a little bit about how broad -- this
```

1  was one of the points in Dr. Schmidt's report that we
2  discussed, how much research is there in this area. And
3  that's, I think, one of the points I make in my supplemental
4  report that comes from Dr. Schmidt. There is little evidence,
5  only case studies, whereas I'm familiar with a large body and
6  a growing body of research. It goes way beyond the case
7  studies.
8      Q   Now, when you say large body of research, what are
9  you referencing?
10     A   I'm talking about research that has been conducted,
11 or the number of peer reviews, empirical research articles in
12 this field.
13     Q   Now, does that research body also include research
14 done on the biological basis of transsexualism?
15     A   That's part of it, yes.
16     Q   Is there a large body -- would you say there is a
17 large body of research on the biological basis of
18 transsexualism?
19     A   I think there is a growing interest in that area
20 that has slowly been increasing since the 1960s. And I think
21 the research that is being done in terms of etiology is on
22 biological determinants. There is little research. There has
23 been some, but there's less focus right now on the
24 psychosocial influences.
25     Q   Can you explain what research has been done on the

```
 1  biological etiological aspect of GID?
 2       A    It really all focuses on the sexual differentiation
 3  of the brain.  And a lot of the research is animal research
 4  where they've studied that, and particularly how -- androgen
 5  exposure.  So exposure to testosterone, effects and
 6  development of the brain and sexual behavior.  But then
 7  they've also extended that line of research to humans.
 8       Q    Okay.  And what are the studies on humans?
 9       A    Some of the studies are on structural differences in
10  the brain, in the hypothalamus, between men and women, and
11  where transsexuals fall in that regard.  But there's also a
12  large body of research on, for example, left-handedness and
13  right-handedness, the size of middle finger, other things that
14  point towards determinants of development of sex that are part
15  of the brain, the development of the central nervous system.
16       Q    Do any of these studies that you are aware of assert
17  that there is conclusive evidence of a biological or
18  etiological basis for GID?
19       A    I think the studies that I'm familiar with just
20  present the evidence that they have found, and some of them
21  are more compelling, you know, than others.
22       Q    But do the studies conclusively show that there is a
23  biological -- a causal relationship between biology and GID?
24       A    I don't think that one can say at this point that
25  the evidence is conclusive.
```

1   Q   So is it fair to say that at this time there is no
2  conclusive evidence that there is a causal relationship
3  between biology and gender identity disorder?
4   A   I'm having difficulty with the question, because I
5  think there is no conclusive evidence that points exactly to
6  which factors determine what part of gender identity
7  development.  But I think that looking at -- evaluated in the
8  larger scope of the research, it's clear that biology, you
9  know, plays a role in sex and gender.  Sex and gender are not
10 free of biology.
11  Q   Yeah, but I'm talking about gender identity
12 disorder.
13  A   Gender identity disorder is something that biology
14 is a part of it.
15  Q   Okay.  But what research out there -- is there any
16 research out there that asserts or states conclusively that
17 there is a relationship between biology and gender identity
18 disorder?
19  A   I think there is research that has been conducted
20 and is being conducted to uncover those determinants.
21  Q   Well, has there been --
22  A   For example, the study by Zhou and by Kiuijver shows
23 that there are structural main differences, and that certain
24 areas of the hypothalamus of male-to-female transsexuals are
25 consistently more similar in size than those of non-

1  transsexual females, smaller.
2      Q    But has there been any --
3      A    And different -- and I was going to say and
4  different from males, from transsexual males.  So when one
5  looks at that article, that is quite compelling.
6      Q    Now, you say it's compelling, but is it proof that
7  there is?
8      A    It is evidence, so it is proof.  Yet in science, one
9  doesn't base conclusions on one study.  The study needs to be
10 replicated.
11     Q    Well, has that -- now, the study that you mentioned,
12 I think, was the Zhou study?
13     A    Yes.
14     Q    Has that been replicated?
15     A    Well, Kiuijver did a similar study with similar
16 findings.  And then there is really quite -- there's more
17 evidence coming from -- in the animal research field of the
18 impact of androgen exposure on the brain and sexual behavior.
