McGowan Declaration – Exhibit K

# FINAL REFERRAL LIST

| POSITION TITLE | SERIES | GRADE | PD # | VA#040196 |
|---|---|---|---|---|
| SPECIALIST ON TERRORISM AND INTERNATIONAL CRIME | 0101 | 15 | | |

The following is a list of candidates eligible for selection. Please enter the appropriate disposition codes once you've made your selection.

**DISPOSITION CODES:**

- SE — SELECTED
- NW — WITHDREW FROM CONSIDERATION
- NSWE - NOT SELECTED (Previous work experience not at relevant as cand date selected)
- NSRC - NOT SELECTED (Non-Selection based on information obtained during reference check)
- NSORG - NOT SELECTED (Selection would not further organizational needs as well as the candidates selected)
- NSO - NOT SELECTED (Other- Write explanation in the comments area)

| APPLICANT NAME | FINAL INTERVIEW SCORE | DISPOSITION CODE | COMMENT |
|---|---|---|---|
| Ehsan M. Ahrani | 3.1 | NSWE | |
| Kel J. Britvec | 3.8 | NW | accepted another position |
| Daniel S. Gressang | 3.4 | NSWE | |
| Mark R. Jacobson | 3.3 | NSWE | |
| Rensselaer W. Lee | 3.1 | NSWE | |
| Dana J. Lesemann | 3.9 | NW | accepted another position |
| John W. Rollins | 3.9 | SE | |
| David J. Schroer | 4.0 | NSWE | |
| Richard W. Weitz | 3.6 | NSWE | |

STAFFING SPECIALIST NAME: [signature]   DATE: 11-30-04

SELECTING OFFICIAL NAME: Charlott Preece   SIGNATURE: Charlott P. Preece   DATE: 12/29/04

000155