McGowan Declaration – Exhibit L

Specialist in Terrorism and International Crime
Foreign Affairs, Defense, and Trade Division
GS-0101-15
Vacancy #040196

I recommend **Mr. David Schroer** for the position of Specialist in Terrorism and International Crime in the Foreign Affairs, Defense, and Trade Division of the Congressional Research Service. His qualifications and experience makes him the best qualified candidate from among the other 8 applicants on the final referral list.

Mr. Schroer has extensive experience as a practitioner and strategic planner in counterterrorism. Since 1986 he was involved in leading counterterrorism and counter-insurgency operations around the world.