McGowan Declaration – Exhibit P



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
    p.    cm.
    Includes index.
    ISBN 0-87779-807-9 (Laminated unindexed : alk. paper). — ISBN 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper). — ISBN 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper). — ISBN 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper). — 0-87779-813-3 (Canadian). — 0-87779-814-1 (international).
    1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
  PE1628.M36    2003
    423—dc21                     2003003674
                                            CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

3456TT:QWV04

**1140  settlor • sex chromatin**

set-tlor \'set-,lȯr, 'se-t⁹l-,ȯr\ n (1818) : one that makes a settlement or creates a trust of property

set-to \'set-,tü\ n, pl set-tos (1743) : a usu. brief and vigorous fight or debate

set to vi (ca. 1525)  1 : to begin actively and earnestly  2 : to begin fighting

set-up \'set-,əp\ n (1890)  1 a : carriage of the body; esp : erect and soldierly bearing  b : CONSTITUTION, MAKEUP  2 a : the assembly and arrangement of the tools and apparatus required for the performance of an operation  b : the preparation and adjustment of machines for an assigned task  3 a : a table setting  b : glass, ice, and mixer served to patrons who supply their own liquor  4 : a camera position from which a scene is filmed; also : the footage taken from one camera position  b : the final arrangement of the scenery and properties for a scene of a theatrical or cinematic production  5 a : a position of the balls in billiards or pool from which it is easy to score  b : a task or contest purposely made easy  c : something easy to get or accomplish  d : something (as a plot) that has been constructed or contrived  e : the execution of a planned scoring play in sports  6 a : the manner in which the elements or components of a machine, apparatus, or mechanical, electrical, or hydraulic system are arranged, designed, or assembled  b : the patterns within which political, social, or administrative forces operate : customary or established practice  7 : PROJECT, PLAN  8 : something done by deceit or trickery in order to compromise or frame someone

set up vt (13c)  1 a : to raise and place in a high position  b : to place in view : POST  c : to put forward (as a plan) for acceptance  2 a : to place upright : ERECT (set up a statue)  b : to assemble the parts of and erect in position (set up a printing press)  c : to put (a machine) in readiness or adjustment for an operation  3 a : CAUSE, CREATE (set up a clamor)  b : ESTABLISH  4 : to place in power or in office (set up the general as dictator)  5 a : to raise from depression  1 : ELATE, GRATIFY  b : to make proud or vain  6 a : to put forward or extol as a model  b : to claim oneself to be (sets himself up as an authority)  7 : FOUND, INAUGURATE (set up a home for orphans)  8 a : to provide with means of making a living (set him up in business)  b : to bring or restore to normal health  c : to cause (one) to take on a soldierly or athletic appearance esp. through drill  9 : to erect (a perpendicular or a figure) on a base in a drawing  10 a : to make taut (a stay or hawser)  b : to tighten firmly  11 : to make carefully worked out plans for (set up a bank robbery)  12 a : to pay for (drinks)  b : to treat (someone) to something  13 a : to put in a compromising or dangerous position usu. by trickery or deceit  b : FRAME  3  14 : to execute one or more plays in preparation for scoring — vi  1 : to come into active operation or use  2 : to begin business  3 : to make pretensions (has never set up to be a wise man —Thomas Rogers)  4 : to become firm or consolidated — set up housekeeping : to establish one's living quarters — set up shop : to establish one's business

sev-en \'se-vən, 'se-b⁹m\ n [ME, fr. seven, adj., fr. OE seofon; akin to OHG sibun seven, L septem, Gk heptā] (bef. 12c)  1 — see NUMBER table  2 : the seventh in a set or series (the ~ of diamonds)  3 : something having seven units or members — seven adj — seven pron, pl in constr

sev-en-fold \'se-vən-,fōld, -'fōld\ adj (bef. 12c)  1 : having seven units or members  2 : being seven times as great or as many — sevenfold adv

seven seas n pl (1872) : all the waters or oceans of the world

sev-en-teen \,se-vən-'tēn, ,se-b⁹m-\ n [ME, fr. MB seventene, fr. OE seofontīene; akin to OE tīen ten] (14c) — see NUMBER table — seventeen adj — seventeen pron, pl in constr — seven-teenth \-'tēn(t)th\ adj or n

sev-en-teen–year locust n (1817) : a cicada (Magicicada septendecim) of the U.S. that has in the North a life of seventeen years and in the South of thirteen years of which most is spent underground as a nymph and only a few weeks as a winged adult

sev-enth \'se-vən(t)th, 'se-b⁹m(t)th\ n, pl sevenths \'se-vən(t)s, -van(t)ths; 'se-b⁹m(t)s, -b⁹m(t)ths\ (12c)  1 — see NUMBER table  2 a : a musical interval embracing seven diatonic degrees  b : a tone at this interval  specif : LEADING TONE  c : the harmonic combination of two tones a seventh apart — seventh adj or adv

seventh chord n (ca. 1909) : a chord comprising a fundamental tone with its third, fifth, and seventh

