McGowan Declaration – Exhibit R

## Charlotte Preece - draft re terrorism position

**From:** Charlotte Preece
**To:** Alkisswani, Bessie; Deese, Kathryn; Ronhovde, Kent; Wilkins, Cynthia A
**Date:** 12/21/2004 10:54 AM
**Subject:** draft re terrorism position

**DRAFT FOR YOUR COMMENTS**

David. I'm calling to let you know that I am not going forward with my recommendation to hire you for the terrorism position. In light of what you told me yesterday, I feel that you are putting me and CRS in an awkward position for a number of reasons as you go through this transition period. I am primarily concerned that you could not likely be brought on in a timeframe that is needed for me to fill the position. Our Personnel Security Office has told me that the background investigation process that will be required for you to start work could be lengthy. I am also concerned that the contacts I had counted on you to bring to the position may not now be as fruitful as they were in the past. Finally, I have concerns that the transition you are in the process of might divert your full attention away from the mission of CRS.

I could be wrong on any one of these complicated factors, but taken together I do not have a high enough degree of confidence to recommend you for the position. Having said that, I very much appreciate your candor and courage. I wish you the best and want to let you know that you should feel free too apply for future positions at the Library.

*[Handwritten notes:]*

Ove considered
Pvh decided not to go forward with it.

Given complexity, level of the position, not a good fit.

That's all I'm prepared to say at this point.

Difficult decision
Given immediate needs of Congress

000206

file://C:\Documents%20and%20Settings\crsuser\Local%20Settings\Temp\GW}00001.H...   12/21/2004

## Charlotte Preece - version 2

**From:** Charlotte Preece
**To:** Alkisswani, Bessie; Ronhovde, Kent
**Date:** 12/21/2004 11:48 AM
**Subject:** version 2

**Draft per discussion with General Council**

David,

Given the level and the ~~complexities~~ *responsibilities* of the position, I don't think this is a good fit. This has been a difficult decision, but given the immediate needs of Congress, I've decided not to go forward with the recommendation.

(Listen. If needed say) That's all I'm prepared to say at this time. (*last resort*)

Interim response: It's complicated
There are alot of issues converging here
It's a very complex kind of position with a wide range of responsibilities, and I've decided it's not a good fit
It's not easy to make these decisions when you're dealing w. competing capabilities and priorities
Given the needs of the Service, I've decided to go in a different direction

000205

file://C:\Documents%20and%20Settings\crsuser\Local%20Settings\Temp\GW}00001.H...   12/21/2004