# McGowan Declaration – Exhibit U

# Specialist in Terrorism and International Crime, GS-0101-15

| EMPLOYER | LOCATION | SALARY RANGE | CLOSE DATE |
|---|---|---|---|
| Library Of Congress | Washington, Dist of Columbia | $100,231.00-$130,305.00 | 9-13-2004 |

**ANNOUNCEMENT NUMBER:** 040196

**OPENING DATE:** 8-12-2004

**PROMOTION POTENTIAL:** 15

**WORK SCHEDULE:** Full Time

**AREA OF CONSIDERATION:** Anyone may apply - By law, employment at most U.S. Government agencies, including the Library of Congress, is limited to U.S. citizens. However, non-citizens may be hired providing that immigration law and other legal requirements are met.

**TIME LIMIT:** Permanent - No time limit

**CONTACT NAME:** EMPLOYMENT OFFICE

**CONTACT PHONE NUMBER:** 202-707-5627

**CONTACT EMAIL:** efri@loc.gov

**NOTES:**

The primary purpose of this position is to serve the United States Congress as a Specialist in Terrorism and International Crime and related subject areas in the Foreign Affairs, Defense, and Trade Division of the Congressional Research Service. The specialist in this position will focus on policies and programs to combat terrorism, terrorism groups, state sponsors, terrorist financing, and the nexus between organized crime and terrorism. Duties include providing objective, expert public policy analysis and consultation to congressional committees, Members and staff; including preparing objective, non-partisan, and innovative analytical studies on public policy issues of national or international significance; providing personal assistance as a national expert on public policy issues throughout the legislative process; including analyzing, appraising, and evaluating legislative proposals; and planning and leading multidisciplinary team research projects and seminars.

The Library of Congress is the national library of the United States and is part of the Legislative Branch of the Federal government. As such, all positions are in the excepted service.

The selected applicant may be required to file a financial disclosure statement with the House of Representatives, U.S. Congress, in accordance with the provisions of Public Law 95-521, Ethics in Government Act of 1978.

Salary Range: GS-15: $100,231 - $130,305.

The salary range indicated reflects the locality pay adjustment for the Washington, D.C. metropolitan area.

Number of Vacancies: One.


KG EXHIBIT 9 9-20-06 Wilkins

000136

This is a permanent, non-supervisory, bargaining unit position.

The tour of duty for this position is full-time.

The position description number for this position is 4750-FDT3.

The incumbent of this position may elect to work a flexitime or compflex work schedule.

RELOCATION EXPENSES ARE NOT AUTHORIZED FOR THE PERSONS SELECTED UNDER THIS VACANCY ANNOUNCEMENT.

The Library reserves the right to fill a lesser or greater number of vacancies indicated during the life of this vacancy announcement.

This position requires a top secret security investigation.

Applicants who are referred for interview will be required to submit a completed OF-306, Declaration for Federal Employment.

Initial appointments, permanent or indefinite, to the Library of Congress require completion of a one-year probationary period.

This agency provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify this agency. The decision on granting reasonable accommodations will be made on a case-by-case basis.

APPLICANTS WITH DISABILITIES MAY BE CONSIDERED UNDER SPECIAL HIRING PROCEDURES AND MUST SUBMIT AN APPROPRIATE CERTIFICATE OF ELIGIBILITY WHEN APPLYING FOR THIS POSITION. FOR MORE INFORMATION CONTACT THE SELECTIVE PLACEMENT PROGRAM COORDINATOR AT (202) 707-6362 (VOICE or TTY) OR EMAIL spp@loc.gov.

HOW TO APPLY:

To be considered for this vacancy, applicants may apply online at www.loc.gov or submit a completed applicant job kit. Applicants must submit a complete application that is received by the closing date of this announcement. Online applicants must complete all mandatory sections of the online application form. In order to use the online application system, applicants must use a computer that is equipped with either Netscape 4.7 or Internet Explorer 5.0, or higher. Attempting to complete the online application with an incompatible browser could result in the inability to submit a complete application. Job kit applicants must submit a completed application using the job kit scannable form AND an OF-612 or a Federal Style resume. A facsimile of the scannable form cannot be accepted nor will hard copy applications be accepted without a completed scannable form. You can request a copy of the job kit, which includes the scannable form, by contacting the Library of Congress Employment Office at the address below. If you experience technical difficulties with the online system or need any additional information, please contact a Human Resources Assistant at the number listed below or at jobhelp@loc.gov.

