IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DIANE J. SCHROER,                   )
                                    )
              Plaintiff,             )
                                    )   No. 05-cv-1090 (JR)
           v.                        )
                                    )
JAMES H. BILLINGTON,                )
   Librarian of Congress,           )
                                    )
              Defendant.             )
_____)

## **ORDER**

      Upon consideration of Defendant's motion for summary judgment, and opposition thereto, and the record herein, it is hereby ORDERED that Defendant's Motion for Summary Judgment is DENIED.

      This _____ day of _____, 2008.

                                                _____
                                                James Robertson
                                                United States District Judge