IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES H. BILLINGTON, ) <br> Librarian of Congress, ) <br> ) <br> Defendant. ) | No. 05-cv-1090 (JR) |

## NOTICE OF ERRATA

On June 18, 2008, Plaintiff filed her Memorandum in Opposition to Defendant's Motion for Summary Judgment, along with supporting documents (Rec. Doc. 49). On June 19, 2008, Plaintiff realized that included in this filing were three documents that were erroneously filed in unredacted form on the public docket, rather than in redacted form, consistent with the Protective Orders in this case (Rec. Docs. 25 & 27). Specifically, the Declaration of Diane Schroer, and Exhibits Q and S to the Declaration of Sharon M. McGowan contain information governed by the Protective Orders in this case, and should have been filed in redacted form on the public docket. Plaintiff contacted the Clerk's Office, and the three aforementioned documents were sealed.

Accordingly, Plaintiff now submits for electronic filing the following three documents in redacted form for inclusion on the public docket:

(1) Declaration of Diane Schroer (Redacted);

(2) Exhibit Q to the Declaration of Sharon M. McGowan (Redacted); and

(3) Exhibit S to the Declaration of Sharon M. McGowan (Redacted).

Plaintiff has also sent unredacted copies of these documents to the Clerk's Office for filing under seal, consistent with the procedures specified in the Protective Orders.

Respectfully submitted,

/s/ Sharon M. McGowan
Sharon M. McGowan   (D.C. Bar No. 476417)
Kenneth Y. Choe
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(212) 549-2627


Arthur B. Spitzer  (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

ATTORNEYS FOR PLAINTIFF

Date:  June 20, 2008