Case 1:05-cv-01090-JR     Document 52-3     Filed 06/20/2008     Page 1 of 10

# McGowan Declaration – Exhibit Q

# Specialist in Terrorism and International Crime, GS-0101-15, 040196

## PROFILE

*Read Only - Cannot Be Updated*



NAME David J. Schroer
ADDRESS
COUNTRY United States of America
OTHER
CITY
STATE / PROVINCE Virginia
OTHER (IF APPLICABLE)
ZIP
SOCIAL SECURITY NUMBER
DAYTIME PHONE NUMBER
EVENING PHONE NUMBER
CELL PHONE NUMBER
PAGER NUMBER
INSTANT NOTIFICATION ADDRESS
FAX NUMBER
E-MAIL ADDRESS

## WORK HISTORY

*Submitted: 8-16-2004*

| Job Title | Employer | Salary | Start Date | End Date | Federal Job (y/n) | Pay Plan | Series | Grade |
|---|---|---|---|---|---|---|---|---|
| Program Manager | Benchmark, Intl | $130,000.00 | 10/1/2003 | Present | N | | | |
| | The promotion potential grade or full performance level of this position: | | | | | | | |
| | Location: (State, City, Country)  Arlington, Virginia, United States of America | | | | | | | |
| | Supervisor Name:  Walt Chrietzberg   Phone:           Email: <br> Permission to contact supervisor granted. | | | | | | | |
| | Developed and orchestrated a program of Critical Infrastructure Assessments for the National Guard Bureau, including programming, budgeting, training, certification, coordination with other federal, state and local agencies. Conducted several policy and legal reviews of the program for integration with existing and developing efforts across the range of federal and state War on Terrorism initiatives. | | | | | | | |
| Director, Campaign Support Group | US Army | $80,000.00 | 4/1/2002 | 9/1/2003 | N | | | |
| | The promotion potential grade or full performance level of this position: | | | | | | | |
| | Location: (State, City, Country) | | | | | | | |

000120

https://www.avuedigitalservices.com/ads/manager/ap/ap.jsp?ADSSession=OUrVvnkoS2WGKUD

| | Supervisor Name: MG Dell Daley, J3 USSOCOM  Phone: ▇▇▇▇▇▇▇  Email: Permission to contact supervisor granted. |
|---|---|
| | Director of a 125 person classified strategic planning cell responsible for the formulation, integration and synchronization of national, interagency plans for global operations, May 2002 to September 2003.<br>- Conducted interagency coordination and planning development for global contingencies, acting as the focal point of intelligence and operations planning integration.<br>- Directly collaborated with the National Security Council, Office of the Secretary of Defense, the Joint Staff, and State, Treasury, and Justice Departments, Central Intelligence Agency, as well as selected allies and coalition partners. |

| Senior Assessment Director, USSOCOM | US Army | $80,000.00 | 6/1/1998 | 4/1/2002 | N | | | |
|---|---|---|---|---|---|---|---|---|
| | The promotion potential grade or full performance level of this position: | | | | | | | |
| | Location: (State, City, Country) | | | | | | | |
| | Supervisor Name: Maj Gen Gary Heckman (USAF)  Phone: 703-???-????  Email: Permission to contact supervisor granted. | | | | | | | |
| | As Senior Director, implemented the USSOCOM Strategic Planning Process to develop the POM and subsequent annual budget ($4.6 billion in 2002). Directly responsible for a 5% ($800+ million) and 20% ($5.6 billion) overall increase in total funding during the 2000 and 2001 Program Reviews, respectively.<br>Directed the bi-annual review of the entire USSOCOM force structure, including modifications to existing tables of organization, transfer of over 1,000 personnel from service accounts to USSOCOM with the attendant funding streams.<br>Researched and wrote the 2001 CJCS Civil Affairs Study resulting in a 100% increase in the active duty U.S. Army Civil Affairs force structure (to a total of 32 operational teams of 168 personnel).<br>Supervised over 200 individual program and unit funding lines and prioritized funding for developing programs, production schedules, new equipment fielding, major modifications, and program retrofits and rebuilds worth more than $2 billion in annual funding.<br>Chaired the USSOCOM 2-year-long Tiger Team creating a long-range strategic planning process for the command.<br>Authored the final report on re-organizing the short-, mid- and long-range planning processes in the command. | | | | | | | |

