McGowan Declaration – Exhibit S

# REFERENCE CHECK FORM

*Daniel Schrour*    *MG Daniel Baratto* [redacted]

**INSTRUCTIONS:**
Below are sample questions that can be used in checking an applicant's references. Some are relevant for former and current employers and others are better suited for personal references. You may ask other questions so long as they are position-related. Questions about personal characteristics should be asked only if they are relevant to the position responsibilities or conditions. Refrain from asking leading questions, let the reference provide the information, and avoid questions that can be answered by a simple yes or no.

In most cases, the Selecting Official should conduct the reference checks. Contact references provided by the applicant and ensure that current supervisors are not contacted without written permission. It is recommended that you contact more than one reference. Let the reference know that the applicant gave you permission to inquire about his/her work history and, if applicable, that the applicant released the company from liability for providing reference information. When possible, obtain references for at least the past five years for entry-level jobs and at least ten years for professional and management positions.

**SAMPLE QUESTIONS:**

1. How do you know the applicant? How long have you known him/her?
   *Professionally, 1995*
2. What are (were) the dates of his/her employment?
3. Why did he/she leave your company/agency? *Army transfer*
4. What is (was) his/her salary? *O-6*
5. What is (was) the nature of his/her job?
   *USSOCOM, Director, Future Concepts Directorate*
6. How would you describe his/her work performance in comparison with other people?
   *"Very dedicated, analytical, unbiased"*
7. How does/(did) he/she able to adapt to new or changing work situations?
   *"Very flexible, adaptable"*
8. How would you describe his/her compatibility with you as a supervisor? With peers? With subordinates?
   *"Excellent interpersonal skills"*
9. What are (were) his/her supervisory responsibilities?
   *15-20 analysts*
10. Please comment in the context of the workplace on his/her a) attendance, b) punctuality, c) ability to take responsibility, d) potential for advancement, e) supervision needed, and f) attitude.
    *Excellent"*
11. What are (were) his/her strong points? *analytical skills and interpersonal skills*
12. What are (were) his/her work-related limitations? *Identified none*
13. Would you rehire him/her? If not, why? *yes*
14. We are considering (name of applicant) for a position at the Library (provide title and brief description of the position). Would you recommend him/her for this position? *yes. "My highest recommendation"*
15. Is there any other work-related information you can provide which will help us form an accurate appraisal of this applicant? *"Very dedicated, intelligent, professional"*

Rev 8/20/2004

*[signature] Lucia R. Bowman 12/10/04*

000117

# REFERENCE CHECK FORM

David Schroer        Jeff Brady (coor Natl. Guard J5, J3)
~~Mary Altheman~~
**INSTRUCTIONS:**        recent job performance

Below are sample questions that can be used in checking an applicant's references. Some are relevant for former and current employers and others are better suited for personal references. You may ask other questions so long as they are position-related. Questions about personal characteristics should be asked only if they are relevant to the position responsibilities or conditions. Refrain from asking leading questions, let the reference provide the information, and avoid questions that can be answered by a simple yes or no.

In most cases, the Selecting Official should conduct the reference checks. Contact references provided by the applicant and ensure that current supervisors are not contacted without written permission. It is recommended that you contact more than one reference. Let the reference know that the applicant gave you permission to inquire about his/her work history and, if applicable, that the applicant released the company from liability for providing reference information. When possible, obtain references for at least the past five years for entry-level jobs and at least ten years for professional and management positions.

**SAMPLE QUESTIONS:**    Well connected with DC think tanks, DoD.

1. How do you know the applicant? How long have you known him/her?  Now David works for per
   Worked for him in military. Jeff was his chief of staff.
2. What are (were) the dates of his/her employment?  him at Natl. Guard - Since 9/11

3. Why did he/she leave your company/agency?

4. What is (was) his/her salary?
                                          Assists on strategic planning relating
5. What is (was) the nature of his/her job?  to critical infrastructure planning

6. How would you describe his/her work performance in comparison with other people?
                                     Among top 5 ever. Profound impact
7. How does (did) he/she able to adapt to new or changing work situations?
                         Special focus; dynamic environment, can multitask
8. How would you describe his/her compatibility with you as a supervisor? With peers? With subordinates?

