**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DIANE J. SCHROER, | : |
| | : |
|     Plaintiff, | : |
| | : |
|   v. | : Civil Action No. 05-1090 (JR) |
| | : |
| JAMES H. BILLINGTON, Librarian of Congress, | : |
| | : |
|     Defendant. | : |

**ORDER**

The record before the Court demonstrates that material facts are disputed. The defendant's motion for summary judgment [Dkt. 48] is **denied**.

                                              JAMES ROBERTSON
                                    United States District Judge