UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE J. SCHROER,

        Plaintiff,

v.

JAMES H. BILLINGTON,

        Defendant.

No. 05-cv-1090 (JR)

**MOTION FOR ADMISSION, *PRO HAC VICE*,**
**OF ADDITIONAL COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of James D. Esseks, Litigation Director of the Lesbian, Gay, Bisexual, Transgender & AIDS Project of the American Civil Liberties Union Foundation, as additional counsel for the plaintiff in this case. His declaration, with the information required by Local Civil Rule 83.2(d), is filed herewith.

                                                  Respectfully submitted,

                                                  /s/ *Arthur B. Spitzer*

Arthur B. Spitzer
  D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
Tel. (202) 457-0800

One of Counsel for Plaintiff

July 21, 2008