IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DIANE J. SCHROER,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES H. BILLINGTON,<br>in his official capacity as Librarian of Congress,<br><br>        Defendant. | C.A. No. 05-cv-1090 (JR) |

## DECLARATION OF JAMES D. ESSEKS

Pursuant to Local Rule 83.2(d), I, James D. Esseks, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is James Dixon Esseks.

2. I am Litigation Director for the Lesbian, Gay, Bisexual, Transgender & AIDS Project of the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 17th Floor, New York, NY 10004. My office telephone number is 212-549-2623 and my fax number is 212-549-2650.

3. I was admitted to the bar of the State of California in 1992 and to the bar of the State of New York in 1994 and I remain a member in good standing in both states. I have been admitted to practice in the United States Supreme Court; the United States Court of Appeals for the Second and Ninth Circuits; and the United States District Courts for the Southern and Eastern Districts of New York, the Northern and Central Districts of California, and the Eastern and

Western Districts of Arkansas. I have been admitted *pro hac vice* in numerous federal district courts and in state courts in several states.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 21st day of July, 2008.

_____
JAMES D. ESSEKS