```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


DIANE J. SCHROER,                  :
                                   :
        Plaintiff,                 :
                                   :
     v.                            :  Civil Action No. 05-1090 (JR)
                                   :
JAMES H. BILLINGTON, Librarian     :
of Congress,                       :
                                   :
        Defendant.                 :
```

### ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of James D. Esseks [55], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                      JAMES ROBERTSON
                                 United States District Judge