IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DIANE J. SCHROER,

                Plaintiff,

                v.

JAMES H. BILLINGTON,
  Librarian of Congress,

                Defendant.
_____

No. 05-cv-1090 (JR)

## PLAINTIFF'S PRETRIAL STATEMENT

Pursuant to Local Civil Rule 16.5, Plaintiff Diane J. Schroer, by her undersigned counsel, submits this pretrial statement:

**1.     Statement of the Case**

This case is brought under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq.  This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.

Plaintiff Diane J. Schroer, a twenty-five year veteran of the U.S. Armed Services, is a transgender woman.  Although designated male at birth, Plaintiff has a female gender identity.  In August 2004, Plaintiff applied for a position as Specialist in Terrorism and International Crime with the Congressional Research Service of the Library of Congress. In mid-December 2004, Charlotte Preece, the selecting official, informed Plaintiff that she was Preece's top choice for the position, and after brief salary negotiations, Plaintiff indicated that she would accept the job.

On December 20, 2004, Plaintiff met Preece for lunch and shared with her that Plaintiff was a transgender woman, has a female gender identity, and would be transitioning from living as a male to living as a female on a full-time basis, consistent with her gender identity. In the course of doing so, Plaintiff showed Preece photographs of Plaintiff presenting as a female dressed in feminine professional attire. Less than twenty-four hours later, Preece called Plaintiff and informed her that, after a long and restless night, Preece had decided that Plaintiff was "not a good fit" for the Library. Instead, Preece selected her second-choice candidate, John Rollins, a non-transgender man, for the position.

In this lawsuit, Plaintiff alleges that the Library's decision not to hire her was motivated by the selecting official's belief that Plaintiff did or would not conform with sex stereotypes, and was also motivated by the fact that Plaintiff is transgender, both of which constitute discrimination "because of sex" in violation of Title VII.

## 2.     Statement of Claims

Plaintiff alleges that the Library's actions constitute discrimination "because of sex" in violation of Title VII. Plaintiff alleges that the Library's decision was based on sex stereotypes and on her gender identity, both of which are forms of discrimination because of sex. Plaintiff alleges that sex is not a BFOQ for the position, yet the Library refused to hire her based on reasons related to her sex, including her perceived gender non-conformity and her gender identity. Plaintiff alleges that any asserted non-sex-based reasons for the Library's decision are pretextual, and that the Library's decision not to hire Plaintiff was, in fact, because of her sex.

3.       **Statement of Defenses**

Not applicable.

4.       **Witness Schedule**

Plaintiff's proposed witness list is set forth below.[1]  Plaintiff may also call at trial any person identified on Defendant's proposed witness list, and may call additional witnesses solely for impeachment purposes.

**Expect to Call**

**Walter Bockting, Ph. D.\* (expert witness)**
Department of Family Medicine and Community Health,
University of Minnesota Medical School
1300 South Second Street, Suite 180
Minneapolis, MN 55454
Testimony:  Gender identity is part of a person's sex.
Time Est.:  2.5 hours

**Dr. Rick Brennan, Major, U.S. Army (Retired)**
8501 South Terrace Rd
Tempe, AZ 85284
Testimony:  Brennan's role in the application process as one of Ms. Schroer's references;  Ms. Schroer's qualifications; Ms. Schroer's focus and lack of distraction during her transition; Ms. Schroer's effectiveness and professional credibility in the counter-terrorism community.
Time Est.:  20 mins.

**Martha Harris\* (expert witness)**
Banyan Counseling Center, Inc.
2820 School Street
Alexandria, VA  22303
Testimony:  Plaintiff is a transgender woman; Plaintiff has a female gender identity; Plaintiff's transition to living full-time as a woman was the appropriate course of action for Plaintiff from a medical perspective; Plaintiff had no other co-morbidities or other stressors that would have prevented her from performing the duties of the Terrorism Specialist, or that would have presented any issue regarding Plaintiff's stability, judgment, reliability, and/or ability to safeguard classified information.
Time Est.:  1 hour

---

[1]  Time estimates are for direct examination only.

