IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER,<br><br>        Plaintiff,<br><br>        v.<br><br>JAMES H. BILLINGTON,<br>   Librarian of Congress,<br><br>        Defendant. | No. 05-cv-1090 (JR) |

## NOTICE OF ERRATA

On Friday, July 25, 2008, Plaintiff electronically filed her Pre-Trial Statement with the Court. Pursuant to Local Rule 16.5, however, Plaintiff's Pre-Trial Statement was not due for filing with the Court until Monday, July 28, 2008. Accordingly, Plaintiff respectfully submits for filing with this Notice an Amended Pre-Trial Statement, correcting some omissions and errors in Plaintiff's earlier Pre-Trial Statement.

Respectfully submitted,

/s/ Sharon M. McGowan

| | |
|---|---|
| Arthur B. Spitzer (D.C. Bar No. 235960)<br>American Civil Liberties Union<br>  of the National Capital Area<br>1400 20th Street, N.W. #119<br>Washington, D.C. 20036<br>(202) 457-0800 | Sharon M. McGowan (D.C. Bar No. 476417)<br>Kenneth Y. Choe<br>James D. Esseks<br>American Civil Liberties Union Foundation<br>125 Broad Street<br>New York, NY 10004<br>(212) 549-2627 |
| July 28, 2008 | *ATTORNEYS FOR PLAINTIFF* |