**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DIANE J. SCHROER,**            ) | |
|                              ) | |

DIANE J. SCHROER,                )
)
   Plaintiff,                )
)
v.                )        Civil Action No. 05-1090 (JR)
)
JAMES BILLINGTON,                )
Librarian of Congress                )
)
   Defendant                )
_____)

**NOTICE OF ENTRY OF ATTORNEY APPEARANCE**

    The Clerk of the Court will please enter the appearance of Special Assistant United States

Attorney Evelio Rubiella as counsel for Defendant in the above-captioned case.

                                  _____

                                  EVELIO RUBIELLA
Special Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 707-3343
erub@loc.gov