IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
DIANE J. SCHROER,                      )
                                       )
        Plaintiff,                     )
                                       )   No. 05-cv-1090 (JR)
        v.                             )
                                       )
JAMES H. BILLINGTON,                   )
   Librarian of Congress,              )
                                       )
        Defendant.                     )
_____)

## ORDER

Upon consideration of Plaintiff's Motion in Limine to Exclude Testimony of Carmela Braxton, and any opposition thereto, and the record herein,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and

IT IS FURTHER ORDERED that Defendant is precluded from offering the testimony of Carmela Braxton, as set forth in Defendant's Pretrial Statement, filed on July 28, 2008 in this matter.

This _____ day of _____, 2008.

 

_____
James Robertson
United States District Judge