IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DIANE J. SCHROER,                   )
                                    )
            Plaintiff,              )
                                    )   No. 05-cv-1090 (JR)
       v.                           )
                                    )
JAMES H. BILLINGTON,                )
   Librarian of Congress,           )
                                    )
            Defendant.              )
_____)

## ORDER

Upon consideration of Plaintiff's Motion in Limine to Exclude Testimony of Audrey Cronin and Related Documents, and any opposition thereto, and the record herein,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and

IT IS FURTHER ORDERED that Defendant is precluded from offering (a) the testimony of Audrey Cronin or (b) the documents identified as Exhibits 1-4, as set forth in Defendant's Pretrial Statement, filed on July 28, 2008 in this matter.

This _____ day of _____, 2008.

                                            _____
                                            James Robertson
                                            United States District Judge