UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE J. SCHROER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1090 (JR) |
| ) | |
| JAMES BILLINGTON, ) | |
| Librarian of Congress ) | |
| ) | |
| Defendant ) | |
| _____) | |

### NOTICE OF ENTRY OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Evelio Rubiella as counsel for Defendant in the above-captioned case.

_____
EVELIO RUBIELLA
Special Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 707-3343
erub@loc.gov