IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
DIANE J. SCHROER,                         )
                                          )
        Plaintiff,                        )
                                          )   No. 05-cv-1090 (JR)
    v.                                    )
                                          )
JAMES H. BILLINGTON,                      )
   Librarian of Congress,                 )
                                          )
        Defendant.                        )
_____)

## NOTICE OF FILING OF AMENDED DEPOSITION DESIGNATIONS

In her Pretrial Statement, Plaintiff provided an extensive list of designations from the depositions of Library employees. Plaintiff decided, however, to call some of these witnesses at trial. Consequently, at the conclusion of the trial, the Court instructed Plaintiff to submit revised deposition designations. Accordingly, Plaintiff respectfully submits the following designations, and has attached the relevant deposition excerpts as exhibits to the Declaration of Sharon M. McGowan, which has been filed with this Notice.

Plaintiff hereby designates the following deposition testimony as part of her case-in-chief:

| Deponent | Designations |
|---|---|
| Charlotte Preece | 211:14-22; 212:19-21; 220:9-17 |
| Francis Miko | 91:3-7; 100:1-101:1 |
| Steven Bowman | 93:21-94:8; 103:10-105:20 |
| Gary Pagliano | 46:9-19; 46:20-47:6 |
| Daniel Mulhollan | 12:9-13; 122:14-123:3 |
| Bessie Alkisswani | 9:7-10; 101:14-18; 115:4-21; 145:10-147:4 |
| Kathryn Deese | 10:16-11:18; 14:4-13; 151:6-10; 153:11-154:11 |

       Respectfully submitted,


       /s/ Sharon M. McGowan_____
       Sharon M. McGowan   (D.C. Bar No. 476417)
       Kenneth Y. Choe
       American Civil Liberties Union Foundation
       125 Broad Street
       New York, NY 10004
       (212) 549-2627


       Arthur B. Spitzer  (D.C. Bar No. 235960)
       American Civil Liberties Union
         of the National Capital Area
       1400 20th Street, N.W. #119
       Washington, D.C. 20036
       (202) 457-0800

       ATTORNEYS FOR PLAINTIFF

Date:  August 28, 2008