19 And now, as I said, where the field is at is really to see
20 what of that is generalizable to humans.  And the Zhou and
21 Kiuijver study are one of the pioneering -- are two of the
22 pioneering studies in this area.
23     Q    Are you familiar with the act or the statute known
24 as Title 7 of the Civil Rights Act of 1964?
25     A    No.

1    Q    Are you familiar with that term?
2    A    No.
3    Q    Do you know whether the term sex is included in that
4  statute?
5    A    No. I mean, maybe there were some references in the
6  initial complaint that I read, but I don't remember that.
7    Q    Well, did you develop any understanding or come to
8  any determinations yourself personally as to what the term sex
9  means in a legal context?
10   A    No, I'm not a legal expert.
11   Q    Okay. Well, how would you define sex?
12   A    I have -- in my report that I think that sex is
13 multifaceted, and that, you know, at birth, sex is assigned
14 usually based on the appearance of the external genitalia.
15 Usually, that's when somebody is assigned, is given a sex.
16 But sex is not one thing, but has multiple components, and
17 knowledge of one or more of these components then results in
18 that sex assignment. Usually, it's only one, and that is the
19 appearance of the external genitalia. But in cases of
20 ambiguous genitalia, other components of sex are assessed and
21 factored into the determination of what the best sexual
22 assignment is.
23   Q    Well, is there a biological basis as to which
24 genitalia will be formed, whether it's the penis or the
25 vagina? I mean, is there a biological basis to that?

1       A     Yeah, there is a chain in development that, you
2  know, is also biological.
3       Q     And what is that chain?
4       A     Well, the sex chromosomes play an important role.
5  The hormones play an important role.  Whether the body is
6  receptive to those hormones then determines the development of
7  the internal and external genitalia.
8       Q     Now, are males identified medically as having -- or
9  biologically as having XX chromosomes?  Is that your
10 understanding?
11      A     Well, most -- we assume that most babies born with a
12 vulva most likely have an XX chromosomal configuration.
13 That's not always the case.
14      Q     Okay.
15      A     But in the majority of cases, it is, as far as we
16 know.
17      Q     Now, is it true that generally, females are
18 identified as having XY chromosome?
19      A     Generally true.  I think there are people who are
20 assigned to female sex or who reassign their sex later in life
21 who have an XY chromosomal pattern.
22      Q     I don't understand what you mean by that.
23      A     For example, there might be children who are born
24 with ambiguous genitalia, their chromosomes might be XY.  But
25 for example, their body might not be receptive to the

1  What is that?
2       A    That in case of a male-to-female sex reassignment,
3  that they create a vagina out of -- usually, the outer skin of
4  the penis becomes the inner lining of the vagina.
5       Q    And what about female to male?
6       A    Female to male will have their breasts removed and a
7  male-appearing chest created.  And they may also -- they tend
8  to have a hysterectomy, and also, they may have testicle
9  implants inserted in the labia majora.  And their clitoris is
10 enlarged as a result of hormone therapy.  They can release
11 that so that it looks like a small penis, and they can extend
12 the urethra so that the person can stand peeing.
13      Q    Now, for an individual who has a sex reassignment
14 from male to female, is that individual able to produce
15 ovaries?
16      A    No.
17      Q    Can that person give birth?
18      A    No.
19      Q    Does their chromosomal configuration change?
20      A    No.  I mean, they have experimented with transplant
21 of ovaries, but, you know, that's in its infancy.  That's --
22 surgery.
23      Q    Is a female-to-male transgendered individual able to
24 produce sperm?
25      A    No.

```
 1      Q    Looking at your expert reporter, or turning to your
 2 expert report, the original --
 3           MS. McGOWAN:  We're talking about Exhibit 40?
 4           MS. RUSSELL:  Yes, Exhibit 40.
 5           BY MS. RUSSELL:
 6      Q    And on pages -- looking at 20 through 23 --
 7      A    Yes.
 8      Q    -- can you just point out -- and you may have done
 9 this, and I apologize if I'm asking you to do the same thing
10 again -- which studies document a causal relationship between
11 biology and GID or sex identity?
12           MS. McGOWAN:  Object on grounds of form, but you can
13 answer if you understand.
14           THE WITNESS:  Well, I can let you know which
15 articles report on research or reveal research that support a
16 biological determinant.