Seventh-Day adj (1684) : advocating or practicing observance of Saturday as the Sabbath

seventh heaven n [fr. the seventh being the highest of the seven heavens of Islamic and cabalist doctrine] (1818) : a state of extreme joy

sev-en-ty \'se-vən-tē, 'se-b⁹m-, -dē\ n, pl -ties [seventy, adj., fr. ME, fr. OE seofontig, short for hundseofontig, fr. hundseofontig, n., group of seventy, fr. hund hundred + seofon seven + -tig group of ten; akin to OE tīen ten] (13c)  1 — see NUMBER table  2 pl : the numbers 70 to 79; specif : the years 70 to 79 in a lifetime or century  3 cap : the members of an order ordained for missionary work under the apostles — sev-en-ti-eth \-tē-əth, -əd\ adj or n — seventy adj — seventy pron, pl in constr

sev-en-ty–eight \,se-vən-tē-'āt, ,se-b⁹m-, -dē-'āt\ n (1931)  1 — see NUMBER table  2 : a phonograph record designed to be played at 78 revolutions per minute — written 78 — seventy–eight adj —seventy–eight pron, pl in constr

sev-er-ance \'se-vrən(t)s, 'sev-rən(t)s\ n (14c) : the act or process of severing : the state of being severed

severance pay n (1943) : an allowance usu. based on length of service that is payable to an employee on termination of employment

severance tax n (1928) : a tax levied by a state on the extraction of oil, gas, or minerals intended for consumption in other states — called also ROYALTY 5a

se-vere \sə-'vir\ adj se-ver-er; -est [MF or L; MF, fr. L severus, fr. OE severus] (1548)  1 a : strict in judgment, discipline, or government  b : of a strict stern bearing or manner : AUSTERE  2 : rigorous in restraint, punishment, or requirement : STRINGENT, RESTRICTIVE  3 : strongly critical or condemnatory : CENSORIOUS (a ~ critic)  4 a : maintaining scrupulously exacting standard of behavior or self-discipline  b : establishing exacting standards of accuracy and integrity in intellectual processes (a ~ logician)  5 : sober or restrained in decoration or manner : PLAIN (a ~ dress)  6 a : inflicting physical discomfort : hardship : HARSH (~ winters)  b : inflicting pain or distress (severe burns) (a ~ wound)  7 : requiring great effort : ARDUOUS (a ~ test)  8 : of a great degree : SERIOUS (~ depression) — se-vere-ly adv — se-vere-ness n — se-ver-i-ty \-'ver-ə-tē\ n

syn SEVERE, STERN, AUSTERE, ASCETIC mean given to or marked by strict discipline and firm restraint. SEVERE implies standards enforced without indulgence or laxity and may suggest harshness (severe military discipline). STERN stresses inflexibility and inexorability of temper or character (stern arbiters of public morality). AUSTERE stresses absence of warmth, color, or feeling and may apply to rigorous restraint, simplicity, or self-denial (living an austere life in the country). ASCETIC implies abstention from pleasure and comfort and indulgence as spiritual discipline (the ascetic life of the monks)

severe combined immunodeficiency n (1973) : a rare congenital disorder of the immune system that is characterized by inability to produce a normal complement of antibodies and T cells and that usu. results in early death — called also severe combined immune deficiency

se-vi-che \sə-'vē-(,)chā, -chē\ or \sə-'vēsh, -bə-\ variant of CEVICHE

Sèvres or Sèvres \'sev-rə, 'sev(ə)r\ n [Sèvres, France] (1786) : an often elaborately decorated French porcelain

sew-ge \sə-'vē-gə, sə-\ n [Russ sevryuga, a species of sturgeon] (1591) : a light to dark gray caviar from a sturgeon (Acipenser sevn) of the Caspian Sea with roe that is smaller than that of osetra; also : the fish