The Library of Congress Employment Office

101 Independence Avenue, SE, LM-107

Washington, D.C. 20540-2700

(202) 707-5627

Please be advised that due to security concerns on Capitol Hill, mail delivery from the United States Postal Service is experiencing significant delays. As a result, you are strongly encouraged to apply online. If you choose to submit a hard-copy application, we recommend that you send it via Fed-Ex or United Parcel Service (UPS) and that you allow at least 72 hours for delivery, even for overnight packages. You also have the option of hand delivery of your application, Monday through Friday, from 8:30 a.m. until 4:30 p.m., to the Library of Congress Employment Office.

For those candidates referred for interview the following documentation will be required at the time of interview:

For current or former military personnel: a copy of your DD-214, Certificate of Release or Discharge from Active Duty (Member Copy 4) if applicable;

For current or former Federal employees: a copy of your most recent SF-50 noting your current position, grade level, duty location, and salary level;

For applicants qualifying for a position based on any educational requirements listed in the vacancy announcement: a legible copy of your college transcripts.

For any additional information, please contact a Human Resources Assistant at the number listed above.

THE LIBRARY OF CONGRESS IS AN EQUAL OPPORTUNITY EMPLOYER. WOMEN, MINORITIES AND PERSONS WITH DISABILITIES WHO MEET ELIGIBILITY REQUIREMENTS ARE STRONGLY ENCOURAGED TO APPLY (SEE ADDITIONAL INFORMATION SHOWN ABOVE).

Evaluation of Candidates: The Library of Congress evaluates applicants through an applicant questionnaire and a structured interview. Applicants may also be screened for some jobs through licensing, certification, and/or education requirements and/or a preliminary telephone interview. The knowledges, skills, and abilities (KSAs) that are marked with a double asterisk (**) are those considered most critical for a position. If a preliminary telephone interview is used, applicants are evaluated on these designated KSAs. The various assessment tools listed above are designed to verify or explore applicants' training and experience directly related to the job in order to identify the best qualified applicants for selection.

**DUTIES**

Prepares a variety of descriptive and background reports, memoranda, and written materials on subjects or public policy issues within the employee's area of professional knowledge.

Participates in planning, organizing, and coordinating group research efforts.

Prepares a variety of analytical reports, memoranda, and written materials on public policy issues within the employee's area of professional knowledge to support congressional decision-making.

Through personal consultation, assists committees, Members, and staff with consideration of legislative issues by providing information and analysis, and applying professional subject-area knowledge.

Participates in CRS seminars, workshops, and/or outreach programs for committees, Members, and staff.

Locates and provides information requested by Members and committees of Congress or their staff.

**EVALUATION OF TRAINING AND EXPERIENCE**

Applicants must have had progressively responsible experience and training sufficient in scope and

quality to furnish them with an acceptable level of the following knowledge, skills, and abilities to perform the duties of the position without more than normal supervision.

Knowledge of terrorism and international crime.**

Ability to analyze public policy issues.**

Ability to design and utilize research and analytical methods and techniques.**

Knowledge of Congressional decision-making.

Ability to write in a public policy context.**

Ability to convey analysis and information orally through briefings, consultations and other presentations.

Ability to work collaboratively with others.

Ability to build and maintain a professional network.

Ability to exercise objectivity in all phases of analysis and consultation.

Ability to communicate orally.

Ability to work effectively in a high pressure environment.

Ability to exercise judgment and discretion.

Ability to lead tasks and people effectively.**

**OTHER SIGNIFICANT FACTS**

ADDITIONAL INFORMATION:

The Library of Congress is the national library of the United States and is part of the Legislative Branch of the Federal Government. As such, all positions are in the excepted service.

Appointment/retention is subject to a favorable evaluation of an appropriate personnel security/suitability investigation.

Performs other duties as assigned.