| Director, Strategic Guidance Branch, USSOCOM | US Army | $65,000.00 | 6/1/1997 | 6/1/1998 | N | | | |
|---|---|---|---|---|---|---|---|---|
| | The promotion potential grade or full performance level of this position: | | | | | | | |
| | Location: (State, City, Country) | | | | | | | |
| | Supervisor Name: Maj Gen Gary Heckman (USAF)  Phone: 703-???-????  Email: Permission to contact supervisor granted. | | | | | | | |
| | Developed the overarching USSOCOM Strategic Planning Guidance for use in strategic planning for special operations, program development and implementation, modeling and simulations, operations and force structure and long term development and technology integration. | | | | | | | |

| Special Forces Battalion Commander | US Army | $65,000.00 | 9/1/1994 | 7/1/1996 | N | | | |
|---|---|---|---|---|---|---|---|---|
| | The promotion potential grade or full performance level of this position: | | | | | | | |
| | Location: (State, City, Country) | | | | | | | |
| | Supervisor Name: LTG Philip Kensinger (USA)  Phone: 910-???-????  Email: Permission to contact supervisor granted. | | | | | | | |
| | Commanded a 400-member Army Special Forces battalion, September 1994 to July 1996.<br>- Commanded initial entry and all subsequent operations to liberate and stabilize Northern Haiti from September 1994 to April 1995.<br>- Established the national demining programs in Rwanda, Namibia, Mozambique and Zimbabwe in 1995 and 1996.<br>- Developed and executed the first series of comprehensive international exercises as part of the larger program of military professionalization in Sub-Saharan Africa, conducted in eight countries simultaneously in 1996.<br>- Conceived and implemented a series of French-U.S. Special Operations Forces exchanges during 1995 and 1996, successfully leading to combined operations in Africa, humanitarian relief in Rwanda & the Congo, and Eastern Europe, pursuing persons indicted for war crimes in Bosnia & Kosovo. | | | | | | | |

| US Army Officer | US Army | $65,000.00 | 5/1/1976 | 8/1/1994 | N | | | |
|---|---|---|---|---|---|---|---|---|

000121

|  | The promotion potential grade or full performance level of this position: |
|---|---|
|  | Location: (State, City, Country) |
|  | Supervisor Name:      Phone:      Email: |
|  | United States Army Officer, May 1976 to 1 Jan 2004. Advanced to grade of Colonel. Duty with heavy, light and special operations forces, including assignments in 101st Airborne Division, 2nd Armored Cavalry Regiment, 3rd and 5th Special Forces Groups and 18th Airborne Corps Headquarters. Extensive operational experience in the Middle East, Europe, Africa and Central America. |

| Electrician & Mechanic | A.S. Schulmann | $20,000.00 | 6/ 1/ 1973 | 6/1/1975 | N |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | The promotion potential grade or full performance level of this position: |
|  | Location: (State, City, Country)  Chicago, Illinois, United States of America |
|  | Supervisor Name:      Phone:      Email: |

# REFERENCES

| REFERENCE NAME | RELATION TO APPLICANT | TITLE | COMPANY | CITY | STATE |
|---|---|---|---|---|---|
| VADM Eric Olsen | Previuos Supervisor | Deputy Commander, USSOCOM |  | MacDill, AFB | Florida |
|  | PHONE: ███████  EMAIL: |
| Dr. Kalev I. Sepp | Colleague | Professor, Int'l Relations, Insurgency & Terrorism | Naval Post-Graduate Institute | Monterey | California |
|  | PHONE: ███████  EMAIL: ███████ |
| RADM William McRaven | Colleague | Deputy Commander, Joint Special Operations Command |  | Ft. Bragg/Pope AFB | North Carolina |
|  | PHONE: 910-???-???  EMAIL: ███████ |
| Capt (ret) Jack Menendez | Colleague |  |  | Tampa | Florida |
|  | PHONE: ███████  EMAIL: ███████ |
| Capt. (ret) Joe Yarborough | Colleague |  |  | Tampa | Florida |
|  | PHONE: ███████  EMAIL: |

# EDUCATION BACKGROUND

If the Accredited status reads 'Cannot Determine' please click the link to determine the status.