9. What are (were) his/her supervisory responsibilities?  In Joint Chiefs, very loyal, understanding

10. Please comment in the context of the workplace on his/her a) attendance, b) punctuality, c) ability to take responsibility, d) potential for advancement, e) supervision needed, and f) attitude.

11. What are (were) his/her strong points?  learns quickly, sees interrelationship

12. What are (were) his/her work-related limitations?  → tends to work too hard

13. Would you rehire him/her? If not, why?  He has

14. We are considering (name of applicant) for a position at the Library (provide title and brief description of the position). Would you recommend him/her for this position?  Yes

15. Is there any other work-related information you can provide which will help us form an accurate appraisal of this applicant?

16 - Writing: One of the best, brightest thinkers
     in terrorism/counter-terrorism. Writes extremely
     well. Takes abstract & makes it understandable.   Great intellect

Rev 8/20/2004

00111

# REFERENCE CHECK FORM

Dr. Kalev Sepp, Professor  — For David Schroer —
Naval Post-Graduate School
Monterey, CA.  Tel: ▮▮▮▮▮▮▮                             Outstanding recommendation!
                                                         Over the top.

**INSTRUCTIONS:**

Below are sample questions that can be used in checking an applicant's references. Some are relevant for former and current employers and others are better suited for personal references. You may ask other questions so long as they are position-related. Questions about personal characteristics should be asked only if they are relevant to the position responsibilities or conditions. Refrain from asking leading questions, let the reference provide the information, and avoid questions that can be answered by a simple yes or no.

In most cases, the Selecting Official should conduct the reference checks. Contact references provided by the applicant and ensure that current supervisors are not contacted without written permission. It is recommended that you contact more than one reference. Let the reference know that the applicant gave you permission to inquire about his/her work history and, if applicable, that the applicant released the company from liability for providing reference information. When possible, obtain references for at least the past five years for entry-level jobs and at least ten years for professional and management positions.

**SAMPLE QUESTIONS:**

1. How do you know the applicant? How long have you known him/her? *a number of subsequent professional*
   *Served together in Special operations, became friends. Has known him for 17 years in professional capacity*
2. What are (were) the dates of his/her employment?

3. Why did he/she leave your company/agency?

4. What is (was) his/her salary?

5. What is (was) the nature of his/her job?
   *Knew in numerous jobs.*
6. How would you describe his/her work performance in comparison with other people?
   *Exceptional, 1 in 1000, for intellect, drive, people skills, works very hard, high energy*
7. How does (did) he/she able to adapt to new or changing work situations?

8. How would you describe his/her compatibility with you as a supervisor? With peers? With subordinates?
   *He is extremely good communicator, leader, but also very collegial & supportive of his peers and deals effectively, respectfully with subordinates*
9. What are (were) his/her supervisory responsibilities?
   *He has performed in numerous leadership roles*
10. Please comment in the context of the workplace on his/her a) attendance, b) punctuality, c) ability to take responsibility, d) potential for advancement, e) supervision needed, and f) attitude. *is done, willing to work*
    *Highly responsible, does whatever it takes to get job done, self-starter*
11. What are (were) his/her strong points?
    *Honesty & integrity, willingness to challenge on principal — Has in one case*
12. What are (were) his/her work-related limitations? *ruffled feathers when he was right and policy changed*

13. Would you rehire him/her? If not, why?
    *Yes — absolutely*

14. We are considering (name of applicant) for a position at the Library (provide title and brief description of the position). Would you recommend him/her for this position?
    *Absolutely — Also knows that applicant is extremely enthusiastic about*
15. Is there any other work-related information you can provide which will help us form an accurate appraisal of this applicant?
    *Excellent writer, presents arguments very logically, exceptional analyst, strategic thinker*

Rev 8/20/2004

*Can work independently or with others. Very balanced personality, very secure*
*Presents well, good sense of humor*
*Knows how to read his environment & respond accordingly*

000119

*He is a highly successful person — by knowing his responsibilities — Great sense of client*