**Peter R. Nelson\* (expert witness)**
28 Christopher Lane
Sterling, VA. 20165
Testimony:   Plaintiff's disclosure regarding her transgender status would not
necessarily have caused security clearance delay, nor should it have, in light of
the protocols in place for handling information of the kind disclosed by Plaintiff.
Time Est.:  2.5 hours

**Diane J. Schroer**
7211 Burtonwood Place
Alexandria, VA 22307
Testimony:   The events and circumstances leading to Ms. Schroer's non-selection
for the Terrorism Specialist position; Ms. Schroer's qualifications and
performance; Ms. Schroer's ongoing effectiveness and professional credibility in
counter-terrorism community; Ms. Schroer's ongoing ability to handle top-secret
classified information; Ms. Schroer's female gender identity and the
circumstances surrounding her gender transition.
Time Est.:  3 hours

**<u>May Call</u>**

**Bryan D. Brown, General, U.S. Army (Retired)**
13435 Carnoustie Circle
Dade City, FL 33525
Testimony:  Brown's role in the application process as one of Ms. Schroer's
references; Ms. Schroer's qualifications; Ms. Schroer's focus and lack of
distraction during her transition; Ms. Schroer's effectiveness and professional
credibility in the counter-terrorism community.
Time Est.:  20 mins.

**Dr. Eleanor Criswell, Ph. D.**
312 S. Washington Street, Suite 3B
Alexandria, VA  22134
Testimony:  Ms. Schroer's female gender identity and transition; her knowledge
regarding Ms. Schroer's ongoing ability to safeguard sensitive information, and
inquiries related to this issue.
Time Est.:  20 mins.

**Gary Heckman, Major General, U.S. Air Force (Retired)**
3823 Bosworth Court
Fairfax, VA 22031
Testimony:  Heckman's role in the application process as one of Ms. Schroer's
references; Ms. Schroer's qualifications; Ms. Schroer's focus and lack of
distraction during her transition; Ms. Schroer's effectiveness and professional
credibility in the counter-terrorism community.
Time Est.:  20 mins.

**Dr. Kalev I. Sepp, Ph. D., Deputy Assistant Secretary of Defense for Special Operations and Low Intensity Conflict, Lt. Col., U.S. Army (Retired)**
7818 Elba Rd.
Alexandria, VA 22306-2560
Testimony:  Sepp's role in the application process as one of Ms. Schroer's references;  Ms. Schroer's qualifications; Ms. Schroer's focus and lack of distraction during her transition; Ms. Schroer's effectiveness and professional credibility in the counter-terrorism community.
Time Est.:  20 mins.

**Library of Congress Witnesses[2]**
c/o Julia Douds, Library of Congress
101 Independence Ave, SE
Washington, DC 20540

**- Charlotte Preece**
Testimony (if needed):  Participation in / knowledge about hiring process.
Time Est.:  2 hrs.

**- Cynthia Wilkins**
Testimony (if needed):  Participation in / knowledge about hiring process; knowledge of personnel security / security clearance policies and procedures at Library.
Time Est.:  1 hr.

**- Sandra Charles, M.D.**
Testimony (if needed):  Participation in / knowledge about hiring process; knowledge of health-related aspects of personnel security / security clearance policies and procedures at Library.
Time Est.:  45 mins.

**- Francis Miko**
Testimony (if needed):  Participation in / knowledge about hiring process.
Time Est.:  20 mins.

**- Steve Bowman**
Testimony (if needed):  Participation in / knowledge about hiring process.
Time Est.:  20 mins.

**- Gary Pagliano**
Testimony (if needed):  Participation in / knowledge about hiring process.
Time Est.:  20 mins.

---

[2] Plaintiff does not anticipate calling these witnesses to present live testimony.  Rather, Plaintiff expects to introduce testimony from these witnesses by deposition.

**- Kenneth Lopez**
Testimony (if needed):  Participation in / knowledge about hiring process;
nowledge of personnel security / security clearance policies and
procedures at Library.
Time Est.:  20 mins.

**- Daniel Mulhollan**
Testimony (if needed):  Participation in / knowledge about hiring process.
Time Est.:  20 mins.

**- Bessie Alkisswani**
Testimony (if needed):  Participation in / knowledge about hiring process.
Time Est.:  20 mins.

**- Kathryn Deese**
Testimony (if needed):  Participation in / knowledge about hiring process.
Time Est.:  20 mins.

    **5.**    **Exhibit List**

       Plaintiff's proposed exhibit list is set forth below.  Plaintiff may also introduce at

trial any exhibit identified on Defendant's proposed exhibit list.

**EXPECT TO INTRODUCE**

| Description | Bates Nos. | Date (if applicable) |
| --- | --- | --- |
| Schroer Declaration for Federal Employment | 113-14 | 10/27/04 |
| Schroer list of references | 115 | 12/08/04 |
| Bowman reference check notes for Schroer | 117 | 12/10/04 |
| Preece reference check notes for Schroer | 118 | n/a |
| Miko reference check notes for Schroer | 119 | n/a |
| Schroer online application | 120-28 | 09/17/04 |
| Position announcement | 136-43 | 09/20/04 |
| Alderman reference check notes | 149 | n/a |
| Interview Referral List | 151-52 | 11/16/04 |
| Schroer Final Interview Rating Form | 153-54 | 11/19/04 |
| Final Referral List | 155 | 12/29/04 |
| Banks e-mail with updated schedule of interviews | 165 | 10/28/04 |
| Preece e-mail (Subject: Version 2) | 205 | 12/21/04 |