17           BY MS. RUSSELL:
18      Q    When you say support, what do you mean?
19      A    The evidence supports that there is a biological
20 determinant involved in the development of gender identity
21 disorder.
22      Q    Can you point those?
23      A    Yeah.  The article by Cohen-Kettenis and Gooren,
24 "Transsexualism:  A Review of Etiology, Diagnosis, and
25 Treatment."
```

```
 1        Q     And what page is that on?
 2        A     Page 20.
 3              MS. McGOWAN:  It's the fourth from the bottom.
 4              MS. RUSSELL:  Okay.
 5              THE WITNESS:  I think that it is reviewed in the
 6   book of Cohen-Kettenis and Pfaefflin, "Transgenderism and
 7   Intersexuality in Childhood and Adolescence."
 8              The article by Diamond and Sigmundson makes the
 9   argument that biology plays a very important role and presents
10   a case that supports that argument.
11              The article by Kiuijver shows -- says that male-to-
12   female transsexuals have female neural numbers in olympic
13   nucleus.
14              I think the book by Money and Ehrhardt includes a
15   discussion of biological factors, and also defines the various
16   components of sex.  I'm not sure about the Money and Hampson
17   article.  That applies directly to your question, possibly.  I
18   think -- on the first one.
19              MS. McGOWAN:  I'm sorry -- the two.  Okay.
20              THE WITNESS:  Yeah.  Because the second one clearly
21   addresses that.  Because imprinting.  You know, it's imprinted
22   in.  This is part of the development of the brain.
23              And the citation by Phoenix.  Zhou is that article
24   that I referred to earlier about the structural differences in
25   the human brain that show that male-to-female transsexuals
```

1  have the same size of this nucleus as females and
2  significantly smaller than those of males.
3          And I'm sure that Zucker in that article on page 23
4  reviews also the evidence for biological factors.
5          BY MS. RUSSELL:
6      Q   Which Zucker?
7      A   The first one, 1999.
8      Q   Okay.
9      A   That would be it.
10     Q   Okay.  On page 8 of your report, paragraph 19, the
11 first sentence, you said, "What causes gender identity
12 disorder remains unknown."  Is that an accurate statement of
13 your position?
14     A   That's the first sentence of my paragraph.
15     Q   Okay.
16     A   It goes on to say that "Biological factors, hormonal
17 genetic brain structure, and psychosocial factors -- are going
18 to most likely interact.  But research is still in its
19 infancy, and findings to date are inconclusive."  And I go on
20 to say I think that the focus of the research now is on the
21 biological determinants.  That's where the excitement is right
22 now.
23     Q   That's where the excitement is?
24     A   Yes.
25     Q   Okay.

1    A    That's where we have made discoveries and findings,
2  significant findings.
3    Q    Do you know whether other experts agree with your
4  opinion that sexual identity has four -- actually, strike that
5  question.  Do you know of experts who disagree with your
6  opinion that sexual identity has four components:  -- sex,
7  gender sex, social sex role, and sexual orientation?
8    A    Generally, I find agreement with that.  I mean, some
9  people add even more components.  But I think that these are
10 four main ones that I find helpful when thinking about this
11 particular population.
12   Q    And what population is that?
13   A    I mean clients with gender identity disorder.
14   Q    I am going to show you -- I don't know what exhibit
15 you're on.  Forty-two?
16        (Bockting Deposition Exhibit Number 42 marked for
17 identification.)
18        BY MS. RUSSELL:
19   Q    And can you turn to page 5 --
20   A    Sure.
21   Q    -- and read the last three lines?  And then go to
22 page 6 and read the remainder of that paragraph.