sew \'sō\ vb sewed; sewn \'sōn\ or sewed; sew-ing [ME, fr. OE siwian; akin to OHG siuwen to sew, L suere] vt (bef. 12c)  1 : to unite or fasten by stitches  2 : to close or enclose by sewing (~ the money in a bag) — vi : to practice or engage in sewing — sew-able \-bəl\ adj — sew-er \'sō-ər\ n

sew-age \'sü-ij\ n [Isewer] (1834) : refuse liquids or waste matter usu. carried off by sewers

sew-er \'sü-ər, 'suir\ n [ME, fr. AF assewur, lit., seater, fr. AF asseer to seat — more at ASSIZE] (14c) : a medieval household officer often of high rank in charge of serving the dishes at table and sometimes of seating and tasting

sew-er \'sü-ər\ n (14c) : one that sews

sew-er \'sü-ər, 'suir\ n [ME, fr. AF, fr. assewer, essiwer to drain, fr. VL *exaquare, fr. L ex- + aqua water — more at ISLAND] (15c) : an artificial usu. subterranean conduit to carry off sewage and sometimes surface water (as from rainfall)

sew-er-age \'sü-ə-rij, 'sur-ij\ n (1834)  1 : the removal and disposal of sewage and surface water by sewers  2 : a system of sewers  3 : SEWAGE

sew-ing \'sō-iŋ\ n (14c)  1 : the act, method, or occupation of one that sews  2 : material that has been or is to be sewn

sewed up vt (15c)  1 : to mend completely by sewing  2 : to get exclusive use or control of  3 : to make certain of : be assured of (the team sewed up the division title)

sex \'seks\ n [ME, fr. L sexus] (14c)  1 : either of the two major forms of individuals that occur in many species and that are distinguished respectively as female or male esp. on the basis of their reproductive organs and structures  2 : the sum of the structural, functional, and behavioral characteristics of organisms that are involved in reproduction marked by the union of gametes and that distinguish males and females  3 a : sexually motivated phenomena or behavior  b : SEXUAL INTERCOURSE  4 : GENITALIA

sex vt (1884)  1 : to identify the sex of (~ newborn chicks)  2 : to increase the sexual appeal of — often used with up  b : to arouse the sexual desires of

sex act n (1911)  1 : COITUS — used with the  2 : an act performed with another for sexual gratification

sex-a-ge-nar-i-an \,sek-sə-jə-'ner-ē-ən\ n [L sexagenarius of containing sixty, sixty years old, fr. sexageni sixty each, fr. sexaginta sixty, fr. sex six + -ginta (akin to L viginti twenty) — more at SIX, VIGESIMAL] (1738) : a person whose age is in the sixties — sexagenarian adj

sex-a-ges-i-mal \,sek-sə-'je-sə-məl\ adj [L sexagesimus sixtieth, fr. sexaginta] (1685) : of, relating to, or based on the number 60

sexagesimal n (1685) : a sexagesimal fraction

sex ap-peal n (1924)  1 : personal appeal or physical attractiveness esp. for members of the opposite sex  2 : stimulating attractiveness