| NAME OF SCHOOL | CITY | STATE | ACCREDITED | DEGREE (IF ANY) | MAJORS (IF ANY) | RECEIVE DATE | TOTAL CREDITS EARNED |
|---|---|---|---|---|---|---|---|
| National War College | Washington, D.C. | Dist of Columbia | Cannot Determine | Master's | Int'l Realtions | 06/1997 |  |

000122

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Type of School: College, University, or Military College | | | | | | |
| US Army Command & General Staff College | Ft. Leavenworth | Kansas | Cannot Determine | Master's | History | 06/1991 | |
| | Type of School: College, University, or Military College | | | | | | |
| NORTHERN ILLINOIS UNIVERSITY | DeKalb | Illinois | Yes | Bachelor's | Pol Sci | 06/1978 | |
| | Type of School: College, University, or Military College | | | | | | |

## ADDITIONAL INFORMATION

US Army Ranger School, 1977
US Army Airborne School, 1978
US Army Special Forces Qualification Course, 1987
US Army Jungle Operations Training Course, 1978
US Army Command and General Staff College, Distinguished Graduate, 1991
National War College, Distinguished Graduate, 1997

Master Parachutist's Badge
Ranger Tab
Special Forces Tab
Air Assualt Badge

## APPLICANT'S RESUME

| Resume : Resume | Uploaded Document | View |

## KSAs / COMPETENCIES

For each statement, indicate which description best reflects your highest level of experience. Do not select an answer unless you fully meet all criteria described for that response. You must include a short narrative response to support your choice unless your answer is 'None of the above.'

**Ability to convey analysis and information orally through briefings, consultations and other presentations.**

Conveyed analysis and information orally through briefings, consultations, and other presentations, in both planned and extemporaneous situations, in order to discuss or explain public policy issues related to terrorism and international crime. This included targeting the amount, form, depth and level of detail, and content of information to the needs of the receiver/audience.

- ⦿ Routinely consulted with, advised, and briefed audiences at the highest level on complex and controversial public policy issues of national and/or international significance. Contacts were often initiated by decision-makers. Settings were often unstructured and included those where audience knowledge of the issue ranged from expert to layman and the presenter had to respond to questions without benefit of obtaining additional information or support. Examples include testifying before a committee of the U.S. Congress; providing oral policy briefings or formal presentations to senior officials in the private or public sector (e.g., CEOs, agency heads, executive committees, state legislators); or equivalent experience.

    Routinely briefed and presented analysis of complex and controversial public policy issues of national and/or international significance

000123

- ○ to audiences with varying levels of expertise. Contacts were sometimes initiated by decision-makers. Settings were sometimes unstructured and included those where audience knowledge of the issue ranged from expert to layman and the presenter had to respond to questions without benefit of obtaining additional information or support. Examples include providing oral policy briefings or formal presentations to mid-level officials in the private or public sector (e.g., Chief of Staff, Legislative Director), acting as a spokesperson for an agency or a public affairs representative for a national corporation defending a program or policy decision or action, conducting policy briefings for the press; or equivalent experience.

- ○ Frequently presented analysis of complex and controversial public policy issues of national and/or international significance to audiences with varying levels of expertise. Settings included those that were unstructured. Examples include explaining agency or corporate programs to audiences with various levels of knowledge of the issue; briefing and responding to questions from policy-makers; teaching a public policy course; or equivalent experience.

- ○ None of the above.

SUPPORTING INFORMATION: In the capacity of Director, Campaign Support Group, briefed the Chairman, Joint Chiefs and Secretary of Defense 2 x monthly on plans and issues regarding the Global War on Terrorism.

## Knowledge of terrorism and international crime.**

Have knowledge of the theories, concepts, processes, techniques, principles, and/or practices of international relations and national security policy. This includes knowledge of the history, trends, and current status and interrelationships of terrorism and international crime, as well as related issues of control and prevention (e.g., government organization, diplomacy, intelligence, homeland security, law enforcement, and national defense).

- ● Recognized as a national authority in terrorism and international crime and related complex issues and programs. For example, served on a national commission or National Academy of Sciences/National Research Council committee analyzing controversial issues related to terrorism and international crime; regularly consulted and advised decision-makers at the highest levels of the private or public sector (e.g., Members of Congress, agency heads, CEOs) on terrorism and international crime; or equivalent experience.