| **Description** | **Bates Nos.** | **Date (if applicable)** |
|---|---|---|
| Preece e-mail (Subject: Draft re terrorism position) | 206 | 12/21/04 |
| Crediting Plan Questionnaire (marked up) | 288-94 | 08/10/04 |
| Executive Order 10450 | 360-66 | n/a |
| Executive Order 12968 | 367-80 | n/a |
| Library of Congress Regulation 2024-4 | 391-93 | n/a |
| Library of Congress Regulation 2024-6 | 397-403 | n/a |
| Rollins Final Interview Rating Form[3] | PO 616-17 | 11/19/04 |
| Preece draft hiring memorandum for Schroer | 707 | n/a |
| Library of Congress leave policies | 776-88 | 03/18/08 |
| Schroer photographs | 10763-65 | n/a |

**MAY INTRODUCE**

| **Description** | **Bates Nos.** | **Date (if applicable)** |
|---|---|---|
| Preece memorandum | 1-2 | 01/24/05 |
| Miko notes from Schroer interview | 3-35 | 10/27/04 |
| Bowman notes from Schroer interview | 48-80 | 10/27/04 |
| Preece notes from Schroer interview | 81-112 | 10/27/04 |
| Interview schedule | 150 | n/a |
| Library EEOC right to sue letter | 175-76 | 03/07/05 |
| Library EEOC investigative file | 183-92 | 02/17/05 |
| Structured Interview Guide (with annotations) | 245-80 | 08/17/04 |
| Adjudicative Desk Reference excerpts | 445-503 | n/a |
| Preece calendar entry | 769 | 12/20/04 |
| Schroer identification documents | 10001 | n/a |
| Office of Workforce Development spreadsheet | 10659 | 08/04/04 |
| Memorandum from Preece to Smith | 10663 | 12/14/04 |
| Library of Congress Merit Selection and Promotion Plan | 10667-84 | 06/19/01 |
| Terrorism Specialist position announcement (version first produced and used by government at Schroer deposition) | 10686-89 | n/a |

---

[3] Documents labeled "PO" are governed by the Protective Orders entered in this case (Rec. Docs. 25 & 27).

| Description | Bates Nos. | Date (if applicable) |
|---|---|---|
| Schroer online application (version first produced and used by government at Schroer deposition) | 10690-98 | n/a |
| Schroer USCG Headquarters identification badge | 10810 | n/a |
| Schroer military commendations | 10811-10853 | Various |
| Schroer Electronic Questionnaire for Investigations Processing (e-QIP) | PO 10861-PO 10890 | 03/02/06 |
| Response to Plaintiff's Interrogatory No. 1 | n/a | 07/21/06 |
| Response to Plaintiff's Interrogatory No. 7(g) | n/a | 11/22/06 |
| Response to Plaintiff's Interrogatory No. 11 | n/a | 03/23/07 |
| Response to Plaintiff's Interrogatory No. 28 | n/a | 02/21/08 |

## 6.   Deposition Designations

**PREECE DEPOSITION DESIGNATIONS**

| Page | Lines |
|---|---|
| 6 | 21-22 |
| 7 | 1-5 |
| 9 | 11-20 |
| 12 | 9-11 |
| 29 | 3-22 |
| 30 | 1-22 |
| 31 | 1-2 |
| 39 | 11-22 |
| 40 | 1-10, 21-22 |
| 41 | 1-20 |
| 48 | 22 |
| 49 | 1-22 |
| 50 | 1-22 |
| 51 | 1-22 |
| 52 | 1-7 |
| 57 | 7-22 |
| 58 | 1-22 |

**PREECE DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 59 | 1-3 |
| 62 | 15-22 |
| 63 | 1-22 |
| 64 | 1-22 |
| 65 | 1-17 |
| 67 | 2-22 |
| 68 | 1-22 |
| 69 | 1-9 |
| 70 | 1-6 |
| 73 | 5-22 |
| 74 | 1-16 |
| 75 | 4-14 |
| 76 | 7-11 |
| 77 | 18-22 |
| 78 | 1-18 |
| 80 | 4-22 |
| 81 | 1-3 |
| 82 | 5-20 |
| 89 | 8-10, 16-20 |
| 91 | 21-22 |
| 92 | 1-22 |
| 93 | 1-22 |
| 94 | 1-2 |
| 96 | 11-17 |
| 97 | 20-22 |
| 98 | 1-22 |
| 99 | 1 |
| 100 | 9-22 |
| 101 | 1-8 |
| 102 | 19-22 |
| 103 | 1-12 |
| 105 | 1-22 |
| 106 | 1-5 |