23   A    So this is from Dr. Schmidt's report.
24   Q    Yes, this is from Dr. Schmidt's report.
25   A    "In his conclusion, Judge Robertson states, 'There

**FREE STATE REPORTING, INC.**

1378 Cape Saint Claire Road

Annapolis, Maryland  21409

**ERRATA SHEET**

**In re**: Schroer vs. Billington
**Deposition of**: Walter Bockting
**Taken on**: February 22, 2007

At the time, the above-named deponent desired to make the following changes:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 6 | 1 | Artur | Otto |
| 8 | 6 | including from treatment | including treatment |
| 9 | 6 | going on 18 | going on 19 |
| 10 | 25 | an -- dissertation, | an All But Dissertation, |
| 12 | 25 | Goorem | Gooren |
| 13 | 16 | Golene | Green |
| 14 | 12 | in individual therapy | and individual therapy |
| 20 | 8 | sex gender | sex, gender |
| 24 | 17 | Nate Cole (phonetic) | Mate-Kole |
| 24 | 24 | Kiuijver | Kruijver |
| 24 | 24 | K-i-u-i-j-v-e-r | K-r-u-i-j-v-e-r |
| 25 | 2 | Kiuijver | Kruijver |

*Errata Sheet for Walter Bockting -- Page 1 of 4*

*Errata Sheet (cont'd)*

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 25 | 2 | K-i-u-i-j-v-e-r | K-r-u-i-j-v-e-r |
| 25 | 4 | Olm | Ohm |
| 25 | 22 | I do note that I want to | I know that I wanted to |
| 26 | 8 | meet | met |
| 27 | 4 | report that comes | report in response to the report that comes |
| 27 | 4 | Schmidt. There is | Schmidt: His opinion is that there is |
| 27 | 11 | peer reviews | peer reviewed |
| 27 | 22 | research. There has | research, there has |
| 28 | 5 | exposure. So | exposure, so |
| 28 | 5 | effects and | affects the |
| 29 | 14 | part of it | part of |
| 29 | 22 | Kiuijver | Kruijver |
| 29 | 23 | main | brain |
| 30 | 4 | transsexual males | nontranssexual males |
| 30 | 15 | Kiuijver | Kruijver |
| 30 | 21 | Kiuijver | Kruijver |
| 32 | 18 | Generally true. | Generally true? |
| 33 | 3 | real genitalia has | "normal" genitalia have |

*Errata Sheet for Walter Bockting -- Page 2 of 4*

*Errata Sheet (cont'd)*

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 33 | 4 | to be developed | to develop |
| 33 | 17 | there may not be | they may not be |
| 34 | 17 | which -- 302.6 code | which is 302.6 code |
| 34 | 19 | general | gender |
| 34 | 20 | at the | add the |
| 34 | 23 | general identity | gender identity |
| 35 | 8 | general identity disorder | gender identity disorder |
| 40 | 17 | general | gender |
| 44 | 21 | opportunities by | opportunities, by |
| 48 | 10 | non-population | non-transgender population |
| 48 | 23 | impact the | impact of the |
| 55 | 11 | Kiuijver | Kruijver |
| 55 | 21 | imprinting. You | imprinting, you |
| 55 | 22 | in. This | in, this |
| 55 | 22 | of the brain | of, the brain |

*Errata Sheet for Walter Bockting -- Page 3 of 4*

**FREE STATE REPORTING, INC.**

1378 Cape Saint Claire Road

Annapolis, Maryland   21409

## ACKNOWLEDGMENT OF DEPONENT

Deposition on Thursday, February 22, 2007

I, Walter Bockting, do hereby acknowledge that I have read and examined pages 1 through 62 inclusive (plus attachments), of the transcript of my deposition, and that: (check appropriate line.)

\_\_\_\_\_ The same is a true, correct and complete transcription of the answers given by me to the questions therein recorded.

\_XX\_ Except for the changes noted on the attached errata sheet, the same is a true, correct and complete transcription of my deposition.

Dated: 5/18/2007          Signed: [signature] Walter Bockting, PhD

NOTARY PUBLIC

State of Minnesota
County of Hennepin

On this 18th day of May, 2007, before me, the undersigned officer, personally appeared Walter Bockting, known to me (or satisfactorily proven) to be the person whose name is subscribed to within the instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness hereof I hereunto set my hand and official seal.

[signature]

Notary Public
My Commission Expires: 1/31/10

*Errata Sheet for Walter Bockting -- Page 4 of 4*

[Notary seal: ROBERT MATTHEW KIRBY, NOTARY PUBLIC - MINNESOTA, My Commission Expires Jan 31, 2010]