sex cell n (1889) : GAMETE; also : its cellular precursor

sex chromatin n (1952) : BARR BODY

sex chromosome n (1906) : a chromosome that is concerned with determining the sex ... sex-linked characters ...
CHROMOSOME
sex-cli-sion \seks-di-'sil-yon\ n ...
gonen (fr. sex six + decem ten) ...
[n] (1857) — see NUMBER table
sexed \'sekst\ adj (1621)  1 : having ...
sex appeal
sex-en n (1916) : GONAD
ser-ment-n (1917) : a steroid h... ...
sex-ism \'sek-,si-zəm\ n [¹sex + -ism ...
sex-ist \'sek-sist\ adj (1965) : a young woman ...
sex-let \,seks-lət\ adj (1598)  1 : la... ...
sual interest or activity (a ~ relat... ...
sex-less-ness n
sex-lim-it-ed \'seks-'li-mə-təd\ adj ...
of any one sex
sex-link-age \'lin-kij\ n (1912)  1 ...
linked
sex-linked \-'liŋ(k)t\ adj (1912)  1 ...
gene)  2 : mediated by a sex-link... ...
sex object n (1911) : a person regard... ...
sexual interest
sexol-o-gy \sek-'sä-lə-jē\ n (1902)  ... ...
ogy of sex or sexual phenomena in human... ...
sex-ploi-ta-tion \,seks-,ploi-'tā-shən... ...
ca. 1942) : the exploitation of sex in... ...
sex-pot \'seks-,pät\ n (1948) : a cons...
sex symbol n (ca. 1911) : a usu. fem... ...
noted and admired for conspicuous ... ...
sext \'sekst\ n, often cap [ME sexte, fr...
day, fr. fem. of sextus sixth, fr. sex six... ...
nal hours
Sex-tans \'seks-,tanz\ n [NL (gen. ... ...
constellation on the equator south of... ...
sex-tant \'seks-tənt\ n (1628) : the si... ...
sixth part of a circle, fr. L, sixth part ... ...
sixth] (1628) : an instrument for mea... ...
gular distances used esp. in navigat... ...
sere altitudes of celestial bodies (as... ...
uine latitude and longitude)
sex-tet also sex-tette \seks-'tet\ n [al... ...
musical composition for six instr... ...
voices  2 : a group or set of six as... ...
tances of a sextet  3 : a hockey team
sex-til-lion \seks-'til-yən\ n, often ab... ...
reg. tr. sex- (fr. L sex) + -illion (as ... ...
— see NUMBER table
sex-to \'seks-(,)tō\ n, pl sextos (as ... ...
sexto sixth] (1847) : SEXMO
sex-to-de-ci-mo \,seks-tə-'de-sə-m... ...
mes fL, abl. of sextus decimus sixt... ...
sextus + decimus tenth — more at ... ...
sex-ton \'seks-tən\ n [ME secrestein] ...
sacristans — more at SACRISTAN] (1... ...
who takes care of the church proper ...
tes (as ringing the bell for services ...
sex-tu-ple \seks-'tü-pəl, -'tyü-, -'tə... ...
plus, fr. L sextus sixth + -plus multi... ...
times as great or as many  3 : marke...
six (~ time) — sextuple n
sex-tu-plet \seks-'tü-plət, -'tyü-, ... ...
six times as much or as many thing... ...
numerous
sex-tu-plet \seks-'tə-plət, -'tü-, -'tyü... ...
bination of six of a kind  2 : one of ...
a group of six equal musical notes... ...
lets to four of the same value
sex-u-pli-cate \seks-'tü-pli-kət, ... ...
plicate (as in duplicate)] (1657)  1 ...
~ ... copy) — sextuplicate n
sex-u-al \'sek-sh(ə-w)əl, 'sek-shəl\ n ...
PLE  2 : to provide in sextuplicate ...
sex-u-al \'sek-sh(ə-w)əl, 'sek-shəl\ ...
(1651)  1 : of, relating to, or associa... ...
sex (sexual ~ conflict)  2 : havin... ...
tlon) — sexu-al-ly \sek-shə-)wə-l... ...
sexual assault n (1971) : illegal sex... ...
upon a person without consent or is ...
capable of giving consent (as becaus... ...
party) or who places the assailant ... ...
authority
sexual generation n (1880) : the gen... ...
ation of generations that reproduces ...
sexual harassment n (1975) : uninvit... ...
physical behavior of a sexual natur... ...
ward a subordinate (as an employee... ...
sexual intercourse n (1799)  1 : he... ...
penetration of the vagina by the pen... ...
nal or oral intercourse that does ... ...
by the penis
sex-u-al-i-ty \,sek-shə-'wa-lə-tē\ n ... ...
the quality or state or the condition of bein... ...
sexual  2 : recognition without consent or ... ...
session of sexual receptivity or later... ...

²several pron, pl in constr (1639) : an indefinite number more than two and fewer than many (~ of the guests)

sev-er-al-fold \,sev-ral-'fōld, ,se-v-\ adj (1738)  1 : having parts or aspects  2 : being several times as large, as great, or as many as some understood size, degree, or amount — severalfold adv

sev-er-al-ly \'sev-ra-lē, 'se-v-\ adv (14c)  1 : one at a time : each by one

sev-er-al-ty \'sev-ra-lē, 'se-v-\ n [ME severalte, fr. AF] (14c)  1 : the quality or state of being several : DISTINCTNESS, SEPARATENESS  2 a : a sole, separate, and exclusive possession, dominion, or ownership : one's own right without a joint interest in any other person (tenants in ~)  b : the quality or state of being held individually or in several  3 a : land owned in severalty  b : the quality or state of being held in severalty

²se-ver-ance \'sev-rən(t)s, 'se-v-\ n (15c) : the act or process of severing : the state of being severed