- ● Recognized as an expert in terrorism and international crime with knowledge of related complex issues and programs. For example, served as a tenured faculty member and/or managed a variety of research related to terrorism and international crime; consulted on terrorism and international crime with national decision-makers in the public or private sector; developed, implemented, and evaluated programs at the Federal level to control terrorism and international crime; invited to serve as a peer reviewer for a scholarly or professional journal or published extensively in peer-reviewed professional journals on terrorism and international crime; or equivalent experience.

- ● Recognized by decision-makers as a professional resource in terrorism and international crime. For example, served as an agency representative on an inter-agency task force developing policies in terrorism and international crime, published several articles in peer-reviewed professional journals on terrorism and international crime, worked as a journalist primarily in terrorism and international crime for a major newspaper or trade publication relied on by professionals in the field, or equivalent experience.

- ○ None of the above.

SUPPORTING INFORMATION: Directed the Campaign Support Group and US Special Operations Command (USSOCOM) planning and operations for the Global War on Terrorism.

## Ability to build and maintain a professional network.

Identified, built, and maintained a professional network with co-workers, congressional Members and staff, officials of government agencies, and colleagues in academia and the research and policy communities.

- ● Recognized and consulted by experts and policy makers as a senior leader in the regular interaction of professionals and practitioners in combating terrorism and international crime, or a related field. Examples include: being invited to serve as a peer reviewer for a professional journal or for grant assessments or evaluations; chairing, moderating, or convening a national conference; working as a public affairs specialist or key lobbyist for a national organization or as the principal congressional liaison for a federal agency; or equivalent experience.

- ● Closely worked with professionals and practitioners in regular interaction on matters of common interest to combating terrorism and international crime, or a related field. Examples include: an active role in convening or managing a professional conference; service on a continuing committee or task force of experts; experience as a lobbyist or congressional liaison; covering a beat or policy area for a publication; or equivalent experience.

- ○ Active as a regular participant in and contributor to professional exchanges of information and perspectives, allowing ready access to a breadth of respected opinion in a field. Examples include participation on a panel as an expert or an author at a conference, hearing or collaborative publication; service on a committee or task force of experts; or equivalent experience.

- ○ None of the above.

SUPPORTING INFORMATION: Regularly asked to provide background and insight into special operations and combatting terrorism based on 26 years of military experience in special operations, CT operations and strategic planning.

## Ability to write in a public policy context.**

Wrote a variety of clear, cogent, accurate, and well organized products on public policy issues related to terrorism and international crime in order to convey the results of research and analysis representing varying points of view. Examples include: decision memos, research analyses, briefing papers, analyses of options, evaluation of legislative proposals, and articles covering a complex public policy issue published in a major national or trade publication.

- (•) As a principal job responsibility, wrote a variety of authoritative analytical products assessing complex and controversial public policy issues of national and/or international significance to advise senior decision-makers in the public or private sector with varying levels of expertise. These products were related to terrorism and international crime, and included the full range of products described above.

- ( ) Routinely wrote a variety of analytical products assessing complex and controversial public policy issues of national and/or international significance for publication or dissemination to inform decision-makers in the public or private sector with varying levels of expertise. These products were related to terrorism and international crime, and included most of the products described above.

- ( ) Frequently wrote a variety of analytical products assessing complex and controversial public policy issues related to terrorism and international crime, for publication or dissemination to a variety of audiences with varying levels of expertise. These products included at least three of the examples described above.

- ( ) None of the above.

SUPPORTING INFORMATION: Directed and authored the classified, comprehensive strategic approach to the Global War on Terrorism, including all initiatives, diplomatic, informational, military and economic (DIME) related to the strategic context.

## Ability to analyze public policy issues.**

Applied knowledge of terrorism and international crime to analysis of public policy issues. Conceptualized and defined public policy problems, analyzed and synthesized information and research, identified implications of data and drew appropriate conclusions, generated and assessed alternatives, and evaluated the consequences of choosing each alternative. This included presenting the big picture and the inter-relationships of all aspects of the public policy issue. Examples include: 1) identifying emerging issues, 2) evaluating legislative proposals, 3) evaluating budget/appropriations, 4) assessing public and private implications of government programs or regulations, 5) assessing alternative approaches to public policy issues, and 6) evaluating governmental organization and administrative procedures to accomplish program goals.