**PREECE DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 114 | 9-14 |
| 116 | 10-22 |
| 117 | 1-16 |
| 118 | 10-22 |
| 119 | 1-22 |
| 120 | 1-8, 13-21 |
| 121 | 7-22 |
| 122 | 1-22 |
| 123 | 1-22 |
| 124 | 1-5 |
| 125 | 2-22 |
| 126 | 1-13 |
| 127 | 11-22 |
| 128 | 1-22 |
| 129 | 1-22 |
| 130 | 1-5 |
| 131 | 13-22 |
| 132 | 1-13, 17-22 |
| 133 | 1-22 |
| 134 | 1-22 |
| 135 | 1-3, 8-12 |
| 137 | 12-22 |
| 138 | 1-4, 22 |
| 139 | 1-19 |
| 140 | 5-17 |
| 141 | 13-22 |
| 142 | 1-7, 19-22 |
| 143 | 1-18 |
| 144 | 13-15, 22 |
| 145 | 1-19 |
| 146 | 5-16 |
| 147 | 6-22 |
| 148 | 1-3, 13-21 |

**PREECE DEPOSITION DESIGNATIONS (cont'd)**

| <u>Page</u> | <u>Lines</u> |
|------|------------|
| 150 | 16-22 |
| 151 | 1, 7-22 |
| 152 | 1-22 |
| 153 | 1-22 |
| 154 | 1-22 |
| 155 | 1-2, 15-22 |
| 156 | 1-22 |
| 157 | 1-22 |
| 158 | 1-22 |
| 159 | 1-22 |
| 160 | 1, 20-22 |
| 161 | 1-14 |
| 162 | 20-22 |
| 163 | 1-22 |
| 164 | 1-22 |
| 165 | 1-15 |
| 167 | 3-9 |
| 168 | 7-20 |
| 170 | 5-17 |
| 172 | 3-21 |
| 176 | 22 |
| 177 | 1-20 |
| 178 | 11-22 |
| 179 | 1-22 |
| 180 | 1, 10-22 |
| 181 | 1-22 |
| 182 | 1-11, 18-22 |
| 183 | 1-22 |
| 184 | 1-20 |
| 186 | 17-22 |
| 187 | 1-12 |
| 188 | 2-22 |
| 189 | 1-8, 21-22 |

**PREECE DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 190 | 1-4, 13-22 |
| 191 | 1-3 |
| 194 | 15-22 |
| 195 | 1-22 |
| 196 | 1-9 |
| 197 | 9-22 |
| 199 | 7-11 |
| 201 | 1-22 |
| 202 | 1-22 |
| 203 | 1-22 |
| 204 | 1-22 |
| 205 | 1-16 |
| 206 | 4-17 |
| 211 | 14-22 |
| 212 | 1-3, 22 |
| 213 | 1-3 |
| 215 | 2-21 |
| 220 | 9-21 |
| 221 | 5-22 |
| 222 | 1-22 |
| 223 | 1-22 |
| 224 | 1-3, 13-22 |
| 225 | 1-22 |
| 226 | 1-22 |
| 227 | 1-22 |
| 228 | 1-22 |
| 229 | 1-13 |
| 231 | 2-11 |
| 232 | 9-22 |
| 233 | 1-9, 22 |
| 234 | 1-9 |
| 237 | 17-22 |
| 238 | 1-9, 17-22 |

**PREECE DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 239 | 1-22 |
| 240 | 1-13 |
| 242 | 11-22 |
| 243 | 1-22 |
| 244 | 1-22 |
| 245 | 1-22 |
| 246 | 1-4 |
| 250 | 9-22 |
| 251 | 1-16 |
| 252 | 21-22 |
| 253 | 1-11 |
| 254 | 12-22 |
| 255 | 1-9 |
| 256 | 22 |
| 257 | 1-22 |
| 258 | 1-15 |
| 259 | 8-20 |
| 260 | 1-10 |
| 261 | 17-21 |
| 262 | 12-20 |
| 271 | 20-22 |
| 272 | 1-17 |
| 273 | 21-22 |
| 274 | 1-5 |
| 275 | 16-22 |
| 276 | 1-14 |
| 278 | 11-22 |
| 279 | 1-8 |
| 280 | 5-22 |
| 281 | 1-17 |
| 282 | 18-22 |
| 283 | 1-6 |
| 285 | 1-10 |

**PREECE DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 296 | 14-22 |
| 297 | 1-3, 10-15 |
| 298 | 10-20 |
| 301 | 5-22 |
| 302 | 1-4, 10-15 |