- (•) Routinely performed the full range of the above examples in conducting analysis on terrorism and international crime as complex and controversial public policy issues of national and/or international significance at the highest levels of the public or private sector. For example, served as a senior policy analyst (or equivalent) for a government agency, corporation, think tank, or congressional committee.

- ( ) Routinely performed most of the above examples in conducting analysis on terrorism and international crime as complex and controversial public policy issues of national and/or international significance at the highest levels of the public or private sector. For example, served as a senior policy analyst (or equivalent) for a government agency, corporation, think tank, or congressional committee.

- ( ) Frequently performed most of the above examples in conducting analysis on terrorism and international crime as complex and controversial public policy issues of national and/or international significance in the public or private sectors. For example, served as a mid-level policy analyst (or equivalent) for a government agency, corporation, think tank, or congressional committee.

- ( ) None of the above.

SUPPORTING INFORMATION: Served as senior analyst and Program Objective Memorandum developer for US Special operations Command for 5 +years, responsible for developing classified and unclassified programs, their overall capabilities, impact of legal issues, senior policy decisions, Presidential Findings and budget decisions on short term operations and long term programming.

## Ability to work collaboratively with others.

Led collaborative research studies and major projects and worked collaboratively with others, including decision-makers and their staffs, other specialists and experts in the same and other disciplines inside or outside of the organization, and with others holding divergent and/or opposing views and goals.

- (•) Routinely led colleagues both inside and outside own organization in multiple collaborative research studies or major projects involving multiple disciplines related to the analysis of national and/or international public policy issues. This included frequently leading colleagues at various levels, some of whom held divergent points of view.

- ( ) Worked primarily with colleagues within own organization, routinely led multiple collaborative research studies or major projects involving multiple disciplines related to the analysis of national and/or international public policy issues. This included sometimes leading colleagues at various levels, some of whom held divergent points of view.

- ( ) Occasionally led collaborative research studies or major projects within own organization related to the analysis of national and/or international public policy issues. Projects involved colleagues from multiple disciplines and at various levels.

- ( ) None of the above.

SUPPORTING INFORMATION: Through the Campaign Support Group, organized a comprehensive review of strategic concerns regarding international terrorism including academic institutions, senior military HQ and staffs, and other governmental agencies. Continued those efforts as an ongoing forum

throughout my tenure.

## Knowledge of Congressional decision-making.

Have knowledge of congressional decision-making processes by which legislation becomes law, the federal budget process, the appropriations process, and oversight, sufficient to provide timely and legislatively-relevant assistance to congressional committees, Members, and staff.

- ○ Gained a comprehensive knowledge of and involvement with the congressional decision-making processes through experience equivalent to serving as a mid- or senior-level legislative staff for a Member or congressional committee, for a congressional support agency, a federal agency in the executive branch, other groups such as a private public policy organization, or equivalent experience.

- ○ Gained a thorough knowledge of the congressional decision-making processes through such activities as developing or promoting draft legislative proposals at the staff level in a governmental agency or nonprofit organization; representing a private group, company, nonprofit organization or public interest group to Congress; reporting on congressional work for a news or public policy organization; teaching courses on Congress at a post secondary educational institution; or equivalent experience.

- ⦿ Gained knowledge of the congressional decision-making processes through concentrated research or education at a post-secondary educational institution or experience such as writing a thesis or dissertation on Congress, serving as a fellow with a congressional office or committee, advising clients on legislative issues, or equivalent experience.

- ○ None of the above.

SUPPORTING INFORMATION: Significant experience through my current position at the National Guard Bureau and education at the National War College.

## Ability to design and utilize research and analytical methods and techniques.**

Designed and utilized research and analytical methodologies and techniques pertinent to terrorism and international crime. Applied these methodologies and techniques to the analysis, appraisal, and evaluation of complex public policy issues.

- ○ Conceptualized research approaches to the analysis of highly complex public policy issues with many unknowns. Routinely developed methods and designed and implemented qualitative and/or quantitative research efforts relevant to terrorism and international crime. This required expert knowledge of variables and their interrelationships; of the identification, selection, and evaluation of data; and of analytical options. The research involved innovative applications of cutting-edge, multidisciplinary techniques and methods. Interpreted results of research for use by senior-level audiences ranging from expert to layman.