**WILKINS DEPOSITION DESIGNATIONS**

| Page | Lines |
|------|-------|
| 8 | 21-22 |
| 9 | 1-11 |
| 21 | 4-22 |
| 22 | 1-21 |
| 25 | 12-22 |
| 26 | 1-19 |
| 28 | 6-22 |
| 29 | 1-22 |
| 30 | 1-4 |
| 31 | 11-22 |
| 32 | 1-2, 15-22 |
| 33 | 1-22 |
| 34 | 1-8 |
| 35 | 1-22 |
| 36 | 1-22 |
| 37 | 1-22 |
| 38 | 1-22 |
| 39 | 1-22 |
| 40 | 1-22 |
| 41 | 1-22 |
| 42 | 1-22 |
| 43 | 1-22 |
| 44 | 1-22 |
| 46 | 1-22 |

**WILKINS DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 47 | 1-22 |
| 48 | 1-22 |
| 49 | 1-22 |
| 50 | 1-18 |
| 51 | 21-22 |
| 52 | 1-3 |
| 54 | 5-22 |
| 55 | 1-15 |
| 57 | 2-22 |
| 58 | 1-2, 7-22 |
| 59 | 1, 7-22 |
| 60 | 1-22 |
| 61 | 1-22 |
| 62 | 1-22 |
| 63 | 1-22 |
| 64 | 1-22 |
| 65 | 1-22 |
| 66 | 1-12 |
| 69 | 11-22 |
| 70 | 1-2, 21-22 |
| 71 | 1-6 |
| 76 | 10-22 |
| 77 | 1-22 |
| 78 | 1-11 |
| 91 | 14-22 |
| 92 | 1-3, 8-22 |
| 93 | 1-22 |
| 94 | 1-22 |
| 95 | 1-22 |
| 96 | 1-22 |
| 97 | 1-22 |
| 98 | 1-22 |
| 99 | 1-22 |

**WILKINS DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 100 | 1-22 |
| 101 | 1-2, 18-22 |
| 102 | 1-4 |
| 103 | 3-22 |
| 104 | 1-4 |
| 105 | 4-22 |
| 106 | 1-22 |
| 107 | 1-22 |
| 108 | 1-22 |
| 109 | 1-22 |
| 110 | 1-22 |
| 111 | 1-22 |
| 112 | 1-22 |
| 113 | 1-14 |
| 116 | 20-22 |
| 117 | 1-22 |
| 118 | 1-5, 14-22 |
| 119 | 1-22 |
| 120 | 1-22 |
| 122 | 10-22 |
| 123 | 1-22 |
| 124 | 1-22 |
| 125 | 1-22 |
| 126 | 1-9 |
| 128 | 19-22 |
| 129 | 1-22 |
| 130 | 1-9, 19-22 |
| 131 | 1-22 |
| 132 | 1-10 |
| 133 | 11-18, 21-22 |
| 134 | 1-22 |
| 135 | 1-19 |
| 136 | 19-22 |

**WILKINS DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 137 | 1-22 |
| 138 | 1-8 |
| 139 | 20-22 |
| 140 | 1-22 |
| 141 | 1-22 |
| 142 | 1-22 |
| 143 | 1-22 |
| 144 | 1-14 |
| 153 | 12-15 |
| 156 | 6-22 |
| 157 | 1-2 |
| 158 | 1-22 |
| 159 | 1-22 |
| 160 | 1-22 |
| 161 | 1-22 |
| 162 | 1-22 |
| 163 | 1-22 |
| 164 | 1-22 |
| 165 | 1-22 |
| 166 | 1-22 |
| 167 | 1-4 |
| 168 | 22 |
| 169 | 1-22 |
| 171 | 8-22 |
| 172 | 1-22 |
| 173 | 1-22 |
| 174 | 1-22 |
| 175 | 1-22 |
| 176 | 1-22 |
| 177 | 1-22 |
| 178 | 1-22 |
| 179 | 1-16 |
| 180 | 1-22 |

**WILKINS DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 181 | 1-22 |
| 182 | 1, 15-22 |
| 183 | 1-22 |
| 184 | 1-12 |
| 186 | 1-22 |
| 187 | 1-22 |
| 188 | 1-12 |
| 189 | 3-22 |
| 190 | 1-6 |
| 191 | 22 |
| 192 | 1-22 |
| 193 | 1-4, 13-22 |
| 194 | 1-22 |
| 195 | 1-19 |
| 203 | 8-22 |
| 209 | 22 |
| 210 | 1-5 |
| 214 | 7-22 |
| 215 | 17-22 |
| 216 | 1-22 |
| 217 | 1-4 |
| 222 | 4-16 |
| 223 | 10-22 |
| 224 | 1-22 |
| 225 | 1-20 |
| 227 | 10-17 |
| 232 | 13-22 |
| 233 | 1-22 |
| 234 | 1-22 |
| 235 | 1-9, 19-22 |
| 236 | 1-3, 15-20 |
| 244 | 6-19 |