- ○ Routinely designed and implemented qualitative and/or quantitative research efforts related to terrorism and international crime within the context of complex public policy issues. This required extensive knowledge of variables and their interrelationships; of the identification, selection, and evaluation of data; and of analytic options. This research involved the innovative application of a wide range of established, multidisciplinary analytic techniques and methods. Interpreted results of research for use by senior level audiences ranging from expert to layman.

- ○ Frequently participated in the design and implemented qualitative and/or quantitative research efforts related to terrorism and international crime within the context of complex public policy issues. This required expert knowledge of the data and their history, strengths, weaknesses, etc. The research involved the advanced application of a wide range of established analytic techniques and methods. Interpreted results of research for use by audiences ranging from expert to layman.

- ⦿ None of the above.

SUPPORTING INFORMATION: Developed a comprehensive approach to strategic constructs for use in the Global War on Terrorism using DIME as the basis and including country planning, detailed cost projections, economic modeling, and integration & synchronization of current and projected operational alternatives against national strategic priorities. Also developed an accelerated Combatant Command planning system now in use throughout the Dept of Defense.

# ELIGIBILITY TO APPLY

Country of Citizenship: USA

- ☐ I am or have been a federal employee.

- ☐ I am or was a volunteer with the Peace Corps, VISTA, ACTION within the last 12 months.

000126

☑ The Federal Government's hiring options include special appointing authorities for people with disabilities. Federal employers are authorized to use these authorities when considering certain people with disabilities. I wish to be considered under these authorities.

## RELEVANT INFORMATION

**AWARDS**

| Award | Date |
|---|---|
| Defense Superior Service Medal | 07/2002 |
| 4 x Meritorious Service Medal | 07/1996 |
| 2 x Armed Forces Expeditionary Medal | 04/1995 |
| 3 x Joint Meritorious Unit Award | 04/1995 |
| Master Parachutist Badge | 05/1992 |
| Air Force Achievement Medal | 10/1987 |
| Special Forces Tab | 06/1987 |
| Overseas Service Ribbon | 11/1986 |
| Army Commendation Medal | 07/1985 |
| Air Assault Badge | 10/1978 |
| Ranger Tab | 08/1977 |

**TRAINING**

| Course | Completion Date |
|---|---|
| National War College | 06/1997 |
| US Army Command & General Staff College | 06/1991 |
| Jumpmaster Course | 10/1987 |
| Special Forces Qualification Course | 06/1987 |
| Joint Firepower Control Course | 11/1982 |
| Motor Officer's Course | 10/1982 |
| Armor Officer's Advanced Course | 06/1982 |
| Jungle Operations Training Course | 11/1979 |
| US Army Airborne School | 09/1978 |
| Armor Officer's Basic Course | 08/1978 |
| US Army Ranger School | 08/1977 |

## OTHER CONSIDERATIONS

**MILITARY OCCUPATIONAL SPECIALTY**

| Army: | SPECIAL FORCES ASSISTANT OPERATIONS AND INTELLIGENCE SERGEANT |
|---|---|

000127

| Air Force: | |
| Navy: | |
| Marine Corps: | |

### SECURITY CLEARANCE

| The highest level of clearance you have been awarded. | Sensitive Compartmented Information (DCID/14) |

### PASSPORT INFORMATION

| Passport Type | |

### RECENT PERFORMANCE RATINGS

| Three most recent performance ratings, beginning with the most recent. | Outstanding<br>Outstanding<br>Outstanding |

## APPLICANT CERTIFICATION

I certify that, to the best of my knowledge and belief, all of the information on and submitted in support of my application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

☑   I certify that I have read and understand the applicant certification statement provided above.

## DOCUMENTATION REQUIRED

## ADDITIONAL COMMENTS

Objective: Leverage my experience in counterterrorism, strategic and operational planning, international relations and programming and budgeting to engage with quality people on critical issues.

000128

https://www.avuedigitalservices.com/ads/manager/ap/ap.jsp?ADSSession=QUrVypkqS2WGKHD...   9/17/2004