**WILKINS DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 250 | 12-22 |
| 251 | 1-9 |

**CHARLES DEPOSITION DESIGNATION**

| Page | Lines |
|------|-------|
| 10 | 2-16 |
| 11 | 21-22 |
| 12 | 1-9 |
| 13 | 16-22 |
| 14 | 1-22 |
| 15 | 1-10 |
| 22 | 21-22 |
| 23 | 1-21 |
| 25 | 15-22 |
| 26 | 1-9 |
| 31 | 1-22 |
| 32 | 1-22 |
| 33 | 1-22 |
| 34 | 1-22 |
| 35 | 1-22 |
| 36 | 1-22 |
| 37 | 1-17 |
| 40 | 9-22 |
| 41 | 1-14 |
| 47 | 17-22 |
| 48 | 1-22 |
| 49 | 1-12 |
| 51 | 22 |
| 52 | 1-22 |
| 53 | 1-6 |
| 56 | 1-20 |
| 57 | 17-22 |

**CHARLES DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 58 | 1-9, 22 |
| 59 | 1-22 |
| 60 | 1-3 |
| 61 | 4-9 |
| 62 | 2-22 |
| 63 | 1-22 |
| 64 | 1-22 |
| 65 | 1-22 |
| 66 | 1-11 |
| 69 | 16-22 |
| 70 | 1-7 |
| 72 | 2-22 |
| 73 | 1-22 |
| 74 | 1-4 |
| 76 | 16-22 |
| 77 | 1-22 |
| 78 | 1-22 |
| 79 | 1-22 |
| 80 | 1-22 |
| 81 | 1-22 |
| 82 | 1-22 |
| 83 | 1-9 |
| 88 | 20-22 |
| 89 | 1-9 |
| 90 | 11-22 |
| 91 | 1-22 |
| 93 | 4-16 |
| 94 | 9-22 |
| 95 | 1-20 |
| 96 | 10-22 |
| 97 | 1-4 |
| 100 | 22 |
| 101 | 1-20 |

**CHARLES DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 103 | 15-22 |
| 104 | 1-22 |
| 105 | 1-22 |
| 106 | 1-20 |
| 110 | 12-22 |
| 115 | 2-22 |
| 116 | 1 |
| 120 | 15-22 |
| 121 | 1-22 |
| 125 | 2-22 |
| 126 | 1-15 |
| 132 | 4-12 |
| 136 | 6-22 |
| 137 | 1 |
| 138 | 18-22 |
| 139 | 1-8 |
| 142 | 21-22 |
| 143 | 1-12 |
| 144 | 6-13 |
| 145 | 18-22 |
| 146 | 1-22 |
| 147 | 1-22 |
| 148 | 1-22 |
| 149 | 1-12, 22 |
| 150 | 1-22 |
| 151 | 1-3, 21-22 |
| 152 | 1-5 |

**MIKO DEPOSITION DESIGNATIONS**

| Page | Lines |
|------|-------|
| 10 | 16-22 |
| 11 | 1-5 |
| 14 | 15-20 |
| 16 | 7-9 |
| 31 | 21-22 |
| 32 | 1-6 |
| 34 | 11-22 |
| 35 | 1-2 |
| 47 | 10-21 |
| 49 | 11-22 |
| 50 | 1-22 |
| 51 | 1-9 |
| 52 | 1-18 |
| 53 | 8-22 |
| 54 | 1-7 |
| 57 | 20-22 |
| 58 | 1, 10-22 |
| 59 | 1-8 |
| 62 | 19-22 |
| 63 | 1-22 |
| 64 | 1-22 |
| 65 | 1 |
| 66 | 8-15, 21-22 |
| 67 | 1-22 |
| 68 | 1-12, 20-22 |
| 69 | 1-22 |
| 70 | 1-22 |
| 71 | 1-3, 8-22 |
| 72 | 1-8 |
| 76 | 9-19 |
| 78 | 22 |
| 79 | 1-13 |
| 80 | 9-12 |

**MIKO DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 83   | 7-19  |
| 86   | 16-20 |
| 89   | 2-10  |
| 91   | 3-7   |
| 94   | 7-19  |
| 100  | 7-22  |
| 101  | 1     |
| 112  | 5-9   |
| 129  | 12-22 |
| 130  | 1-2   |
| 133  | 22    |
| 134  | 1-22  |
| 135  | 1-18  |

**BOWMAN DEPOSITION DESIGNATIONS**

| Page | Lines |
|------|-------|
| 10   | 1-14  |
| 12   | 11-20 |
| 15   | 3-22  |
| 16   | 1-22  |
| 17   | 1-22  |
| 18   | 1-21  |
| 20   | 6-22  |
| 21   | 1-2   |
| 36   | 4-22  |
| 37   | 1-22  |
| 38   | 1-5   |
| 42   | 21-22 |
| 43   | 1-22  |
| 44   | 1-6   |
| 65   | 8-15  |
| 70   | 14-22 |

**BOWMAN DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 71 | 1-22 |
| 72 | 1-22 |
| 73 | 1-22 |
| 74 | 1 |
| 80 | 1-19 |
| 83 | 19-22 |
| 84 | 1-22 |
| 85 | 1-22 |
| 86 | 1-22 |
| 87 | 1-22 |
| 88 | 1-2 |
| 91 | 18-22 |
| 92 | 1-4, 8-18 |
| 93 | 1-3, 21-22 |
| 94 | 1-8 |
| 96 | 4-8 |
| 98 | 11-22 |
| 99 | 1-22 |
| 100 | 1-7, 13-20 |
| 101 | 22 |
| 102 | 1-6 |
| 103 | 10-22 |
| 104 | 1-22 |
| 105 | 1-20 |
| 120 | 13-17 |
| 137 | 16-22 |
| 138 | 1-10 |
| 141 | 20-22 |
| 142 | 1-11 |

**PAGLIANO DEPOSITION DESIGNATIONS**

| Page | Lines |
|------|-------|
| 10 | 14-22 |
| 15 | 16-22 |
| 16 | 1-7 |
| 22 | 14-22 |
| 23 | 1-3 |
| 24 | 19-22 |
| 25 | 1-16 |
| 35 | 22 |
| 36 | 1-16 |
| 41 | 21-22 |
| 42 | 1-22 |
| 43 | 1-22 |
| 44 | 1-3, 18-22 |
| 45 | 1-7 |
| 46 | 9-22 |
| 47 | 1-6 |
| 48 | 2-21 |
| 54 | 5-22 |
| 55 | 1-22 |
| 56 | 1-22 |
| 57 | 1, 11-14 |
| 78 | 5-22 |
| 79 | 1-13 |
| 91 | 2-22 |

**LOPEZ DEPOSITION DESIGNATIONS**

| Page | Lines |
|------|-------|
| 9 | 5-9 |
| 12 | 18-22 |
| 13 | 1-19 |
| 16 | 12-22 |
| 17 | 1-22 |
| 18 | 1-22 |
| 19 | 1-22 |
| 20 | 1-22 |
| 21 | 1-19 |
| 23 | 4-22 |
| 24 | 1-11 |
| 25 | 8-22 |
| 26 | 1-22 |
| 27 | 1-22 |
| 28 | 1-12 |
| 30 | 9-21 |
| 31 | 11-14 |
| 32 | 3-16 |
| 34 | 7-22 |
| 35 | 1-5, 16-22 |
| 36 | 1-10 |
| 37 | 18-22 |
| 38 | 1, 6-17 |
| 39 | 1-22 |
| 40 | 1-22 |
| 41 | 1-21 |
| 42 | 14-22 |
| 43 | 1-20 |
| 44 | 7-22 |
| 45 | 1 |
| 46 | 22 |
| 47 | 1-10 |
| 49 | 4-22 |

**LOPEZ DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 50 | 1-11 |
| 51 | 11-15 |
| 52 | 6-22 |
| 53 | 1-22 |
| 54 | 1-13 |
| 56 | 7-12 |
| 57 | 1-9 |
| 58 | 7-22 |
| 59 | 1-11 |
| 62 | 1-22 |
| 63 | 1-13 |
| 68 | 4-9 |
| 69 | 21-22 |
| 70 | 1-22 |
| 71 | 1-3 |
| 72 | 11-22 |
| 73 | 1-6 |
| 74 | 11-22 |
| 75 | 1-13 |
| 76 | 15-22 |
| 77 | 1-15 |
| 78 | 16-20 |
| 79 | 4-9 |
| 83 | 12-22 |
| 84 | 1-22 |
| 85 | 1 |
| 87 | 20-22 |
| 88 | 1-21 |

**MULHOLLAN DEPOSITION DESIGNATIONS**

| Page | Lines |
|------|-------|
| 12 | 9-13 |
| 56 | 4-19 |
| 67 | 21-22 |
| 68 | 1-2 |
| 74 | 8-22 |
| 77 | 4-22 |
| 78 | 1-15 |
| 119 | 18-22 |
| 122 | 14-22 |
| 123 | 1-3 |

**ALKISSWANI DEPOSITION DESIGNATIONS**

| Page | Lines |
|------|-------|
| 9 | 7-10, 22 |
| 10 | 1-12 |
| 11 | 4-20 |
| 13 | 11-20 |
| 36 | 19-22 |
| 37 | 1-22 |
| 38 | 1-9 |
| 55 | 1-22 |
| 56 | 1-22 |
| 57 | 1-22 |
| 58 | 1-12 |
| 60 | 22 |
| 61 | 1-6 |
| 82 | 21-22 |
| 83 | 1-10 |
| 93 | 19-22 |
| 94 | 1-10 |
| 95 | 12-22 |
| 96 | 1-9 |

**ALKISSWANI DEPOSITION DESIGNATIONS (cont'd)**

| <u>Page</u> | <u>Lines</u> |
|------|-------|
| 98 | 16-22 |
| 101 | 14-18 |
| 103 | 5-22 |
| 104 | 1-22 |
| 105 | 1-22 |
| 106 | 1-2 |
| 115 | 4-21 |
| 121 | 20-22 |
| 122 | 1-9 |
| 123 | 15-20 |
| 125 | 4-22 |
| 126 | 1-5 |
| 129 | 12-18 |
| 131 | 15-22 |
| 132 | 1-2 |
| 142 | 13-17 |
| 143 | 13-15 |
| 144 | 3-6, 19-22 |
| 145 | 1-22 |
| 146 | 1-22 |
| 147 | 1-4 |
| 155 | 15-22 |
| 156 | 1 |
| 222 | 10-22 |

**DEESE DEPOSITION DESIGNATIONS**

| <u>Page</u> | <u>Lines</u> |
|------|-------|
| 10 | 16-22 |
| 11 | 1-18 |
| 14 | 4-13 |
| 69 | 14-18 |
| 70 | 3-7 |

**DEESE DEPOSITION DESIGNATIONS (cont'd)**

| Page | Lines |
|------|-------|
| 78 | 3-13 |
| 80 | 4-9, 20-22 |
| 81 | 1-4 |
| 86 | 18-22 |
| 87 | 1 |
| 90 | 21-22 |
| 91 | 1-3 |
| 97 | 17-22 |
| 98 | 1-22 |
| 99 | 1-22 |
| 100 | 1-22 |
| 101 | 1-22 |
| 102 | 1-22 |
| 103 | 1-22 |
| 104 | 1-22 |
| 105 | 1-3 |
| 115 | 8-22 |
| 116 | 1-22 |
| 117 | 1-10, 14-22 |
| 118 | 1-4 |
| 122 | 6-9 |
| 127 | 14-22 |
| 128 | 1-3 |
| 151 | 6-10 |
| 153 | 11-22 |
| 154 | 1-11 |
| 157 | 12-21 |

**INTERROGATORY RESPONSE DESIGNATIONS**

| Interrogatory | Brief Description | Date |
|---|---|---|
| Response to Pl. Interrog. No. 1 | Preece was selecting official | 07/21/06 |
| Response to Pl. Interrog. No. 7(g) | Information provided to Wilkins in advance of December 21, 2004 meeting | 11/22/06 |
| Response to Pl. Interrog. No. 11 | Reporting and clearance dates for Rollins | 03/23/07 |
| Response to Pl. Interrog. No. 28 | Defendant's decision was due in part to concerns about distraction and need to take leave to deal with gender identity issues | 02/21/08 |

### 7. Damages Sought

With the Court's approval, the parties agreed to bifurcate the adjudication of this case into a liability phase and a damages phase. Rec. Doc. 26 & Minute Order (Sept. 26, 2006). Accordingly, the parties do not intend to present evidence regarding damages at this trial.

### 8. Other Relief Sought

With the Court's approval, the parties agreed to bifurcate the adjudication of this case into a liability phase and a damages phase. Rec. Doc. 26 & Minute Order (Sept. 26, 2006). In the event that there is a finding of liability, Plaintiff will seek all relief (legal and equitable) to which she is entitled by law.

Respectfully submitted,


/s/ Sharon M. McGowan
  Sharon M. McGowan  (D.C. Bar No. 476417)
  Kenneth Y. Choe
  James D. Esseks
  American Civil Liberties Union Foundation
  125 Broad Street
  New York, NY 10004
  (212) 549-2627

  Arthur B. Spitzer (D.C. Bar No. 235960)
  American Civil Liberties Union
    Of the National Capital Area
  1400 20th Street, N.W., #119
  Washington, D.C. 20036
  (202) 457-0800

  *Counsel for Plaintiff*

Date:  July 25, 2008